```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                       CASE NO. 15-60029-CR-ZLOCH
 3
     UNITED STATES OF AMERICA,
 4                                     Fort Lauderdale, Florida
                   Plaintiff(s),
 5                                     June 3, 2015
              vs.
 6
     ANDREW BEUSCHEL,
 7
                   Defendant(s).
 8   -----------------------------------------------------------

 9                    JURY TRIAL – VOLUME III
                  BEFORE THE HONORABLE WILLIAM J. ZLOCH
10                   UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   FOR THE PLAINTIFF(S):  Marc Osborne, Esquire
                            United States Attorney's Office
13                          500 South Australian Avenue
                            Suite 400
14                          West Palm Beach, Florida 33401

15                          Christopher B. Browne, Esquire
                            United States Attorney's Office
16                          99 North East Fourth Street
                            Miami, Florida 33132
17

18   FOR THE DEFENDANT(S):  Thomas Ambrosio, Esquire
                            750 Valley Brook Avenue
19                          Lyndhurst, New Jersey 07071

20

21   REPORTED BY:           Tammy Nestor, RMR, CRR
                            Official Court Reporter
22                          299 East Broward Boulevard
                            Fort Lauderdale, Florida 33301
23                          tammy_nestor@flsd.uscourts.gov

24

25
```

```
 1                          I-N-D-E-X

 2
    WITNESS                DIRECT   CROSS   REDIRECT   RECROSS
 3
 4  JEFFREY KARSH

 5      BY MR. BROWNE           5

 6      BY MR. AMBROSIO               16

 7

 8  REBUTTAL WITNESS:

 9  JEFFREY KARSH

10      BY MR. BROWNE          41

11

12  GOVERNMENT'S EXHIBITS                        PAGE

13      8                                          8

14      9                                         11

15      31                                        15

16      34                                         4

17      36                                        42

18

19  DEFENDANT'S EXHIBITS                         PAGE

20      1, 2 and 3                               40

21

22

23

24

25
```

```
 1   Thereupon,

 2   the following proceedings began at 9:45 a.m.:

 3             THE COURT:  Good morning.  Let the record reflect that

 4   counsel for the government is present, Mr. Ambrosio is present,

 5   and Mr. Beuschel is present.

 6             Government ready?

 7             MR. OSBORNE:  Yes, Your Honor.

 8             THE COURT:  Defense ready?

 9             MR. AMBROSIO:  Yes, Your Honor.

10             THE COURT:  All right.  Bring in the jury.

11             (Thereupon, the jury entered the courtroom at

12   9:46 a.m.)

13             THE COURT:  Members of the jury, please be seated.

14   Good morning, members of the jury.

15             All right.  The government may call its next witness.

16             MR. OSBORNE:  Your Honor, the government moves to

17   introduce Exhibit 34, a stipulation between the parties.

18             THE COURT:  Government's 34, which is a stipulation,

19   is that correct?

20             MR. OSBORNE:  Yes, Your Honor.

21             THE COURT:  Any objection from the defense?

22             MR. AMBROSIO:  No, Your Honor.

23             THE COURT:  Go right ahead.  You may publish.

24             MR. OSBORNE:  Thank you, Your Honor.

25             THE COURT:  34 is in evidence.
```

 1              (Thereupon, Government's 34 received in evidence.)

 2          MR. OSBORNE:  Stipulation regarding sildenafil.  The

 3   United States and Andrew Beuschel hereby stipulate as follows.

 4   The jury can accept these facts as proven for purposes of

 5   trial.

 6              Sildenafil citrate is a drug as that term is defined

 7   in section 201(g)(1) of the federal Food Drug and Cosmetics

 8   Act, Title 18, United States Code Section 321(g)(1).  It is

 9   recognized in the official United States pharmacopeia, it is an

10   article intended for use in the mitigation and treatment of

11   disease in man and it is an article other than food intended to

12   affect a function of the body of man.

13              And the stipulation, Your Honor, is signed by myself,

14   defense counsel, and the defendant.

15          THE COURT:  Mr. Ambrosio, do you so stipulate?

16          MR. AMBROSIO:  Yes, I do, Your Honor.

17          THE COURT:  All right.  Thank you.  Call your next

18   witness.

19          MR. BROWNE:  United States calls Jeff Karsh, Your

20   Honor.

21          THE COURT:  Please step up to the witness stand.

22   Please remain standing and raise your right hand.

23                        JEFFREY KARSH

24   Having been first duly sworn on oath, was examined and

25   testified as follows:

1          THE COURT:  Thank you.  Please seated.  Please speak

2    directly into that microphone so we will able to hear you.

3    Please state your full name for the record and spell your last

4    name for the reporter.

5          THE WITNESS:  My full name is Jeffrey Paul Karsh,

6    K-A-R-S-H.

7          THE COURT:  You may proceed.

8          MR. BROWNE:  Thank you, Your Honor.

9                        DIRECT EXAMINATION

10   BY MR. BROWNE:

11   Q     Good morning, Mr. Karsh.

12   A     Good morning.

13   Q     What do you do for a living?

14   A     I work as a subcontractor.  I was hired by a firm, a law

15   enforcement consulting firm known as Madison Associates.  And

16   my responsibility is to provide financial investigative

17   assistance to the Food and Drug Administration's office of

18   criminal investigations.

19   Q     And what did you do prior to working for Madison

20   Associates?

21   A     Prior to working for Madison Associates, I was a special

22   agent with the Internal Revenue Service, criminal investigation

23   division.

24   Q     How long did you work for the IRS?

25   A     I worked for the IRS as a special agent for 34 years.

```
 1    Q    Going back to July of last year, 2014, where were you
 2    working?
 3    A    I was working at the Food and Drug Administration's office
 4    of criminal investigation.
 5    Q    And that was in your capacity as an employee of Madison
 6    Associates?
 7    A    That's correct.
 8    Q    And did you participate in the investigation of an
 9    individual named Andrew Beuschel?
10    A    Yes, I did.
11    Q    What was your role in this investigation?
12    A    My role was to provide financial investigative assistance
13    to the case agent.
14    Q    Did you review any bank records in connection with this
15    case?
16    A    Yes, I did.
17    Q    And do you know how the FDA obtained those bank records?
18    A    Those bank records were obtained via a subpoena.
19    Q    And when was that subpoena issued?
20    A    I don't know the specific date that that subpoena was
21    issued, but I believe it was sometime in July 2014.
22    Q    Is there anything that might refresh your recollection
23    with respect to the subpoena date?
24    A    Yes, a copy of the subpoena would.
25              MR. BROWNE:  Your Honor, may a approach?
```

```
 1              THE COURT:  You may.

 2    BY MR. BROWNE:

 3    Q    Please read it to yourself.  Is your recollection

 4    refreshed?

 5    A    Yes, it is.

 6    Q    Go ahead.

 7    A    The date on that subpoena is July 25, 2014.

 8    Q    And to whom or to what company was that subpoena issued?

 9    A    That subpoena was issued to Capital One Bank.

10    Q    Why was a subpoena issued to Capital One Bank?

11    A    Because information was obtained that a wire transfer had

12    been deposited into an account at Capital One Bank under the

13    name Credit Veritas and that subpoena was to obtain information

14    regarding that account.

15    Q    And the wire transfer you just mentioned, how is that wire

16    transfer related to this investigation?

17    A    That wire transfer related to the undercover payments that

18    were made for the purchase of the product.

19    Q    Do you know for what time period of bank records were

20    requested for Credit Veritas, LLC?

21    A    I believe it was from January 1, 2012 through July 24,

22    2014.

23    Q    And can you summarize what type of records were requested

24    in that subpoena?

25    A    Well, there was a considerable list of items including
```

```
 1   account information, loan information, any information relating
 2   to wire transfers, any information relating to any reports
 3   filed by the bank, so on and so forth.
 4   Q    Did you eventually receive the requested bank records?
 5   A    Yes, I did.
 6   Q    I'm going to show you an eight-page document that has been
 7   marked for identification as Government's Exhibit 8.
 8            MR. BROWNE:  Your Honor, may I approach?
 9            THE COURT:  Feel free to do so.
10   BY MR. BROWNE:
11   Q    Mr. Karsh, do you recognize Government's Exhibit 8?
12   A    Yes, I do.
13   Q    What is that exhibit?
14   A    This is a commercial new account information card.  In
15   effect, it's a signature card with when one opens up an
16   account.
17   Q    And how do you recognize that exhibit?
18   A    This was one of the documents that was obtained pursuant
19   to the subpoena.
20            MR. BROWNE:  Your Honor, at this time the government
21   moves to admit Government's Exhibit 8 into evidence.
22            THE COURT:  Any objection?
23            MR. AMBROSIO:  No objection, Your Honor.
24            THE COURT:  8 is in evidence.
25            (Thereupon, Government's 8 received in evidence.)
```

1          MR. BROWNE:  Your Honor, I'm going to approach and

2    retrieve the original exhibit, give the witness a copy, and

3    publish the original exhibit with the Court's permission.

4          THE COURT:  You may.

5          MR. BROWNE:  I am publishing, for the record,

6    Government's Exhibit 8.

7    BY MR. BROWNE:

8    Q    Mr. Karsh, remind us again what we are looking at in

9    Government's Exhibit 8.

10   A    This is referred to as a commercial new account

11   information card.  In effect, what it is is a signature card.

12   When one opens up a bank account, in this particular instance,

13   it was a company that opened up the account, the person who has

14   signature authority over that account fills out this form,

15   signs it, and that is what a new account information card is.

16   Q    And directing your attention to the top of Government's

17   Exhibit 8 on the first page, what is the business name listed

18   on the account?

19   A    Credit Veritas, LLC.

20   Q    Who is listed as the individual opening the account?

21   A    A Jatinder Singh.

22   Q    Mr. Karsh, who is the signatory on this particular bank

23   account?

24   A    Jatinder Singh.

25   Q    Turning to page 2 of Government's Exhibit 8, the page

1    titled certificate of limited liability company resolution to

2    open a commercial deposit account.  What entity is listed as

3    the company?

4    A    Credit Veritas, LLC.

5    Q    Just a moment.  And where is that company registered

6    according to the document?

7    A    It's registered in the State of New Jersey.

8    Q    Are there any other authorized individuals listed on the

9    account other than Jatinder Singh?

10   A    No, there are not.

11   Q    And who is identified as the person authorized to open the

12   account?

13   A    Jatinder Singh.

14   Q    Is the defendant Andrew Beuschel's name anywhere on the

15   account opening documents?

16   A    No, it is not.

17   Q    I am going to show you now an eight-page document that has

18   been marked for identification as Government's Exhibit 9.

19           MR. BROWNE:  Your Honor, may I approach the witness?

20           THE COURT:  You may.

21           MR. BROWNE:  Thank you.

22   BY MR. BROWNE:

23   Q    Mr. Karsh, do you recognize Government's Exhibit 9?

24   A    Yes, I do.

25   Q    How do you recognize it?

```
 1   A    This was also documentation that was obtained pursuant to

 2   the subpoena.

 3   Q    And what is Government's Exhibit 9, Mr. Karsh?

 4   A    Exhibit 9 represents the incoming and the outgoing wire

 5   transfers relaying to that account.

 6   Q    Which account is that?

 7   A    Credit Veritas, LLC at Bank One.

 8        MR. BROWNE:  Your Honor, at this time the government

 9   moves to admit Government's Exhibit 9 into evidence.

10        THE COURT:  Any objection?

11        MR. AMBROSIO:  No, Your Honor.

12        THE COURT:  9 is in evidence

13        (Thereupon, Government's 9 received in evidence.)

14        MR. BROWNE:  Your Honor, with the Court's permission,

15   I'm going to retrieve the original, hand the witness a copy,

16   and publish the original.

17        THE COURT:  You may.

18   BY MR. BROWNE:

19   Q    Mr. Karsh, what is a wire transfer?

20   A    A wire transfer is a transmittal of funds from one account

21   to another.

22   Q    All right.  Beginning on page 1 of Government's Exhibit 9,

23   would you please explain to the jury, what kind of information

24   is contained in this document?

25   A    Well, just looking at this, the first item would be the
```

1    amount of the wire transfer.  On page 1, it would be $10,000.

2    It talks about the account in which it's being deposited.  The

3    beneficiary of that account, in this instance is Credit

4    Veritas, LLC.  It has identification numbers for the

5    beneficiary bank, the branch, so on and so forth.  And, of

6    course, it indicates the date of the wire transfer.  And

7    further down it indicates the originator of the wire transfer

8    and what the purpose of that wire transfer is.

9    Q    All right.  And looking at the first entry in Government's

10   Exhibit 9, in this case the wire transfer is being sent to

11   Credit Veritas, LLC, is that correct?

12   A    That's correct.

13   Q    And who is sending the wire transfer in this case?

14   A    The originator of that wire transfer is a company known as

15   Havana 59 Cigar Company.

16   Q    What, if any, significance does Havana 59 Cigar Company

17   have in this investigation?

18   A    That company is owned and operated by the cooperating

19   source.

20   Q    And Government's Exhibit 9, does that contain any and all

21   wires to and from the account Credit Veritas, LLC?

22   A    Certainly particularly during that period covered by the

23   subpoena.

24   Q    Let's jump ahead to page 7.  The first entry on page 7,

25   what does that show?

```
1    A    That shows that there was an incoming wire transfer in the
2    amount of $2,387.50 to the benefit of Credit Veritas, LLC.
3              THE COURT:  How much again?  I'm sorry.
4              THE WITNESS:  $2,387.50.
5              THE COURT:  Thank you.
6    BY MR. BROWNE:
7    Q    Who sent that wire transfer?
8    A    Havana 59 Cigar Company.
9    Q    And who received that wire transfer?
10   A    That was received by the account of Credit Veritas, LLC at
11   Bank One.
12   Q    And what is the date of that transfer?
13   A    Let's see.  The date was May 14, 2014.
14   Q    And turning to the second entry on page 7 of Government's
15   Exhibit 9, what does the second entry of page 7 of Government's
16   Exhibit 9 show.
17   A    That shows an incoming wire transfer of $1,000 to the
18   benefit of Credit Veritas, LLC, and that was also originated
19   from the account of Havana 59 Cigar Company and was made on,
20   what is the date, May 8th, 2014.
21   Q    I want to turn back to page 6 of Government's Exhibit 9,
22   the second complete entry, or excuse me, the first complete
23   entry on the page.  Are you there?
24   A    Yes.
25              THE COURT:  What page are you on now?
```

 1              MR. BROWNE:  Page 6 of Government's Exhibit 9, Your

 2   Honor.

 3              THE COURT:  Thank you.

 4   BY MR. BROWNE:

 5   Q    Who is the transferee or the beneficiary of that wire

 6   transaction?

 7   A    The beneficiary of this wire transfer is a Carol Beuschel.

 8   Q    Who, if you know, is Carol Beuschel?

 9   A    Carol Beuschel is the wife of Andrew Beuschel.

10   Q    And who is the sender of that wire transfer?

11   A    The sender of that wire transfer is credit Veritas, LLC.

12   Q    When did that transfer take place?

13   A    That wire transfer was made on May 15, 2014.

14              THE COURT:  And what was the amount?

15              THE WITNESS:  It was in the amount of $2,500.

16   BY MR. BROWNE:

17   Q    Finally, Mr. Karsh, I am going to show you an eight-page

18   document that's been marked for identification as Government's

19   Exhibit 31.

20              MR. BROWNE:  Your Honor, may I approach the witness?

21              THE COURT:  Yes, sir.

22   BY MR. BROWNE:

23   Q    Mr. Karsh, do you recognize Government's Exhibit 31?

24   A    Yes, I do.

25   Q    What is that exhibit?

1    A    This is a monthly statement of the account of Credit

2    Veritas, LLC at Capital One Bank.

3    Q    And was that statement also included in the records that

4    you received pursuant to the subpoena?

5    A    Yes, it was.

6         MR. BROWNE:  Your Honor, at this time I would move to

7    admit Government's Exhibit 31 into evidence.

8         THE COURT:  Any objection?

9         MR. AMBROSIO:  No objection, Your Honor.

10        THE COURT:  31 is in evidence.  You may publish.

11        (Thereupon, Government's 31 received in evidence.)

12        MR. BROWNE:  Thank you, Your Honor.  May I approach

13   the witness?

14        THE COURT:  You may.

15   BY MR. BROWNE:

16   Q    This is the document that the jury is probably used to

17   seeing, but can you tell us what is contained in Government's

18   Exhibit 31?

19   A    Government's Exhibit 31 represents a monthly bank

20   statement for the period May 1, 2014 through May 30, 2014.  It

21   was for the account of Credit Veritas, LLC and it has

22   information regarding the deposits and the withdrawals from

23   that account.

24   Q    And does this account statement reflect the wire transfer

25   activity that is documented in Government's Exhibit 9?

1   A    Yes, it does.

2   Q    Does this document also reflect the wire transfer activity

3   that we discussed when reviewing Government's Exhibit 9?

4   A    Yes, it does.

5   Q    And that includes a wire transfer on May 14 of $2,387.50,

6   correct?

7   A    That's correct.

8        MR. BROWNE:  May I have just a moment, Your Honor?

9   BY MR. BROWNE:

10  Q    I am going to direct you back to Government's Exhibit 9

11  which is the wire transfer history.  Just to clarify, in what

12  order are these wire transfer records listed?

13  A    These records are listed in descending order based upon

14  the amount of the wire transfer.  So the very first transaction

15  is for $10,000.  And the last transaction is for $1,000.  So

16  they are in descending order, not necessarily date order.

17       MR. BROWNE:  Thank you, Mr. Karsh.  No further

18  questions.

19       THE COURT:  Cross-examination.

20       MR. AMBROSIO:  Thank you, Your Honor.

21                    CROSS EXAMINATION

22  BY MR. AMBROSIO:

23  Q    Good morning, Mr. Karsh, Detective Karsh?

24  A    Good morning.

25  Q    In reference to the $10,000 wires that you testified

1    about, you have no personal knowledge as to what those wires

2    were for, do you?

3    A    My understanding is that they were --

4    Q    Personal knowledge, not understanding.  Do you have any

5    personal -- did the sender of the wire tell you what it was

6    for?

7    A    There was discussion regarding that there was previous

8    business activity between the cooperating source and the

9    defendant.

10   Q    Okay.

11   A    Correct.

12   Q    And did he tell you it was not -- he told you it wasn't

13   for counterfeit drugs, is that correct?

14   A    That --

15        MR. BROWNE:  Objection.  Calls for hearsay.

16        THE COURT:  Any exception?

17        MR. AMBROSIO:  I will withdraw the question, Judge.

18   BY MR. AMBROSIO:

19   Q    And listed on here, were these wires initiated by the

20   cooperating source?

21   A    Some of those wires were.  There are other wires that were

22   not.

23   Q    Okay.  And it has the word loan on there, OBI.  Do you

24   know what that stands for on page 1?

25        THE COURT:  What exhibit?

```
 1            MR. AMBROSIO:  This is Exhibit 9.

 2            THE COURT:  Thank you.

 3            MR. AMBROSIO:  Sorry, Your Honor.

 4            THE COURT:  That is all right.

 5            Do you see those letters?

 6            THE WITNESS:  Oh.

 7   BY MR. AMBROSIO:

 8   Q    If you don't know, that's fine.

 9   A    I believe it represents what the purpose of the wire

10   transfer was for, but I don't know what the actual term was.

11   Q    Here it says loan.

12   A    Right.

13            MR. AMBROSIO:  Thank you.  No further questions, Your

14   Honor.

15            Thank you, Agent.

16            THE COURT:  Any redirect?

17            MR. BROWNE:  No redirect, Your Honor.

18            THE COURT:  Is the witness excused by the government?

19            MR. BROWNE:  Yes, Your Honor.

20            THE COURT:  By the defense?

21            MR. AMBROSIO:  Yes, Your Honor.

22            THE COURT:  Thank you, sir.  You may step down.

23            THE WITNESS:  Thank you.  Call your next witness.

24            MR. OSBORNE:  Your Honor, the government rests.

25            THE COURT:  Members of the jury, you have heard
```

```
 1   counsel for the government announce that at this time the
 2   government rests regarding the presentation of its case in
 3   chief.  At this point the Court is required to take up legal
 4   matters with the lawyers out of your hearing; therefore, I
 5   would like for you to return to the jury room, remain in the
 6   jury room, do not discuss this matter amongst yourselves, and
 7   we will be in recess briefly.  Court is in recess.
 8           (Thereupon, the jury exited the courtroom at
 9   10:09 a.m.)
10           THE COURT:  Be seated or stand, whatever is
11   comfortable.
12           Any motions from the defense?
13           MR. AMBROSIO:  Yes, Judge.  I am going to be making a
14   rule 29 motion.  Would you like for me to be heard?
15           THE COURT:  Yes, sir.  Go right ahead.
16           MR. AMBROSIO:  Judge, the defendant is requesting a
17   judgment of acquittal in this case on both the conspiracy count
18   to traffic in counterfeit Viagra as well as the substantive
19   count of trafficking in counterfeit Viagra.
20           As Your Honor is well aware, the jury functions
21   determine to -- the jury is to determine the credibility of
22   witnesses, weigh the evidence, and draw justifiable inference
23   of facts from proven facts.  And what I will do, Judge, I am
24   going to first discuss the conspiracy charge.
25           Under my recollection of the facts of this case,
```

1    Judge -- it's a very simple case.  We have only been here for

2    two days of testimony.  -- the only conspirator in this case is

3    Frank Fiore.  Tony Bryant, the cooperating source, cannot be

4    considered a conspirator because he is a cooperating witness.

5    There is no way he could have formed the requisite intent to

6    commit a crime because he was working for the government.  So

7    we have to focus solely on Mr. Fiore.

8         The facts in evidence are that Mr. Fiore and

9    Mr. Beuschel did agree to ship a package from New Jersey to

10   Florida.  And we know that, Judge, because the statements of

11   Mr. Beuschel, he admittedly says, yes, that was Frank Fiore's

12   package, it was sent to my house by mistake, he called me up

13   and said he had it and I agreed to ship it down.

14        And, Judge, he even further says, I knew it was Viagra

15   because I opened the box.

16        The issue for the conspiracy is Mr. Beuschel and

17   Mr. Fiore had to agree that they were going to be trafficking

18   in counterfeit Viagra.  So it's a big distinction between

19   Viagra.

20        And this is not like a drug case where if Mr. Beuschel

21   had opened up a box and there was marijuana in there, the mere

22   presence of marijuana and the smell would be an inference that

23   a jury could make if the charge was distributing a drug that is

24   illegal.

25        The same type of inference could have been made by the

```
 1   jury if the charge was distributing Viagra without a
 2   prescription.  The jury certainly could have inferred that if
 3   Mr. Beuschel opened a box and there were boxes of Viagra and if
 4   his defense was I didn't look inside the boxes, I thought they
 5   were empty, they still could have made the inference it's
 6   Viagra, you know, any reasonable person would have thought it
 7   was Viagra.
 8           And if you also consider the statements that he made
 9   to the cooperating source, that he was concerned about bringing
10   it down.  But in terms of the counterfeit issue, we do know
11   that there was discourse between Mr. Fiore and Mr. Beuschel in
12   emails.  And the word Skittles was used.  And we also know,
13   Your Honor, that there are no conversations recorded that were
14   given to the jury between Mr. Beuschel and Mr. Fiore saying,
15   hey, frank, I got your fake Viagra, I'm going to send it down
16   to Tony.  We don't have any such evidence.
17           And as a matter of fact, we do have evidence that was
18   presented and this was in the form of a recorded video of Frank
19   Fiore and that was on April 17, 2014.  And Exhibit 2, which was
20   admitted into evidence, Judge, is the transcript.  I just want
21   to read from page 2 of the transcript.  It's one sentence.
22   This is Mr. Fiore speaking to Tony Bryant, the confidential
23   source.  We are a crew.  He's not a crew.  He's a solo artist.
24           THE COURT:  Referring to?
25           MR. AMBROSIO:  Referring to Andrew Beuschel.  And I
```

1   think that the proper -- a reasonable inference there is that

2   there is not a conspiracy between these two.  And I think that

3   inference becomes even stronger given the other facts that were

4   on that video in which Mr. Fiore made it imminently clear that

5   he wanted to kill Mr. Beuschel and that he hated his guts, in

6   his parlance.

7         So for those reasons, Judge, I don't think there's any

8   fact that the government could point to that would allow a jury

9   to make the additional inference that the package that

10  Mr. Beuschel was going to send to Florida was, in fact,

11  counterfeit.

12        Now, they may want to say, well, if you listen to --

13  if you listen to the conversation that Mr. Beuschel had with

14  Tony Bryant on May 30, I believe it was, he made a comment

15  during that conversation where he said he knew a guy from

16  Brooklyn that manufactured Cialis and Viagra and that he could

17  make a call to the guy and get as much as he wanted within a

18  couple weeks.  And he further went on to say, if you want it,

19  he doesn't take it on the arm, you got to pay me up front.

20        The government may try to infer that that is

21  indications that an inference could be made that the -- that

22  the drug in question was counterfeit.  And I submit that can't

23  be used for the conspiracy that Mr. Beuschel is charged with

24  because he doesn't say that the person he spoke about, the

25  unnamed man in Brooklyn, was the person that supplied him with

1  the Viagra that was at his house.  So the way I see it, Judge,

2  in terms of a justifiable inference of the facts that were

3  submitted, there is no way that the conspiracy charge in this

4  case should be sent to a jury.

5          Now I am going to go on to the substantive charge,

6  Judge.  It's a proven fact and I concede that Andrew Beuschel

7  shipped a box of what he believed to be Viagra.  That fact is

8  admissible.  It's in evidence.  He said it several times.  He

9  said it when he was at his proffer.  And he -- or at his -- not

10  his proffer, but he said it at a meeting on September.

11          THE COURT:  When he was interviewed?

12          MR. AMBROSIO:  And he also said it on the day that he

13  was arrested.

14          It is also a proven fact, Judge, that there were

15  references to Skittles in certain emails between Frank Fiore,

16  and Andrew Beuschel.  He fully admits it.  And when Agent Trimm

17  testified, he said, we read some of the emails to Mr. Beuschel.

18  He admitted, yeah, I sent those emails.  So that's a fact.

19          And those are the emails that relate -- those emails

20  that concern the Skittles and the Viagra in question, those

21  emails were written between May 7, 2014 and July 21, 2014.  And

22  each one of these emails Mr. Beuschel admits to.

23          There is no proven fact which could justify a jury to

24  draw an inference that the use of the words Skittle or candy

25  referred to counterfeit Viagra in those emails.  It's clearly

referred to by Viagra, but you can't make the second step to
say, oh, yes, it must have meant counterfeit Viagra.  This is
like the inference that someone, before they go to sleep, they
look out on the street and it's white.  They close the
curtains.  They wake up in the morning, they open the curtains,
and the street is -- I'm sorry, Judge, they go to sleep at
night, the street is black.  They wake up, they open the
curtains, and it's white.  That person can infer that it snowed
out last night.

        Without another fact such as a ruler was outside their
house, a snow meter, that person cannot say, oh, it snowed ten
inches.  If the government presented another fact such as, oh,
yes, before you went to sleep, did you have a snow meter on
your yard.  Yes, I did.  And what did the snow meter say when
you looked out the window.  When I looked out the window in the
morning, the snow was up to the number ten.  The jury can infer
from that type of circumstance that it snowed ten inches.  And
the government is actually asking a jury to make that same type
of inference but without having the snow meter fact in
evidence.

        There was no testimony from any expert witness that
the use of the word Skittles signifies counterfeit Viagra
versus real Viagra.  Andy Beuschel did not admit in any
statement that what he had was counterfeit Viagra.  Frank Fiore
was not on any recording saying that he had sent fake Viagra to

```
1    Andrew Beuschel or that the Viagra in the emails was
2    counterfeit.  And this is not -- this is the government's
3    burden to prove, Judge.  And they could have called Fiore if
4    they wanted to and he could have said, yes, when I wrote that
5    email, I was talking about counterfeit Viagra.  And I told that
6    to Andy Beuschel.
7         But they didn't call him because he wasn't in a
8    conspiracy with Mr. Beuschel.  Tony Bryant, the cooperating
9    source, he didn't testify, but we heard his testimony.  He
10   tried to bait Mr. Beuschel several times to see if it was
11   counterfeit.  And Mr. Beuschel said it was legitimate.  He said
12   they are physician samples.  In no uncertain terms did
13   Mr. Beuschel state in his conversation with Tony Bryant that
14   what he had was counterfeit Viagra.
15        Agent Trimm testified.  He lacks all personal
16   knowledge of what was in my client's mind when he opened up
17   that box and when he sent the box.  He has no ability to give a
18   fact to the jury that the jury would be able to say, yes, this
19   fact is the snow marker which allows you to now infer that the
20   counterfeit -- the Viagra in question was actually counterfeit.
21        There are no facts -- the government might want to
22   say, well, Judge, Mr. Beuschel opened up the box.  He could --
23   the jury can infer that he has -- he examined the Viagra;
24   therefore, they can infer, because we had an expert testify,
25   that he knew it was counterfeit.
```

1          And I bring up the example, Judge, again of the

2     marijuana.  If this was marijuana, I would fully agree they

3     would be able to use that type of argument.  And I also bring

4     up the fact, Judge, if this case was about Mr. Beuschel

5     distributing real Viagra without a license, they would -- I

6     wouldn't even be making that motion, Judge, because literally

7     if he opens up a box and it says Viagra, the inference could be

8     drawn that he was sending Viagra.

9          But they put on an expert who has an advanced degree.

10    He's testified for about a half hour.  He talked about all the

11    different tests he did.  He had to use actual comparison boxes.

12    He had knowledge of Viagra samples that were made in the past,

13    had different types of logos that they use and different

14    colors.  There is no testimony whatsoever in this case that can

15    impute any knowledge on the part of Mr. Beuschel having the

16    ability to make such an assessment, even a cursory assessment.

17    There is no evidence, Judge, even as to the extent of

18    Mr. Beuschel's examination of that Viagra.

19          As a matter of fact, the inference could be made based

20    on the government's own testimony that Mr. Beuschel didn't

21    really examine the Viagra in question because he didn't even

22    know that if you took the Viagra out of the blister pack, there

23    was an expiration date, and there's emails that corroborate

24    that fact.  They said, oh, he said just take it out of the box,

25    it will be fine.

 1              And there was testimony that Mr. Beuschel didn't even

 2     know that there was an expiration date on the blister pack.

 3     And parenthetically, Judge, Mr. DeBartolo testified yesterday

 4     that the expiration date on the blister pack is even more

 5     prominent than the expiration on the box.

 6              So I submit, Judge, that if the government wants to

 7     argue that Mr. Beuschel had knowledge of the counterfeit nature

 8     of the Viagra based upon his examination of the Viagra at his

 9     house, the jury is not allowed to make any such inference based

10     on that because the facts don't exist.

11              There is no fact in evidence, Judge, that any other

12     person told Mr. Beuschel that the Viagra at his house was

13     counterfeit.  The government wants to say -- I think they might

14     try to say, well, there's a January 28 email in which

15     Mr. Beuschel says the following to Frank Fiore.  And this is

16     before the conspiracy.  This is before the conspiracy, Judge.

17     He wrote, need answer on Skittles.  They were made for me,

18     triple exclamation point.

19              There is no proven fact in evidence which would allow

20     a jury to infer that this email pertains to Viagra versus

21     counterfeit Viagra or versus Clavine.  And I questioned Agent

22     Trimm about that.  He admitted that Mr. Beuschel told him he

23     had a natural Viagra product that he was promoting that he

24     called Clavine.  And Agent Trimm could not say with any

25     certainty or with any ability that that email was in reference

```
 1   to that.
 2        There is another statement that the government might
 3   want to say, and I'm just assuming, I'm trying to anticipate
 4   their arguments, Judge, during Mr. Beuschel's discussions with
 5   Tony Bryant, he said the following:  I will make a phone call
 6   to the guy.  He's in Brooklyn.  I'll make the phone call to the
 7   guy who manufactures them and just tell him I need -- just tell
 8   him the story.  I'll say I need 10,000 each.  And then once I
 9   get 10,000 each, I will let you know that he's got them, then
10   you let me know.  But, listen, this guy doesn't take anything
11   on the arm.  Once I have to pay him, so there's no arm, so it's
12   $2 a pill, it's what he charges, and then I'll get you as many.
13        Judge, I submit that this is not a proven fact that
14   would allow an inference to be made that Andrew Beuschel knew
15   the Viagra he sent on June 17th, 2014 was, in fact,
16   counterfeit.  Number one, there's no name of the source.
17   There's no location of the factory.  There is no statement that
18   the product would be counterfeit.  There's no proof this person
19   even actually exists.  There's no proof that the Viagra shipped
20   on June 17, 2014 which emanated from Mr. Beuschel's house
21   actually was manufactured by this person, this nebulous source.
22        So for all of those reasons, Judge, I think that
23   this -- the government fails miserably in having that second
24   what I consider snow marker which is a fact that allows them to
25   have the inference that Skittles in this particular case means
```

```
 1   counterfeit.  And, Judge, I stress, this case is about

 2   counterfeit product.  It is not about illegal drugs.  It is not

 3   about Mr. Beuschel distributing something without a license.

 4   So for those reasons, Judge, I don't think this case should go

 5   to the jury.

 6           THE COURT:  All right.  Thank you.

 7           What does the government say?

 8           MR. OSBORNE:  Your Honor, those arguments that

 9   Mr. Ambrosio has made are for the jury.  There's easily

10   sufficient evidence that the case should be submitted to the

11   jury and the jury can decide whether to draw the inferences

12   that Mr. Ambrosio is making or the inferences that we think are

13   appropriate.

14           With regard to the existence of a conspiracy, Your

15   Honor, the jury could find a conspiracy either between the

16   defendant and Mr. Fiore or between the defendant and Anderson,

17   the name he gives as the person in Brooklyn who manufactures

18   the Viagra and Cialis for him.

19           Mr. Beuschel at one point tells the cooperating source

20   that he knows the guy in Brooklyn who makes the Viagra and

21   Cialis and that he's willing to introduce the source to that

22   person.  He tells the source that the person in Brooklyn would

23   be interested in trading Viagra and Cialis, bartering it for a

24   truckload of cigarettes.  And then in two subsequent emails, he

25   names that person as Anderson and says he wants to introduce
```

1  the source to Anderson.

2        So the jury could infer, it's up to them, but they

3  could infer that Anderson is a real person and a member of the

4  conspiracy.  And obviously they could also infer that Mr. Fiore

5  is a member of the conspiracy because he assisted Mr. Beuschel

6  to sell the drugs, he gave permission to the source and then

7  forwarded several emails from Mr. Beuschel to the source for

8  that purpose.

9        The next question, Your Honor, I think the real

10  question Mr. Ambrosio was raising and the one the jury will

11  have to decide is did the defendant know that he was selling

12  counterfeit Viagra.

13        There's easily sufficient evidence, Your Honor, on

14  which the jury could draw that inference, again taking the

15  evidence in the light most favorable to the government, not in

16  the light that Mr. Ambrosio has put it.

17        For one thing, they could look at the considerable

18  evidence that the defendant attempted to obscure what he was

19  doing.  He spoke in coded language in the emails, for example,

20  referring to the product as candy and Skittles.  There is

21  certainly evidence that when he wrote candy and Skittles, he

22  meant Viagra and Cialis, Your Honor, because one thing he

23  admitted to us when we interviewed him is that he used the term

24  candy to mean Viagra; although, he said he did that because

25  Mr. Fiore did but also because after all here he is writing

 1   candy and Skittles in his email and then he shows up and

 2   delivers Viagra.

 3          They could look at the fact that the defendant was

 4   concerned about whether to ship the product UPS, the fact that

 5   he had the money sent, not to his own account, but to someone

 6   else's account and then had it wired to his wife.  And they

 7   could look at the price of the product that Mr. Beuschel is

 8   charging $2.50 a pill, whereas, the average wholesale price is

 9   $38.  All that, Your Honor, they could infer that the defendant

10   knows what he is doing and that's why he is taking steps to

11   disguise it.

12          They could also certainly rely on his actual

13   statements and emails, Your Honor.  Mr. Ambrosio was right,

14   there is one point in the recording where he says that the

15   product is legitimate.  There is another point about 30 seconds

16   later where he tells the cooperating source that he knows the

17   guy who manufactures it in Brooklyn and then goes on, as I

18   said, to talk about that guy, that he would be interested in

19   trading these products for the cigarettes and that he

20   manufactures both the Viagra and the Cialis.

21          Now, the jury can certainly infer, Your Honor, if

22   there is a guy in Brooklyn manufacturing Viagra and Cialis for

23   the defendant, that that guy is not affiliated with both Pfizer

24   and Eli Lilly, the legitimate manufacturers of those drugs.

25   And they could also look at the email from January 2013 where

1    the parties are again using same exact terminology, Skittles.

2    Mr. Fiore talks about blue Skittles and orange Skittles and the

3    defendant says the drugs were made for him, but he says the

4    Skittles were made for him.  And the jury can infer that what

5    that means is he knows the guy who makes them and they are not

6    authentic.

7            THE COURT:  Going back to the price per tablet, the

8    wholesale cost of $37.50, would that apply to tablets that had

9    already expired?

10           MR. OSBORNE:  The wholesale price, I'm sure, that the

11   Red Book calculates, Your Honor, is obviously for unexpired

12   drugs.  Clearly they wouldn't be gathering wholesale prices for

13   expired products.

14           THE COURT:  Would it be unreasonable that someone

15   would pay $2 for expired tablets?

16           MR. OSBORNE:  I think that's a question the jury would

17   have to consider, Your Honor.  But it would be an improper

18   inference to say, if the defendant actually delivers

19   counterfeit drugs and at a very, very low price, the jury has

20   to decide is the price so low because he knows what he's

21   delivering or because he mistakenly thinks that the only

22   problem is that the expiration date is wrong.  I think that

23   that is a question the jury would have to decide one way or the

24   other.  That would be a proper argument Mr. Ambrosio could

25   make.  Maybe he's really committing one crime, but he thinks

 1    he's committing another or something like that.

 2            You know, you can make that argument to the jury, but

 3    I think that viewing the light evidence -- evidence in the

 4    light most favorable to the government and especially comparing

 5    the price to combining that with all the other evidence in the

 6    case, Your Honor, I think the jury can infer from the fact that

 7    he's selling them at such a steep discount that he knows they

 8    are counterfeit.

 9            Another inference they can draw is that he's selling

10    them at a steep discount simply because he knows they are

11    expired.  I think the jury would have to make that decision.

12            I think the jury could also consider, Your Honor,

13    there is considerable evidence that the defendant knows a good

14    amount about this market, that he's in the business of selling

15    these products just from the, you know, the way he writes in

16    his emails and speaks in a very easy way about these products.

17    He's done it before in early 2013, again used that type of

18    language that a person who is more familiar with selling a

19    product is more likely to also understand and know his product.

20    And I think, I'm not saying they would convict him on that

21    factor alone, but that's a factor they could consider.

22            And I also think they can consider and should

23    consider, Your Honor, the fact that the defendant, when he came

24    to my office and we interviewed him and again after he was

25    arrested, that he was not honest about what he had done.  He

1   claimed that the whole deal was Mr. Fiore's deal.  Mr. Fiore

2   shipped him this box by accident and asked him to ship it back

3   and he did so.

4          But the jury can look at the emails from Mr. Beuschel

5   to Mr. Fiore which make it very clear that Mr. Beuschel is the

6   one selling the product.  He's saying what the price is.  He's

7   saying, if you need more, I can get it for you.  Those things

8   make it clear that it's just not the case that this is

9   Mr. Fiore's deal and Mr. Beuschel just happens by accident to

10  be in possession of the box.

11         In addition, when he meets with the cooperating

12  source, Your Honor, he talks about my carton and he talks about

13  getting the source drugs.  He doesn't say anything about

14  Mr. Fiore can do it.

15         He also stated to us, Your Honor, that he had never

16  dealt prescription drugs before.  But the jury can read the

17  emails between Mr. Beuschel and Mr. Fiore from January and

18  February 2013, almost the exact same deal in which the -- it's

19  the same thing.  It's $2 a pill.  You have to pay up front.  He

20  even wants the money -- well, it's the same deal.  He calls it

21  Skittles and candy, blues and oranges.  And they can conclude

22  that he did deal in prescription drugs before, almost the exact

23  same deal, and so was dishonest about that.

24         Finally, they can conclude that he was not honest

25  about Mr. Veltre, Your Honor.  When he met with us, he told us

```
1   he didn't know Mr. Veltre, that was all Frank Fiore.  Frank

2   Fiore found the person in Toms River, New Jersey to whom the

3   cooperating source should send the drugs.  After he was

4   arrested, he maybe forgot what he told us the first time

5   because he made up a second implausible story which is that he

6   knew Mr. Veltre.  He had talked to him at this plays American

7   Eagle where he had, Mr. Beuschel had, previously seen Viagra

8   there and he believed that Mr. Fiore had gotten the Viagra from

9   American Eagle and that Mr. Veltre told him he wanted 600

10  Viagra tablets a month for personal use, and so that's why

11  Mr. Beuschel told the source to ship the drugs to Mr. Veltre.

12          Now, first of all, the second statement contradicts

13  the first one.  In other words, the first time he says he

14  doesn't know this guy, it's Frank Fiore.  The second time he

15  says, yeah, I did know him, I set that up.  I think the jury,

16  though, could actually infer that they are both false, that

17  there is nobody out there who wants to buy 600 Viagra tablets a

18  month for personal use and that both stories are false.

19          And the jury can certainly infer that if a person is

20  going to come and meet with Special Agent Trimm and myself and

21  tell us things that aren't true, that the reason he's doing

22  that is to hide his knowledge of the crime that he's committed

23  which he admitted he read the complaint and so he knew what

24  were the facts of the case.

25          So I think in light of all that evidence, Your Honor,
```

```
 1    there is easily sufficient evidence that the jury should

 2    determine whether the defendant is guilty.

 3            THE COURT:  All right.  Thank you.  Let me take a

 4    short recess and then we will come back in and give you a

 5    ruling.

 6            Let's have everyone back in here at quarter of.  Court

 7    is in recess.

 8            (Thereupon, a recess was taken at 10:37 a.m.)

 9            THE COURT:  Please be seated.  Let the record reflect

10    that counsel for the government is present, counsel for the

11    defense is present, and Mr. Beuschel is present.

12            This is a very close call, but at this stage of the

13    proceeding, the Court is required to draw all reasonable

14    inferences in favor of the government and so I am going to deny

15    the defendant's rule 29 motion.

16            How will the defense be proceeding?

17            MR. AMBROSIO:  Your Honor, the only thing the defense

18    will be putting on will potentially be some exhibits which I

19    don't know if I have an answer on yet.  I was trying to

20    introduce some emails, but I had some technical difficulties

21    getting them printed out.  I gave them to Mr. Osborne to see if

22    I could authentic them because they were AOL emails from my

23    client that he had forwarded to me.

24            I have a new computer, Judge, and I couldn't get the

25    emails out of the Court's exhibit.  So what my client did was
```

1    he forwarded me the emails that he had on his AOL account, and

2    you could see my name on them, but I could not represent to

3    Mr. Osborne that these, in fact, are also contained in the AOL

4    account records that were put into evidence.  Other than that,

5    Judge, my client would be resting.

6            THE COURT:  So where is the government on these

7    exhibits?

8            MR. OSBORNE:  Your Honor, exhibits that Mr. Ambrosio's

9    client, the defendant, gave him directly obviously we would

10   object that they are not authenticated without a proper

11   witness.  I did tell Mr. Ambrosio -- he gave me the emails this

12   morning -- that if it there's time or Your Honor permits it, we

13   would be happy to check if those emails are also found in the

14   records that we received from AOL.

15           And in that case, I don't have a hearsay objection

16   anymore.  I'm going to withdraw that.  The particular ones that

17   Mr. Ambrosio gave me, I think, are not -- there is not a

18   hearsay problem with them.

19           My only remaining concern is authentication, and on

20   that, you know, I always give the defense counsel a courtesy.

21   I don't stand on formality about certificates of business

22   records and whatnot, but these emails he got from his client.

23   So for that reason, I object on the basis --

24           THE COURT:  How would you check on that?

25           MR. OSBORNE:  Well, we do have, Your Honor, here in

```
 1   electronic form all the records that we obtained from AOL, Your

 2   Honor.

 3           THE COURT:  How long would it take you to go through

 4   them?

 5           MR. OSBORNE:  Let me ask the analyst, Your Honor.

 6           THE COURT:  Sure.

 7           MR. OSBORNE:  Your Honor, Mr. Karsh estimates it would

 8   take him approximately half an hour.  In my experience I'm

 9   going to add 50 percent to that because I always find it takes

10   longer than people think.

11           MR. AMBROSIO:  Judge, I could represent to you that if

12   those are authenticated, I will be resting right after that and

13   we could go right into our closing.

14           THE COURT:  We still have to have a charge conference.

15           Let's have everyone back in here then at 20 after.

16           MR. AMBROSIO:  Thank you very much for your courtesy,

17   Your Honor.

18           MR. OSBORNE:  Thank you, Your Honor.

19           THE COURT:  Court is in recess.

20           (Thereupon, a recess was taken at 11:26 a.m.)

21           THE COURT:  Please be seated.  All right.  Let the

22   record reflect that counsel for the government is present,

23   Mr. Ambrosio is present, and Mr. Beuschel is present.

24           All right.  Where are we?

25           MR. OSBORNE:  Your Honor, Mr. Karsh was able to go
```

 1   through the AOL records.  Three of the four emails that

 2   Mr. Ambrosio had were in those records and we will not object

 3   to their admission.  As to the fourth, I don't believe it's

 4   been authenticated.

 5             THE COURT:  Defense ready to proceed?

 6             MR. AMBROSIO:  Yes, Judge.  My whole case will be just

 7   presenting these into evidence.

 8             THE COURT:  That is fine.

 9             All right.  Bring in the jury.

10             MR. AMBROSIO:  Judge, is it okay if I just tell the

11   jury that the government and I have stipulated to these, that

12   these are part of the record?

13             THE COURT:  Sure.

14             Is that acceptable to the government?

15             MR. OSBORNE:  Yes, Your Honor.

16             THE COURT:  Or do you want him to just offer them and

17   I will say, is there any objection, and you will say no?

18             MR. OSBORNE:  That's fine, Your Honor.

19             THE COURT:  Okay.

20             MR. AMBROSIO:  Okay.

21             THE COURT:  Fine.  Bring in the jury.

22             (Thereupon, the jury entered the courtroom at

23   11:28 a.m.)

24             THE COURT:  Members of the jury, please be seated.

25   All right.  On behalf of the defense, Counsel, you may proceed.

 1          MR. AMBROSIO:  Yes, Your Honor.  The defense has no

 2    witnesses, but I will be proffering three exhibits that are

 3    emails from Mr. Beuschel's AOL account.  I have marked them as

 4    Defendant's Exhibit 1, Defendant's Exhibit 2, and Defendant's

 5    Exhibit 3.

 6          THE COURT:  Defendant's 1 through and including 3, any

 7    objection?

 8          MR. OSBORNE:  No, Your Honor.

 9          THE COURT:  All right.  Defendant's 1 through and

10    include 3 are in evidence.

11          (Thereupon, Defendant's 1, 2 and 3 received in

12    evidence.)

13          MR. AMBROSIO:  Judge, the defendant rests.

14          THE COURT:  All right.  Members of the jury, you have

15    heard counsel for the defense announce that at this point the

16    defendant rests.  That concludes -- well, let me ask, is there

17    any rebuttal testimony or evidence from the government?

18          MR. OSBORNE:  Yes, Your Honor.  We have one further

19    email of our own that we would wish to introduce in rebuttal.

20          THE COURT:  Have you shown that to counsel?

21          MR. OSBORNE:  Yes, Your Honor.

22          MR. AMBROSIO:  I have seen it, Your Honor.

23          THE COURT:  All right.  Go ahead.

24          MR. OSBORNE:  Your Honor, the government calls

25    Mr. Karsh.

```
 1              THE COURT:  All right.
 2                        JEFFREY KARSH
 3   Having been previously duly sworn on oath, was further examined
 4   and testified as follows:
 5              THE COURT:  Please be seated.  State your name for the
 6   court reporter.
 7              THE WITNESS:  My name is Jeffrey Paul Karsh.
 8              THE COURT:  And, Mr. Karsh, I remind you that you are
 9   still under oath from your earlier testimony.
10              THE WITNESS:  Yes, Your Honor.
11              THE COURT:  You may proceed.
12              MR. OSBORNE:  Your Honor, can I approach the witness
13   and show him Government's Exhibit 36?
14              THE COURT:  You may.
15                        DIRECT EXAMINATION
16   BY MR. OSBORNE:
17   Q    Mr. Karsh, since you have already testified, I won't ask
18   you to introduce yourself again, but can you tell the jury
19   what -- do you know what Exhibit 36 is?
20   A    Yes, I do.
21   Q    What is that?
22   A    It is an email from Mr. Beuschel to an individual by the
23   name of Stratos Martinez.
24   Q    Does it include other emails in the same chain?
25   A    Yes, it does.
```

```
 1   Q     Where did you get that email?

 2   A     This was an email that was obtained from the AOL records.

 3   Q     Is that the same place that we obtained the other emails

 4   that have been introduced in Exhibit 6?

 5   A     Yes, it is.

 6   Q     Is it the same place that Defendant's Exhibits 1 through 3

 7   came from?

 8   A     Yes, it is.

 9           MR. OSBORNE:  Your Honor, the government moves to

10   admit Exhibit 36.

11           THE COURT:  Any objection?

12           MR. AMBROSIO:  No objection, Your Honor.

13           THE COURT:  Government's 36 is admitted.

14           (Thereupon, Government's 36 received in evidence.)

15           MR. OSBORNE:  I don't have any copies of it, Your

16   Honor, can I retrieve it and put it on the overhead projector?

17           THE COURT:  You may.

18   BY MR. OSBORNE:

19   Q    Mr. Karsh, in this email exchange, am I right that

20   Mr. Beuschel and Stratos Martinez, whoever that is, discussed

21   various different topics?

22   A     That's correct.

23   Q     Among other things, did they discuss the product Clavin or

24   Clavine?

25   A     Yes, it's reflected in this email.
```

1    Q    Is that the nutritional supplement that is supposed to

2    also help people deal with erectile dysfunction that the

3    defendant sells?

4    A    Yes, it is.

5    Q    At the top of this email list or email chain, the last

6    email on the chain, the one at the top, can you tell the jury,

7    when was that one sent?

8    A    It was sent on Thursday, March 6, 2014 at 12:19 p.m.

9    Q    Okay.  And what does the email say?  You can just read the

10   first line to the jury.

11   A    It says, send dick pills.  The Chinese say Clavine don't

12   work.

13   Q    Okay.  And so was Mr. Beuschel distinguishing between what

14   he's referring to here as dick pills and his Clavine product?

15   A    Yes, he is.

16   Q    And what does Mr.  --

17        MR. AMBROSIO:  Objection as to what he's referring to,

18   Judge.  That's in Mr. Beuschel's mind.

19        THE COURT:  The document speaks for itself.  You can

20   ask him to read from the document.

21        MR. OSBORNE:  Thank you, Your Honor.  I don't have any

22   further questions.

23        THE COURT:  Cross-examination.

24        MR. AMBROSIO:  I have no cross-examination, Judge.

25        THE COURT:  Thank you, sir.  You may step down.

1          THE WITNESS:  Thank you.

2          THE COURT:  Call your next witness.

3          MR. OSBORNE:  The government has no further witnesses

4    on rebuttal, Your Honor.

5          THE COURT:  The government rests?

6          MR. OSBORNE:  Yes, Your Honor.

7          THE COURT:  Members of the jury, you have heard

8    counsel for the government announce that the government rests

9    regarding the presentation of its rebuttal testimony and

10   evidence.  That concludes what is referred to as the

11   evidentiary phase of the trial.  Again, at this point the Court

12   is required to take up legal matters with the lawyers out of

13   your hearing.  Therefore, you will go ahead and recess for

14   lunch at this time.  I will take up the legal matters that I am

15   required to take up, and then the Court will recess for lunch.

16         I would like for you to return to the jury room at

17   1:00.  I anticipate that when you return here, we will go into

18   closing arguments by the lawyers for each side.  The Court will

19   then instruct you on the law which you must follow and apply

20   during your deliberations and you will then begin your

21   deliberations.

22         During this luncheon recess, do not discuss this

23   matter amongst yourselves or with any other individual, do not

24   do any research regarding anything pertaining to this case

25   either on the internet or by any other means or methods.  Have

```
 1   a good, safe lunch and we will see you at 1:00.
 2              (Thereupon, the jury exited the courtroom at
 3   11:35 a.m.)
 4              THE COURT:  Does the defendant renew his previously
 5   made rule 29 motion?
 6              MR. AMBROSIO:  Yes, I do.  Your Honor.
 7              THE COURT:  Any additional comment?
 8              MR. AMBROSIO:  Yes, Judge.  The additional comments
 9   that I have relate to the defense exhibits that are now in
10   evidence.  The first one is Exhibit 1 which is an email from my
11   client to the cooperating -- to the unindicted co-conspirator
12   Mr. Fiore.  And it's entitled enhancement pills.  And
13   Mr. Beuschel says, put them together in a nice package for me
14   and I can present them.  This is a real possibility to move
15   this product for you and we can all make some money.
16              Actually, that was an email that Frank Fiore had sent
17   to my client concerning what we are saying is Clavine.
18              The second email, Judge, is dated August 2nd, 2012,
19   and this is an email with four attachments.  And what it is,
20   Judge, it was -- it's an email from Mr. Beuschel to some
21   unidentified people that were not testified to, but in it is
22   brochures of Clavine.  And there is detailed analysis of what
23   it is and a description of the product to show that, in fact,
24   there is a product that deals with male enhancement and natural
25   Viagra.
```

 1          And the final exhibit, Judge, is an email from
 2  March 25, 2013.  And this is from Mr. Beuschel to a Stratos
 3  Martinez, subject, Re: Clavine.  Greek God Fat Frank is going
 4  to see Jay tomorrow.  He is in Vegas.  Will now (sic) something
 5  then.
 6          And prior to that, there was an email from March 25,
 7  2013, and that was from an Ecostratos Martinez.  He writes to
 8  Mr. Beuschel, Andy, what's up with the Clavine -- what's up
 9  with the Clavine pills in bulk, question mark.  If I ask a
10  European factory, they break my balls hourly.  And that was --
11  the final phase of that is he forwarded an email that said,
12  look, dear Stratos, any news from your side?  Are you
13  interested or not?  Price zero coma 11 USD slash capsule
14  production 300,000 capsules, kind regards.
15          Judge, my position is that based upon these defense
16  exhibits which show that there was a product called Clavine, it
17  was being produced in bulk and there was correspondence between
18  Mr. Fiore and Mr. Beuschel that no longer can a jury or any
19  reasonable person infer that when they use the word Skittles,
20  they were concerning only counterfeit Viagra.  And, Judge, I
21  don't want to belabor my point.  This case is about counterfeit
22  Viagra.  I don't think that the government has the right to say
23  that reasonable inferences can be made by the jury.
24          THE COURT:  All right.  I am going to deny the
25  defendant's renewed rule 29 motion.  I will deny the

```
1    defendant's renewed rule 29 motion.

2          We are going to pass out a packet of proposed jury

3    instructions to you.  We will put those together.  But while we

4    are doing that, let me just cover something with Mr. Beuschel

5    regarding his decision not to testify.

6          Mr. Beuschel, if you will just step up to the podium,

7    please.  Mr. Beuschel, I simply want to cover with you your

8    decision not to take the stand and testify.  I do not want to

9    ask you any questions about the facts of this case, only your

10   decision not to take the stand and testify.  And if you do not

11   understand any question that I ask, please ask to have it

12   repeated or explained.  If at any time during the questioning

13   you wish to talk privately with Mr. Ambrosio, feel free to do

14   so.  All right?

15         THE DEFENDANT:  Yes, sir.

16         THE COURT:  Please raise your right hand.

17                    ANDREW BEUSCHEL

18   Having been first duly sworn on oath, was examined and

19   testified as follows:

20         THE COURT:  Would you please state your full legal

21   name for the record.

22         THE DEFENDANT:  Andrew Santo, S-A-N-T-O, Beuschel,

23   B-E-U-S-C-H-E-L.

24         THE COURT:  How old are you?

25         THE DEFENDANT:  51.
```

```
 1              THE COURT:  And how far did you go in school?

 2              THE DEFENDANT:  College, Mont Claire State University.

 3              THE COURT:  Did you graduate?

 4              THE DEFENDANT:  No.

 5              THE COURT:  What was your intended major?

 6              THE DEFENDANT:  Economics.

 7              THE COURT:  Have you ever been treated for any mental

 8    illness in the past?

 9              THE DEFENDANT:  No.

10              THE COURT:  Are you presently suffering from any

11    mental or emotional disability or problem?

12              THE DEFENDANT:  No.

13              THE COURT:  Have you taken any drugs, medications, or

14    pills of any kind in the past 24 hours?

15              THE DEFENDANT:  No.

16              THE COURT:  Now, have you read the indictment in this

17    case?

18              THE DEFENDANT:  Yes.

19              THE COURT:  And has your lawyer, Mr. Ambrosio,

20    explained the charges to you?

21              THE DEFENDANT:  Yes, he has.

22              THE COURT:  And do you understand that you have the

23    right to take the stand and testify at this trial on your

24    behalf if you wish to do so?

25              THE DEFENDANT:  Yes, I do.
```

```
 1              THE COURT:  And do you understand that you cannot be
 2    compelled or forced to testify?
 3              THE DEFENDANT:  Yes, I do.
 4              THE COURT:  And do you understand that you cannot be
 5    compelled or forced to incriminate yourself?
 6              THE DEFENDANT:  Yes, I do.
 7              THE COURT:  And do you understand that the government
 8    has the burden of proving your guilt beyond a reasonable doubt
 9    and that you do not have to prove that you are innocent?
10              THE DEFENDANT:  Correct.
11              THE COURT:  And do you understand that you are
12    entitled to call witnesses at the trial to testify on your
13    behalf if you wish to do so?
14              THE DEFENDANT:  Yes, I do.
15              THE COURT:  Now, have you discussed specifically with
16    Mr. Ambrosio whether it is in your best interest to take the
17    stand and testify?
18              THE DEFENDANT:  Yes, I have.
19              THE COURT:  And has Mr. Ambrosio discussed that point
20    fully with you?
21              THE DEFENDANT:  Yes, he believes that --
22              THE COURT:  You don't need to tell me what he --
23              THE DEFENDANT:  Okay, yes.
24              THE COURT:  -- has told you, but simply have you
25    discussed with Mr. Ambrosio whether you should testify at this
```

 1  trial?

 2          THE DEFENDANT:  Yes.

 3          THE COURT:  And has Mr. Ambrosio answered all of your

 4  questions on that point?

 5          THE DEFENDANT:  Yes, he has.

 6          THE COURT:  Has he discussed with you the advantages

 7  and disadvantages of testifying?

 8          THE DEFENDANT:  Yes, sir.

 9          THE COURT:  And has he discussed with you the

10  advantages and disadvantages of not testifying?

11          THE DEFENDANT:  Yes.

12          THE COURT:  And do you understand that the decision

13  whether to testify or not is yours and yours alone?

14          THE DEFENDANT:  Correct.

15          THE COURT:  In other words, Mr. Ambrosio cannot make

16  that decision for you.  He cannot make you testify.  He cannot

17  stop or prevent you from testifying.  He can only give you his

18  advice and counsel as to what he thinks you should or should

19  not do, and then at the end of the discussion, you must make

20  the final decision.  Do you understand that?

21          THE DEFENDANT:  Yes, I do.

22          THE COURT:  Now, have you understood everything that

23  Mr. Ambrosio has said to you regarding this entire case?

24          THE DEFENDANT:  I have.  Thank you.

25          THE COURT:  And have you understood everything that

1   Mr. Ambrosio has said to you specifically regarding whether you

2   should testify or not?

3         THE DEFENDANT:  Yes.

4         THE COURT:  And are you satisfied with Mr. Ambrosio

5   and the way that he's represented you throughout this entire

6   matter?

7         THE DEFENDANT:  Yes, I am.

8         THE COURT:  Now, sir, have you understood everything

9   that I have explained to you so far?

10        THE DEFENDANT:  Yes, Judge.

11        THE COURT:  Mr. Beuschel, do you wish to take the

12  stand and testify at this trial or do you wish to continue to

13  assert your constitutional right to remain silent?

14        THE DEFENDANT:  I will not be taking the stand today.

15        THE COURT:  All right.  You do not wish to testify at

16  this trial?

17        THE DEFENDANT:  Correct.

18        THE COURT:  Have you been forced in any way by anybody

19  at any time not to testify?

20        THE DEFENDANT:  No.

21        THE COURT:  Is your decision not to take the stand and

22  testify, is it being made knowingly, voluntarily, and

23  intelligently?

24        THE DEFENDANT:  Correct.

25        THE COURT:  This is what you wish to do?

```
 1              THE DEFENDANT:  Yes, sir.

 2              THE COURT:  All right.  Thank you.

 3         Thank you, sir.  You may be seated.

 4         Mr. Ambrosio, have you discussed with your client, the

 5    advantages and disadvantages of his testifying at this trial?

 6              MR. AMBROSIO:  Yes, I have, Your Honor.

 7              THE COURT:  And have you given your client the benefit

 8    of your advice and counsel as to whether he should testify?

 9              MR. AMBROSIO:  Yes, I have.

10              THE COURT:  And based on your observations, has

11    Mr. Beuschel understood your counseling and advice?

12              MR. AMBROSIO:  Yes, he has.

13              THE COURT:  Do you have any doubt that your client is

14    making a knowing, voluntary, and intelligent waiver of his

15    right to testify?

16              MR. AMBROSIO:  No, I do not.

17              THE COURT:  And has anything come to your attention

18    which suggests a question as to Mr. Beuschel's competence to

19    waive his right to testify?

20              MR. AMBROSIO:  No.

21              THE COURT:  All right.  Thank you, sir.

22         And let me ask the prosecutor, has anything come to

23    your attention which suggests a question as to Mr. Beuschel's

24    competence to waive his right to testify?

25              MR. OSBORNE:  No, Your Honor.
```

```
 1              THE COURT:  All right.  The Court finds that

 2    Mr. Andrew Beuschel is now alert and intelligent, that he

 3    understands the nature of the charges against him, appreciates

 4    and fully understands his right with respect to testifying at

 5    this trial or continuing to assert his constitutional right to

 6    remain silent, his right against self-incrimination, and the

 7    fact that he cannot be compelled or forced to testify.

 8              The Court also finds that Mr. Beuschel's decision not

 9    to take the stand and testify is being made knowingly,

10    voluntarily, and intelligently, that Mr. Beuschel is competent

11    to waive his right to take the stand and testify, that such

12    waiver is not the result of force, threats, promises, coercion,

13    or intimidation, and that he has had the advice and counsel of

14    a fine lawyer with whom he says he is satisfied.  Accordingly,

15    the Court approves Mr. Beuschel's waiver of his right to

16    testify.

17              Let me ask you to remain right here and we will come

18    in and we will pass out a packet of proposed jury instructions

19    and then we will go through the charge conference.

20              (Thereupon, a recess was taken at 11:49 a.m.)

21              THE COURT:  Good afternoon.  Please stand or be

22    seated, whatever is comfortable.

23              Let's take up the jury instructions and the verdict

24    form.  First of all, any objections to the verdict form from

25    the government?
```

```
 1              MR. OSBORNE:  No, Your Honor.

 2              THE COURT:  Any objection to the verdict form from the

 3    defense?

 4              MR. AMBROSIO:  No, Your Honor.

 5              THE COURT:  All right.  With respect to the

 6    instructions, let me just see if I can save us a little bit of

 7    time.  If you will turn -- the pages are not numbered, but if

 8    you will turn to the instruction that talks about a paid

 9    informer, where it says the testimony of some witnesses must be

10    considered with more caution than the testimony of others,

11    that's really not applicable to this case.  We didn't have a

12    paid informant or someone hoping to gain more favorable

13    treatment in their case testify in this case.  So do you agree

14    that that should be removed?

15              MR. OSBORNE:  Yes, Your Honor.

16              MR. AMBROSIO:  Yes, Your Honor.

17              THE COURT:  All right.  And then identification is

18    really not an issue, correct?

19              MR. AMBROSIO:  Correct, Your Honor.

20              THE COURT:  So any objection to that being removed?

21              MR. OSBORNE:  No objection, Your Honor.

22              MR. AMBROSIO:  No objection, Judge.

23              THE COURT:  All right.  Understanding that those two

24    will be removed, are there any objections to the jury

25    instructions from the government?
```

```
 1              MR. OSBORNE:  Yes, Your Honor, one objection.

 2              THE COURT:  Okay.  Wait a minute.

 3              All right.  Go ahead.

 4              MR. OSBORNE:  Your Honor, my objection is to the

 5    instruction as to Count~2, the trafficking in a counterfeit

 6    drug.

 7              THE COURT:  All right.  Go ahead.

 8              MR. OSBORNE:  I had proposed at the end of my proposed

 9    instruction language stating that the government does not have

10    to prove that the defendant knew that the genuine mark was

11    registered with the patent and trademark office.  And that

12    language, Your Honor, is taken from the statute.  It's in 18

13    U.S.C. 2320(f)(1)(A)(2) which in the course of defining

14    counterfeit mark, it states that a counterfeit mark is

15    identical, is one that is identical with --

16              THE COURT:  Where are you reading from?

17              MR. OSBORNE:  I am now reading from the statute, Your

18    Honor.

19              THE COURT:  Oh, okay.  Go ahead.

20              MR. OSBORNE:  That a counterfeit mark, among other

21    things, is one that is identical with or substantially

22    indistinguishable from a mark registered on the principal

23    register in the patent office and in use.  And then it says,

24    comma, whether or not the defendant knew such mark was so

25    registered.  So I believe the statute explicitly states that
```

```
 1   the government --
 2             THE COURT:  Where would you propose that language to
 3   be added?
 4             MR. OSBORNE:  My proposal originally, Your Honor,
 5   although this doesn't matter to me, but just right at the end I
 6   had proposed to say the government does not have to prove that
 7   the defendant knew that the genuine mark was registered with
 8   the patent and trademark office.
 9             THE COURT:  Any objection to that language?
10             MR. AMBROSIO:  No, Your Honor.
11             THE COURT:  All right.  Then we will add that at the
12   end, it will be on the second page of the substantive
13   instruction as to Count~2.  We have 1 through and including 6.
14   Do you see that?
15             MR. OSBORNE:  Yes, Your Honor.
16             THE COURT:  And then we will add that language after
17   No. 6, just a separate paragraph.
18             MR. OSBORNE:  Thank you, Your Honor.
19             THE COURT:  Is that acceptable?
20             MR. AMBROSIO:  Yes, Your Honor.
21             THE COURT:  All right.  Any other objections from the
22   government?
23             MR. OSBORNE:  No, Your Honor.
24             THE COURT:  Any additional requested jury instructions
25   from the government?
```

```
 1            MR. OSBORNE:  No, Your Honor.

 2            THE COURT:  All right.  Any objections to the jury

 3    instructions from the defense?

 4            MR. AMBROSIO:  Yes, Your Honor.

 5            THE COURT:  All right.

 6            MR. AMBROSIO:  This applies to Count~2 as well, Your

 7    Honor.

 8            THE COURT:  Go right ahead.

 9            MR. AMBROSIO:  Mr. Osborne had submitted a proposed

10    jury instruction on Count~2, and I believe it was ECF docket

11    entry 39, and I did confer with Mr. Osborne on that where the

12    fourth element, Judge, in your instructions, it says, that the

13    defendant knowingly used a counterfeit mark on or in connection

14    with the drug, and I believe that that fourth count -- or that

15    fourth element should simply read that the defendant knew the

16    drug was counterfeit.

17            Judge, from my position --

18            THE COURT:  What does the government say about that?

19            MR. OSBORNE:  Well, I did originally propose it the

20    way that Mr. Ambrosio is asking for, Your Honor.  I didn't

21    object because I think they are effectively equivalent.  In

22    other words, for a drug to be counterfeit under the definition

23    in the statute means that the drug uses a counterfeit mark on

24    the drug or in connection with it.  And then the definition of

25    a counterfeit mark includes it has to be either that the mark
```

```
1    is false or inauthentic or that it is a genuine mark attached
2    to counterfeit goods.  So whether you say that the defendant
3    knowingly used a counterfeit mark on the drug or whether you
4    just come out and say that he knew the drug was counterfeit,
5    under the statute --
6            THE COURT:  Isn't it really semantics?
7            MR. AMBROSIO:  Judge --
8            THE COURT:  I mean, the issue that you want to argue
9    is still there.
10           MR. AMBROSIO:  Yes.  If I could -- as long as I am not
11   precluded from arguing to the jury that if --
12           THE COURT:  He didn't know.
13           MR. AMBROSIO:  He didn't know it was counterfeit.
14           THE COURT:  You are free to argue that.
15           MR. AMBROSIO:  The reason I am bringing it up, both
16   Mr. Osborne and I, I don't mean to speak for him, but I
17   searched in many different districts, there doesn't seem to be
18   a model charge for this particular count.
19           THE COURT:  That language is an accurate statement of
20   the law.
21           MR. AMBROSIO:  Judge, as long as I'm not going to be
22   precluded from arguing --
23           THE COURT:  Knowledge.
24           MR. AMBROSIO:  -- you have to be convinced beyond a
25   reasonable doubt that my client knew the Viagra was
```

```
 1    counterfeit.

 2            THE COURT:  You are free to argue that.

 3            MR. AMBROSIO:  Okay.

 4            THE COURT:  I mean, that is what the case all about

 5    basically.  Does the government agree with that?

 6            MR. OSBORNE:  I agree, Your Honor, we must prove the

 7    defendant knew the drug was counterfeit with the exception, the

 8    one part of the definition regarding the registration with

 9    the -- that's the only thing we don't have to prove he knew.

10            THE COURT:  That is not an issue, the registration

11    aspect of it.

12            MR. OSBORNE:  Right.

13            THE COURT:  So then is that language acceptable?

14            MR. AMBROSIO:  Yes, Judge.

15            THE COURT:  Any other objections from the defense?

16            MR. AMBROSIO:  Judge, I would just submit that given

17    the fact that the cooperating source did not testify in this

18    case, that a missing witness charge be given.

19            THE COURT:  What does the government say about that?

20            MR. OSBORNE:  I say exactly the opposite, Your Honor.

21    If the defense tries to --

22            THE COURT:  All right.  The government objects,

23    correct?

24            MR. OSBORNE:  Of course, yes.

25            THE COURT:  All right.  I will sustain that objection.
```

```
 1              Any other objections from the defense?

 2              MR. AMBROSIO:  No, Your Honor.

 3              THE COURT:  Any additional requested jury instructions

 4   from the defense?

 5              MR. AMBROSIO:  No, Your Honor.

 6              THE COURT:  All right.  Let us put that language in

 7   Count~2, that additional language, and we will just make up a

 8   new packet for everybody.  And we remove the paid informant

 9   instruction and the identification instruction.

10              So go ahead, Ryan, and take care of that.  Thank you.

11   And just make ten new copies.  Tammy will need one.

12              All right.  Let me just cover the closings.  How much

13   time does the government want for closing?

14              MR. OSBORNE:  One hour, Your Honor, 40 minutes and 20

15   minutes.

16              THE COURT:  That's fine.  How much advanced notice do

17   you want on the rebuttal portion of your closing, two minutes,

18   five minutes?

19              MR. OSBORNE:  Five minutes, Your Honor.

20              THE COURT:  Five minutes.  How much time would the

21   defense like?

22              MR. AMBROSIO:  Judge --

23              THE COURT:  I mean, an hour is fine.  You want an

24   hour?

25              MR. AMBROSIO:  An hour is fine.  I don't see beyond
```

```
 1    that.
 2              THE COURT:  That is fine.
 3              All right.  We will put together a new packet and then
 4    we will come in and go into closing arguments.
 5              MR. OSBORNE:  Can I ask you one question, Your Honor?
 6              THE COURT:  Yes.
 7              MR. OSBORNE:  Your practice, do you allow the jury to
 8    take the transcript to the --
 9              THE COURT:  They are in evidence.  They will go back
10    into the jury room.
11              MR. OSBORNE:  Thank you, Your Honor.
12              THE COURT:  The only thing -- I shouldn't say the only
13    thing.  The DVD obviously -- the DVD and the CD will not go
14    back into the jury room.  If they want to hear those, they will
15    have to make a request and we will bring them back into the
16    courtroom.  And the boxes containing the Viagra will not go
17    back into the jury room.  If the jury wants to examine that,
18    they will have to pass out a note and we will bring them back
19    into the courtroom.
20              MR. OSBORNE:  Thank you, Your Honor.  If you want, we
21    did bring a clean laptop that the jury could use to listen to
22    the recordings in the jury room.  I'm not suggesting you should
23    do that.
24              THE COURT:  No, that is all right.  They can come back
25    into the courtroom.
```

```
 1              MR. OSBORNE:  Thank you, Your Honor.

 2              THE COURT:  All right.  Court is in recess.

 3              (Thereupon, a recess was taken at 1:25 p.m.)

 4              THE COURT:  Let the record reflect that counsel for

 5    the government is present, Mr. Ambrosio is present, and

 6    Mr. Beuschel is present.

 7              All right.  The jury instructions have been corrected.

 8    Any objections from the government?

 9              MR. OSBORNE:  No, Your Honor.

10              THE COURT:  From the defense?

11              MR. AMBROSIO:  No, Your Honor.

12              THE COURT:  All right.  Government ready?

13              MR. OSBORNE:  Yes, Your Honor.

14              THE COURT:  Defense ready?

15              MR. AMBROSIO:  Yes, Your Honor.

16              THE COURT:  Bring in the jury.

17              (Thereupon, the jury entered the courtroom at

18    1:26 p.m.)

19              THE COURT:  Members of the jury, please be seated.

20              Good afternoon members of the jury.

21              Members of the jury, at this point we will go into

22    what is commonly referred to as closing arguments by the

23    lawyers for each side.  Now, again I remind you that whatever

24    the lawyers say during their closing arguments is not evidence

25    in this case.  The closing arguments are meant to be helpful.
```

1   They give the lawyers an opportunity to summarize for you the

2   testimony and evidence that has been presented to you for your

3   consideration.

4          Now, under the rules of procedure, counsel for the

5   government goes first with what is referred to as the opening

6   portion, the opening portion of the government's closing

7   argument, and then counsel for Mr. Beuschel, and then the

8   government will have a very brief amount of time for what is

9   referred to as the rebuttal, the rebuttal portion of the

10   government's closing argument.

11          On behalf of the government, you may proceed.

12          MR. OSBORNE:   Thank you, Your Honor.

13          Good afternoon, ladies and gentlemen.   Now that you

14   have heard all the evidence, what I am going to do is briefly

15   discuss with you the specific charges against the defendant,

16   Mr. Beuschel, and then go through with you the evidence in the

17   case that establishes his guilt.

18          Judge Zloch has already read to you the indictment.   I

19   am not going to read it to you again.   And he is going to give

20   you detailed instructions about exactly what the crimes are and

21   mean.   So I am just giving you a little bit of overview so you

22   understand the arguments I am making with the evidence.

23          The defendant is charged with two crimes.   He's

24   charged with conspiring to traffic in counterfeit Viagra and

25   he's charged with trafficking in counterfeit Viagra.

```
 1            Let me start with Count~2 which is trafficking in

 2    counterfeit Viagra.  Trafficking in counterfeit Viagra,

 3    basically -- these charges are not very complicated, by the

 4    way.  You won't have much trouble, I don't think, understanding

 5    what they mean.  Basically it means selling.  Trafficking in

 6    counterfeit Viagra means selling counterfeit Viagra.  And

 7    that's what the defendant did.  He sold a boxful of counterfeit

 8    Viagra to the cooperating source.

 9            Conspiring to do something, in this case conspiring to

10    traffic in counterfeit Viagra, conspiracy basically means two

11    people or more agree together to commit a crime or they jointly

12    work together to commit the crime.

13            As the judge is going to explain to you, there doesn't

14    have to be any secret blood oaths involved.  There doesn't have

15    to be any secret handshakes.  There doesn't have to be anything

16    like that.  It just has to be that two or more people have

17    reached an understanding to work together to commit a crime, in

18    this case to sell counterfeit Viagra.

19            In this case, the evidence has shown that the

20    defendant conspired actually with two people.  One of them is

21    this fellow Anderson, his supplier, who we never met but whom

22    he talks about, the guy who is making the drugs.  And the other

23    one is Mr. Fiore.

24            Mr. Fiore's role obviously was much smaller than

25    Mr. Beuschel's, but Mr. Fiore did work together with
```

1    Mr. Beuschel to sell the drugs because he's the one who gave

2    permission to deal with Mr. Beuschel.  He somehow communicated

3    with Mr. Beuschel that the cooperating source would be

4    interested in being a customer.  He forwarded several emails of

5    Mr. Beuschel's to the source.  And then he said, well, you guys

6    can deal with each other directly.  So that's the conspiracy

7    charge.

8           Now, of everything I just said, really in this case,

9    the only fact that appears to be in any dispute is whether the

10   defendant knew that the drugs were counterfeit.  In other

11   words, there's no question he sold the box of drugs to the

12   cooperating source and there's no question that he had a

13   working relationship or agreement with Mr. Fiore and with the

14   person that he was getting the drugs from in order to sell

15   those drugs.

16          But the only issue and what he's raised so far and

17   what he appears to have said in his opening statement and his

18   cross-examination is that he didn't know they were counterfeit.

19   He thought that this was real Viagra and so he wasn't

20   committing the crime because it's certainly true if a person

21   doesn't know what they are doing, if a person does not realize

22   that they are selling a counterfeit drug, then they are not

23   guilty of selling a counterfeit drug.

24          However, the evidence establishes, ladies and

25   gentlemen, overwhelmingly beyond any possible doubt that the

```
 1    defendant knew very well what he was doing, that the defendant
 2    was well aware that he was selling counterfeit drugs, and that
 3    he did not believe in any way that this was a legitimate
 4    transaction involving authentic Viagra.
 5            Why do I say that?  Why do I say -- what is the
 6    evidence that makes me say that there's no question he knew
 7    that he was dealing in counterfeit drugs?
 8            Well, he said so.  The defendant said that the drugs
 9    were counterfeit.  When did he say that?  I would like to show
10    you Exhibit 11.  Exhibit 11 is the transcript of the meeting
11    between Mr. Beuschel and the cooperating source.  And I would
12    like to show you something from page 12 near the bottom of the
13    exhibit or of the page.  And you all obviously have the
14    transcripts and you will have them with you during your
15    deliberations.
16            So Mr. Beuschel says to the cooperating source, you
17    just have to tell me what you want.  You want orange or you
18    want blue.  And remember, they have repeatedly referred to
19    Cialis and Viagra as orange and blue.  You want orange or do
20    you want blue.
21            THE COURT:  What line are you reading from?
22            MR. OSBORNE:  Your Honor, I started at line 23.
23            THE COURT:  Thank you.
24            MR. OSBORNE:  And I'm skipping a little bit of the
25    back and forth.  And he said, I'll make the phone call to the
```

1   guy.  He's in Brooklyn.  I'll make the phone call to the guy

2   who manufactures them.  I'll tell him I need 10,000 of each,

3   et cetera.

4        Now, Viagra is manufactured by Pfizer, Incorporated,

5   one of the largest pharmaceutical companies in the world.  It

6   is not manufactured by a guy in Brooklyn.  And even if it was

7   manufactured by a guy in Brooklyn, Cialis is manufactured by a

8   different company.  It is a competing product.  Cialis is

9   manufactured by Eli Lilly.  It is also one of the largest

10   pharmaceutical companies in the world.  Cialis is not

11   manufactured by a guy in Brooklyn and they are not manufactured

12   by the same guy in Brooklyn.

13        When the defendant says to the cooperating source I

14   know the guy who manufactures them, what he is saying is they

15   are counterfeit and we both know it, right?  What the defendant

16   is saying, what Mr. Beuschel is saying is that, look, we are

17   both in business, we are both basically hustlers.  And I don't

18   use that in a pejorative sense, but they are both the kinds of

19   guys out making deals, making a buck.  They know how the world

20   works and they understand perfectly well what kind of product

21   Mr. Beuschel is selling the cooperating source, namely product

22   that was made by a guy in Brooklyn.

23        That guy really exists, by the way.  We don't know who

24   he is, but there's not much question that he is a real person.

25   In his opening statement, Mr. Ambrosio appeared to suggest

 1    anyway that maybe there is no guy in Brooklyn.  There is almost

 2    certainly a guy in Brooklyn, ladies and gentlemen of the jury.

 3    Take a look a little later in the same exhibit on page 16.

 4            THE COURT:  Line?

 5            MR. OSBORNE:  Your Honor, I am going to look at

 6    line 10.

 7            Here Mr. Beuschel is talking to the cooperating source

 8    again and they have been talking about cigarettes and the way

 9    you ship cigarettes.  And then Mr. Beuschel explains that at

10    least one of the reasons he was asking those questions, he

11    says, the guy that has the Viagra and Cialis, he's another guy

12    that wanted a whole trailer of Newports.  And he goes on to

13    suggest -- I won't read the whole thing because you would have

14    the transcript, but basically what he says to the cooperating

15    source is you could do better, you could save some money.

16    Instead of buying cash for the Viagra, you could do a barter.

17    You could trade him cigarettes.  Because the source, the

18    cooperating source, remember, is in the tobacco business.

19            So basically Mr. Beuschel says to the cooperating

20    source, take the stock you already have and trade him because

21    he would like a trailer of Newports.

22            First of all, this is further confirmation that these

23    are counterfeit products.  You cannot trade a trailer load of

24    Newport cigarettes to any legitimate manufacturer of

25    pharmaceuticals in order to get your product, right?  Eli

1   Lilly, Pfizer, they take cash.  They don't take trailer loads

2   of cigarettes in return for their product.

3         In addition to that, the specificity of his suggestion

4   here -- this is not like, guess what, I know the supplier.

5   He's being very specific about a particular business idea that

6   he has because this is a real guy, this guy.

7         And, in fact, twice in his emails with the source, he

8   brings up again the fact that he's willing to let the source

9   meet this person whom he names as Anderson.  I will show you

10  those emails.  These are from Exhibit 6 which is the emails

11  from Mr. Beuschel's email account.  Take a look first here at

12  Bates page 442.  That word Bates, by the way, is just a lawyer

13  word.  It just means page.

14        At page 442, he says, I will put you in touch with

15  Anderson directly on the candy as stated.  So he's offering

16  again, because it said in the transcript, you will remember,

17  that he told the source, you can deal directly with my supplier

18  and throw me a quarter.  That's how they said it.  Cut me in on

19  the deal.  The same thing Mr. Fiore did, you can deal directly

20  with Mr. Beuschel, just give me a share of the profit.  That's

21  what he told the cooperating source and here he's reminding

22  him.  I will put you in touch with Anderson.

23        And he actually says the same thing again on the last

24  email before Mr. Fiore was arrested which is page 446 where he

25  says, I want to introduce you to Anderson for additional

 1   inventory and stick sales.  Stick sales probably, my guess,

 2   that's probably the cigarettes that he's recommending to barter

 3   them, right?  That's likely what he means by sticks.  Whatever

 4   he means, he definitely means, I'm willing to put you in touch

 5   with Anderson and you can get your inventory from him.

 6          So there really is a guy Anderson, he really did

 7   conspire with that guy, and he really knows that guy.  And the

 8   fact that he knows him and he knows the guy manufacturing those

 9   drugs tells you for sure that he knows they are counterfeit.

10          Let me also point out something else.  Let's just say

11   hypothetically there is no Anderson, which is what I think

12   Mr. Ambrosio was suggesting in his opening statement.  But even

13   if there is no such guy as Anderson, let's say Mr. Beuschel

14   made him up, he's just puffing, he's bluffing, he's too small

15   time to ever deal directly with that counterfeit manufacturer,

16   even so, the fact that he would pretend to know the

17   manufacturer, right, just the fact that he would pretend

18   there's a guy in Brooklyn who makes this Viagra and Cialis that

19   I sell and I know him and we are buddies and we are close, all

20   of that right there tells you he knows it's counterfeit.  Even

21   if he doesn't really know Anderson, you would never say that,

22   right?  You would never go down to sell your product and

23   falsely claim, oh, it's counterfeit, I know the guy who makes

24   it in his basement in Brooklyn or whatever.  That would be

25   ridiculous.

1           So whether there is an Anderson or not, the fact that

2   he says he knows Anderson tells you that he knows the drugs are

3   counterfeit.

4           Now, there is a point in that transcript, it's about

5   30 seconds before he talks about Anderson for the first time,

6   the guy in Brooklyn where he does use the word legitimate in

7   describing the drugs.  I would like to look very carefully at

8   that part of the transcript because you will see he's not

9   really trying to tell the cooperating source that these drugs

10  are legitimate.  What he's doing is he's telling him they look

11  legitimate.

12          And let me show you that in the transcript.  It's back

13  on page 12 of Exhibit 11.  Like I said, it's, I don't know, 20

14  seconds before he says that he knows the guy in Brooklyn.  But

15  I'll start at page 14.  He says, I think that the box itself

16  would be selling if you sold it for $50 for four or something

17  like that.  It's in the box.

18          By the way, he just got through saying that in

19  Manhattan they sell them for $10 a pill.  Here he's saying you

20  can sell a four pack for $50 because it's in the box.

21          And then the cooperating source says, oh, it's in the

22  pressure pack.  And he says, right.  What he says is that so

23  people can use two and they still have two left.  They are not

24  going to get lost.  They are in that blister pack.  And he

25  says, it's going to have a hologram on it.  It's all

1   legitimate.  It's got the slide in.  They are all physician

2   samples.

3          So this whole conversation, what he's doing is he's

4   telling the cooperating source how good the product is and how

5   much money he will be able to make selling it, right, because

6   it comes in a box.  It comes in a blister pack.  They can use

7   two and keep the other two.  Nobody's fingers are on the pills

8   is one thing he mentions.  He's going through all the features

9   of the pills that are going to get you a lot of money when you

10  sell them.

11         So in that context, then he says they are legitimate,

12  they are physician samples meaning they look legitimate, right?

13  That's another feature of them that will lead you to be able to

14  make a lot of money.

15         But he's not seriously trying to convince the

16  cooperating source, who you heard the tape, the source is not

17  an idiot and neither is Mr. Beuschel, he's not really trying to

18  convince him, I'm actually trying to sell you legitimate

19  Viagra.  And the way you know that is that 20 seconds later, he

20  tells him, I know the guy in Brooklyn who makes them.

21         If he was really trying to tell the cooperating source

22  these actually are real, right, he wouldn't go ahead then and

23  say, yeah, and I know the guy in Brooklyn who makes them.  He

24  would say, you'll never believe it.  I got real Viagra somehow

25  for $2.50 a pill.  The wholesale price is 38.  It's an

incredible deal and they're real, they're real, they're real.
Of course, I don't know the person who makes them.  Didn't I
just tell you they are real.  So the fact that he goes on
immediately afterwards and says I know the guy who makes them
is because of the context, and you can listen to the recording
if you request it, it's up to the discretion of the judge, to
hear the voice itself, but the defendant what he is doing there
is vouching for his product and it's marketability.

        Compare what he says here, by the way, about
legitimacy.  Compare what he says there to an earlier
discussion where he's talking about Nutrition Formulators.
That's on page 5 and 6 of the same transcript.

        Now, here the defendant, Mr. Beuschel, says to the
source, I can get you Cialis or Viagra any day.  And I can't
say I think too much of the source's investigative ability
because he responds by saying, well, never mind that, I want to
know what about vitamins, can you get me vitamins?

        So it would have been nice if he had continued that
conversation immediately, but fortunately Mr. Beuschel came
back to it.  Anyway they start talking about vitamins and the
source says what about steroids and growth hormones.

        And Mr. Beuschel -- I have now gone the next page.  I
am on page 6.  Mr. Beuschel says, you can give me a label that
you want to put it under.  Whatever the name is that you want,
we can make it whatever you want, but then he specifies

1    whatever is legal to make, we can make.  If it takes an OTC, if

2    it's an over-the-counter drug, we can't make it.  In this

3    facility it's certified as a dietary supplement.

4          Now, he's talking about Nutrition Formulators there.

5    You heard the testimony of Mr. Graubard, the owner of Nutrition

6    Formulators.  That's a real business.  He doesn't actually

7    control that facility.  When he's talking about it, he sort of

8    exaggerates a bit his role in it.  But effectively that's

9    someone else's facility that he is in a joint venture with.

10          Here he's actually being clear, right?  I can't make

11   you any drugs, I can only do things that -- I can only make

12   things that it's legal to make.  I don't know about the labels,

13   whether these are going to be legal to make, but the stuff,

14   he's very clear it has to be legal to make it.  That's how he

15   talks about stuff that really has to be legal, quite different

16   from his discussion of the supposed legitimacy of the Viagra

17   where the discussion is all about how much money you can make

18   because of the condition that the drugs are going to be in.

19          I mean, if the drugs were real, why would you even

20   have to go in about, well, they are in a box.  They have got an

21   insert.  Don't all drugs come in some type of box or package?

22   Why would you have to specify, well, there's a hologram on it

23   and everything, the papers are in it, it's all the way they are

24   supposed to look?

25          There would be no need to go into any of that.  It

1    would be assumed, of course, when I sell you real, authentic

2    drugs, they would come in the ordinary packaging, they would

3    come with the inserts or whatever is supposed to be in there.

4         The only reason he has to specify that and go on about

5    it at length and say you can sell them for good money because

6    they are in the box is because they are counterfeit.  And

7    plenty of counterfeit drugs don't come like that.

8         But you know what?  Just to be on the safe side,

9    Mr. Beuschel did not only say that the drugs were counterfeit

10   once, he said it twice.  He said it another time.  What am I

11   talking about?  I am talking about the prior deal that he did

12   with Mr. Fiore in 2013.  In January and February of 2013,

13   Mr. Beuschel sold again Viagra to Mr. Fiore, and from the

14   emails we have, the deal is almost exactly the same as this

15   one.  Let's take a look.

16        I'm going to look at Exhibit 6 again.  So they are

17   talking about Skittles, right, just like in the deal in 2014

18   where they are referring to the drugs as Skittles.  So

19   Mr. Beuschel in his first email, at least the first one that

20   AOL gave us, he says I need an answer on the Skittles.  Okay.

21   And just in case maybe, you know, are we thinking, gee, could

22   it be real Skittles.  Maybe he's selling him, you know, candy

23   or something like that.  Well, let's look at Mr. Fiore's

24   response.  Yeah, I will take 5,000 blue Skittles and most

25   likely the orange Skittles.  So they are talking about Viagra

```
 1    and Cialis.  They are using the same code words that they used

 2    18 months later, Skittles, blue, orange.  All right.

 3          And I just read, by the way, from pages 447 and 425.

 4    And, in addition, take a look at page 426 where Mr. Beuschel

 5    says the price, he says it's going to be $2 to pay, it looks

 6    like he means to pay my source, and then he wants an additional

 7    one for himself.  The money has to be up front.  It's all the

 8    same terms.  It's the same exact deal that they are doing in

 9    2014 because they have done it before.  This is one of the

10    businesses that they are in together.

11          In fact, it's even the same in that his wife is

12    involved in the payment.  He's having the payment go through

13    his wife.  Take a look at page 447 again.  This is the one

14    where Mr. Beuschel says he needs an answer on the Skittles, but

15    look at the subject heading.  Remember that in this deal, the

16    one that's charged, the one with the cooperating source,

17    Mr. Beuschel had the money wired to an account, not his

18    account, someone else's account, and then that person wired

19    most of the money to Mr. Beuschel's wife.  So he kind of got

20    the money in an indirect manner.

21          Well, look at the subject heading of the email on

22    page 447.  Wife is on her way to bank again.  And just in case

23    that wasn't clear, take a look at 448 which is an email from

24    about a month later about the same subject, Skittles, being

25    driven crazy by wife, they need to go, need payment.
```

1          So it's the same exact deal, same terms, same product,

2    same everything, even the same use of his wife to receive the

3    money.

4          Now, why do I bring all this up?  Remember what I

5    said, in the course of this deal, he also made a statement that

6    makes it perfectly clear that these are counterfeit drugs, that

7    he knows they are counterfeit drugs.

8          Look what he says in his first email of January 28,

9    the one where he says his wife is on the way to the bank.  Need

10   answer on Skittles.  They were made for me.  They were made for

11   me.

12         Well, Pfizer is a pretty big company.  I think we

13   heard they made $1.7 billion in Viagra sales in the year 2014.

14   So they don't make -- they don't take orders directly from

15   Mr. Beuschel.  You cannot get authentic Viagra made especially

16   for you.

17         This Viagra, though, was made for the defendant

18   because it was made by Anderson, the guy in Brooklyn, his

19   source that he knows, and he knows very well that this is

20   counterfeit Viagra.

21         So that is the first way, when I say the evidence is

22   overwhelming that he knows that these drugs are counterfeit,

23   that's the first way that he knows that is because he said so.

24   He said so.

25         But there is a lot of other evidence that also makes

1    it perfectly clear that he knows exactly what he's doing.

2    Let's go through some of that.  There's the price.  The average

3    wholesale price of Viagra that year was $38 about, almost, a

4    little less.  Mr. Beuschel is selling his drugs -- Mr. Beuschel

5    is selling his drugs for $2.50 per pill, not 37.

6         Take a look.  He says, I can get you 2710 boxes for

7    $6,775.  That's $2.50 per box.  Divide 6775 by 2710, if he

8    meant boxes like four packs, it would be even cheaper, but

9    let's assume what he meant was 2710 pills for that price,

10   that's still 2.50 a pill.  So that is a pretty good price.

11        Again, you heard the recording of Mr. Beuschel.  He is

12   a businessman for real.  There is no way he's selling a product

13   without having some idea of its true value.  And if the true

14   wholesale value of the product he's selling is $38, he's not

15   going to sell it for $2.50.  He knows what he's selling and

16   that's why it's so cheap.

17        There is also all the things he did, all the things he

18   did to disguise or kind of hide the nature of the transaction.

19   All those emails where he's referring to the drugs as candy and

20   Skittles, in the first deal in 2013, he calls them Skittles and

21   M&Ms, the second time he calls them candy and Skittles, all of

22   that, that's in the emails, by the way.  When they meet in

23   person, he's happy to say Viagra and Cialis.  He says it a

24   couple times because he doesn't have any suspicion that the

25   source is recording him.  But by email, by email, of course,

1  like any criminal, he's not going to be overt about what he's

2  doing because he knows he's doing something illegal.  So he

3  doesn't use the real words and he uses these code words

4  instead.  And there's no reason to use code words if you are

5  selling an authentic product.  He uses code words because he

6  knows what he's selling.

7      There's also all of his concerns about how he's going

8  to ship it, right?  How is he going to get it down here.  He

9  was going to bring it down himself.  He couldn't.  He's going

10 to bring it next time.  He's worried about whether he can ship

11 it.  You may remember that Mr. Ambrosio said this case is

12 nothing like a drug case.  This is not like a cocaine case.

13 This is just like selling counterfeit watches on the street.

14     Well, Mr. Ambrosio's client does not agree apparently

15 with his lawyer on that subject because take a look at what he

16 says on page 13 of Exhibit 11 when he's talking about whether

17 he can ship it UPS and he's worried they are going to inspect

18 it.  And the source assures him, don't worry about UPS.  They

19 don't inspect anything.

20     And at line 23, on page 13, Mr. Beuschel asks, they

21 don't screen anything?  Why doesn't somebody send cocaine in

22 the mail then.  So he is comparing, he is comparing the

23 products that he's going to be shipping with cocaine.  But who

24 compares authentic, normal Viagra with cocaine?  What is the

25 similarity between them?  Nobody does that.

1          The reason that he's comparing it to cocaine is that

2     he knows, this is his own words, he knows that he is selling an

3     illegal drug just like people selling cocaine.  That's why he

4     compares his own actions with the sale of cocaine.

5          Now, as I say, there is a number of deceptive things

6     he does to sort of hide what he's doing, all of which tells you

7     that he knows what he's doing.  And I just mentioned a couple.

8     There's also a couple more.  There's the use of the account,

9     right, the Credit Veritas account?  He has the money wired to

10    an account in someone else's name, not his name.  Then he has

11    the money wired out of that account to his wife, not to him.

12    So he disguises the money trail.  Most normal people doing

13    business, if they are selling the product themselves, would

14    usually want the money sent to them or to their own company.

15    Remember he originally told us that's what he did when we

16    interviewed him.

17         And then there is also the fact he used Mr. Fiore's

18    name on the package.  He actually signed Mr. Fiore's name.  He

19    forged his signature.  Why do that if you are the one selling

20    the package.  Why use somebody else's name.  All of these

21    things are because he knows what he's doing.

22         There's also you can consider the fact that he's

23    clearly in this business.  Now, I agree he's in a lot of

24    businesses.  I mean, just listen to his recording with the

25    cooperating source.  He's trying to sell him a lot of different

```
1    stuff.

2           One of the businesses he's in is selling counterfeit

3    Viagra and Cialis, right?  He did it in 2014.  He did it in

4    2013.  Both times look at the emails.  They are very matter of

5    fact, very compressed.  They don't say, okay, we are getting

6    into this new thing, I got some Viagra.  No.  Because he knows

7    what he's doing.  He's very familiar with the market.

8           But, you know, remember one thing that Mr. Ambrosio

9    said.  He compared this case, not to the cocaine, but to the

10   sale of the watches, right, the fake watches or the purses or

11   whatever on the streets of Manhattan.  And the defendant

12   himself, by the way, agreed with that too.  He didn't agree

13   that it's not like a cocaine case, but he did agree that it is

14   like those types of cases.  It's also like the cases where the

15   people are selling those watches and purses because look what

16   he says -- I'm still on Exhibit 11 on page 11.  Look what he

17   says at line 8.

18          When the cooperating source is saying that he's going

19   to -- I'm sorry, I'm on the wrong page.  It should be on

20   page 12, line 8.  The cooperating source is saying, we got

21   people that peddle the drugs on the street.  Mr. Beuschel

22   agrees.  Listen, we -- they sell them on the street in

23   Manhattan, they sell for $10 a pill.

24          So he understands himself that he sells these drugs to

25   people who sell them on the streets for $10 a pill.  But you
```

1    know what, Mr. Ambrosio, he was right.  The people that sell

2    things on the streets of Manhattan, the counterfeit goods, they

3    know they are counterfeit, not because -- I mean, he said they

4    look so bad that anybody can tell.  That's not really true.  If

5    you buy a counterfeit Rolex, there's no point if everybody is

6    going to take one look at it and see it's fake, the whole idea

7    is to impress your friends or whatever.

8         The point is the people selling those things, they

9    know, okay, these guys, they may not have -- if you are selling

10   fake Gucci bags, you don't work for Gucci, you don't have an

11   expense account with Gucci.  They don't put you up in fancy

12   hotels and send you to business conferences, but you know you

13   are Gucci.  You are in the business.  You are not going to

14   accidentally sell real Gucci bags on the streets of Manhattan

15   for ten bucks on a table top.  If you somehow get your hands on

16   real Gucci bags, you will know because you are in the business.

17   Mr. Fiore, Mr. Beuschel is in the business.

18        You saw the pictures of these drugs.  They are pretty

19   good.  These are the fakes.  Those are the reals.  This may

20   fool someone who doesn't know much about it, might take a look

21   at it and think, yeah, I guess, blue diamond-shaped, got the

22   logo, says VGR, okay, it's real.

23        If you know what you are doing, right, if you have a

24   practiced eye, it's no different than if you are selling fake

25   Rolex watches or fake Gucci handbags or whatever you are

1  selling, if you know what you are looking at, you know what you

2  are looking at.

3        Mr. Beuschel doesn't sell drugs on the streets of

4  Manhattan.  He's a layer up from that on the supply chain.  And

5  it's silly to think that he got fooled and he didn't even

6  realize somehow that he got Viagra for $2.50 a pill, well,

7  cheaper if he had to make a profit, and he didn't know it was

8  counterfeit.

9        All right.  So I have talked about Mr. Beuschel's own

10 words on the recordings.  I have talked about all of the weird

11 things he did, the fact he wouldn't use the word Viagra in his

12 emails and the way he wired the money and all that kind of

13 stuff he did, just his familiarity with the business, but

14 there's something else to consider.  He didn't tell us the

15 truth.

16       He asked to come into my office and meet with us.  And

17 we said sure.  And we sat down with him and we met with him,

18 but he didn't tell us the truth.  If there was a reasonable

19 explanation for his conduct, why not tell us?  Instead what did

20 he say?  He told a preposterous story that the whole thing was

21 Mr. Fiore's deal.  In 2012 Mr. Fiore sends him a box by

22 accident.  He doesn't look at it for two years.  Then Mr. Fiore

23 says, hey, could you send it to the source and he will sell it.

24 That is all fake.  None of that is true at all.

25       Look at his email to Mr. Fiore.  This is page 428 in

1   Exhibit 6.  He's telling Mr. Fiore the terms.  He's telling him

2   how much pills he's sending him, what the price will be,

3   shipping immediately, send the funds tomorrow.  If it's

4   Mr. Fiore's pills, why is he telling Mr. Fiore how many there

5   are.  If it's Mr. Fiore's deal, why is he telling Mr. Fiore the

6   price?

7        He's telling this to Mr. Fiore because he's the one

8   selling it.  Mr. Fiore is the one brokering the deal.

9        And the same thing is true, you heard the recording,

10  all throughout his discussion with the cooperating source when

11  he comes down here, he all talks about himself.  His deal, his

12  box, his drugs, his supplier.  He came in and tried to push the

13  responsibility off on Mr. Fiore by telling us a fake story.

14  What about his claim that he never dealt with prescription

15  drugs before?  Well, that wasn't true either.  He did the exact

16  same deal in 2013.

17       If he thought that these transactions were legitimate

18  and that he was selling real authentic Viagra, why didn't he

19  say so?  Why didn't he say, yes, sure, I have dealt in

20  prescription drugs before and this is the only time, can you

21  believe it, these ones turned out to be counterfeit.  I got

22  fooled.  But I've dealt with them before, sure, of course, but

23  they were all legitimate.  I thought this one was too.  Why not

24  say that?  Why did he falsely deny it?  Why did he say, I never

25  dealt in prescription drugs before?  Because he deals in fake

```
 1   prescription drugs.  Because if he told us about his prior

 2   dealings, all that would happen is that we would know that he

 3   had done this before and we would have more evidence against

 4   him.  That's why he told that false story.

 5           And then the last thing is, the thing with Mr. Veltre,

 6   this one honestly, the biggest reason it's significant is it

 7   just shows he's making up his stories and can't keep them

 8   straight.  The first time he came in and spoke to Special Agent

 9   Trimm and me and he told us, well, this guy in Toms River,

10   Mr. Fiore knew him, I never met him, he's the one that I told

11   the source send the drugs to this guy and I'll get your

12   invoices paid.  That's what the email says, by the way, I,

13   Mr. Beuschel, will get your invoices paid about.

14           Once he finds out the source isn't paying, he's got to

15   find someone who will pay.  So he finds this guy in Toms River.

16   So he told Special Agent Trimm and me that it was Mr. Fiore who

17   knew that guy.

18           Now, by the time he got arrested, which was from

19   September 2014 to February 2015, apparently he forgot the story

20   he told us, that aspect of it, because then he told Special

21   Agent Trimm a different equally ridiculous story which is that

22   he knew this guy, Mr. Veltre, and that Mr. Veltre wanted 600

23   Viagra pills a month for personal use so he, you know,

24   suggested a deal here between the source and Mr. Veltre.

25           Well, nobody -- I mean, who could possibly need 600
```

 1    Viagra pills a month for personal use?  That's a lot of Viagra.

 2          So the point is he just doesn't want to say the truth

 3    which is, yeah, once he found out the source isn't going to pay

 4    him, he had to find another buyer, and he did.  That's the

 5    truth.  But he doesn't want to say it so he makes up stories,

 6    right, stories that hide the fact that he's in this business,

 7    and because he, you know, I guess he was trying to think fast

 8    or whatever so he came up with the wrong story the second time.

 9          All right.  But the larger point, ladies and

10    gentlemen, the larger point, you know, the government doesn't

11    have, thank goodness, we do not have machines that read

12    people's brains.  So we don't know, you know, in that sense,

13    right?  We don't read their brain waves and they emanate from

14    their brains.  Instead, when you want to know what somebody's

15    thinking and what somebody knows, right, you look at the

16    evidence.  You look at what they say.  You look at what they

17    do.

18          What Mr. Beuschel said is that, I'm selling you drugs

19    that were made for me by a guy named Anderson that I know in

20    Brooklyn.  He makes Viagra and Cialis.  That is what he said.

21    And the reason he said it is that he's not trying to fool the

22    cooperating source into thinking he's giving him authentic

23    Viagra.  He's trying to establish a business relationship with

24    the source which is only going to work if he is basically

25    straightforward about the product he is selling.

1          And the reason that he did all this stuff, the reason

2     that he never used the word Viagra in his emails, he called

3     them candy and Skittles, the reason he was worried about

4     shipping it UPS, the reason he used somebody else's bank

5     account, the reason he used somebody else's name on box is to

6     disassociate himself with the deal because he knew that the

7     deal was illegal, for illegal drugs.

8          He's a player in the market.  He's a guy who knows

9     what he's doing.  He knows his product, just like all that

10    stuff he was selling to the source.  You heard that recording,

11    just like all that stuff.  He's not a guy who got into this and

12    he's going to be taken for a ride by anybody.  He knows his

13    product.  His product is fake and he knows it.

14         And that's the same reason that when he had a chance

15    to explain it to us and to explain to us whatever possible

16    explanation you could have for all of this stuff, right,

17    whatever you could possibly say about how you somehow ended up

18    just once accidentally selling counterfeit drugs, I can't

19    imagine how that could actually happen, but whatever.  If there

20    was a way that it could happen, he had a chance to tell us.

21    And instead, he made up a story that is not true.  It's

22    contradicted by the evidence.  And he did that because he knew

23    that the truth was that he was guilty.

24         So, ladies and gentlemen, I am going to ask you to

25    please look carefully at all the evidence in the case, take

```
 1    your time, go through this carefully.  But when you do, I'm
 2    confident, ladies and gentlemen, that you are going to reach
 3    the only verdict that makes any sense in light of the evidence
 4    and find the defendant guilty as charged.  Thank you very much.
 5             THE COURT:  All right.  On behalf of the defense,
 6    Mr. Ambrosio.
 7             MR. AMBROSIO:  Thank you very much, Your Honor.  Thank
 8    you, Mr. Beuschel, Mr. Osborne.  Good afternoon, ladies and
 9    gentlemen.
10             Ladies and gentlemen, when I spoke to you on Monday, I
11    told you that my client, Andy Beuschel, is not guilty of all of
12    these charges and I maintain that the government has not proven
13    any of the charges by even close to reasonable doubt because,
14    in fact, he is innocent of these charges.
15             I heard Mr. Osborne's closing statement, and a lot of
16    the things that he said, almost all of them, are not based on
17    fact.  You know what, there's a story of there's a child that
18    he's got a bow and arrow and he's trying to hit a target and
19    he's way off mark.  So what he does when nobody is looking, he
20    takes the target off, takes the arrow out, and he moves it to
21    where the target is.  And when people look, he says, I got a
22    bull's eye.
23             And that's kind of what the government's case is like
24    here.  They are using -- the facts that they have don't fit
25    their case so they have to make up conclusions that they want
```

1   you to believe.  And today you heard that Anderson apparently

2   manufactures Cialis and Viagra in Brooklyn.  I was in this

3   trial and you are the triers of the fact.  Think to yourselves,

4   what witness said there was anybody by the name of Anderson

5   that was selling Viagra and Cialis in Brooklyn?

6         By the way, look at that statement about I know a guy

7   in Brooklyn.  He doesn't say the factory is in Brooklyn.  And

8   I'm going to get back to the statement because what I told you

9   in my opening was you have to take everything in this case in

10  context.  You can't look at it in a void.  All right.  And one

11  of the contexts we know is that there's three players in this

12  case.  It's very, very simple, Andrew Beuschel, Frank Fiore,

13  and Tony Bryant.

14        And when you look at Mr. Beuschel's statement that he

15  had with Tony Bryant, take it in to context.  Say to

16  yourselves, why was he there.  And also take into context the

17  juxtaposition of Mr. Beuschel and his type of character and

18  Frank Fiore and Tony Bryant.

19        Let's just start with Tony Bryant.  He's the

20  cooperating source.  We know that he was charged with selling

21  cigarettes and not paying his taxes.  We know that he committed

22  a crime, that he was indicted in a federal offense.  And we

23  know that while he was -- while he was cooperating with the

24  government, we know that he was also accused of possibly trying

25  to not pay $18 million worth of taxes.  Okay.  So here we have

```
 1    a guy that by his nature is a cheat.  He's the link between
 2    Andrew Beuschel and Frank Fiore.
 3            If you now take a look at Frank Fiore, you saw Frank
 4    Fiore in a videotape.  I thought I was watching Good Fellas and
 5    it was Joe Pesci the way he was speaking.  My jaw almost
 6    dropped when I heard some of the things he was saying about my
 7    client.  This was Mr. Fiore's business meeting.  He was talking
 8    to undercover agents and the cooperating source.
 9            And the government wants you to make the association
10    that Mr. Beuschel is like Mr. Fiore.  Well, I'm sure you will
11    conclude that Mr. Fiore made it eminently clear he hated my
12    client's guts and he wanted somebody to use a machine gun to
13    put my client in a dumpster.
14            And one of the things that he said which is extremely
15    telling, this is in Exhibit 2 and it's on page 2, Tony Bryant
16    says to -- he says to Frank Fiore, we are a crew.  He's not a
17    crew.  Frank Fiore says, we are a crew.  He's not a crew.
18    He's, he's a solo artist.  That's what he says.
19            Now, the government wants you to believe that my
20    client entered into an agreement to sell and ship counterfeit
21    drugs with Frank Fiore, the man who wanted to kill him and the
22    man who says that Andrew Beuschel is a solo artist.  That
23    doesn't mean there's an agreement.
24            Now, you all have your recollections as to that tape
25    because they played different versions.  And it was at a bar.
```

They were drinking.  Almost everybody they talked about they were talking about doing something bad to.  Juxtapose that with Exhibit 11 which was the statement that my client gave with Tony Bryant.  It is in an office.

My client went into that office.  He was professional. And they weren't drinking.  And one of the first things that my client says when he's in this office is, listen, the first thing I want to do is I want to make sure you got the money originally from Frank and that he's not fucking us.  What I'm really trying to find out is how is it, how is it coming through, because he's got -- he sent the check out for $160,000, and then you, Tony Bryant, took possession of the whole thing.  So I'm in a situation I owe a hundred thousand dollars from that and I am paying.  I just need to get somewhere along the line.

Tony Bryant says to him, the solution is, the solution is we are going to put some -- we are going to put -- we are giving it over to him.  He's going to pay me back, but he's putting up those cigars you are going to send out.  We are going to give you those.  There's enough in there, you can pull out yours whatever you owe.

This is a meeting where my client is trying to collect money that's been owed to him for a very long time.  And this is a meeting that -- the government can't dispute the fact that from the day my client voluntarily went into their office to

1  discuss what happened, he said, these guys owed me a lot of

2  money.

3          And one of the things that the government might try to

4  argue is that Tony Bryant went to get the -- he said this in

5  his opening, Mr. Osborne.  Tony Bryant had to get the blessings

6  of Mr. Fiore in order to deal with Andrew Beuschel in

7  connection with the Viagra.

8          That's not the case.  What Tony Bryant was dealing

9  with Andrew Beuschel was a cigar deal because Frank Fiore and

10 Tony Bryant knew that they owed this money.  It wasn't a

11 blessing about Viagra, because if it was, there would have been

12 emails, there would have been -- just think about this.

13         The government wants you to believe that Frank Fiore

14 gave his blessings to Tony Bryant so that Tony could work out a

15 deal with Andrew.  There's not an email -- ask yourselves is

16 there an email that was sent by Tony Bryant saying hey, Andy,

17 you know what, I am allowed to talk to you about Viagra or

18 Skittles, whatever you want to call it.  That doesn't happen.

19 They are talking about the deal with the cigars.

20         The government wants you to believe that if the words

21 Skittles was used, that that means it's counterfeit.  That's

22 not true.

23         Another thing that Andy says in this meeting, he says,

24 look -- this is on page 5 of the exhibit, line 18 -- I'm just

25 trying to recoup my money.  That's what he says.  And then on

```
 1   page 6, Andy says --

 2            THE COURT:  Line?

 3            MR. AMBROSIO:  I'm sorry, Judge, line 4.

 4            He says, whatever is legal to make we can make.  If

 5   it's an over-the-counter or OTC, we can make it in this

 6   facility, it's certified.

 7            And then if you skip down, Andy Beuschel says, when it

 8   comes to growth hormones and stuff like that, it's all

 9   regulated.  It's a drug.  I can't get things like that.

10            Now, the government wants you to believe that Andrew

11   Beuschel deals in illegal products.  But throughout this

12   conversation that he has with Tony Bryant, time after time

13   again, listen to the tape, read the transcript, see how many

14   times Andrew Beuschel talks about making sure taxes are paid,

15   making sure there is a bonded warehouse, making sure that

16   things are done legal, because the government wants you to

17   think that Andrew Beuschel is like Tony Bryant and Frank Fiore.

18   He's not.

19            On page 7 of the transcript at line 15, Andrew

20   Beuschel says, I have five trailers of Marlboro, Marlboro

21   Light, and Panama.  I can't bring them in.  They are sitting

22   there in duty, duty free.  You know why, ladies and gentlemen?

23   He's talking about cigarettes.  The taxes are owed.  My client

24   does things according to the law.

25            If he was like the government wants you to believe, he
```

1    would have been asking Tony Bryant for Tony Bryant's expertise

2    on how not to pay taxes on cigarettes because that's exactly

3    what Tony Bryant was convicted of.

4           Andrew Beuschel states on line 19, it's just got to be

5    paid for.  And once it's paid for, they come into the country.

6    Context, ladies and gentlemen.  This is an individual that

7    cares about following the law, not breaking it.

8           These are facts, ladies and gentlemen.  These are not

9    my guesses or -- because the government, every time they said

10   something, they made statements that are not supported by

11   facts.  What fact is there that you can conclude that the use

12   of the word Skittles means counterfeit Viagra versus authentic

13   Viagra?  There's not one word.  There is not a conversation

14   between Frank Fiore and Andrew Beuschel that says, oh, you

15   know, by the way, if you use Skittles, we are talking about

16   counterfeit Viagra versus real Viagra.

17          There's not an email that says that.  There's not a

18   text message that says that.  The government had the ability to

19   wiretap their phones.  There is not a conversation between them

20   because Andrew Beuschel and Frank Fiore did not spend a lot of

21   time together.

22          Here's another example.  Page 9 of the transcript, on

23   line 16, Andrew Beuschel says, what I am saying to you, like,

24   you know, we have some other opportunities, so like if there's

25   good things, we are here, that's great.  Now, can you do

1     anything with Mike's Hard lemonade.

2            Tony Bryant says, I can sell it outside the country.

3            Andrew Beuschel says, well, I got an unlimited supply.

4            And just in case you don't believe that Tony Bryant

5     and Frank Fiore owe money to my client, on page -- on line 7 of

6     that same page, Tony Bryant says I'm putting my product up for

7     him to take care of his past debt.

8            To put this in context, ladies and gentlemen, Frank

9     Fiore, if you listen to the version that he gives of who owes

10    who money, Frank Fiore in his tape is, while he wants to kill

11    my client, he's saying that my client owes him money, but he

12    doesn't say why.  He just says that my client stuck him.  It's

13    completely the other way around.

14           My client numerous times offers different products for

15    Tony Bryant to sell.  Tony Bryant's talking and talking and

16    talking.  And one of the things you have to realize is Tony

17    Bryant is an informant.  He's trying to get -- he's trying to

18    get benefit.  He doesn't want to go to jail.  And he didn't go

19    to jail.  So he's got to try to set my client up.

20           So on page 11 of this exhibit, he says, I really

21    wanted to get those pills in my hand.  So this is him trying to

22    bait Mr. Beuschel again.

23           He says he needs a lot of them.  Well, it depends on

24    the consistency on which you can deliver them for me.

25           So right there, Tony Bryant's trying to bait

1    Mr. Beuschel into saying it depends on the consistency.  That

2    means if your counterfeit product is any good, I need to know

3    how good it is.

4           But read through the transcript.  Nowhere does

5    Mr. Beuschel start talking about how the product is made or  --

6    he doesn't even admit that it's counterfeit because he doesn't

7    know.

8           And I submit to you, ladies and gentlemen, during this

9    conversation, my client's owed a tremendous amount of money.

10   He's been stuck by Tony Bryant and Frank Fiore.  He's been

11   trying to collect that money for years.  And he makes the -- he

12   says, look, this guy in Brooklyn, I can get you 20,000 pills in

13   a couple weeks, but he doesn't take it the arm.  You got to

14   give me the money first.

15          Well, he's saying that because my client wants to get

16   some money.  The government wants you to think that $7,000 is

17   going pay his debt.  He did this for $7,000.  We already know

18   that the product in question, this Pfizer product, it was

19   worthless because it was expired when it -- it had no street

20   value.  And my client didn't know because it was sitting in his

21   house for a couple years.

22          If my client was selling counterfeit product, first of

23   all, why would he sell counterfeit product that was expired?

24   The government had Mr. Bryant sent an email saying he's not

25   paying any more because it was all expired.  If my client was a

1  counterfeiter and had all these connections, why didn't he say,

2  send it back, I will put it in new boxes or give you new

3  product?  Because the truth of the matter is my client doesn't

4  have any of these connections.

5       The next thing that I want to bring out is this is a

6  counterfeit case and somebody that doesn't care about

7  trademarks would just ignore anybody's trademark.  But if you

8  listen to the tape and read the transcript, there's a whole

9  section about the Gucci deal that was between Fiore and also

10  Beuschel and Tony Bryant.  Andrew Beuschel says in the tape, I

11  lost almost $30,000.  I walk with my head between my legs after

12  that.

13       And the reason why he lost money is they thought they

14  were going to get a trademark from Gucci.  They talked about,

15  oh, we had -- we were dealing with Umberto Gucci, and they were

16  going to get the trademark, and we were going to market vodkas

17  and E cigarettes and such things.  Nothing.  Somebody doesn't

18  spend $30,000 and then walk away from a trademark that they

19  couldn't get but then turn around and spend -- sell counterfeit

20  Viagra knowingly for $7,000.

21       It make no sense, ladies and gentlemen.  And the

22  government can't prove that my client knew that box that he

23  said was counterfeit.

24       Mr. Osborne said, oh, well, you have to look at

25  page 16 of the transcript where they were talking about Newport

1   cigarettes and my client was willing to barter.  Oh, again,

2   keep this in context, ladies and gentlemen.  My client is

3   trying to get anything of value from either Frank Fiore or Tony

4   Bryant in order to recoup some of the money that they stuck him

5   for.

6          So that's the context where you have to look at this

7   statement when you are listening to it.  At the end, toward the

8   end of the statement, Andy Beuschel says, I'm here because I

9   just want to kind of -- I owe some people some money and I'm

10  tired of paying people on a monthly basis from my money so I

11  want to kind of get them off my back because they are my

12  friends.

13         And Tony Bryant says, I am going to help you with

14  Frank and get that resolved.  He's not helping him get that

15  resolved with a $7,000 shipment of Viagra.

16         The government kept saying to you that Mr. Beuschel

17  meant to say this.  He used the word legitimate, but he meant

18  to say illegitimate.  The government has to prove its case

19  beyond a reasonable doubt.  There has to be facts, ladies and

20  gentlemen.

21         Let's go over some of the facts that are proven in

22  this case.  And this has to do with the substantive charge of

23  trafficking in Viagra, counterfeit Viagra.

24         It's a proven fact that Andy Beuschel shipped what he

25  believed was a box of Viagra, and we know that because he

1    admitted it several times.  He voluntarily spoke to the police

2    when he was arrested.  He voluntarily spoke to the government

3    September 4, 2014.  And the government wants you to say, oh,

4    you know what, he wasn't telling us the truth.

5             I asked Agent Trimm, I said, well, Agent Trimm, my

6    client was in your office with me.  Did anybody ask him did you

7    know if it was counterfeit Viagra.

8             He says, I don't remember if I asked that question or

9    no.

10            Well, that's what this charge is about.  Don't you

11   find it a little strange that they didn't do that?  And they

12   also want to say to you, oh, well, we didn't have time to do

13   any followup.  This is about getting a counterfeit product off

14   the street.  They have a tape where my client is saying he can

15   get 10,000 pills in a couple weeks, 20,000 pills.  Do they make

16   one follow-up call or email saying, hey, let's set up a buy,

17   let's find this Anderson who has a shop in Brooklyn.  No.  How

18   simple would that have been?  They didn't do it because I don't

19   think they believed that my client knew Anderson.  I think they

20   believed my client was just trying to get his money back.  And

21   you have to hold the government to their test.  You know, it's

22   their obligation.  You can demand that they do certain things.

23   And they should have -- this is their investigation.  My client

24   doesn't have to prove his innocence.  They have to prove his

25   guilt.  And they could have proved his guilt if they had

1   somebody that followed up on that.

2         Did they -- they had all these emails which they can't

3   substantiate.  They are saying he used the word Skittles so it

4   means counterfeit.  I'm telling you the use of the word

5   Skittles in the May 7th through the June 21st emails that you

6   are going have in evidence, those refer to Viagra.  My client

7   admitted they refer to Viagra.

8         The government, though, wants you to make the next

9   leap.  They want you to say, ladies and gentlemen, not only

10  does it refer to Viagra, but it specifically refers to

11  counterfeit Viagra.  That's simply not logically true.  Ask

12  yourselves, is there one statement from anybody that says the

13  word Skittles means counterfeit in relation to Viagra.  The

14  answer is no.  Do they have one email that says that?  The

15  answer is no.

16        And I asked Agent Trimm as well, well, you read these

17  emails, you knew that it was potentially a problem that the

18  word Skittles could be misconstrued and you had the opportunity

19  to have Tony Bryant write an email saying, hey, look, that

20  counterfeit stuff you sent me, it's not good.  The holograms

21  are messed up, something to that effect, something where my

22  client would respond.  They didn't do that.  How simple would

23  that have been?  But they want you to say, well, just take our

24  word for it.

25        It's kind of like a parent saying, why do I have to do

```
 1    that, because I said so.  The government is not allowed to say
 2    I said so.  The government has to prove things beyond a
 3    reasonable doubt.
 4         This is an extremely serious case.  Frank Fiore didn't
 5    testify.  This is not a drug case.  If this was a drug case,
 6    they could have had Frank Fiore and my client on a conversation
 7    together talking about an illegal drug.  They don't have Frank
 8    Fiore talking to my client saying, oh, yeah, that was
 9    counterfeit Viagra that I sent to your house.
10         I don't even know what the government's version is.
11    They don't want you to believe that the Viagra that was at my
12    client's house for a couple years wasn't sent -- they want you
13    to believe that it wasn't sent by Frank Fiore.  They want you
14    to believe that it somehow mysteriously got there from a guy in
15    Brooklyn named Anderson who we don't know what he looks like,
16    we don't know where he lives, we don't know if the factory is
17    in Brooklyn, we don't know anything about him.  We don't know
18    how the drugs got from Brooklyn to Medford, New Jersey, but the
19    government wants you to assume these things.  You cannot
20    assume.
21         When I asked Agent Trimm, well, when you read the
22    email, it says Skittles.  You made the assumption that
23    Mr. Fiore and Mr. Beuschel meant counterfeit and he said he
24    didn't want to answer the question.  He used the word, well,
25    I'm presuming.  I asked him, what evidence do you have.  What
```

     1   can you point to this jury that when Mr. Fiore used the word

     2   Skittles or candy, it referred to counterfeit versus real

     3   Viagra or Cialis or Clavine, the product that my client

     4   manufactures.  He couldn't answer it because there is no such

     5   evidence.  He lacks all personal knowledge of what those emails

     6   mean.

     7          So the government says to you, oh, you know how you

     8   know, because on January 28, 2013, there is an email from Frank

     9   Fiore and Andrew Beuschel that uses the word Skittles as well.

    10   That was counterfeit as well.  Well, what evidence is there to

    11   prove that?  It could be suggested.  They want you to assume

    12   that, but they cannot prove that.

    13          And the judge is going to give you instructions on

    14   what's called circumstantial evidence, but I want to give you a

    15   little example.  If you go to bed at night and you look out

    16   your window and the street is black and then you shut the

    17   curtains, you wake up in the morning, and it's all white, you

    18   could assume from the fact that the street is white that it

    19   snowed out the night before.

    20          What you can't do further is to assume how much it

    21   snowed because without some kind of additional fact as to that

    22   scenario, you can't tell how much it snowed.  So an additional

    23   fact might be, well, also outside my house when I shut the

    24   curtains at night, I had a snow meter out there.  And when I

    25   looked at the snow meter, it was at zero.  And when I woke up

in the morning, everything was white.  And the snow meter was
up to the level six.  So with that extra fact, one could
assume, one could conclude that it snowed six inches the night
before.

Okay.  Now let's use that same example in connection
with the word Skittles.  We can assume or you can conclude that
the use of the word Skittles in the May emails concerned
Viagra.  You know why?  Because Andrew Beuschel admitted to the
government that that's what it was.  He said it was Viagra,
yeah.  I was talking about the Viagra that I sent them from my
house.

What you cannot assume or conclude based on that email
is Skittles means counterfeit Viagra because ask yourselves
well, what other fact do I have that would allow me to make
that additional conclusion.  Do you have a statement from
Andrew Beuschel?  No.  Do you have an email from Andrew
Beuschel?  No.  Do you have an expert that said Skittles is
commonly used as a code word for counterfeit Viagra?  No.  Do
you have a statement from Frank Fiore?  No.  You have nothing.

The government might want to say to you, well, another
reason that Andrew Beuschel knew he was sending counterfeit
Viagra is because he admitted he opened the box at his house
and he's got this special knowledge about Viagra.  Well, first
of all, there was no testimony as to Mr. Beuschel's knowledge
as to Viagra.  There was no testimony as to if he even opened

1    up all the packages.  In fact, you can infer that he didn't

2    open the packages because on one of the emails, he says just

3    open up the box and use the blister pack.  Mr. Beuschel didn't

4    even know there was an expiration date on the blister pack.

5    You can infer that he didn't look at the blister pack because

6    he never opened up any of the boxes.  That's an allowable

7    inference.

8         And also, this is not a drug case.  If this was

9    marijuana, you could -- he could say, well -- the government

10   could say, well, he could definitely assume it was a drug

11   because it smelled like marijuana and it looked like marijuana.

12   Viagra, he admits it was Viagra.

13        But what do they -- ask yourselves, what proof do they

14   have that Andrew Beuschel had any special knowledge such as

15   Jeff DeBartolo who was from Pfizer who talked about all the

16   testing he put that product through and how he had to use

17   authentic boxes as comparisons.  There's no indication

18   Mr. Beuschel did anything like that.  There is no evidence from

19   any source that someone told Mr. Beuschel that the product at

20   his house was counterfeit.

21        They also want you to believe that they have proven a

22   conspiracy between Frank Fiore and Andrew Beuschel in

23   connection with the sale of counterfeit Viagra.  Ask

24   yourselves, other than the emails, what evidence do you have

25   that could allow you to make the next conclusion which is

```
 1    Mr. Beuschel knew what he had was counterfeit Viagra.  There is
 2    nothing.  Agent Trimm could not give you that information and
 3    neither can Frank Fiore or neither can Tony Bryant because you
 4    heard all their testimony and there is nothing there to make
 5    that next leap.
 6          And why would somebody -- Mr. Osborne wants you to
 7    believe, well, he's the one that uses all of these words.  Look
 8    at the emails.  You have the trails.  It's always Mr. Fiore
 9    that used the words Skittles first.  It wasn't Mr.  -- it
10    wasn't Mr. Beuschel.
11          But even so, even if it was, who's -- my argument to
12    you is Mr. Beuschel knew that, look, I didn't have a license to
13    sell Viagra.  That's why I wasn't -- I was concerned about it
14    going down on UPS.  And they want to say, well, he was -- he
15    used somebody else's name.  He didn't want to associate with
16    this product because it wasn't his.  It was Frank Fiore's, who
17    sent it to his house by mistake.
18          And the reason you know that too is it was there for
19    such a long time.  You heard Agent Trimm say he got fired from
20    his job in Tri-City.  Andrew Beuschel and says, look, send me
21    some of my product -- my pamphlets.  And by mistake, Frank
22    Fiore sent another box which sat in my client's house until
23    Frank Fiore says, hey, I sent you a box by mistake.
24          Think about that.  That box had expired Viagra in it.
25    It was no good.  This is another example of Frank Fiore trying
```

```
 1    to set up somebody.  Whether he was trying to take Tony Bryant,
 2    who knows.  He's a bad person.  My client, if he was really a
 3    counterfeit, would not have that product in his house for years
 4    just sitting there.  He would have just sold it himself.
 5            What you are going to see in evidence as well, ladies
 6    and gentlemen, are defense exhibits.  I want you to take a look
 7    at these.  There are three emails.  And the first one is dated
 8    April 2.  And it's from Andrew Beuschel to Frank Fiore.  And it
 9    talks about Clavine, the product that my client was selling and
10    that Agent Trimm talked about.  That's the herbal supplement
11    that is similar to Viagra.
12            Then Exhibit 2, there is another similar email.  And
13    it talks about -- this is August from 2012.  And you are going
14    to see in this exhibit, it is the Clavine.  It's the product.
15            And I want you to look at that product on there.  And
16    you'll see that there's trademarks on this.  There are
17    trademarks because Mr. Beuschel is a legitimate businessman.
18    He paid -- he understands trademarks.  He went to the effort of
19    having a product that is protected.
20            And the third email is going to be an email between
21    Mr. Beuschel and another associate of his dealing with Clavine.
22    And they talk about bulk Clavine and they are trying to sell
23    this product.
24            Now, the government wants you to believe that those
25    emails from 2013 that mentioned Skittles, they were made for
```

```
 1   me, they want you to believe that they were made for me means
 2   that some Viagra or Cialis was made for me.
 3            Now, let's think about that.  Just to show you how the
 4   logic is not right, does Skittles made for me mean counterfeit
 5   Viagra?  Does it mean counterfeit Cialis?  Does it mean
 6   counterfeit Sudafed?  The government wants to pick and choose
 7   because they don't have facts.
 8            You must convict people upon facts, not upon
 9   conjecture.  We are a nation of laws.  Our constitution was set
10   up so that people have fair trials and they are convicted based
11   upon facts, not based upon assumptions.  And I told you when I
12   opened up that the government doesn't presume my client
13   innocent.  They presume him guilty.  And that's why when they
14   said, oh, he was lying to us when he came down to see us, their
15   version of the facts when my client went down with me to talk
16   to them voluntarily was this guy is guilty of trafficking in
17   counterfeit Viagra.  They had no intention of ever listening to
18   any other version of the facts.
19            They could have said, well, you know what, we accept
20   your explanation.  But they don't accept that explanation
21   because they had their own conception of reality.  The federal
22   government has more resources than any individual in this
23   country.  They have almost unlimited power.  And as jurors, you
24   are the check on the power of the United States because this
25   is, not just about my client, this is about our constitution
```

1    and the rights of people.  You cannot convict people on the

2    government saying, well, we think this is what it means.  All

3    they had to do was do some due diligence and get somebody that

4    had recorded statements.

5            It's not my fault that they didn't do their job.  They

6    want to convict my client without -- they want to say he's part

7    of a conspiracy with a man that wants to kill him and not one

8    conversation between the two of them.  That's ludicrous.

9            My client's jaw dropped when he started hearing that

10   tape for the first time during this trial.  And the government

11   has the gall to say, oh, yeah, these two guys are in cahoots.

12   My client is going make $7,000.

13           And by the way, everything that Tony Bryant said

14   didn't come true.  He was supposed to send more money.  He

15   never sent more money.  He was supposed to send cigars.  Read

16   the transcript.  He says, yeah, tomorrow I will get the

17   products out to you.  No indication that the money or the

18   cigars ever came out again.

19           And another thing -- excuse me.  I lost my train of

20   thought.

21           The government wants you to believe everything is

22   their version of the facts.  It's just not so, ladies and

23   gentlemen.  They had the opportunity to do additional setups of

24   my client or any other people, Mr. Anderson.  They did nothing,

25   nothing.

1          So keep asking yourselves, ladies and gentlemen, what

2     did they show us by way of actual facts.  Nothing.  So based

3     upon all of evidence that you did not hear, ladies and

4     gentlemen, I submit that there is no other conclusion in this

5     case but to find my client not guilty of all of these charges

6     beyond a reasonable doubt because he is, in fact, not guilty.

7     Thank you very much for your time.

8          THE COURT:  All right.  Brief rebuttal by the

9     government?

10         MR. BROWNE:  Thank you, Your Honor.

11         Ladies and gentlemen, Mr. Ambrosio wants you to

12    believe that the only association between the word Skittles and

13    counterfeit Viagra is just a figment of the government's

14    imagination.  How do we know that Skittles means counterfeit

15    Viagra in this case?  Andrew Beuschel told us so.

16         Andrew Beuschel sent a couple thousand Viagra pills

17    down to Florida from New Jersey while impersonating Frank Fiore

18    and forging his signature, a couple thousand pills that he

19    referred to as Skittles.  You have seen these emails a few

20    times now.

21         Again, ladies and gentlemen, this is Andrew Beuschel's

22    email quoting a price for Skittles, 2,710 Skittles for $6,775,

23    Andrew Beuschel's email to Frank Fiore.

24         How do you know that Skittles means counterfeit

25    Viagra?  Well, that's the deal that Andrew Beuschel set up and

this is what got shipped, 2,700 some odd pills of counterfeit

Viagra.  That's what he meant by Skittles.

And do you remember when Mr. Ambrosio said that every

time the word Skittles was used, it came from Frank Fiore's

mouth, that Andrew Beuschel never used the word Skittles to

talk about counterfeit Viagra or Viagra?  I mean, that's

ridiculous.

There's the first email that set up this entire deal

in which Andrew Beuschel quotes a price for Skittles.

Here's the second email from Andrew Beuschel saying he

needs an answer on Skittles.  That's not a reply.  That's not a

response to anybody, ladies and gentlemen.  That's Andrew

Beuschel talking about Skittles.

Here's a third email talking about blue Skittles

specifically which you heard testimony means counterfeit Viagra

and orange as well.  And that's Frank Fiore talking at the top,

but look at the bottom of the email.  That's Andrew Beuschel

quoting a price, the same price as this deal.

If you look at the subject line, it was generated by

Andrew Beuschel, Skittles and in this case M&Ms, which based on

this email, you can probably assume Cialis the other type of

erectile disfunction drug that Andrew Beuschel has a source

for.

So Skittles and M&Ms, I had the allocation ready based

on your say-so, need direction from you, Frank Fiore.  In fact,

 1   every single mention of the word Skittles in this case was

 2   generated by Andrew Beuschel, not by Frank Fiore.  This is his

 3   side of the business.  He's got the connection in Brooklyn,

 4   right?  He's got Anderson ready to go, ready to produce tens of

 5   thousands of pills in a couple weeks.  You just tell me how

 6   many you need.

 7         The Skittles in this case are exactly what's in that

 8   box, counterfeit Viagra.  And how do you know that he knew what

 9   was in that box and specifically that he knew it was

10   counterfeit?  Because these were made to order special for him,

11   made to order back in 2013, Skittles made for me and made by

12   his guy in Brooklyn, Anderson, specially for this deal.

13         And, ladies and gentlemen, when Mr. Ambrosio says that

14   this is a conspiracy between Frank Fiore and Andrew Beuschel,

15   the fact is this is also a conspiracy between Frank Fiore,

16   Andrew Beuschel, and the supplier, the person who is in

17   Brooklyn pumping out these pills several thousand at a time.

18   That's the agreement.  That's Count~1.  Because without that

19   supplier, this deal can't happen.  Andrew Beuschel can't get

20   paid.  So this conspiracy goes far beyond the agreement between

21   Frank Fiore and Andrew Beuschel.

22         That said, Mr. Ambrosio says there's not a single

23   conversation between Andrew Beuschel and Frank Fiore about

24   counterfeit drugs.  Well, you know that's not true because how

25   did the cooperating source in this case ever get wind of this

 1   deal?  He heard it from Frank Fiore.  Frank Fiore forwarded

 2   Andrew Beuschel's proposition.  I will give you 2,710 pills for

 3   $6,775.  That connection never would have happened but for

 4   Frank Fiore, the co-conspirator.

 5        Now, it's easy to go after Frank Fiore and it's easy

 6   to go after the cooperating source in this case.  They are

 7   criminals and there is no doubt about that.  But at what point

 8   in this trial did the United States ask you to take the words

 9   of Frank Fiore and the cooperating source at face value?  When

10   did we ever ask to you trust those men?  Did you hear any

11   testimony from them?  Did they ever take the stand and say,

12   take my word for it, he knew they were counterfeit?  No.

13        They are criminals s.  And unfortunately those are the

14   kinds of people that Andrew Beuschel does business with.  Those

15   are the kinds of people who know about counterfeit Viagra

16   deals, who know about setting up a supplier in Brooklyn who can

17   make Cialis, Viagra, you name it, and what does he want in he

18   exchange?  A truckload of menthol cigarettes.  What about that

19   deal sounds legit?  What about that deal sounds legal to you?

20   What about that deal sounds legitimate?  Not a thing.  And the

21   reality is that is the world in which Andrew Beuschel does

22   business.  That is the world in which he lives.  And part of

23   that business is selling counterfeit drugs.

24        The reality is you don't have to take the word of

25   Frank Fiore or the cooperating source.  To convict the

1    defendant in this case, you just have to look at what he says

2    about his own product, the fact that it's made for him, the

3    fact that it's manufactured by his guy in Brooklyn.  That's all

4    you have to take into consideration in deciding whether or not

5    he knows that this is counterfeit.

6            Now, granted, you have a mountain of other evidence

7    that he knew what he was doing was illegal and that he knew it

8    was counterfeit, right?  Think of all the steps he took to

9    distance himself away from this deal, a deal that he proposed,

10   a deal that he came up with, the price terms for which he

11   created.  He did everything he could to walk sideways away from

12   this thing.

13           And let's start at the end when he voluntarily came in

14   to speak to the prosecutor in this case and Special Agent

15   Trimm.  He said, I have never dealt in prescription drugs

16   before.  That's a lie.  He knew that he was under suspicion for

17   dealing in counterfeit drugs.  Remember, ladies and gentlemen,

18   the reason he came in voluntarily is because he saw the

19   complaint against Frank Fiore, the complaint which specifically

20   named him as a source of counterfeit Viagra.

21           Of course he wanted to come in and try to explain it

22   away.  Of course he wanted to come in and make excuses and tell

23   lies.  And that's exactly what he did.  It shouldn't surprise

24   you that he wanted to come in and try to put this behind him.

25           But that was just the last in a long line of things

```
 1    that the defendant did to remove himself from this deal and to
 2    avoid suspicion.  It starts in Neptune, New Jersey, ladies and
 3    gentlemen, when a shipment of counterfeit Viagra left for
 4    Florida in June of 2014.  If Andrew Beuschel thought that this
 5    was a legitimate business deal, why does he name Frank Fiore as
 6    the sender?
 7             THE COURT:  Exhibit number?
 8             MR. BROWNE:  I'm sorry, Your Honor.  It's Exhibit
 9    No. 30.
10             THE COURT:  Thank you.
11             MR. BROWNE:  Why does he name Frank Fiore as the
12    sender and then put Frank Fiore's business address in Florida
13    as the return address.  This thing is coming from Neptune, New
14    Jersey.  You can see at the bottom, shipped through the UPS
15    store in Neptune.  So he impersonates Fiore to send a shipment
16    of counterfeit drugs.  He goes so far as to forge Frank Fiore's
17    signature when sending this package.  Mr. Ambrosio wants you to
18    believe his client is a legitimate businessman.  A professional
19    is the word he used.  This is not how a professional does
20    business.  This is how a criminal does business.  And that's
21    what Andrew Beuschel is.  He is in the business of selling
22    counterfeit Viagra.
23             I think you have heard enough about Skittles at this
24    point, but remember, Mr. Ambrosio asked why doesn't the
25    government have even an email that says the following, hey,
```

1    listen, Frank, I want you to know that any time I use the word

2    Skittles, I actually mean counterfeit Viagra.  Is that

3    reasonable?

4         Is that how criminals operate from what you know?

5    Because you are allowed to use your common sense in looking at

6    all of this evidence.  But imagine two drug dealers talking

7    over the phone saying, hey, I have your kilograms of cocaine

8    ready.  I need money.  Hey, I have an AK47 assault rifle to

9    sell you.  Please advise when you can pay me.

10        That's not how criminals operate.  They use code words

11    to hide their criminal activity.  And that's exactly what

12    Andrew Beuschel uses, whether it's Skittles, whether it's M&Ms.

13    And you remember M&Ms is a different term that he used in that

14    2013 email with Frank Fiore.  He talks about blues.  He talks

15    about oranges.  What he never says in an email is Viagra or

16    Cialis or anything like that because he's talking about

17    counterfeit product and he knows it's illegal.

18        Now, the idea that he's talking about Clavine when he

19    says in 2013 that he's got Skittles that were made for him,

20    that doesn't make any sense either, right?  One good thing

21    about code is that you consistently refer to the same things by

22    the same terms.  Yes, Skittles means counterfeit Viagra.  Yes,

23    this Skittles shipment had counterfeit Viagra in it.  Yes, this

24    Skittles shipment was made for him.  It is referred to in that

25    email.

 1          The Clavine, when did we ever hear anything about
 2   Clavine in connection with Skittles?  In fact, if you look at
 3   the email on March of 2014 that came in during the government's
 4   rebuttal case, that's Exhibit No. 36, and I realize it's a
 5   little crude, but here Andrew Beuschel specifically
 6   distinguishes between what he calls dick pills and the Clavine.
 7          And I assume that when he's talking about those kinds
 8   of pills, he's probably talking about medicine that is
 9   specifically indicated for the treatment of erectile
10   dysfunction.  Clavine is not one of those products.  Viagra and
11   Cialis are erectile dysfunction pills.
12          Ladies and gentlemen, at the beginning of this case,
13   Mr. Osborne told you the first thing out of his mouth was
14   erectile dysfunction is a serious problem in this country.
15   It's an awkward topic, but we are talking about it in important
16   and serious context.
17          What you also heard during this trial is counterfeit
18   Viagra is a serious problem in this country and counterfeit
19   prescription pills are a serious problem.  You heard
20   Mr. DeBartolo tell you that about 90 percent of his case work
21   deals with Viagra.  This is a real business and it's a business
22   that Andrew Beuschel is involved in.
23          Now, ladies and gentlemen, you have before you a great
24   deal of evidence that connects Mr. Beuschel to what was in that
25   box.  There is no dispute that he shipped it.  There is no

 1   dispute that he arranged the deal.  There's no dispute that he

 2   takes ownership of what was this there, but he claims he didn't

 3   know.

 4         What I submit to you, ladies and gentlemen, is that

 5   there is even more evidence that he did know, that he wanted to

 6   hide what he was doing, that he admitted to the cooperating

 7   source that this stuff was manufactured for him and all of

 8   that, all of that, you can use in determining whether or not he

 9   knowingly trafficked in counterfeit Viagra.

10         I want to thank you all for your attention that you

11   have shown throughout this case and I look forward to hearing

12   your verdict.  Thank you very much.

13         THE COURT:  Members of the jury, it is now my duty to

14   instruct you on the rules of law that you must follow and apply

15   in deciding this case.  When I have finished, you will go to

16   the jury room and begin your discussions, what we call your

17   deliberations.  It will be your duty to decide whether the

18   government has proved beyond a reasonable doubt the specific

19   facts necessary to find the defendant guilty of the crimes

20   charged in the indictment.

21         You must make your decision only on the basis of the

22   testimony and other evidence presented here during the trial.

23   And you must not be influenced in any way by either sympathy or

24   prejudice for or against the defendant or the government.  You

25   must also follow the law as I explain it to you whether you

1    agree with that law or not.  And you must follow all of my

2    instructions as a whole.  You may not single out or disregard

3    any of the Court's instructions on the law.

4         The indictment or formal charge against any defendant

5    is not evidence of guilt.  Indeed, every defendant is presumed

6    by the law to be innocent.  The law does not require a

7    defendant to prove innocence or to produce any evidence at all.

8    And if a defendant elects not to testify, you cannot consider

9    that in any way during your deliberations.

10        The government has the burden of proving a defendant

11   guilty beyond a reasonable doubt.  And if it fails to do so,

12   you must find that defendant not guilty.

13        Thus, while the government's burden of proof is a

14   strict or heavy burden, it is not necessary that a defendant's

15   guilt be proved beyond all possible doubt.  It is only required

16   that the government's proof exclude any reasonable doubt

17   concerning the defendant's guilt.

18        A reasonable doubt is a real doubt based upon reason

19   and common sense after careful and impartial consideration of

20   all of the evidence in the case.

21        Proof beyond a reasonable doubt, therefore, is proof

22   of such a convincing character that you would be willing to

23   rely and act upon it without hesitation in the most important

24   of your own affairs.

25        If you are convinced that the defendant has been

1    proved guilty beyond a reasonable doubt, say so.  If you are

2    not convinced, say so.

3             As I said earlier, you must consider only the evidence

4    that I have admitted in the case.  The term evidence includes

5    the testimony of the witnesses and the exhibits admitted in the

6    record.  Remember that anything the lawyers say is not evidence

7    in the case.  It is your own recollection and interpretation of

8    the evidence that controls.  What the lawyers say is not

9    binding upon you.

10            In considering the evidence, you may make deductions

11   and reach conclusions which reason and common sense lead you to

12   make, and you should not be concerned about whether the

13   evidence is direct or circumstantial.

14            Direct evidence is the testimony of one who asserts

15   actual knowledge of a fact such as an eyewitness.

16            Circumstantial evidence is proof of a chain of facts

17   and circumstances tending to prove or disprove any fact in

18   dispute.  The law makes no distinction between the weight you

19   may give to either direct or circumstantial evidence.

20            Now, in saying that you must consider all of the

21   evidence, I do not mean that you must accept all of the

22   evidence as true or accurate.  You should decide whether you

23   believe what each witness had to say and how important that

24   testimony was.  In making that decision, you may believe or

25   disbelieve any witness in whole or in part.  Also, the number

1  of witnesses testifying concerning any particular dispute is

2  not controlling.

3       In deciding whether you believe or do not believe any

4  witness, I suggest that you ask yourself a few questions.

5       Did the witness impress you as one who was telling the

6  truth.

7       Did the witness have any particular reason not to tell

8  the truth?

9       Did the witness have a personal interest in the

10  outcome of the case?

11       Did the witness seem to have a good memory?

12       Did the witness have the opportunity and ability to

13  observe accurately the things he or she testified about?

14       Did the witness appear to understand the questions

15  clearly and answer them directly?

16       Did the witness's testimony differ from other

17  testimony or other evidence?

18       You should also ask yourself whether there was

19  evidence tending to prove that a witness testified falsely

20  concerning some important fact or whether there was evidence

21  that at some other time a witness said or did something or

22  failed to say or do something which was different from the

23  testimony the witness gave before you during the trial.

24       You should keep in mind, of course, that a simple

25  mistake by a witness does not necessarily mean that the witness

 1 │ was not telling the truth as he or she remembers it because

 2 │ people naturally tend to forget some things or remember other

 3 │ things inaccurately.

 4 │         So if a witness has made a misstatement, you need to

 5 │ consider whether it was simply an innocent lapse of memory or

 6 │ an intentional falsehood and the significance of that may

 7 │ depend on whether it has to do with an important fact or with

 8 │ only an unimportant detail.

 9 │         When knowledge of a technical subject matter might be

10 │ helpful to the jury, a person having special training or

11 │ experience in that technical field is permitted to state an

12 │ opinion concerning those technical matters.  Merely because

13 │ such a witness has expressed an opinion, however, does not mean

14 │ that you must accept that opinion.  The same as with any other

15 │ witness, it is up to you to decide whether to rely upon it.

16 │         When the government offers testimony or evidence that

17 │ a defendant made a statement or admission to someone after

18 │ being arrested or detained, the jury should consider the

19 │ evidence concerning such a statement with caution and great

20 │ care.  It is for you to decide, one, whether the defendant made

21 │ the statement, and two, if so, how much weight to give to it.

22 │ In making these decisions, you should consider all of the

23 │ evidence about the statement including the circumstances under

24 │ which the defendant may have made it.

25 │         During the course of the trial, as you know from the

1    instruction I gave you then, you heard evidence of acts of the

2    defendant which may be similar to those charged in the

3    indictment but which were committed on other occasions.  You

4    must not consider any of this evidence in deciding if the

5    defendant committed the acts charged in the indictment.

6    However, you may consider this evidence for other very limited

7    purpose.

8         If you find beyond a reasonable doubt from other

9    evidence in this case that the defendant did commit the acts

10   charged in the indictment, then you may consider evidence of

11   the similar acts allegedly committed on other occasions to

12   determine whether the defendant had the state of mind or intent

13   necessary to commit the crime charged in the indictment.

14        Does either side wish for the indictment to be read

15   again?  Does the government?

16        MR. OSBORNE:  No, Your Honor.

17        THE COURT:  Does the defense?

18        MR. AMBROSIO:  No, Your Honor.

19        THE COURT:  Because they will have a copy of the

20   indictment back in the jury room.

21        Conspiracy to traffic in a counterfeit drug, 18 U.S.C.

22   Section 2320(a), as to Count~1 only.  It is a federal crime for

23   anyone to conspire to traffic in a counterfeit drug.  Title 18

24   United States Code Section 2320(a) makes it a crime for anyone

25   to intentionally traffic in a counterfeit drug.  A conspiracy

1   is an agreement by two or more persons to commit an unlawful

2   act.   In other words, it is a kind of a partnership for

3   criminal purposes.  Every member of the conspiracy becomes the

4   agent or partner of every other member.

5          The government does not have to prove that the members

6   of the conspiracy made any kind of formal agreement.  The heart

7   of a conspiracy is the making of the unlawful plan itself.  So

8   the government does not have to prove that the conspirators

9   succeeded in carrying out the plan.

10          The defendant can be found guilty only if both of the

11   following facts are proved beyond a reasonable doubt:

12          First, two or more people in some way agreed to try to

13   accomplish a shared and unlawful plan to traffic in a

14   counterfeit drug.

15          And second, the defendant knew the unlawful purpose of

16   the plan and willfully joined in it.

17          A person may be a conspirator even without knowing all

18   of the details of the unlawful plan or the names and identities

19   of all the other alleged conspirators.  If the defendant played

20   only a minor part in the plan but had a general understanding

21   of the unlawful purpose of the plan and willfully joined in the

22   plan on at least one occasion, that is sufficient for you to

23   find the defendant guilty.  But simply being present at the

24   scene of an event or merely associated with a certain people

25   and discussing common goals and interests does not establish

1    proof of a conspiracy.  Also, a person who does not know about

2    a conspiracy but happens to act in a way that advances some

3    purpose of one does not automatically become a conspirator.

4            Trafficking in a counterfeit drug, 18 U.S.C. Section

5    2320(a)(4), as to Count~2 only.  It is a federal crime to

6    intentionally traffic in a counterfeit drug.  The defendant can

7    be found guilty of this crime only if all of the following

8    facts are proved beyond a reasonable doubt:

9            First, that the defendant trafficked in a drug.

10           Second, that such trafficking was intentional.

11           Third, that the drug was a counterfeit drug, and

12           Fourth, that the defendant knowingly used a

13   counterfeit mark on or in connection with the drug.

14           To traffic means to transport, transfer, or otherwise

15   dispose of a drug to another for the purpose of commercial

16   advantage or private financial gain.  The term trafficking also

17   includes making or possessing a drug with the intent to

18   transport, transfer, or dispose of it for those purposes.

19           The term drug means:

20           One, an article recognized in the official United

21   States pharmacopeia or any supplement to it.

22           Two, an article intended for use in the diagnosis,

23   cure, mitigation, treatment, or prevention of disease in humans

24   or other animals, or

25           Three, an article other than food intended to affect

1    the structure or any function of the human body or the bodies

2    of other animals.

3            The term drug also includes a component of another

4    drug.

5            In this case the parties have stipulated that

6    sildenafil citrate is a drug.  Sildenafil citrate is the active

7    ingredient in Viagra.

8            A counterfeit drug means a drug that uses a

9    counterfeit mark on the drug or in connection with it.

10           A mark is any word, name, symbol, device, or any

11   combination thereof used by a person to identify and

12   distinguish his or her goods from those manufactured or sold by

13   others and to indicate the source of the goods.

14           A mark is counterfeit if all of the following is true:

15           One, the mark is false or inauthentic or it is a

16   genuine mark attached to counterfeit goods.

17           Two, the counterfeit mark is identical to or

18   substantially indistinguishable from a genuine mark.

19           Three, the genuine mark is registered on the principal

20   register in the United States Patent and Trademark Office and

21   is in use.

22           Four, the counterfeit mark is used in connection with

23   trafficking in any goods, services, or on packaging of any

24   type.

25           Five, the counterfeit mark is used in connection with

1   the same type of goods or services for which the genuine mark

2   is registered or the counterfeit mark is applied to packaging

3   of any type that is intended to be used in connection with the

4   same type of goods or services for which the genuine mark is

5   registered, and

6         Six, the counterfeit mark is used in a manner that is

7   likely to cause confusion, to cause mistake, or to deceive.

8         Like I said, the government must prove that the

9   defendant knew the drug was counterfeit.  However, the

10  government does not have to prove that the defendant knew that

11  the genuine mark was registered with the patent and trademark

12  office.

13        Aiding and abetting agency, 18 U.S.C. -- let me have a

14  sidebar conference with the lawyers.

15        (Thereupon, the following was heard sidebar.)

16        THE COURT:  The aiding and abetting, is that as to

17  both counts or just one of the counts?

18        MR. OSBORNE:  It would be Count 2, Your Honor.

19        THE COURT:  Count~2 only then?

20        MR. OSBORNE:  Yes, Your Honor.

21        THE COURT:  Do you agree with that?

22        MR. AMBROSIO:  Yes.

23        THE COURT:  I am just going to write that in at the

24  top of this rather than have it retyped.  You all can see it

25  before it goes back to the jury room, but it will apply to

1   Count~2 only.

2       MR. OSBORNE:  Thank you, Your Honor.

3       (Thereupon, the following was heard in open court.)

4       THE COURT:  Aiding and abetting agency, 18 U.S.C.

5   Section 2, as to Count~2 only.  The guilt of a defendant in a

6   criminal case may be proved without evidence that the defendant

7   personally did every act involved in the commission of the

8   crime charged.  The law recognizes that ordinarily anything a

9   person can do for one's self may also be accomplished through

10  direction of another person as an agent or by acting together

11  with or under the direction of another person or persons in a

12  joint effort.

13      So if the acts or conduct of an agent, employee, or

14  other associate of the defendant are willfully directed or

15  authorized by the defendant or if the defendant aids and abets

16  another person by willfully joining together with that person

17  in the commission of a crime, then the law holds the defendant

18  responsible for the conduct of that other person just as though

19  the defendant had personally engaged in such conduct.

20      However, before any defendant can be held criminally

21  responsible for the conduct of others, it is necessary that the

22  defendant willfully associate in some way with the crime and

23  willfully participate in it.

24      Mere presence at the scene of a crime and even

25  knowledge that a crime is being committed are not sufficient to

1    establish that a defendant either directed or aided and abetted

2    the crime.  You must find beyond a reasonable doubt that the

3    defendant was a willful participant and not merely a knowing

4    spectator.

5            You will note that the indictment charges that the

6    offense was committed on or about a certain date.  The

7    government does not have to prove with certainty the exact date

8    of the alleged offense.  It is sufficient if the government

9    proves beyond a reasonable doubt that the offense was committed

10   on a date reasonably near the date alleged.

11           The word knowingly as that term is used in the

12   indictment or in these instructions means that the act was done

13   voluntarily and intentionally and not because of mistake or

14   accident.

15           The word willfully as that term is used in the

16   indictment or in these instructions means that the act was

17   committed voluntarily and purposely with the specific intent to

18   do something the law forbids, that is, with bad purpose either

19   to disobey or disregard the law.

20           A separate crime or offense is charged in each count

21   of the indictment.  Each charge and the evidence pertaining to

22   it should be considered separately.  The fact that you may find

23   the defendant guilty or not guilty as to one of the offenses

24   charged should not affect your verdict as to any other offense

25   charged.

1          I caution you, members of the jury, that you are here

2     to determine from the evidence in this case whether the

3     defendant is guilty or not guilty.

4          The defendant is on trial only for those specific

5     offenses alleged in the indictment.  Also the question of

6     punishment should never be considered by the jury in any way in

7     deciding the case.  If the defendant is convicted, the matter

8     of punishment is for the judge alone to determine later.

9          Any verdict you reach in the jury room whether guilty

10    or not guilty must be unanimous.  In other words, to return a

11    verdict, you must all agree.  Your deliberations will be

12    secret.  You will never have to explain your verdict to anyone.

13         It is your duty as jurors to discuss the case with one

14    another in an effort to reach agreement if you can do so.  Each

15    of you must decide the case for yourself but only of after full

16    consideration of the evidence with the other members of the

17    jury.

18         While you are discussing the case, do not hesitate to

19    reexamine your own opinion and change your mind if you become

20    convinced that you were wrong.  But do not give up your honest

21    belief solely because the others think differently or merely to

22    get the case over with.  Remember that in a very real way, you

23    are judges, judges of the facts.  Your only interest is to seek

24    the truth from the evidence in the case.

25         When you go to the jury room, you should first select

 1    one of your members to act as your foreperson.  The foreperson

 2    will preside other your deliberations and will speak for you

 3    here in court.

 4          Now, a form of verdict has been prepared for your

 5    convenience.  I will hold it up and read it to you.  At the top

 6    of the page it says United States District Court, Southern

 7    District of Florida.  It has the case number and it is styled

 8    United States of America, plaintiff, versus Andrew Beuschel,

 9    defendant, titled verdict.  We, the jury, unanimously find

10    beyond a reasonable doubt the defendant, Andrew Beuschel, one,

11    as to Count~1, across from that there is a line, underneath

12    that line the words guilty slash not guilty.

13          Two, as to Count~2, across from that there is a line,

14    underneath that line the words guilty slash not guilty.

15          So say we all, a line for the date and a signature

16    line for the foreperson.

17          Whoever you select as your foreperson, have your

18    foreperson write, I repeat, write any verdict that you might

19    reach on the appropriate lines.  Do not, I repeat, do not

20    circle any words underneath the lines.  That simply causes

21    confusion.  Have your foreperson write any verdict that you

22    might reach on the appropriate lines.

23          You will take the verdict form to the jury room, and

24    when you have reached unanimous agreement, you will have your

25    foreperson fill in the verdict form, date and sign it, and then

1    return to the courtroom.

2         If you should desire to communicate with me at any

3    time, please write down your message or question and pass the

4    note to the marshal who will bring it to my attention.  I will

5    then respond as promptly as possible either in writing or by

6    having you return to the courtroom so that I can address you

7    orally.

8         I caution you, however, with regard to any message or

9    question you might send that you should not tell me your

10   numerical division at the time.

11        Now, all previously raised objections to the jury

12   instructions or the verdict form are renewed at this time and

13   the Court's prior rulings remain the same.  All previously

14   requested additional jury instructions raised by both sides are

15   renewed at this time and the Court's prior rulings remain the

16   same.

17        Are there any additional objections to the jury

18   instructions or the verdict form from the government?

19        MR. OSBORNE:  No, Your Honor.

20        THE COURT:  Are there any additional requested jury

21   instructions from the government?

22        MR. OSBORNE:  No, Your Honor.

23        THE COURT:  Are there any additional objections to the

24   jury instructions or the verdict form from the defendant?

25        MR. AMBROSIO:  No, Your Honor.

1        THE COURT:  Any additional requested jury instructions

2   from the defense?

3        MR. AMBROSIO:  No.

4        THE COURT:  All right.  Thank you.

5        Mr. Laakso and Ms. Persaud, I am going to excuse you

6   at this time.  You are free to go.  I want to thank you very

7   much for your time and attention here today or throughout this

8   trial.  Do not call the Code-A-Phone number this evening, but

9   you will have to call it tomorrow night.  I do not know if

10  there will be an more instructions, but you still need to call

11  the Code-A-Phone number.  And just leave your transcripts on

12  the chairs.  Follow my clerk and she will escort you out.  Make

13  sure you get your cell phones and everything.  Thank you very

14  much for your time and attention.

15       (Thereupon, the alternate jurors exited the courtroom

16  at 3:30 p.m.)

17       THE COURT:  Now, ladies and gentlemen, you will have

18  back in the jury room with you a copy of the indictment, the

19  verdict form, and a copy of the instructions.  You will also

20  have all the exhibits except you will not have the DVD or the

21  CD because there is no device for you back in the jury room to

22  play those items.  And you will not have the boxes of Viagra

23  back in the jury room with you.  Otherwise, you will have all

24  the other exhibits.

25       If you wish to listen to or see the DVD or listen to

1    the CD, just have your foreperson write out a note to that

2    effect and we will bring you back into the courtroom and play

3    those items for you.

4          Now, as you know, back in the jury room, we have legal

5    pads and pens and pencils for your use during your

6    deliberations.  As I have already said now once, your

7    deliberations will always be secret.  You will never have to

8    explain your deliberations or any verdict that you might reach

9    to anyone.

10         Consequently, if you have a note or a question to send

11   out to the Court, have your foreperson write it out, date it,

12   note the time, and sign it.  Write it out naturally so that I

13   can read it and give it to the marshal.  The marshal will bring

14   it to my attention and I will respond as quickly as possible.

15         But in any message or question that you send out to

16   the Court, never disclose your numerical division.  And by that

17   I mean a jury during their deliberations periodically takes

18   votes with respect to their deliberations.  And so if you send

19   out a question to the Court, never disclose your numerical

20   division or any vote that you might have taken at any

21   particular time during your deliberations.  That is not for the

22   Court to know.

23         As I have said, your deliberations are secret.  Any

24   vote that you might take at any particular time during your

25   deliberations is also secret.  So never disclose that in any

1    question that you send out to the Court.

2           Now, you must remain in the jury room during your

3    deliberations.  You are not free to leave the jury room for any

4    reason.  If there are any of you on the jury who are smokers

5    and you wish to step out onto the patio to have a cigarette or

6    two or three, have your foreperson send out a request to that

7    effect and I will have someone from my chambers escort you out

8    onto the patio and then back into the jury room.  Otherwise,

9    you are not free to leave the jury room for any reason.  Do not

10   deliberate without each of you being present.

11          You may now retire to deliberate your verdict.  Take

12   your transcripts with you.

13          (Thereupon, the jury exited the courtroom at

14   3:36 p.m.)

15          THE COURT:  All right.  Show these documents to the

16   lawyers and you will see how I interlineated regarding the

17   aiding and abetting instruction.

18          MR. AMBROSIO:  Judge, no objection on behalf of

19   Mr. Beuschel.

20          MR. OSBORNE:  Agreed, Your Honor.

21          THE COURT:  All right.  Let's go over the exhibits.

22   Let's take the defendant's exhibits first.  Defendant's 1, 2,

23   and 3.

24          THE CLERK:  We have 1, 2 and 3.

25          THE COURT:  All right.  And let's go with the

```
1    government's exhibits now.  The defense needs to look at these.

2    I am going to go in the order that they came in.  They will not

3    be in numerical order.  Government's 35 is a photograph.

4              THE CLERK:  35.

5              THE COURT:  Government's No. 1 is the DVD.  Take that

6    out.

7              MR. OSBORNE:  That's here, Your Honor.  I have taken

8    it out.

9              THE COURT:  2 is the transcript which the jury has

10   already.

11             THE CLERK:  Yes.

12             THE COURT:  10 is the CD.  Keep that out.

13             MR. OSBORNE:  That's back there, Your Honor.

14             THE COURT:  33 is a court order.

15             THE CLERK:  Yes.

16             THE COURT:  5 is the AOL registration information.

17             THE CLERK:  Yes.

18             THE COURT:  6 are various emails.

19             THE CLERK:  Yes.

20             THE COURT:  11 is a transcript which the jury already

21   has.

22             THE CLERK:  Yes.

23             THE COURT:  13 is a photograph.

24             THE CLERK:  Yes.

25             THE COURT:  28 is a photograph.
```

```
 1              THE CLERK:  Yes.

 2              MR. OSBORNE:  That's 26, actually.  That was the wrong

 3    one.  28.

 4              THE CLERK:  28, yes.

 5              THE COURT:  12 is a box?

 6              MR. OSBORNE:  That's right there.

 7              THE CLERK:  Yes.

 8              THE COURT:  Is that that one?

 9              THE CLERK:  Yes.

10              THE COURT:  That does not have any Viagra in it,

11    right?

12              MR. BROWNE:  That's correct, Judge.

13              THE COURT:  That's just a box that was the shipping

14    box?

15              MR. OSBORNE:  Yes, Your Honor, and some of the nondrug

16    contents.

17              THE COURT:  Okay.  So that will go back.  26 is a

18    photograph.

19              THE CLERK:  Yes.

20              THE COURT:  27 is a photograph.

21              THE CLERK:  Yes.

22              THE COURT:  14 is a box.

23              MR. OSBORNE:  That's one of the ones with the drugs.

24              THE COURT:  All right.  So that does not go back.

25    That stays here.
```

```
 1              15 is a box.
 2              MR. OSBORNE:  Right there.
 3              MR. BROWNE:  That's 14.  This is 15.
 4              THE CLERK:  15 is right here.
 5              THE COURT:  They both have Viagra in them.
 6              AGENT TRIMM:  Yes, Your Honor.
 7              THE COURT:  So they will stay here.
 8              20, I think that was -- 20 is a box of Viagra.
 9              MR. OSBORNE:  Yes, 20 is inside 15.  It's just one of
10   the little boxes.
11              THE COURT:  Okay.  That stays here.
12              16 is a certificate from the patent office.
13              You should have been taking them out in the first
14   place.
15              THE CLERK:  Everything in this box is in evidence.
16              MR. OSBORNE:  Yes.
17              THE COURT:  We are going to do this again and you can
18   put everything that is in evidence on the table.  35.
19              THE CLERK:  35.
20              THE COURT:  1 is the DVD.  2 is the transcript.  The
21   jury has the transcript.  The DVD is out.  10 is the CD.  That
22   is out.  In other words, it's not going back into the jury
23   room.  33.
24              THE CLERK:  33.
25              THE COURT:  5.
```

```
 1              THE CLERK:  5.

 2              THE COURT:  6.

 3              THE CLERK:  6.

 4              THE COURT:  11 is a transcript.  The jury has that.

 5              13 is a photograph.

 6              THE CLERK:  13.

 7              THE COURT:  28 is a photograph.

 8              THE CLERK:  28.

 9              THE COURT:  12 is a box.  That is going back, correct?

10              MR. OSBORNE:  Yes, Your Honor.

11              THE COURT:  That is that big one.  That is all right.

12    Ryan can get that for you.  26 is a photograph.

13              THE CLERK:  26.

14              THE COURT:  27 is a photograph.

15              THE CLERK:  27.

16              THE COURT:  You have 27?

17              THE CLERK:  Yes.

18              THE COURT:  14 and 15 are boxes.  They are staying

19    out.  They have Viagra.  20 is a box of Viagra.  That stays

20    out.  16 is a certificate from the patent and trademark office.

21              THE CLERK:  16.

22              THE COURT:  17 is a certificate from the patent

23    office.

24              THE CLERK:  17.

25              THE COURT:  11 is a certificate from the patent
```

```
 1   office.
 2          THE CLERK:  18.
 3          THE COURT:  19 is a certificate from the patent
 4   office.
 5          THE CLERK:  19.
 6          THE COURT:  30, U.S. shipping records.
 7          THE CLERK:  30.
 8          THE COURT:  21, inventory of evidence form.
 9          THE CLERK:  21.
10          THE COURT:  22 is -- I have down here four boxes of
11   Viagra or is it just -- okay.  Is that sealed?
12          MR. OSBORNE:  It's not sealed, Your Honor.
13          THE COURT:  All right.  Well, that will stay out here
14   then.
15          I mean, the jury will at least need a box of what the
16   Viagra came in.  Do you want to send back -- I am talking about
17   the small individual box.  Do you want to send back an empty
18   box?
19          MR. OSBORNE:  If Your Honor wants, we could send back
20   Exhibit 20.  We could either take out the blister pack or you
21   could instruct the jury not to swallow it, I guess.
22          THE COURT:  Well, they would be held in contempt of
23   court if someone did that.
24          What do you say, Mr. Ambrosio?
25          MR. AMBROSIO:  I think it should go back, at least one
```

1    box.

2          THE COURT:  Yes, I agree with that.

3          All right.  Let me see 20.  Is that open?

4          MR. BROWNE:  Yes, Your Honor.

5          THE COURT:  20 is open.  All right.  Then we will send

6    20 back.  Show that to the lawyers.  Show that to Mr. Ambrosio.

7    Does it have the blister pack?

8          MR. AMBROSIO:  Yes, it does have the blister pack.

9          THE COURT:  With four.  When you go back, that is all

10   right, just send the box back.  Hopefully they are intelligent

11   enough.

12         23, which is a report, I have it marked as a report.

13         THE CLERK:  23.

14         THE COURT:  All right.  24, a photograph.

15         THE CLERK:  24.

16         THE COURT:  34, the stipulation.

17         THE CLERK:  34.

18         THE COURT:  8, Capital One signature card.

19         THE CLERK:  8, we have 8.

20         THE COURT:  9 is a record of wire transfers.

21         THE CLERK:  9.

22         THE COURT:  31 is a monthly bank statement.

23         THE CLERK:  31.

24         THE COURT:  36 is an email.  And that is all of the

25   government exhibits.

```
 1              THE CLERK:  36.

 2              THE COURT:  Any objection from the defense?

 3              MR. AMBROSIO:  No, Your Honor.

 4              THE COURT:  All right.  Take those back.

 5              All right.  Counsel, let me ask you to, because of the

 6     hour, quarter of four, I do not know if there is other trials

 7     going on in the courthouse, but let me ask you to just remain

 8     here at the courthouse.  They lock it up at 5:00 so if you were

 9     to go outside, you wouldn't be able to get back in.  And if we

10     do not hear from the jury before 5:00, let's have everyone back

11     in here at 5:00 and we will discuss how we are going to

12     proceed.  All right?  At the very least, make sure that you

13     give us a cell phone number for you in case we have a hard

14     time.

15              MR. AMBROSIO:  Judge, I will be here, so I'm not --

16              THE COURT:  That is fine.  And you can sit outside in

17     the waiting room there where it is air-conditioned.  You can

18     sit outside there.

19              MR. OSBORNE:  Your Honor, can I clarify one thing you

20     just said?  I need to move my car.  It's in the basement here,

21     but I forgot my badge so I won't be able to get out of the

22     parking lot in the basement after hours.  So I'm just going to

23     move it to the paid lot across the street from the courthouse

24     and then I will come back to the courthouse.

25              THE COURT:  Since we will all probably leave together,
```

```
 1   we can get you downstairs and get you out.  That way you won't
 2   have to worry about paying.
 3            MR. OSBORNE:  Okay, Your Honor.  Although, I just
 4   worry.  Suppose you are ready to go and I'm still packing up.
 5   I don't mind paying.
 6            THE COURT:  We will get you down there.  That is not a
 7   problem.  Don't worry about that.
 8            MR. OSBORNE:  Thank you, Your Honor.
 9            THE COURT:  Otherwise, you can spend the night here.
10            MR. OSBORNE:  That's what I'm worried about, Your
11   Honor.
12            THE COURT:  Court is in recess.  If we don't hear
13   anything by 5:00, let's have everyone back in here at 5:00.
14            Court is in recess.
15            (Thereupon, a recess was taken at 3:45 p.m.)
16            THE COURT:  Be seated.  Let the record reflect that
17   counsel for the government is present.  Mr. Ambrosio is
18   present, and Mr. Beuschel is present.  The jury has announced
19   that they reached a verdict.  You have copies of their note.
20   It says verdict decided 6/3/15, 4:34 p.m.  And that is Andre
21   Wobensmith's signature.
22            Bring in the jury.
23            (Thereupon, the jury entered the courtroom at
24   4:47 p.m.)
25            THE COURT:  Members of the jury, please be seated.
```

```
 1  Members of the jury, have you reached a verdict?

 2            A JUROR:  Yes, we have.

 3            THE COURT:  Please pass the verdict to my clerk.

 4            Mr. Beuschel, please rise.

 5            Members of the jury, harken to the reading of your

 6  verdict as it shall stand recorded.  United States District

 7  Court, Southern District of Florida, case

 8  No. 15-60029-CR-Zloch, United States of America, plaintiff,

 9  versus Andrew Beuschel, defendant.

10            Verdict.  We, the jury, unanimously find beyond a

11  reasonable doubt the defendant, Andrew Beuschel, one, as to

12  Count~1 guilty, two, as to counsel 2 guilty.  So say we all,

13  date 6/3/2015, signed Andre Wobensmith, foreperson.

14            Members of the jury, is this your verdict?

15            A PROSPECTIVE JUROR:  Yes, it is.

16            THE COURT:  Please be seated.

17            Members of the jury, I am going to ask each of you a

18  question.  If you would simply answer yes or no loud enough so

19  that we can hear you.  Yakzan Agharaad, is this your verdict?

20            A JUROR:  Yes, sir.

21            THE COURT:  Lisa Bonnick, is this your verdict?

22            A JUROR:  Yes, sir.

23            THE COURT:  Vivian Mendible, is this your verdict?

24            A JUROR:  Yes.

25            THE COURT:  Domingo Garcia, is this your verdict?
```

```
 1              A JUROR:  Yes, sir.

 2              THE COURT:  Donovan Chambers, is this your verdict?

 3              A JUROR:  Yes, Your Honor.

 4              THE COURT:  Hugh Pinnock, is this your verdict?

 5              A JUROR:  Yes, Your Honor.

 6              THE COURT:  Andre Wobensmith, is this your verdict?

 7              A JUROR:  Yes.

 8              THE COURT:  Pardon?

 9              A JUROR:  Yes.

10              THE COURT:  Renee Morse, this your verdict?

11              A JUROR:  Yes, Your Honor.

12              THE COURT:  Joseph Montgomery, is this your verdict?

13              A JUROR:  Yes, Your Honor.

14              THE COURT:  Chelsea Thomas-Nunez, is this your

15      verdict?

16              A JUROR:  Yes, Your Honor.

17              THE COURT:  Richard Chapman, is this your verdict?

18              A JUROR:  Yes, Your Honor.

19              THE COURT:  And Claudia D'Agostino, is this your

20      verdict?

21              A JUROR:  Yes.

22              THE COURT:  Let the record reflect that the jury has

23      been polled and the verdict is unanimous.  Accordingly, it

24      shall be recorded.

25              Members of the jury, I want to thank you for the time,
```

1    the effort, and the attention that you have given the Court,

2    the lawyers, and the parties in this matter.  I also want to

3    compliment you on fulfilling one of the highest

4    responsibilities of citizenship and that is sitting as a juror

5    and administering the rights and obligations of a fellow

6    citizen and assisting in the administration of justice.

7            I also want to read to you a statement that is

8    attributed to Justice Harlan who is one of the associate

9    justices of the United States supreme court who stated the

10   following:

11           The trial by a jury of one's county is justly esteemed

12   one of the principal excellencies of our constitution for what

13   greater security can any person have in his life, liberty, or

14   estate than to be sure of not being divested of or injured in

15   any of these without the sense and verdict of 12 honest and

16   impartial men and women of his neighborhood.

17           Now, you will not need to call the Code-A-Phone number

18   this evening when you return home, but you will need to call it

19   tomorrow night.  I don't know if there will be any more

20   instructions on there for the remainder of your jury service,

21   but you will need to call the Code-A-Phone number tomorrow

22   night.

23           Again, thank you very much for your service in this

24   matter.  You are now excused from further service on this jury.

25   Good luck to each of you.  Make sure that you get your cell

1   phones and everything before you leave the jury room.  Just

2   leave your badges on the jury table.

3           A JUROR:  Thank you.

4           (Thereupon, the jury exited the courtroom at

5   4:53 p.m.)

6           THE COURT:  Mr. Beuschel, if you will step up to the

7   podium, please.

8           Can I have someone from chambers come in here, please.

9           Andrew Beuschel, you having been tried by a jury of 12

10  citizens of the United States and the jury having returned its

11  verdict in the case of United States of America versus Andrew

12  Beuschel, case No. 1560029-CR-Zloch of the United States

13  District Court for the Southern District of Florida, and the

14  jury having found you as to Count~1 guilty and as to Count~2

15  guilty, the Court at this time adjudges you as follows:

16          As to Count~1, guilty of the offenses charged therein.

17          As to Count~2, guilty of the offenses charged therein.

18          The probation office is directed to conduct a

19  presentence investigation of Mr. Beuschel and submit a report

20  of same to the Court.  Sentencing will be held in this matter

21  on August 19, 2015 at 10:30 a.m. here in courtroom A of the

22  United States courthouse in Fort Lauderdale.

23          What does the government say about Mr. Beuschel

24  remaining on bond?

25          MR. OSBORNE:  No objection, Your Honor.

1          THE COURT:  All right.  Mr. Beuschel, you will be

2     continued on your present bond pending further order of the

3     Court.  I have a notice of sentencing day which I would like to

4     have signed by both Mr. Ambrosio and Mr. Beuschel.  I also have

5     a copy of administrative order 95-2 for the government and for

6     the defense.

7          All right.  Let's get the exhibits.  All of the

8     exhibits will be returned to counsel.  The government exhibits

9     will be returned to the government and Defendant's 1, 2, and 3

10    will be returned to Mr. Ambrosio.  Make sure you get all your

11    exhibits.

12          Anything else from the government?

13          MR. OSBORNE:  No, Your Honor.  Thank you.

14          THE COURT:  From the defense?

15          MR. AMBROSIO:  No, Your Honor.

16          THE COURT:  All right.  Counsel, thank you very much.

17    There being no further business, this session of the Court is

18    adjourned until the time of sentencing.  Everyone take care.

19          (Thereupon, the trial concluded at 4:57 p.m.)

20                                - - -

21

22

23

24

25

C E R T I F I C A T E

          I hereby certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


10/23/15                    s/ Tammy Nestor
                            Tammy Nestor, RMR
                            Official Court Reporter
                            299 East Broward Boulevard
                            Fort Lauderdale, Florida 33301
                            tammy_nestor@flsd.uscourts.gov

**$**

**$1,000 [2]** 13/17 16/15
**$1.7 [1]** 77/13
**$1.7 billion [1]** 77/13
**$10 [3]** 71/19 81/23 81/25
**$10,000 [3]** 12/1 16/15 16/25
**$160,000 [1]** 91/12
**$18 [1]** 89/25
**$18 million [1]** 89/25
**$2 [4]** 28/12 32/15 34/19 76/5
**$2,387.50 [3]** 13/2 13/4 16/5
**$2,500 [1]** 14/15
**$2.50 [6]** 31/8 72/25 78/5 78/7 78/15 83/6
**$30,000 [2]** 97/11 97/18
**$37.50 [1]** 32/8
**$38 [3]** 31/9 78/3 78/14
**$50 [2]** 71/16 71/20
**$6,775 [3]** 78/7 109/22 112/3
**$7,000 [5]** 96/16 96/17 97/20 98/15 108/12

**0**

**07071 [1]** 1/19

**1**

**10 [3]** 68/6 135/12 137/21
**10,000 [4]** 28/8 28/9 67/2 99/15
**10/23/15 [1]** 148/8
**10:09 a.m [1]** 19/9
**10:30 a.m [1]** 146/21
**10:37 [1]** 36/8
**11 [12]** 46/13 66/10 66/10 71/13 79/16 81/16 81/16 91/3 95/20 135/20 138/4 138/25
**11:26 [1]** 38/20
**11:28 a.m [1]** 39/23
**11:35 a.m [1]** 45/3
**11:49 [1]** 53/20
**12 [7]** 66/12 71/13 81/20 136/5 138/9 145/15 146/9
**12:19 p.m [1]** 43/8
**13 [5]** 79/16 79/20 135/23 138/5 138/6
**14 [6]** 13/13 16/5 71/15 136/22 137/3 138/18
**15 [9]** 14/13 93/19 137/1 137/3 137/4 137/9 138/18 142/20 148/8
**15-60029-CR-ZLOCH [1]** 1/2
**16 [6]** 68/3 94/23 97/25 137/12 138/20 138/21
**17 [4]** 21/19 28/20 138/22 138/24
**17th [1]** 28/15
**18 [10]** 4/8 55/12 76/2 92/24 122/21 122/23 124/4 126/13 127/4 139/2
**19 [4]** 94/4 139/3 139/5 146/21
**1:00 [2]** 44/17 45/1
**1:25 [1]** 62/3
**1:26 p.m [1]** 62/18

**2**

**2,700 [1]** 110/1
**2,710 [2]** 109/22 112/2
**2.50 [1]** 78/10
**20 [12]** 38/15 60/14 71/13 72/19 137/8 137/8 137/9 138/19 139/20 140/3 140/5 140/6

**20,000 [2]** 95/12 95/15
**201 [1]** 4/7
**2012 [4]** 7/21 45/18 83/21 106/13
**2013 [15]** 31/25 33/17 34/18 46/2 46/7 75/12 75/12 78/20 81/4 84/16 102/8 106/25 111/11 115/14 115/19
**2014 [20]** 6/1 6/21 7/7 7/22 13/13 13/20 14/13 15/20 15/20 21/19 23/21 23/21 28/15 28/20 43/8 75/17 76/9 77/13 81/3 85/19 99/3 114/4 116/3
**2015 [4]** 1/5 85/19 143/13 146/21
**21 [3]** 23/21 139/8 139/9
**21st [1]** 100/5
**22 [1]** 139/10
**23 [4]** 66/22 79/20 140/12 140/13
**2320 [4]** 55/13 122/22 122/24 124/5
**24 [4]** 7/21 48/14 140/14 140/15
**25 [3]** 7/7 46/2 46/6
**26 [4]** 136/2 136/17 138/12 138/13
**27 [4]** 136/20 138/14 138/15 138/16
**2710 [3]** 78/6 78/7 78/9
**28 [8]** 27/14 77/8 102/8 135/25 136/3 136/4 138/7 138/8
**29 [5]** 19/14 36/15 45/5 46/25 47/1
**299 [2]** 1/22 148/9
**2nd [1]** 45/18

**3**

**30 [7]** 15/20 22/14 31/15 71/5 114/9 139/6 139/7
**300,000 [1]** 46/14
**31 [9]** 14/19 14/23 15/7 15/10 15/11 15/18 15/19 140/22 140/23
**321 [1]** 4/8
**33 [3]** 135/14 137/23 137/24
**33132 [1]** 1/16
**33301 [2]** 1/22 148/10
**33401 [1]** 1/14
**34 [7]** 3/17 3/18 3/25 4/1 5/25 140/16 140/17
**35 [4]** 135/3 135/4 137/18 137/19
**36 [8]** 41/13 41/19 42/10 42/13 42/14 116/4 140/24 141/1
**37 [1]** 78/5
**38 [1]** 72/25
**39 [1]** 57/11
**3:30 [1]** 132/16
**3:36 p.m [1]** 134/14
**3:45 [1]** 142/15

**4**

**40 [1]** 60/14
**400 [1]** 1/13
**425 [1]** 76/3
**426 [1]** 76/4
**428 [1]** 83/25
**442 [2]** 69/12 69/14
**446 [1]** 69/24
**447 [3]** 76/3 76/13 76/22

**448 [1]** 76/23
**4:34 p.m [1]** 142/20
**4:47 p.m [1]** 142/24
**4:53 p.m [1]** 146/5
**4:57 [1]** 147/19

**5**

**5,000 [1]** 75/24
**50 percent [1]** 38/9
**500 [1]** 1/13
**51 [1]** 47/25
**59 [4]** 12/15 12/16 13/8 13/19
**5:00 [4]** 141/8 141/10 142/13 142/13
**5:00 and [1]** 141/11

**6**

**6/3/15 [1]** 142/20
**6/3/2015 [1]** 143/13
**600 [4]** 35/9 35/17 85/22 85/25
**6775 [1]** 78/7

**7**

**750 [1]** 1/18
**7th [1]** 100/5

**8**

**8th [1]** 13/20

**9**

**90 percent [1]** 116/20
**95-2 [1]** 147/5
**99 [1]** 1/16
**9:45 [1]** 3/2
**9:46 a.m [1]** 3/12

**A**

**a.m [9]** 3/2 3/12 19/9 36/8 38/20 39/23 45/3 53/20 146/21
**abets [1]** 127/15
**abetted [1]** 128/1
**abetting [4]** 126/13 126/16 127/4 134/17
**ability [6]** 25/17 26/16 27/25 73/15 94/18 120/12
**able [8]** 5/2 25/18 26/3 38/25 72/5 72/13 141/9 141/21
**about [136]** 12/17 21/9 21/9 22/24 25/5 26/4 26/10 26/10 27/22 29/1 29/2 29/3 31/4 31/15 31/18 32/2 33/14 33/16 33/25 34/12 34/12 34/13 34/23 34/25 37/21 46/21 47/9 54/8 57/18 59/4 59/19 63/20 64/22 68/8 69/5 71/4 71/5 73/9 73/11 73/17 73/20 73/21 74/4 74/7 74/12 74/15 74/17 74/20 75/4 75/11 75/11 75/17 75/25 76/24 76/24 78/3 79/1 79/7 79/10 79/16 79/18 82/20 83/9 83/10 84/11 84/14 85/1 85/13 86/25 87/3 87/17 89/6 90/6 91/1 91/2 92/11 92/12 92/17 92/19 93/14 93/23 94/7 94/15 96/5 97/6 97/9 97/14 97/25 99/10 99/13 101/7 101/17 103/10 103/23 104/15 105/13 105/24 106/9 106/10 106/13 106/24 107/3 107/25 107/10 110/6 110/13 110/14 111/23 112/7 112/15 112/16 112/18 112/19 112/20 113/2

**448 [1]** 76/23
**115/18 115/21 116/1 116/7 116/8 116/15 116/20 119/12 120/13 121/23 124/1 128/6 139/16 142/2 142/7 142/10 146/23
**above [1]** 148/5
**above-entitled [1]** 148/5
**accept [5]** 4/4 107/19 107/20 119/21 121/14
**acceptable [3]** 39/14 56/19 59/13
**accident [4]** 34/2 34/9 83/22 128/14
**accidentally [2]** 82/14 87/18
**accomplish [1]** 123/13
**accomplished [1]** 127/9
**according [2]** 10/6 93/24
**Accordingly [2]** 53/14 144/23
**account [44]** 7/12 7/14 8/1 8/14 8/16 9/10 9/12 9/13 9/14 9/15 9/18 9/20 9/23 10/2 10/9 10/12 10/15 11/5 11/6 11/20 12/2 12/3 12/21 13/10 13/19 15/1 15/21 15/23 15/24 31/5 31/6 37/1 37/4 40/3 69/11 76/17 76/18 76/18 80/8 80/9 80/10 80/11 82/11 87/5
**accurate [3]** 58/19 119/22 148/4
**accurately [1]** 120/13
**accused [1]** 89/24
**acquittal [1]** 19/17
**across [3]** 130/11 130/13 141/23
**act [8]** 4/8 118/23 123/2 124/2 127/7 128/12 128/16 130/1
**acting [1]** 127/10
**actions [1]** 80/4
**active [1]** 125/6
**activity [4]** 15/25 16/2 17/8 115/11
**acts [5]** 122/1 122/5 122/9 122/11 127/13
**actual [5]** 18/10 26/11 31/12 109/2 119/15
**actually [17]** 24/18 25/20 28/19 28/21 32/18 35/16 45/16 64/20 69/23 72/18 72/22 74/6 74/10 80/18 87/19 112/6
**add [3]** 38/9 56/11 56/16
**added [1]** 56/3
**addition [3]** 34/11 69/3 76/4
**additional [17]** 22/9 45/7 45/8 56/24 60/3 60/7 69/25 76/6 102/21 102/22 103/15 108/23 131/14 131/17 131/20 131/23 132/1
**address [3]** 114/12 114/13 131/6
**adjourned [1]** 147/18
**adjudges [1]** 146/15
**administering [1]** 145/5
**administration [1]** 145/6
**Administration's [2]** 5/17 6/3
**administrative [1]** 147/5
**admissible [1]** 23/8
**admission [2]** 39/3 121/17
**admit [6]** 8/21 11/9 15/7 24/23 42/10 96/6
**admits [3]** 23/16 23/22 104/12

**A**

admitted [13] 21/20 23/18 27/22 30/23 35/23 42/13 99/1 100/7 103/8 103/22 117/6 119/4 119/5
admittedly [1] 20/11
advanced [2] 26/9 60/16
advances [1] 124/2
advantage [1] 124/16
advantages [3] 50/6 50/10 52/5
advice [4] 50/18 52/8 52/11 53/13
advise [1] 115/9
affairs [1] 118/24
affect [3] 4/12 124/25 128/24
affiliated [1] 31/23
after [14] 30/25 33/24 35/3 38/12 38/15 56/16 93/12 97/11 112/5 112/6 118/19 121/17 129/15 141/22
afternoon [4] 53/21 62/20 63/13 88/8
afterwards [1] 73/4
again [28] 9/8 13/3 26/1 30/14 32/1 33/17 33/24 41/18 44/11 62/23 63/19 68/8 69/8 69/16 69/23 75/13 75/16 76/13 76/22 78/11 93/13 95/22 98/1 108/18 109/21 122/15 137/17 145/23
against [7] 53/3 53/6 63/15 85/3 113/19 117/24 118/4
agency [2] 126/13 127/4
agent [23] 5/22 5/25 6/13 18/15 23/16 25/15 27/21 27/24 35/20 85/8 85/16 85/21 99/5 99/5 100/16 101/21 105/2 105/19 106/10 113/14 123/4 127/10 127/13
agents [1] 90/8
Agharaad [1] 143/19
agree [15] 20/9 20/17 26/2 54/13 59/5 59/6 64/11 79/14 80/23 81/12 81/13 118/1 126/21 129/11 140/2
agreed [4] 20/13 81/12 123/12 134/20
agreement [9] 65/13 90/20 90/23 111/18 111/20 123/1 123/6 129/14 130/24
agrees [1] 81/22
ahead [12] 3/23 7/6 12/24 19/15 40/23 44/13 55/3 55/7 55/19 57/8 60/10 72/22
aided [1] 128/1
aiding [4] 126/13 126/16 127/4 134/17
aids [1] 127/15
air [1] 141/17
air-conditioned [1] 141/17
AK47 [1] 115/8
alert [1] 53/2
all [158] 3/10 3/15 4/17 11/22 12/9 12/20 18/4 25/15 26/10 28/22 29/6 30/25 31/9 33/5 35/1 35/12 35/25 36/3 36/13 38/1 38/21 38/24 39/9 39/25 40/9 40/14 40/23 41/1 45/15 46/24 47/14 50/3 51/15 52/2 52/21 53/1 53/24 54/5 54/17 54/23 55/3 55/7 56/11 56/21 57/2 57/5 59/4 59/22 59/25

also [53] 11/1 13/18 15/3 16/2 21/8 21/12 23/12 23/14 26/3 30/4 30/25 31/12 31/25 33/12 33/19 33/22 34/15 37/3 37/13 43/2 53/8 67/9 70/10 77/5 77/25 78/17 79/7 80/8 80/17 80/22 81/14 89/16 89/24 97/9 99/12 102/23 104/8 104/21 111/15 116/17 117/25 119/25 120/18 124/1 124/16 125/3 127/9 129/5 132/19 133/25 145/2 145/7 147/4
alternate [1] 132/15
although [3] 30/24 56/5 142/3
always [4] 37/20 38/9 105/8 133/7
am [33] 9/5 10/17 14/17 16/10 19/13 19/23 23/5 36/14 42/19 44/14 46/24 51/7 55/17 58/10 58/15 63/14 63/19 63/21 63/22 68/5 73/23 75/10 75/11 87/24 91/14 92/17 94/23 98/13 126/23 132/5 135/2 139/16 143/17
Ambrosio [44] 1/18 2/6 3/4 4/15 29/9 29/12 30/10 30/16 31/13 32/24 37/11 37/17 38/23 39/2 47/13 48/19 49/16 49/20 49/25 50/13 50/23 51/1 51/4 52/4 57/20 62/5 67/25 70/12 79/11 81/8 82/1

62/7 62/12 63/14 66/13 68/22 70/19 71/25 72/1 72/8 74/17 74/21 74/23 76/2 76/7 77/4 78/17 78/17 78/19 78/21 79/7 80/6 80/20 83/9 83/10 83/12 83/24 83/24 84/10 84/11 84/23 85/2 86/9 87/1 87/9 87/11 87/16 87/25 88/5 88/11 88/16 89/10 90/24 93/8 96/23 96/25 97/1 100/2 102/5 102/17 103/24 104/1 104/15 105/4 105/7 108/2 109/3 109/5 109/8 113/3 113/8 115/6 117/7 117/8 117/10 118/1 118/7 118/15 118/20 119/20 119/21 121/22 123/17 123/19 124/7 125/14 126/24 129/11 130/15 131/1 131/13 132/4 132/20 132/23 134/15 134/21 134/25 136/24 138/11 139/13 140/5 140/6 140/9 140/15 140/14 140/24 141/4 141/5 141/12 141/25 143/12 147/1 147/7 147/7 147/10 147/16
alleged [4] 123/19 128/8 128/10 129/5
allegedly [1] 122/11
allocation [1] 110/24
allow [6] 22/8 27/19 28/14 61/7 103/14 104/25
allowable [1] 104/6
allowed [4] 27/9 92/17 101/1 115/5
allows [2] 25/19 28/24
almost [10] 34/18 34/22 68/1 75/14 78/3 88/16 90/5 91/1 97/11 107/23
alone [3] 33/21 50/13 129/8
along [3] 91/15
already [8] 32/9 41/17 63/18 68/20 96/17 133/6 135/10 135/20
Ambrosio's [2] 37/8 79/14
AMERICA [4] 1/3 130/8 143/8 146/11
American [2] 35/6 35/9
among [2] 42/23 55/20
amongst [2] 19/6 44/23
amount [8] 12/1 13/2 14/14 14/15 16/14 33/14 63/8 96/9
analysis [1] 45/22
analyst [1] 38/5
Anderson [27] 29/16 29/25 30/1 30/3 64/21 69/9 69/15 69/22 69/25 70/5 70/6 70/11 70/13 70/21 71/1 71/2 71/5 77/18 86/19 89/1 89/4 99/17 99/19 101/15 108/24 111/4 111/12
Andre [3] 142/20 143/13 144/6
ANDREW [70] 1/6 4/3 6/9 10/14 14/9 21/25 23/6 23/16 25/1 28/14 47/17 47/22 53/2 89/12 90/2 92/22 92/6 92/9 92/15 93/10 93/14 93/17 93/19 94/4 94/14 94/20 94/23 95/3 97/10 102/9 103/8 103/16 103/16 103/21 104/14 104/22 105/20 106/8 109/15 109/16 109/21 109/23 109/25 110/5 110/9 110/10 110/12 110/17 110/20 110/22 111/2 111/14 111/16 111/19 111/21 111/23 112/2 112/14 112/21 114/4 114/21 115/12 116/5 116/22 130/8 130/10 143/9 143/11 146/9 146/11

animals [2] 124/24 125/2
announce [3] 19/1 40/15 44/8
announced [1] 142/18
another [25] 11/21 24/10 24/12 28/2 31/15 33/1 33/9 68/11 72/13 75/10 86/4 92/23 94/22 103/20 105/22 105/25 106/12 106/21 108/19 124/15 125/3 127/10 127/11 127/16 129/14
answer [12] 27/17 36/19 75/20 76/14 77/10 100/14 100/15 101/24 102/4 110/11 120/15 143/18
answered [1] 50/3
anticipate [2] 28/3 44/17
any [135] 3/21 6/14 8/1 8/2 8/2 8/22 10/8 11/10 12/16 12/20 15/8 17/4 17/16 18/16 19/12 21/6 21/16 22/7 24/21 24/23 24/25 26/15 27/9 27/11 27/24 27/25 39/17 40/6 40/17 42/11 42/15 43/21 44/23 44/24 44/25 45/7 46/12 46/18 47/9 47/11 47/12 48/7 48/10 48/13 48/14 51/18 51/19 52/13 53/24 54/2 54/20 54/24 56/9 56/21 56/24 57/2 59/15 60/1 60/3 62/8 64/14 64/15 65/9 65/25 66/3 68/24 73/14 74/11 74/25 78/24 79/1 88/3 88/13 96/2 96/25 97/4 99/13

88/15 99/23 Entered on FLSD Docket 11/26/20...
111/22 114/17 114/24 139/24 140/6 142/17 147/4 147/10

Ambrosio's [2] 37/8 79/14
AMERICA [4] 1/3 130/8 143/8 146/11
American [2] 35/6 35/9
among [2] 42/23 55/20
amongst [2] 19/6 44/23
amount [8] 12/1 13/2 14/14 14/15 16/14 33/14 63/8 96/9
analysis [1] 45/22
analyst [1] 38/5

194/6 190/14 190/19 17/18 107/22 108/24 112/10 115/1 115/20 117/23 118/3 118/4 118/7 118/9 118/16 119/17 119/25 120/1 120/3 120/7 121/14 122/4 123/6 124/21 125/1 125/10 125/10 125/23 125/23 126/3 127/20 128/24 129/6 129/9 130/18 130/20 130/21 131/2 131/8 131/17 131/20 131/23 132/1 133/8 133/15 133/20 133/20 133/23 133/24 133/25 134/3 134/4 134/9 136/10 141/2 145/13 145/15 145/19
anybody [7] 51/18 82/4 87/12 89/4 99/6 100/12 110/12
anybody's [1] 97/7
anymore [1] 37/16
anyone [4] 122/23 122/24 129/12 133/9
anything [19] 6/22 28/10 34/13 44/24 52/17 52/22 64/15 79/19 79/21 95/1 98/3 101/17 104/18 115/16 116/1 119/6 127/8 142/13 147/12
anyway [2] 68/1 73/20
anywhere [1] 10/14
AOL [10] 36/22 37/1 37/3 37/14 38/1 39/1 40/3 42/2 75/20 135/16
apparently [3] 79/14 85/19 89/1
appear [1] 120/14
APPEARANCES [1] 1/11
appeared [1] 67/25
appears [2] 65/9 65/17
applicable [1] 54/11
applied [1] 126/2
applies [1] 57/6
apply [4] 32/8 44/19 117/14 126/25
appreciates [1] 53/3
approach [7] 6/25 8/8 9/1 10/19 14/20 15/12 41/12
appropriate [3] 29/13 130/19 130/22
approves [1] 53/15
approximately [1] 38/8
April [2] 21/19 106/8
April 17 [1] 21/19
April 2 [1] 106/8
are [192] 9/8 10/8 10/10 13/23 13/25 16/12 16/13 16/16 17/21 20/8 21/13 21/23 23/19 25/12 25/21 29/9 29/12 32/1 32/5 33/8 33/10 33/15 36/18 37/3 37/10 37/13 37/17 38/12 38/24 39/12 40/2 40/10 41/8 45/9 45/17 46/12 47/2 47/4 47/24 48/10 49/9 49/11 51/4 54/7 54/24 55/16 57/21 58/14 59/2 61/9 62/25 63/20 64/3 65/21 65/22 65/22 66/21 67/11 67/15 67/16 67/17 67/18 68/23 69/10 70/9 70/9 70/19 71/2 71/10 71/23 71/24 72/1 72/7 72/9 72/11 72/12 72/22 73/3 74/13 74/18 74/20 75/18 75/21 75/25 76/7 76/8 76/10 77/6 77/7 77/22 79/4 79/17 80/13 80/19 80/21 81/4 81/5 81/15 82/3 82/9 82/13

Case 0:15-cr-60029-UU   Document 182 Entered on FLSD Docket 06/26/2015   Page 151 of 174

**A**

are... [86] 82/13 82/13 82/16 82/18 82/19 82/19 82/23 82/24 82/25 83/1 83/2 84/5 88/2 88/16 88/24 89/3 90/16 90/17 91/17 91/17 91/17 91/19 91/19 92/19 93/14 93/16 93/21 93/23 94/8 94/8 94/10 94/15 94/25 98/7 98/11 98/21 100/3 100/6 100/21 106/5 106/6 106/7 106/13 106/16 106/22 107/9 107/10 107/24 108/11 111/7 112/6 112/13 112/13 112/15 115/5 116/11 116/15 116/19 118/25 119/1 123/11 124/8 127/14 127/25 129/1 129/18 129/23 131/12 131/14 131/17 131/20 131/23 132/6 133/23 134/3 134/4 134/4 134/9 135/18 137/17 138/18 138/18 140/10 141/11 142/4 145/24

aren't [1] 35/21

argue [5] 27/7 58/8 58/14 59/2 92/4

arguing [2] 58/11 58/22

argument [6] 26/3 32/24 33/2 63/7 63/10 105/11

arguments [8] 28/4 29/8 44/18 61/4 62/22 62/24 62/25 63/22

arm [4] 22/19 28/11 28/11 96/13

around [2] 95/13 97/19

arranged [1] 117/1

arrested [7] 23/13 33/25 35/4 69/24 85/18 99/2 121/18

arrow [2] 88/18 88/20

article [5] 4/10 4/11 124/20 124/22 124/25

artist [3] 21/23 90/18 90/22

as [126] 4/3 4/4 4/6 4/25 5/14 5/15 5/25 6/5 8/7 9/10 9/20 10/2 10/11 10/18 12/14 14/18 17/1 19/18 19/18 19/20 21/17 22/17 22/17 24/10 24/12 26/17 26/19 28/12 29/17 29/25 30/20 31/17 39/3 40/3 41/4 43/14 43/17 44/10 47/19 50/18 52/8 52/18 52/23 55/5 56/13 57/6 58/10 58/10 58/21 58/21 62/22 63/5 63/9 64/13 66/19 69/9 69/15 70/13 74/3 75/14 75/18 78/19 80/5 88/4 90/24 100/16 102/9 102/10 102/21 103/18 103/24 103/25 103/25 104/14 104/17 106/5 107/23 109/19 110/16 110/18 113/20 114/5 114/11 114/13 114/16 117/25 118/2 119/3 119/15 119/22 120/5 121/1 121/14 121/25 122/22 124/5 126/16 127/5 127/10 127/18 128/11 128/15 128/23 128/24 129/13 130/1 130/11 130/13 130/17 131/5 131/5 133/4 133/6 133/14 133/14 133/23 140/12 143/6 143/11 143/12 145/4 146/14 146/14 146/15 146/16 146/17

ask [25] 38/5 40/16 41/17 43/20 46/9 47/9 47/11 47/11 52/22 53/17 61/5 87/24 92/15

asked [8] 34/2 83/16 99/5 99/8 100/16 101/21 101/25 114/24

asking [5] 24/18 57/20 68/10 94/1 109/1

asks [1] 79/20

aspect [2] 59/11 85/20

assault [1] 115/8

assert [2] 51/13 53/5

asserts [1] 119/14

assessment [2] 26/16 26/16

assistance [2] 5/17 6/12

assisted [1] 30/5

assisting [1] 145/6

associate [5] 105/15 106/21 127/14 127/22 145/8

associated [1] 123/24

Associates [4] 5/15 5/20 5/21 6/6

association [2] 90/9 109/12

assume [12] 78/9 101/19 101/20 102/11 102/18 102/20 103/3 103/6 103/12 104/10 110/21 116/7

assumed [1] 75/1

assuming [1] 28/3

assumption [1] 101/22

assumptions [1] 107/11

assures [1] 79/18

attached [2] 58/1 125/16

attachments [1] 45/19

attempted [1] 30/18

attention [9] 16/12 52/17 52/23 117/10 131/4 132/7 132/14 133/14 145/1

Attorney's [2] 1/12 1/15

attributed [1] 145/8

August [3] 45/18 106/13 146/21

August 19 [1] 146/21

August 2nd [1] 45/18

Australian [1] 1/13

authentic [11] 32/6 36/22 66/4 75/1 77/15 79/5 79/24 84/18 86/22 94/12 104/17

authenticated [3] 37/10 38/12 39/4

authentication [1] 37/19

authority [1] 9/14

authorized [3] 10/8 10/11 127/15

automatically [1] 124/3

Avenue [2] 1/13 1/18

average [2] 31/8 78/2

avoid [1] 114/2

aware [2] 19/20 66/2

away [4] 97/18 113/9 113/11 113/22

awkward [1] 116/15

**B**

B-E-U-S-C-H-E-L [1] 47/23

back [48] 6/1 13/21 16/10 32/7 34/2 36/4 36/6 38/15 61/9 61/14 61/15 61/17 61/18 61/24 66/25 71/12 73/20 89/8 91/18 97/2 98/11 99/20 111/11 122/20 126/25 132/18 132/21 132/23 133/2 133/4 134/8 135/13 136/17 136/24 137/22 138/9 139/16 139/17

**C**

104/23 112/8 112/10 120/4 104/18 141/5 141/7 143/17

asked [8] 34/2 83/16 99/5 99/8 100/16 101/21 101/25 114/24

139/15 139/25 140/6/20 140/10 141/4 141/9 141/10 141/24 142/13

bad [4] 82/4 91/2 106/2 128/18

badge [1] 141/21

badges [1] 146/2

bags [3] 82/10 82/14 82/16

bait [3] 25/10 95/22 95/25

balls [1] 46/10

bank [20] 6/14 6/17 6/18 7/9 7/10 7/12 7/19 8/3 8/4 9/12 9/22 11/7 12/5 13/11 15/2 15/19 76/22 77/9 87/4 140/22 140/24 141/4 141/9 141/10 141/24 142/13

bar [1] 90/25

barter [3] 68/16 70/2 98/1

bartering [1] 29/23

based [14] 16/13 26/19 27/8 27/9 46/15 52/10 88/16 102/12 107/10 107/11 109/2 110/20 110/24 118/18

basement [3] 70/24 141/20 141/22

basically [8] 59/5 64/3 64/5 64/10 67/17 68/14 68/19 86/24

basis [3] 37/23 98/10 117/21

Bates [2] 69/12 69/12

be [135] 3/13 11/25 12/1 19/7 19/10 19/13 19/14 20/3 20/17 20/22 22/21 22/23 23/4 23/7 25/18 26/3 26/6 26/7 26/19 26/25 28/14 28/18 29/10 29/23 31/18 32/12 32/14 32/17 32/24 34/10 36/9 36/16 36/18 36/18 37/5 37/13 38/12 38/21 39/6 39/24 40/2 41/5 46/23 49/1 49/4 51/14 52/3 53/7 53/21 54/9 54/14 54/24 56/3 56/12 57/22 57/25 58/17 58/21 58/24 59/18 62/19 62/25 64/14 64/15 64/15 64/16 65/3 65/9 70/24 71/16 72/5 72/13 74/13 74/14 74/15 74/18 74/25 75/1 75/3 75/8 75/22 76/5 76/7 78/8 79/1 79/23 81/19 84/2 84/21 87/12 94/4 98/19 100/18 102/11 102/23 106/20 117/17 117/23 118/6 118/15 118/22 119/12 121/9 122/2 122/14 123/10 123/17 124/7 126/3 126/18 127/6 127/20 128/22 129/6 129/10 129/11 132/10 133/7 135/3 139/22 141/9 141/15 141/21 142/16 142/25 143/16 144/24 145/14 145/19 146/20 147/1 147/8 147/9 147/10

Beach [1] 1/14

because [106] 7/11 20/4 20/6 20/10 20/15 22/24 25/7 25/24 26/6 26/21 27/10 30/5 30/22 30/24 30/25 32/20 32/21 33/10 35/5 36/22 38/9 57/21 65/1 65/20 68/13 68/17 68/20 69/6 69/16 71/8 71/20 72/5 73/5 73/16 74/18 75/5 75/6 76/9 77/18 77/23 78/24 79/2 79/5 79/15 80/21 81/6 81/15 82/3 82/16 84/7 84/25 85/1 85/20 86/7 87/6 87/22 88/13 89/8 90/25 91/11 92/9 92/11 93/16 94/2 94/9 94/20 96/6

98/8 98/11 98/25 99/18 101/1 102/4 102/8 102/21 103/8 103/13 103/22 104/2 104/5 104/11 105/3 105/16 106/17 107/7 107/21 107/24 109/6 111/10 111/18 111/24 113/18 115/5 115/16 121/1 121/12 122/19 128/13 129/21 132/21 141/5

become [2] 124/3 129/19

becomes [2] 22/3 123/3

bed [1] 102/15

been [30] 4/24 7/12 8/6 10/18 14/18 20/1 20/25 39/4 41/3 42/4 47/18 48/7 51/18 62/7 63/2 68/8 73/18 91/23 92/11 92/12 94/1 96/10 96/10 99/18 100/23 118/25 130/4 137/13 144/23 146/9

before [26] 1/9 24/3 24/13 27/16 27/16 33/17 34/16 34/22 69/24 71/5 71/14 76/9 84/15 84/20 84/22 84/25 85/3 102/19 103/4 113/16 116/23 120/23 126/25 127/20 141/10 146/1

began [1] 3/2

begin [2] 44/20 117/16

beginning [2] 11/22 116/12

behalf [6] 39/25 48/24 49/13 63/11 88/5 134/18

behind [1] 113/24

being [16] 12/2 12/10 46/17 51/22 53/9 54/20 65/4 69/5 74/10 76/24 121/18 123/23 127/25 134/10 145/14 147/17

belabor [1] 46/21

belief [1] 129/21

believe [32] 6/21 7/21 18/9 22/14 39/3 55/25 57/10 57/14 66/3 72/24 84/21 89/1 90/19 92/13 92/20 93/10 93/25 95/4 101/11 101/13 101/14 104/21 105/7 106/24 107/1 108/21 109/12 114/18 119/23 119/24 120/3 120/3

believed [5] 23/7 35/8 98/25 99/19 99/20

believes [1] 49/21

beneficiary [4] 12/3 12/5 14/5 14/7

benefit [4] 13/2 13/18 52/7 95/18

best [1] 49/16

better [1] 68/15

between [31] 3/17 17/8 20/18 21/11 21/14 22/2 23/15 23/21 29/15 29/16 34/17 43/13 46/17 66/11 79/25 85/24 90/1 94/14 94/19 97/9 97/11 104/22 106/20 108/8 109/12 111/14 111/15 111/20 111/23 116/6 119/18

BEUSCHEL [190] 1/6 3/5 4/3 6/9 14/7 14/8 14/9 14/9 20/9 20/11 20/16 20/20 21/3 21/11 21/23 22/25 22/5 22/10 22/13 22/23 23/6 23/16 23/17 23/22 24/23 25/1 25/6 25/8 25/10 25/11 25/13 25/22 26/4 26/15 26/20 27/17 27/17 27/12 27/15 27/22 28/14 29/3 29/19 30/5 30/7 31/7 34/4 34/5 34/9

**B**

**BEUSCHEL... [141]** 34/17
35/7 35/11 36/11 38/23 41/22
42/20 43/13 45/13 45/20 46/2
46/8 46/18 47/4 47/6 47/7
47/17 47/22 51/11 52/11 53/2
53/10 62/6 63/7 63/16 65/1
65/2 65/3 66/11 66/16 67/16
67/21 68/7 68/9 68/19 69/20
70/13 72/17 73/13 73/19
73/22 73/23 75/9 75/13 75/19
76/4 76/14 76/17 77/15 78/4
78/4 78/11 79/20 81/21 82/17
83/3 85/13 86/18 88/8 88/11
89/12 89/17 90/2 90/10 90/22
92/6 92/9 93/7 93/11 93/14
93/17 93/20 94/4 94/14 94/20
94/23 95/3 95/22 96/1 96/5
97/10 97/10 98/8 98/16 98/24
101/23 102/9 103/8 103/16
103/17 103/21 104/3 104/14
104/18 104/19 104/22 105/1
105/10 105/12 105/20 106/8
106/17 106/21 109/15 109/16
109/25 110/5 110/9 110/10
110/13 110/17 110/20 110/22
111/2 111/14 111/16 111/19
111/21 111/23 112/14 112/21
114/4 114/21 115/12 116/5
116/22 116/24 130/8 130/10
134/19 142/18 143/4 143/9
143/11 146/6 146/9 146/12
146/19 146/23 147/1 147/4
**Beuschel's [20]** 10/14 26/18
28/4 28/20 40/3 43/18 52/18
52/23 53/8 53/15 64/25 65/5
69/11 76/19 83/9 89/14
103/24 109/21 109/23 112/2
**beyond [20]** 49/8 58/24 60/25
65/25 98/19 101/2 109/6
111/20 117/18 118/11 118/15
118/21 119/1 122/8 123/11
124/8 128/2 128/9 130/10
143/10
**big [3]** 20/18 77/12 138/11
**biggest [1]** 85/6
**billion [1]** 77/13
**binding [1]** 119/9
**bit [4]** 54/6 63/21 66/24 74/8
**black [2]** 24/7 102/16
**blessing [1]** 92/11
**blessings [2]** 92/5 92/14
**blister [11]** 26/22 27/2 27/4
71/24 72/6 104/3 104/4 104/5
139/20 140/7 140/8
**blood [1]** 64/14
**blue [8]** 32/2 66/18 66/19
66/20 75/24 76/2 82/21
110/14
**blues [2]** 34/21 115/14
**bluffing [1]** 70/14
**bodies [1]** 125/1
**body [2]** 4/12 125/1
**bond [2]** 146/24 147/2
**bonded [1]** 93/15
**Bonnick [1]** 143/21
**Book [1]** 32/11
**both [16]** 19/17 31/20 31/23
35/16 35/18 58/15 67/15
67/17 67/17 67/18 81/4
123/10 126/17 131/14 137/5
147/4
**bottom [3]** 66/12 110/17

**Boulevard [2]** 1/22 148/9
**bow [1]** 88/18
**box [48]** 20/15 20/21 21/3
23/7 25/17 25/17 25/22 26/7
26/24 27/5 34/2 34/10 65/11
71/15 71/17 71/20 72/6 74/20
74/21 75/6 78/7 83/21 84/12
87/5 97/22 98/25 103/22
104/3 105/22 105/23 105/24
111/8 111/9 116/25 136/5
136/13 136/14 136/22 137/1
137/8 137/15 138/9 138/19
139/15 139/17 139/18 140/1
140/10
**boxes [13]** 21/3 21/4 26/11
61/16 78/6 78/8 97/2 104/6
104/17 132/22 137/10 138/18
139/10
**boxful [1]** 64/7
**brain [1]** 86/13
**brains [2]** 86/12 86/14
**branch [1]** 12/5
**break [1]** 46/10
**breaking [1]** 94/7
**brief [2]** 63/8 109/8
**briefly [2]** 19/7 63/14
**bring [18]** 3/10 26/1 26/3 39/9
39/21 61/15 61/18 61/21
62/16 77/4 79/9 79/10 93/21
97/5 131/4 133/2 133/13
142/22
**bringing [2]** 21/9 58/15
**brings [1]** 69/8
**brochures [1]** 45/22
**brokering [1]** 84/8
**Brook [1]** 1/18
**Brooklyn [38]** 22/16 22/25
28/6 29/17 29/20 29/22 31/17
31/22 67/1 67/6 67/7 67/11
67/12 67/22 68/1 68/2 70/18
70/24 71/6 71/14 72/20 72/23
77/18 86/20 89/2 89/5 89/7
89/7 96/12 99/17 101/15
101/17 101/18 111/3 111/12
111/17 112/16 113/3
**Broward [2]** 1/22 148/9
**Browne [3]** 1/15 2/5 2/10
**Bryant [38]** 20/3 21/22 22/14
25/8 25/13 28/5 89/13 89/15
89/18 89/19 90/15 91/4 91/12
91/16 92/4 92/5 92/8 92/10
92/14 92/16 93/12 93/17 94/1
94/3 95/2 95/4 95/6 95/15
95/17 96/10 96/24 97/10 98/4
98/13 100/19 105/3 106/1
108/13
**Bryant's [3]** 94/1 95/15 95/25
**buck [1]** 67/19
**bucks [1]** 82/15
**buddies [1]** 70/19
**bulk [3]** 46/9 46/17 106/22
**bull's [1]** 88/22
**burden [5]** 25/3 49/8 118/10
118/13 118/14
**business [30]** 9/17 17/8 33/14
37/21 67/17 68/18 69/5 74/6
80/13 80/23 82/12 82/13
82/16 82/17 83/13 86/6 86/23
90/7 111/3 112/14 112/22
112/23 114/5 114/12 114/20
114/20 114/21 116/21 116/21
147/17
**businesses [3]** 76/10 80/24

**businessman [3]** 78/12
106/17 114/18
**buy [3]** 35/17 82/5 99/16
**buyer [1]** 86/4
**buying [1]** 68/16

**C**

**cahoots [1]** 108/11
**calculates [1]** 32/11
**call [21]** 3/15 4/17 18/23
22/17 25/7 28/5 28/6 36/12
44/2 49/12 66/25 67/1 92/18
99/16 117/16 132/8 132/9
132/10 145/17 145/18 145/21
**called [6]** 20/12 25/3 27/24
46/16 87/2 102/14
**calls [7]** 4/19 17/15 34/20
40/24 78/20 78/21 116/6
**came [15]** 33/23 42/7 73/19
84/12 85/8 86/8 107/14
108/18 110/4 113/10 113/13
113/18 116/3 135/2 139/16
**can [99]** 4/4 7/23 15/17 24/8
24/16 25/23 25/24 26/14
29/11 31/21 32/4 33/2 33/6
33/9 33/22 34/4 34/7 34/14
34/16 34/21 34/24 35/19
41/12 41/18 42/16 43/6 43/9
43/19 45/14 45/15 46/18
46/23 50/17 54/6 61/5 61/24
65/6 69/17 69/19 70/5 71/20
71/23 72/6 73/5 73/14 73/17
73/23 73/25 74/1 74/11 74/11
74/17 75/5 78/6 79/10 79/17
80/22 82/4 84/20 91/20 93/4
93/5 94/11 94/25 95/2 95/24
96/12 99/14 99/22 102/1
103/6 103/6 104/1 104/5
105/3 105/3 110/21 112/16
114/14 115/9 117/8 123/10
124/6 126/24 127/9 127/20
129/14 131/6 133/13 137/17
138/12 141/16 141/17 141/19
142/1 142/9 143/19 145/13
146/8
**can't [17]** 22/22 24/1 73/14
74/2 74/10 85/7 87/18 89/10
91/24 93/9 93/21 97/22 100/2
102/20 102/22 111/9 111/19
**candy [12]** 23/24 30/20 30/21
30/24 31/1 34/21 69/15 75/22
78/19 78/21 87/3 102/2
**cannot [15]** 20/3 24/11 49/1
49/4 50/15 50/16 50/16 53/7
68/23 77/15 101/19 102/12
103/12 108/1 118/8
**capacity [1]** 6/5
**Capital [5]** 7/9 7/10 7/12 15/2
140/18
**capsule [1]** 46/13
**capsules [1]** 46/14
**car [1]** 141/20
**card [6]** 8/14 8/15 9/11 9/11
9/15 140/18
**care [5]** 60/10 95/7 97/6
121/20 147/18
**careful [1]** 118/19
**carefully [3]** 71/7 87/25 88/1
**cares [1]** 94/7
**Carol [3]** 14/7 14/8 14/9
**carrying [1]** 123/9
**carton [1]** 34/12
**case [93]** 1/2 6/13 6/15 12/10

**businessman [3]** 78/12
20/2 20/20 23/4 26/4 26/14
28/25 29/1 29/4 29/10 33/6
34/8 35/24 37/15 39/6 44/24
46/21 47/9 48/17 50/23 54/11
54/13 54/13 59/4 59/18 62/25
63/17 64/9 64/18 64/19 65/8
75/21 76/22 79/11 79/12
79/12 81/9 81/13 87/25 88/23
88/25 89/9 89/12 92/8 95/4
97/6 98/18 98/22 101/4 101/5
101/5 104/8 109/5 109/15
110/20 111/1 111/7 111/25
112/6 113/1 113/14 116/4
116/12 116/20 117/11 117/15
118/20 119/4 119/7 120/10
122/9 125/5 127/6 129/2
129/7 129/13 129/15 129/18
129/22 129/24 130/7 141/13
143/7 146/11 146/12
**cases [2]** 81/14 81/14
**cash [2]** 68/16 69/1
**cause [2]** 126/7 126/7
**causes [1]** 130/20
**caution [4]** 54/10 121/19
129/1 131/8
**CD [5]** 61/13 132/21 133/1
135/12 137/21
**cell [3]** 132/13 141/13 145/25
**certain [4]** 23/15 99/22
123/24 128/6
**certainly [8]** 12/22 21/2 30/21
31/12 31/21 35/19 65/20 68/2
**certainty [2]** 27/25 128/7
**certificate [6]** 10/1 137/12
138/20 138/22 138/25 139/3
**certificates [1]** 37/21
**certified [2]** 74/3 93/6
**certify [1]** 148/3
**cetera [1]** 67/3
**chain [5]** 41/24 43/5 43/6 83/4
119/16
**chairs [1]** 132/12
**chambers [3]** 134/7 144/2
146/8
**chance [2]** 87/14 87/20
**change [1]** 129/19
**Chapman [1]** 144/17
**character [2]** 89/17 118/22
**charge [14]** 19/24 20/23 21/1
23/3 23/5 38/14 53/19 58/18
59/18 65/7 98/22 99/10 118/4
128/21
**charged [18]** 22/23 63/23
63/24 63/25 76/16 88/4 89/20
117/20 122/2 122/5 122/10
122/13 127/8 128/20 128/24
128/25 146/16 146/17
**charges [10]** 28/12 48/20 53/3
63/15 64/3 88/12 88/13 88/14
109/5 128/5
**charging [1]** 31/8
**cheap [1]** 78/16
**cheaper [2]** 78/8 83/7
**cheat [1]** 90/1
**check [4]** 37/13 37/24 91/11
107/24
**Chelsea [1]** 144/14
**chief [1]** 19/3
**child [1]** 88/17
**Chinese [1]** 43/11
**choose [1]** 107/6
**Christopher [1]** 1/15
**Cialis [27]** 22/16 29/18 29/21

**C**

**Cialis...** [24] 29/23 30/22 31/20 31/22 66/19 67/7 67/8 67/10 68/11 70/18 73/14 76/1 78/23 81/3 86/20 89/2 89/5 102/3 107/2 107/5 110/21 112/17 115/16 116/11

**cigar** [5] 12/15 12/16 13/8 13/19 92/9

**cigarette** [1] 134/5

**cigarettes** [14] 29/24 31/19 68/8 68/9 68/17 68/24 69/2 70/2 89/21 93/23 94/2 97/17 98/1 112/18

**cigars** [4] 91/19 92/19 108/15 108/18

**circle** [1] 130/20

**circumstance** [1] 24/17

**circumstances** [2] 119/17 121/23

**circumstantial** [4] 102/14 119/13 119/16 119/19

**citizen** [1] 145/6

**citizens** [1] 146/10

**citizenship** [1] 145/4

**citrate** [3] 4/6 125/6 125/6

**City** [1] 105/20

**claim** [2] 70/23 84/14

**claimed** [1] 34/1

**claims** [1] 117/2

**Claire** [1] 48/2

**clarify** [2] 16/11 141/19

**Claudia** [1] 144/19

**Clavin** [1] 42/23

**Clavine** [21] 27/21 27/24 42/24 43/11 43/14 45/17 45/22 46/3 46/8 46/9 46/16 102/3 106/9 106/14 106/21 106/22 115/18 116/1 116/2 116/6 116/10

**clean** [1] 61/21

**clear** [9] 22/4 34/5 34/8 74/10 74/14 76/23 77/6 78/1 90/11

**clearly** [4] 23/25 32/12 80/23 120/15

**clerk** [2] 132/12 143/3

**client** [56] 36/23 36/25 37/5 37/9 37/22 45/11 45/17 52/4 52/7 52/13 58/25 79/14 88/11 90/7 90/13 90/20 91/3 91/5 91/7 91/22 91/25 93/23 95/5 95/11 95/11 95/12 95/14 95/19 96/15 96/20 96/22 96/25 97/3 97/22 98/1 98/2 99/6 99/14 99/19 99/20 99/23 100/6 100/22 101/6 101/8 102/3 106/2 106/9 107/12 107/15 107/25 108/6 108/12 108/24 109/5 114/18

**client's** [6] 25/16 90/12 96/9 101/12 105/22 108/9

**close** [4] 24/4 36/12 70/19 88/13

**closing** [11] 38/13 44/18 60/13 60/17 61/4 62/22 62/24 62/25 63/6 63/10 88/15

**closings** [1] 60/12

**co** [2] 45/11 112/4

**co-conspirator** [2] 45/11 112/4

**cocaine** [10] 79/12 79/21 79/23 79/24 80/1 80/3 80/4 81/9 81/13 115/7

**code** [13] 48/276 78/3 78/4 79/5 103/18 115/10 115/21 122/24 132/8 132/11 145/17 145/21

**Code-A-Phone** [4] 132/8 132/11 145/17 145/21

**coded** [1] 30/19

**coercion** [1] 53/12

**collect** [2] 91/22 96/11

**College** [1] 48/2

**colors** [1] 26/14

**coma** [1] 46/13

**combination** [1] 125/11

**combining** [1] 33/5

**come** [20] 35/20 36/4 52/17 52/22 53/17 58/4 61/4 61/24 74/21 75/2 75/3 75/7 83/16 94/5 108/14 113/21 113/22 113/24 141/24 146/8

**comes** [4] 72/6 72/6 84/11 93/8

**comfortable** [2] 19/11 53/22

**coming** [2] 91/10 114/13

**comma** [1] 55/24

**comment** [2] 22/14 45/7

**comments** [1] 45/8

**commercial** [4] 8/14 9/10 10/2 124/15

**commission** [2] 127/7 127/17

**commit** [7] 20/6 64/11 64/12 64/17 122/9 122/13 123/1

**committed** [9] 35/22 89/21 122/3 122/5 122/11 127/25 128/6 128/9 128/17

**committing** [3] 32/25 33/1 65/20

**common** [4] 115/5 118/19 119/11 123/25

**commonly** [2] 62/22 103/18

**communicate** [1] 131/2

**communicated** [1] 65/2

**companies** [2] 67/5 67/10

**company** [14] 7/9 9/13 10/1 10/3 10/5 12/14 12/16 12/18 13/8 13/19 67/8 77/12 80/14

**Compare** [2] 73/9 73/10

**compared** [1] 81/9

**compares** [2] 79/24 80/4

**comparing** [4] 33/4 79/22 79/22 80/1

**comparison** [1] 26/11

**comparisons** [1] 104/17

**compelled** [3] 49/2 49/5 53/7

**competence** [2] 52/18 52/24

**competent** [1] 53/10

**competing** [1] 67/8

**complaint** [3] 35/23 113/19 113/19

**complete** [2] 13/22 13/22

**completely** [1] 95/13

**complicated** [1] 64/3

**compliment** [1] 145/3

**component** [1] 125/3

**compressed** [1] 81/5

**computer** [1] 36/24

**concede** [1] 23/6

**conception** [1] 107/21

**concern** [2] 23/20 37/19

**concerned** [5] 21/9 31/4 103/7 105/13 119/12

**concerning** [7] 45/17 46/20 118/17 120/1 120/20 121/12 121/19

**concerns** [1] 72/5

**conclude** [7] 34/21 34/24 90/11 94/11 103/3 103/6 103/12

**concluded** [1] 147/19

**concludes** [2] 40/16 44/10

**conclusion** [3] 103/15 104/25 109/4

**conclusions** [2] 88/25 119/11

**condition** [1] 74/18

**conditioned** [1] 141/17

**conduct** [6] 83/19 127/13 127/18 127/19 127/21 146/18

**confer** [1] 57/11

**conference** [3] 38/14 53/19 126/14

**conferences** [1] 82/12

**confident** [1] 88/2

**confidential** [1] 21/22

**confirmation** [1] 68/22

**confusion** [2] 126/7 130/21

**conjecture** [1] 107/9

**connection** [14] 6/14 57/13 57/24 92/7 103/5 104/23 111/3 112/3 116/2 124/13 125/9 125/22 125/25 126/3 126/9

**connections** [2] 97/1 97/4

**connects** [1] 116/24

**Consequently** [1] 133/10

**consider** [18] 21/8 28/24 32/17 33/12 33/21 33/22 33/23 80/22 83/14 118/8 119/3 119/20 121/5 121/18 121/22 124/4 122/6 122/10 124/4

**considerable** [3] 7/25 30/17 33/13

**consideration** [4] 63/3 113/4 118/19 129/16

**considered** [4] 20/4 54/10 128/22 129/6

**considering** [1] 119/10

**consistency** [2] 95/24 96/1

**consistently** [1] 115/21

**conspiracy** [27] 19/17 19/24 26/19 22/2 22/23 23/3 25/8 27/16 27/16 29/14 29/15 30/4 30/5 64/10 65/6 104/22 108/7 111/14 111/15 111/20 122/21 122/25 123/3 123/6 123/7 124/1 124/2

**conspirator** [6] 20/2 20/4 45/11 112/4 123/17 124/3

**conspirators** [2] 123/8 123/19

**conspire** [2] 70/7 122/23

**conspired** [1] 64/20

**conspiring** [3] 63/24 64/9 64/9

**constitution** [3] 107/9 107/25 145/12

**constitutional** [2] 51/13 53/5

**consulting** [1] 5/15

**contain** [1] 12/20

**contained** [3] 11/24 15/17 37/3

**containing** [1] 61/16

**contempt** [1] 139/22

**contents** [1] 136/16

**context** [10] 72/11 73/5 89/10 89/15 89/16 94/6 95/8 98/2 98/6 116/16

**contexts** [1] 89/11

**continue** [1] 51/12

**continued** [2] 73/18 147/2

**continuing** [1] 53/5

**contradicted** [1] 137/42

**contradicts** [1] 35/12

**control** [1] 74/7

**controlling** [1] 120/2

**controls** [1] 119/8

**convenience** [1] 130/5

**conversation** [12] 22/13 22/15 25/13 72/3 73/19 93/12 94/13 94/19 94/9 96/9 101/6 108/8 111/23

**conversations** [1] 21/13

**convict** [5] 33/20 107/8 108/1 108/6 112/25

**convicted** [5] 94/3 107/10 129/7

**convince** [2] 72/15 72/18

**convinced** [4] 58/24 118/25 119/2 129/20

**convincing** [1] 118/22

**cooperating** [44] 12/18 17/8 17/20 20/3 20/4 21/9 25/8 29/19 31/16 34/11 35/3 45/11 59/17 64/8 65/3 65/12 66/11 66/16 67/13 67/21 68/7 68/14 68/18 68/19 69/21 71/9 71/21 72/4 72/16 72/21 76/16 80/25 81/18 81/20 84/10 86/22 89/20 89/23 90/8 111/25 112/6 112/9 112/25 117/6

**copies** [3] 42/15 60/11 142/19

**copy** [7] 6/24 9/2 11/15 122/19 132/18 132/19 147/5

**correct** [18] 3/19 6/7 12/11 12/12 16/6 16/7 17/11 17/13 42/22 49/10 50/14 51/17 51/24 54/18 54/19 59/23 136/12 138/9

**corrected** [1] 62/7

**correspondence** [1] 46/17

**corroborate** [1] 26/23

**Cosmetics** [1] 4/7

**cost** [1] 32/8

**could** [67] 20/5 20/23 20/25 21/2 21/5 22/8 22/16 22/21 23/23 25/3 25/4 25/22 26/7 26/19 27/24 29/15 30/2 30/3 30/4 30/14 30/17 31/3 31/7 31/9 31/12 31/25 32/24 33/12 33/21 35/16 36/22 37/2 37/2 38/11 38/13 58/10 61/21 68/15 68/15 68/16 68/17 75/21 83/23 85/25 87/16 87/17 87/19 87/20 92/14 99/25 100/18 101/6 102/11 102/18 103/2 103/3 104/9 104/9 104/10 104/10 104/25 105/2 107/19 113/11 139/19 139/20 139/21

**couldn't** [4] 36/24 79/9 97/19 102/4

**counsel** [22] 3/4 4/14 19/1 36/10 36/10 37/20 38/22 39/25 40/15 40/20 44/8 50/18 52/8 53/13 62/4 63/4 63/7 141/5 142/17 143/12 147/8 147/16

**counseling** [1] 52/11

**count** [25] 19/17 19/19 55/5 56/13 57/6 57/10 57/14 58/18 60/7 64/1 111/18 122/22 124/5 126/18 126/19 127/1 127/5 128/20 130/11 130/13 143/12 146/14 146/14 146/16 146/17

**C**

**counter [2]** 74/2 93/5
**counterfeit [160]** 17/13 19/18
19/19 20/18 21/10 22/11
22/22 23/25 24/2 24/22 24/24
25/2 25/5 25/11 25/14 25/20
25/20 25/25 27/7 27/13 27/21
28/16 28/18 29/1 29/2 30/12
32/19 33/8 46/20 46/21 55/5
55/14 55/14 55/20 57/13
57/16 57/22 57/23 57/25 58/2
58/3 58/4 58/13 59/1 59/7
63/24 63/25 64/2 64/2 64/6
64/6 64/7 64/10 64/18 65/10
65/18 65/22 65/23 66/2 66/7
66/9 67/15 68/23 70/9 70/15
70/20 70/23 71/3 75/6 75/7
75/9 77/6 77/7 77/20 77/22
79/13 81/2 82/2 82/3 82/5
83/8 84/21 87/18 90/20 92/21
94/12 94/16 96/2 96/6 96/22
96/23 97/6 97/19 97/23 98/23
99/7 99/13 100/4 100/11
100/13 100/20 101/9 101/23
102/2 102/10 103/13 103/18
103/21 104/20 104/23 105/1
106/3 107/4 107/5 107/6
107/17 109/13 109/14 109/24
110/1 110/6 110/15 111/8
111/10 111/24 112/12 112/15
112/23 113/5 113/8 113/17
113/20 114/3 114/16 114/22
115/2 115/17 115/22 115/23
116/17 116/18 117/9 122/21
122/23 122/25 123/14 124/4
124/6 124/11 124/13 125/8
125/9 125/14 125/16 125/17
125/22 125/25 126/2 126/6
126/9
**counterfeiter [1]** 97/1
**country [3]** 94/5 95/2 107/23
116/14 116/18
**counts [2]** 126/17 126/17
**county [1]** 145/11
**couple [11]** 22/18 78/24 80/7
80/8 96/13 96/21 99/15
101/12 109/16 109/18 111/5
**course [12]** 12/6 55/13 59/24
73/2 75/1 77/5 78/25 84/22
113/21 113/22 120/24 121/25
**court [36]** 1/1 1/21 19/3 19/7
36/6 36/13 38/19 41/6 44/11
44/15 44/18 53/1 53/8 53/15
62/2 127/3 130/3 130/6
133/11 133/16 133/19 133/22
134/1 135/14 139/23 142/12
142/14 143/7 145/1 145/9
146/13 146/15 146/20 147/3
147/17 148/9
**Court's [6]** 9/3 11/14 36/25
118/3 131/13 131/15
**courtesy [2]** 37/20 38/16
**courthouse [5]** 141/7 141/8
141/23 141/24 146/22
**courtroom [16]** 3/11 19/8
39/22 45/2 61/16 61/19 61/25
62/17 131/1 131/6 132/15
133/2 134/13 142/23 146/4
146/21
**cover [3]** 47/4 47/7 60/12
**covered [1]** 12/22
**CR [3]** 1/2 143/8 146/12
**crazy [1]** 76/25

**created [1]** 82/1
**credibility [1]** 19/21
**credit [15]** 7/13 7/20 9/19
10/4 11/7 12/3 12/11 12/21
12/2 13/10 13/18 14/11 15/1
15/21 80/9
**crew [6]** 21/23 21/23 90/16
90/17 90/17 90/17
**crime [20]** 20/6 32/25 35/22
64/11 64/12 64/17 65/20
89/22 122/13 122/22 122/24
124/5 124/7 127/8 127/17
127/22 127/24 127/25 128/2
128/20
**crimes [3]** 63/20 63/23
117/19
**criminal [8]** 5/18 5/22 6/4
79/1 114/20 115/11 123/3
127/6
**criminally [1]** 127/20
**criminals [4]** 112/7 112/13
115/4 115/10
**cross [6]** 2/2 16/19 16/21
43/23 43/24 65/18
**cross-examination [4]** 16/19
43/23 43/24 65/18
**CRR [1]** 1/21
**crude [1]** 116/5
**cure [1]** 124/23
**cursory [1]** 26/16
**curtains [5]** 24/5 24/5 24/8
102/17 102/24
**customer [1]** 65/4
**Cut [1]** 69/18

**D**

**D'Agostino [1]** 144/19
**date [21]** 6/20 6/23 7/7 12/6
13/12 13/13 13/20 16/16
26/23 27/2 27/4 32/22 104/4
128/6 128/7 128/10 128/10
130/15 130/25 133/11 143/13
**dated [2]** 45/18 106/7
**day [4]** 23/12 73/14 91/25
147/3
**days [1]** 20/2
**deal [52]** 34/1 34/1 34/9 34/18
34/20 34/22 34/23 43/2 65/2
65/6 69/17 69/19 69/19 70/15
73/1 75/11 75/14 75/17 76/8
76/15 77/1 77/5 78/20 83/21
84/5 84/8 84/11 84/16 85/24
87/6 87/7 92/6 92/9 92/15
92/19 97/9 109/25 110/8
110/18 111/12 111/19 112/1
112/19 112/19 112/20 113/9
113/9 113/10 114/1 114/5
116/24 117/1
**dealers [1]** 115/6
**dealing [5]** 66/7 92/8 97/15
106/21 113/17
**dealings [1]** 85/2
**deals [6]** 45/24 67/19 84/25
93/11 112/16 116/21
**dealt [6]** 34/16 84/14 84/19
84/22 84/25 113/15
**dear [1]** 46/12
**DeBartolo [3]** 27/3 104/15
116/20
**debt [2]** 95/7 96/17
**deceive [1]** 126/7
**deceptive [1]** 80/5
**decide [9]** 29/11 30/11 32/20
32/23 117/17 119/22 121/15

**decided [1]** 142/20
**deciding [5]** 113/4 117/15
120/3 122/4 129/7
**decision [11]** 33/11 47/5 47/8
47/10 50/12 50/16 50/20
51/21 53/8 117/21 119/24
**decisions [1]** 121/22
**deductions [1]** 119/10
**defendant [92]** 1/7 1/18 4/14
10/14 17/9 19/16 29/16 29/16
30/11 30/18 31/3 31/9 31/23
32/3 32/18 33/13 33/23 36/2
37/9 40/13 40/16 43/3 45/4
55/10 55/24 56/7 57/13 57/15
58/2 59/7 63/15 63/23 64/7
64/20 65/10 66/1 66/1 66/8
67/13 67/15 73/7 73/13 77/17
81/11 88/4 113/1 114/1
117/19 117/24 118/4 118/5
118/7 118/8 118/10 118/12
118/25 121/17 121/20 121/24
122/2 122/5 122/9 122/12
123/10 123/15 123/19 123/23
124/6 124/9 124/12 126/9
126/10 127/5 127/6 127/14
127/15 127/15 127/17 127/19
127/20 127/22 128/1 128/3
128/23 129/3 129/4 129/7
130/9 130/10 131/24 143/9
143/11
**defendant's [16]** 2/19 36/15
40/4 40/4 40/4 40/6 40/9
40/11 42/6 46/25 47/1 118/14
118/17 134/22 134/22 147/9
**defense [33]** 3/8 3/21 4/14
18/20 19/12 21/4 36/11 36/16
36/17 37/20 39/5 39/25 40/1
40/15 45/9 46/15 54/3 57/3
59/15 59/21 60/1 60/4 60/21
62/10 62/14 88/5 106/6
122/17 132/2 135/1 141/2
147/6 147/14
**defined [1]** 4/6
**defining [1]** 55/13
**definitely [2]** 70/4 104/10
**definition [3]** 57/22 57/24
59/8
**degree [1]** 26/9
**deliberate [2]** 134/10 134/11
**deliberations [16]** 44/20
44/21 66/15 117/17 118/9
129/11 130/2 133/6 133/7
133/8 133/17 133/18 133/21
133/23 133/25 134/3
**deliver [1]** 95/24
**delivering [1]** 32/21
**delivers [2]** 31/2 32/18
**demand [1]** 99/22
**deny [4]** 36/14 46/24 46/25
84/24
**depend [1]** 121/7
**depends [2]** 95/23 96/1
**deposit [1]** 10/2
**deposited [2]** 7/12 12/2
**deposits [1]** 15/22
**descending [1]** 16/13 16/16
**describing [1]** 71/7
**description [1]** 45/23
**desire [1]** 131/2
**detail [1]** 121/8
**detailed [2]** 45/22 63/20
**details [1]** 123/18
**detained [1]** 121/18

**Detective [1]** 16/23
**determine [6]** 19/21 19/21
36/2 122/12 129/2 129/8
**determining [1]** 117/8
**device [2]** 125/10 132/21
**diagnosis [1]** 124/22
**diamond [1]** 82/2
**diamond-shaped [1]** 82/21
**dick [3]** 43/11 43/14 116/6
**did [87]** 5/19 5/24 6/8 6/10
6/14 6/16 8/4 8/5 14/12 17/5
17/12 20/9 24/13 24/14 24/14
24/23 25/12 26/11 30/11
30/24 30/25 34/3 34/22 35/15
36/25 37/11 42/1 42/23 48/1
48/3 57/11 57/19 59/17 61/21
64/7 64/25 66/3 66/9 69/19
70/6 75/9 75/11 77/18 78/18
80/15 81/3 81/3 81/13 83/11
83/13 83/19 84/15 84/24
84/24 86/4 87/1 87/22 94/20
96/17 99/6 99/6 100/2 104/18
108/24 109/2 109/3 111/25
113/11 113/23 114/1 116/1
117/5 120/5 120/7 120/9
120/11 120/12 120/14 120/16
120/21 122/9 127/7 139/23
**didn't [37]** 21/4 25/7 25/9
26/20 26/21 27/1 35/1 54/11
57/20 58/12 58/13 65/18 73/2
81/12 83/5 83/7 83/14 83/18
84/18 84/19 95/18 96/20 97/1
99/11 99/12 99/18 100/22
101/4 101/24 104/1 104/3
104/5 105/12 105/15 108/5
108/14 117/2
**dietary [1]** 74/3
**differ [1]** 120/16
**different [14]** 26/11 26/13
26/13 42/21 58/17 67/8 74/15
80/25 82/24 85/21 90/25
95/14 115/13 120/22
**differently [1]** 129/21
**difficulties [1]** 36/20
**diligence [1]** 108/3
**direct [7]** 2/2 5/9 16/10 41/15
119/13 119/14 119/19
**directed [3]** 127/14 128/1
146/18
**directing [1]** 9/16
**direction [3]** 110/25 127/10
127/11
**directly [9]** 5/2 37/9 65/6
69/15 69/17 69/19 70/15
77/14 120/15
**disability [1]** 48/11
**disadvantages [3]** 50/7 50/10
52/5
**disassociate [1]** 87/6
**disbelieve [1]** 119/25
**disclose [3]** 133/16 133/19
133/25
**discount [2]** 33/7 33/10
**discourse [1]** 21/11
**discretion [1]** 73/6
**discuss [8]** 19/6 19/24 42/23
44/22 63/15 92/1 129/13
141/11
**discussed [8]** 16/3 42/20
49/15 49/19 49/25 50/6 50/9
52/4
**discussing [2]** 123/25 129/18
**discussion [6]** 17/7 50/19

**D**

discussion... [4] 73/11 74/16 74/17 84/10
discussions [2] 28/4 117/16
disease [2] 4/11 124/23
disfunction [1] 110/22
disguise [2] 31/11 78/18
disguises [1] 80/12
dishonest [1] 34/23
disobey [1] 128/19
dispose [2] 124/15 124/18
disprove [1] 119/17
dispute [7] 65/9 91/24 116/25 117/1 117/11 119/18 120/1
disregard [2] 118/2 128/19
distance [1] 113/9
distinction [2] 20/18 119/18
distinguish [1] 125/12
distinguishes [1] 116/6
distinguishing [1] 43/13
distributing [4] 20/23 21/1 26/5 29/3
DISTRICT [9] 1/1 1/1 1/10 130/6 130/7 143/6 143/7 146/13 146/13
districts [1] 58/17
divested [1] 145/14
Divide [1] 78/7
division [4] 5/23 131/10 133/16 133/20
do [128] 4/15 4/16 5/13 5/13 5/19 6/17 7/19 8/9 8/11 8/12 8/17 10/23 10/24 10/25 14/23 14/24 17/2 17/4 17/23 18/5 19/6 19/23 21/10 21/17 34/14 37/25 39/16 41/19 41/20 44/22 44/23 44/24 45/6 47/8 47/10 47/13 48/22 48/24 48/25 49/1 49/3 49/4 49/6 49/7 49/9 49/11 49/13 49/14 50/12 50/19 50/20 50/21 51/11 51/12 51/15 51/25 52/13 52/16 54/13 56/14 60/16 61/7 61/23 63/14 64/9 66/5 66/5 66/19 68/15 68/16 74/11 77/4 80/19 86/11 86/17 88/1 91/8 94/25 98/22 99/11 99/12 99/15 99/18 99/22 100/14 100/22 100/25 100/25 101/25 102/20 103/14 103/15 103/16 103/17 103/18 104/13 104/13 104/24 108/3 108/3 108/5 108/23 109/14 109/24 110/3 111/8 118/11 119/21 120/3 120/22 121/7 126/21 127/9 128/18 129/14 129/18 129/20 130/19 130/19 132/8 132/9 134/9 137/17 139/16 139/17 139/24 141/6 141/10
docket [1] 57/10
document [9] 8/6 10/6 10/17 11/24 14/18 15/16 16/2 43/19 43/20
documentation [1] 11/1
documented [1] 15/25
documents [3] 8/18 10/15 134/15
does [57] 12/16 12/20 12/25 13/15 15/24 16/1 16/2 16/4 29/7 41/24 41/25 43/9 43/16 45/4 55/9 56/6 57/18 59/5 59/19 60/13 65/21 71/6 79/14 79/25 80/6 88/19 93/24 96/4

**continued...** 110/7 110/25 112/14 112/17 112/21 114/5 114/11 114/19 114/20 118/6 120/25 121/13 122/14 122/15 122/17 123/5 123/8 123/25 124/1 124/3 126/10 128/7 136/10 136/24 140/7 140/8 146/23
doesn't [37] 22/19 22/24 28/10 34/13 35/14 56/5 58/17 64/13 64/14 64/15 65/21 70/21 74/6 78/24 79/3 79/21 82/20 83/3 83/22 86/2 86/5 86/10 89/7 90/23 92/18 95/12 95/18 96/6 96/6 96/13 97/3 97/6 97/17 99/24 107/12 114/24 115/20
doing [23] 30/19 31/10 35/21 47/4 65/21 66/1 71/10 72/3 73/7 76/8 78/1 79/2 79/2 80/6 80/7 80/12 80/21 81/7 82/23 87/9 91/2 117/3 117/6
dollars [1] 91/14
Domingo [1] 143/25
don't [60] 6/20 18/8 18/10 21/16 22/7 27/10 29/4 36/19 37/15 37/21 39/3 42/15 43/11 43/21 46/21 46/22 49/22 58/16 59/9 60/25 64/4 67/17 67/23 69/1 71/13 73/2 74/12 74/21 75/7 77/14 77/14 79/18 79/19 79/21 81/5 82/10 82/10 82/11 86/12 86/13 88/24 95/4 92/8 99/10 99/18 101/7 101/10 101/11 101/15 101/16 101/16 101/17 101/17 101/17 107/7 107/20 112/24 142/5 142/7 142/12 145/19
done [6] 33/17 33/25 76/9 85/3 93/16 128/12
Donovan [1] 144/2
doubt [24] 49/8 52/13 58/25 65/25 88/13 98/19 101/3 109/6 112/7 117/18 118/11 118/15 118/16 118/18 118/18 118/21 119/1 122/8 123/11 124/8 128/2 128/9 130/10 143/11
down [19] 12/7 18/22 20/13 21/10 21/15 43/25 70/22 79/8 79/9 83/17 84/11 93/7 105/14 107/14 107/15 109/17 131/3 139/10 142/6
downstairs [1] 142/1
draw [6] 19/22 23/24 29/11 30/14 33/9 36/13
drawn [1] 26/8
drinking [2] 91/1 91/6
driven [1] 76/25
dropped [2] 90/6 108/9
drug [49] 4/6 4/7 5/17 6/3 20/20 20/23 22/22 55/6 57/14 57/16 57/22 57/23 57/24 58/3 58/4 59/7 65/22 65/23 74/2 79/12 80/3 93/9 101/5 101/5 101/7 104/8 104/10 110/22 115/6 122/21 122/23 122/25 123/14 124/4 124/6 124/9 124/11 124/11 124/13 124/15 124/17 124/19 125/3 125/4 125/6 125/8 125/8 125/9
drugs [61] 17/13 29/2 30/6 31/24 32/3 32/12 32/19 34/13

34/19 34/23 35/10 46/20 150/3
64/22 65/1 65/10 65/11 65/14 65/15 66/2 66/7 66/8 70/9 71/2 71/7 71/9 74/11 74/18 74/19 74/21 75/2 75/7 75/9 75/18 77/6 77/7 77/22 78/4 78/5 78/19 81/21 81/24 82/18 83/3 84/12 84/15 84/20 84/25 85/1 85/11 86/18 87/7 87/18 90/21 101/18 111/24 112/23 113/15 113/17 114/16 136/23
due [1] 108/3
duly [3] 4/24 41/3 47/18
dumpster [1] 90/13
during [21] 12/22 22/15 28/4 44/20 44/22 47/12 62/24 66/14 96/8 108/10 116/3 116/17 117/22 118/9 120/23 121/25 133/5 133/17 133/21 133/24 134/2
duty [5] 93/22 93/22 117/13 117/17 129/13
DVD [7] 61/13 61/13 132/20 132/25 135/5 137/20 137/21
dysfunction [3] 43/2 116/10 116/11 116/14

**E**

each [14] 23/22 28/8 28/9 44/18 62/23 65/6 67/2 119/23 128/20 128/21 129/14 134/10 143/17 145/25
Eagle [2] 35/7 35/9
earlier [3] 41/9 73/10 119/3
early [1] 33/17
easily [3] 29/9 30/13 36/1
East [3] 1/16 1/22 148/9
easy [3] 33/16 112/5 112/5
ECF [1] 57/10
Economics [1] 48/6
Ecostratos [1] 46/7
effect [5] 8/15 9/11 100/21 133/2 134/7
effectively [2] 57/21 74/8
effort [4] 106/18 127/12 129/14 145/1
eight [3] 8/6 10/17 14/17
eight-page [3] 8/6 10/17 14/17
either [13] 29/15 44/25 57/25 84/15 98/3 115/20 117/23 119/19 122/14 128/1 128/18 131/5 139/20
electronic [1] 38/1
elects [1] 118/8
element [2] 57/12 57/15
Eli [3] 31/24 67/9 68/25
else [3] 70/10 83/14 147/12
else's [8] 31/6 74/9 76/18 80/10 80/20 87/4 87/5 105/15
email [61] 25/5 27/14 27/20 27/25 31/1 31/25 40/19 41/22 42/1 42/2 42/19 42/25 43/5 43/5 43/6 43/9 45/10 45/16 45/18 45/19 45/20 46/1 46/6 46/11 69/11 69/24 75/19 76/21 76/23 77/8 78/25 78/25 83/25 85/12 92/15 92/16 94/17 96/24 99/16 100/14 100/19 101/22 102/8 103/12 103/16 106/12 106/20 106/20 109/22 109/23 110/8 110/10 110/14 110/17 110/21 114/25 115/14 115/15 115/25 116/3

emails [52] 21/12 23/15 23/17 23/18 23/19 23/19 23/21 23/22 23/25 25/1 26/23 29/24 30/7 30/19 31/13 33/16 34/4 34/17 36/20 36/22 36/25 37/1 37/11 37/13 37/22 39/1 40/3 41/24 42/3 65/4 69/7 69/10 69/10 75/14 78/19 78/22 81/4 83/12 87/2 92/12 100/2 100/5 100/17 102/5 103/7 104/2 104/24 105/8 106/7 106/25 109/19 135/18
emanate [1] 86/13
emanated [1] 28/20
eminently [1] 90/11
emotional [1] 48/11
employee [2] 6/5 127/13
empty [2] 21/5 139/17
end [7] 50/19 55/8 56/5 56/12 98/7 98/8 113/13
ended [1] 87/17
enforcement [1] 5/15
engaged [1] 127/19
enhancement [2] 45/12 45/24
enough [4] 91/20 114/23 140/11 143/18
entered [3] 3/11 39/22 62/17 90/20 142/23
entire [3] 50/23 51/5 110/8
entitled [3] 45/12 49/12 148/5
entity [1] 10/2
entry [2] 12/9 12/24 13/14 13/15 13/22 13/23 57/11
equally [1] 85/21
equivalent [1] 57/21
erectile [5] 43/2 110/22 116/9 116/11 116/14
escort [2] 132/12 134/7
especially [2] 33/4 77/15
Esquire [3] 1/12 1/15 1/18
establish [3] 86/23 123/25 128/1
establishes [2] 63/17 65/24
estate [1] 145/14
esteemed [1] 145/11
estimates [1] 38/7
et [1] 67/3
et cetera [1] 67/3
European [1] 46/10
even [30] 20/14 22/3 26/6 26/16 26/17 26/21 27/1 27/4 28/19 34/20 67/6 70/12 70/16 70/20 74/19 76/11 77/2 78/8 83/5 88/13 96/6 101/10 103/25 104/4 105/11 105/11 124/5 117/5 123/17 127/24
evening [2] 132/8 145/18
event [1] 123/24
eventually [1] 8/4
ever [8] 48/7 70/15 107/17 108/18 111/25 112/10 112/11 116/1
every [7] 94/9 110/3 111/1 118/5 123/3 123/4 127/7
everybody [3] 60/8 82/5 91/1
everyone [5] 36/6 38/15 141/10 142/13 147/18
everything [15] 50/22 50/25 51/8 65/8 74/23 77/2 89/9 103/1 108/13 108/21 113/11 132/13 137/15 137/18 146/1
evidence [103] 3/25 4/1 8/21 8/24 8/25 11/9 11/12 11/13

**E**

**evidence... [95]** 15/7 15/10
15/11 19/22 20/8 21/16 21/17
21/20 23/8 24/20 26/17 27/11
27/19 29/10 30/13 30/15
30/18 30/21 33/3 33/3 33/5
33/13 35/25 36/1 37/4 39/7
40/10 40/12 40/17 42/14
44/10 45/10 61/9 62/24 63/2
63/14 63/16 63/22 64/19
65/24 66/6 77/21 77/25 85/3
86/16 87/22 87/25 88/3 100/6
101/25 102/5 102/10 102/14
104/18 104/24 106/5 109/3
113/6 115/6 116/24 117/5
117/22 118/5 118/7 118/20
119/3 119/4 119/6 119/8
119/10 119/13 119/14 119/16
119/19 119/21 119/22 120/17
120/19 120/20 121/16 121/19
121/23 122/1 122/4 122/6
122/9 122/10 127/6 128/21
129/2 129/16 129/24 137/15
137/18 139/8
**evidentiary [1]** 44/11
**exact [7]** 32/1 34/18 34/22
76/8 77/1 84/15 128/7
**exactly [8]** 59/20 63/20 75/14
78/1 94/2 111/7 113/23
115/11
**exaggerates [1]** 74/8
**examination [9]** 5/9 16/19
16/21 26/18 27/8 41/15 43/23
43/24 65/18
**examine [2]** 26/21 61/17
**examined [4]** 4/24 25/23 41/3
47/18
**example [6]** 26/1 30/19 94/22
102/15 103/5 105/25
**excellencies [1]** 145/12
**except [1]** 132/20
**exception [2]** 17/16 59/7
**exchange [2]** 42/19 112/18
**exclamation [1]** 27/18
**exclude [1]** 118/16
**excuse [3]** 13/22 108/19
132/5
**excused [2]** 18/18 145/24
**excuses [1]** 113/22
**exhibit [66]** 3/17 8/7 8/11 8/13
8/17 8/21 9/2 9/3 9/6 9/9 9/17
9/25 10/18 10/23 11/3 11/4
11/9 11/22 12/10 12/20 13/15
13/16 13/21 14/1 14/19 14/23
14/25 15/7 15/18 15/19 15/25
16/3 16/10 17/25 18/1 21/19
36/25 40/4 40/4 40/5 41/13
41/19 42/4 42/10 45/10 46/1
66/10 66/10 66/13 68/3 69/10
71/13 75/16 79/16 81/16 84/1
90/15 91/3 92/24 95/20
106/12 106/14 114/7 114/8
116/4 139/20
**exhibits [21]** 2/12 2/19 36/18
37/7 37/8 40/2 42/6 45/9
46/16 106/6 119/5 132/20
132/24 134/21 134/22 135/1
140/25 147/7 147/8 147/8
147/11
**exist [1]** 27/10
**existence [1]** 29/14
**exists [2]** 28/19 67/23
**exited [5]** 19/8 45/2 132/15

**expense [1]** 82/11
**experience [2]** 38/8 121/11
**expert [4]** 24/21 25/24 26/9
103/17
**expertise [1]** 94/1
**expiration [6]** 26/23 27/2 27/4
27/5 32/22 104/4
**expired [3]** 32/9 32/13 32/15
33/11 96/19 96/23 96/25
105/24
**explain [8]** 11/23 64/13 87/15
87/15 113/21 117/25 129/12
133/8
**explained [3]** 47/12 48/20
51/9
**explains [1]** 68/9
**explanation [4]** 83/19 87/16
107/20 107/20
**explicitly [1]** 55/25
**expressed [1]** 121/13
**extent [1]** 26/17
**extra [1]** 103/2
**extremely [2]** 90/14 101/4
**eye [2]** 82/24 88/22
**eyewitness [1]** 119/15

**F**

**face [1]** 112/9
**facility [4]** 74/3 74/7 74/9 93/6
**fact [66]** 21/17 22/8 22/10
23/6 23/7 23/14 23/18 23/23
24/10 24/12 24/19 25/18
25/19 26/4 26/19 26/24 27/11
27/19 28/13 28/15 28/24 31/3
31/4 33/6 33/23 37/3 45/23
53/7 59/17 65/9 69/7 69/8
70/8 70/16 70/17 71/1 73/3
76/11 80/17 80/22 81/5 83/11
86/6 88/14 88/17 89/3 91/24
94/11 98/24 102/18 102/21
102/23 103/2 103/14 104/1
109/6 110/25 111/15 113/2
113/3 116/2 119/15 119/17
120/20 121/7 128/22
**factor [2]** 33/21 33/21
**factory [4]** 28/17 46/10 89/7
101/16
**facts [28]** 4/4 19/23 19/23
19/25 20/8 23/2 23/2 25/21
27/10 35/24 47/9 88/24 94/8
94/11 98/19 98/21 101/7
107/8 107/11 107/15 107/18
108/22 109/2 117/19 119/16
123/11 124/8 129/23
**failed [1]** 120/22
**fails [2]** 28/23 118/11
**fair [1]** 107/10
**fake [11]** 21/15 24/25 81/10
82/6 82/10 82/24 82/25 83/24
84/13 84/25 87/13
**fakes [1]** 82/19
**false [5]** 35/16 35/18 58/1
85/4 125/15
**falsehood [1]** 121/6
**falsely [3]** 70/23 84/24 120/19
**familiar [2]** 33/18 81/7
**familiarity [1]** 83/13
**fancy [1]** 82/11
**far [5]** 48/1 51/9 65/16 111/20
114/16
**fast [1]** 86/7
**Fat [1]** 46/3
**fault [1]** 108/5

**favor [3]** 30/15 33/4
54/12
**favorable [3]** 30/15 33/4
54/12
**FDA [1]** 6/17
**feature [1]** 72/13
**features [1]** 72/8
**February [3]** 34/18 75/12
85/19
**February 2013 [1]** 34/24
**February 2015 [1]** 85/19
**federal [5]** 4/7 89/22 107/21
122/22 124/5
**feel [2]** 8/9 47/13
**Fellas [1]** 90/4
**fellow [2]** 64/21 145/5
**few [2]** 109/19 120/4
**field [1]** 121/11
**figment [1]** 109/13
**filed [1]** 8/3
**fill [1]** 130/25
**fills [1]** 9/14
**final [3]** 46/1 46/11 50/20
**Finally [2]** 14/17 34/24
**financial [3]** 5/16 6/12 124/16
**find [17]** 29/15 38/9 85/15
86/4 88/4 91/10 99/11 99/17
109/5 117/19 118/12 122/8
123/23 128/2 128/22 130/9
143/10
**finds [4]** 53/1 53/8 85/14
85/15
**fine [11]** 18/8 26/25 39/8
39/18 39/21 53/14 60/16
60/23 60/25 61/2 141/16
**fingers [1]** 72/7
**finished [1]** 117/15
**Fiore [104]** 20/3 20/7 20/8
20/17 21/11 21/14 21/19
21/22 22/4 23/15 24/24 25/3
27/15 29/16 30/4 30/25 32/2
34/1 34/5 34/14 34/17 35/1
35/2 35/8 35/14 45/12 45/16
46/18 64/23 64/25 65/13
69/19 69/24 75/12 75/13
82/17 83/21 83/22 83/25 84/1
84/4 84/5 84/7 84/8 84/13
85/10 85/16 89/12 89/18 90/2
90/3 90/4 90/10 90/11 90/16
90/17 90/21 92/6 92/9 92/13
93/17 94/14 94/20 95/5 95/9
95/10 96/10 97/9 98/3 101/4
101/6 101/8 101/13 101/23
102/1 102/9 103/19 104/22
105/3 105/8 105/22 105/23
105/25 106/8 109/17 109/23
110/16 110/25 111/2 111/14
111/15 111/21 111/23 112/1
112/1 112/4 112/5 112/9
112/25 113/19 114/5 114/11
114/15 115/14
**Fiore's [15]** 20/11 34/1 34/9
64/24 75/23 80/17 80/18
83/21 84/4 84/5 90/7 105/16
110/4 114/12 114/16
**fired [1]** 105/19
**firm [2]** 5/14 5/15
**first [42]** 4/24 9/17 11/25 12/9
12/24 13/22 16/14 19/24 35/4
35/12 35/13 35/13 43/10
45/10 47/18 53/24 63/5 68/22
69/11 71/5 75/19 75/19 77/8
77/21 77/23 78/20 85/9 91/6
91/7 96/14 96/22 103/23
105/9 106/7 108/10 110/8

**favor... [8]** 30/7 30/15 30/23
34/4
**favorable [3]** 30/15 33/4
**fit [1]** 88/24
**five [5]** 60/18 60/19 60/20
93/20 125/25
**FLORIDA [14]** 1/1 1/4 1/14
1/16 1/22 20/10 22/10 109/17
114/4 114/12 130/7 143/7
146/13 148/10
**flsd.uscourts.gov [2]** 1/23
148/10
**focus [1]** 20/7
**follow [4]** 44/19 99/16 117/14
117/25 118/1 132/12
**follow-up [1]** 99/16
**followed [1]** 100/1
**following [11]** 3/2 27/15 28/5
94/7 114/25 123/11 124/7
125/14 126/15 127/3 145/10
**follows [4]** 4/3 4/25 41/4
47/19 146/15
**followup [1]** 99/13
**food [5]** 4/7 4/11 5/17 6/3
124/25
**fool [2]** 82/20 86/21
**fooled [2]** 83/5 84/22
**forbids [1]** 128/18
**force [1]** 53/12
**forced [4]** 49/2 49/5 51/18
53/7
**foregoing [1]** 148/3
**foreperson [11]** 130/1 130/1
130/16 130/17 130/18 130/21
130/25 133/1 133/11 134/6
143/13
**forge [1]** 114/16
**forged [1]** 80/19
**forget [1]** 121/2
**forging [1]** 109/18
**forgot [3]** 35/4 85/19 141/21
**form [14]** 9/14 21/18 38/1
53/24 53/24 54/2 130/4
130/23 130/25 131/12 131/18
131/24 132/19 139/8
**formal [2]** 118/4 123/6
**formality [1]** 37/21
**formed [1]** 20/5
**Formulators [3]** 73/11 74/4
74/6
**Fort [4]** 1/4 1/22 146/22
148/10
**Fort Lauderdale [1]** 146/22
**forth [3]** 8/3 12/5 66/25
**fortunately [1]** 73/19
**forward [1]** 117/11
**forwarded [6]** 30/7 36/23 37/1
46/11 65/4 112/1
**found [6]** 35/2 37/13 86/3
123/10 124/7 146/14
**four [9]** 39/1 45/19 71/16
71/20 78/8 125/22 139/10
140/9 141/6
**fourth [6]** 1/16 39/3 57/12
57/14 57/15 124/12
**frank [68]** 20/3 20/11 21/15
21/18 23/15 24/24 27/15 35/1
35/1 35/14 45/16 46/3 89/12
89/18 90/2 90/3 90/3 90/16
90/17 90/21 91/9 92/9 92/13
93/17 94/14 94/20 95/5 95/8
95/10 96/10 98/3 98/14 101/4
101/6 101/7 101/13 102/8
103/19 104/22 105/3 105/16
105/21 105/23 105/25 106/8

**frank... [23]** 109/17 109/23 110/4 110/16 110/25 111/2 111/14 111/15 111/21 111/23 112/1 112/1 112/4 112/5 112/9 112/25 113/19 114/5 114/11 114/12 114/16 115/1 115/14

**free [8]** 8/9 47/13 58/14 59/2 93/22 132/6 134/3 134/9
**friends [2]** 82/7 98/12
**front [3]** 22/19 34/19 76/7
**fucking [1]** 91/9
**fulfilling [1]** 145/3
**full [4]** 5/3 5/5 47/20 129/15
**fully [4]** 23/16 26/2 49/20 53/4
**function [2]** 4/12 125/1
**functions [1]** 19/20
**funds [2]** 11/20 84/3
**further [14]** 12/7 16/17 18/13 20/14 22/18 40/18 41/3 43/22 44/3 68/22 102/20 145/24 147/2 147/17

## G

**gain [2]** 54/12 124/16
**gall [1]** 108/11
**Garcia [1]** 143/25
**gathering [1]** 32/12
**gave [11]** 30/6 36/21 37/9 37/11 37/17 65/1 75/20 91/3 92/14 120/23 122/1
**gee [1]** 75/21
**general [1]** 123/20
**generated [2]** 110/19 111/2
**gentlemen [31]** 63/13 65/25 68/2 86/10 87/24 88/2 88/9 88/10 93/22 94/6 94/8 95/8 96/8 97/21 98/2 98/20 100/9 106/6 108/23 109/1 109/4 109/11 109/21 110/12 111/13 113/17 114/3 116/12 116/23 117/4 132/17
**genuine [9]** 55/10 56/7 58/1 125/16 125/18 125/19 126/1 126/4 126/11
**get [52]** 22/17 28/9 28/12 34/7 36/24 42/1 68/25 70/5 71/24 72/9 73/14 73/17 77/15 78/6 79/8 82/15 85/11 85/13 89/8 91/14 92/4 92/5 93/9 95/17 95/18 95/21 96/12 96/15 97/14 97/16 97/19 98/3 98/11 98/14 98/14 99/15 99/20 108/3 108/16 111/19 111/25 129/22 132/13 138/12 141/9 141/21 142/1 142/1 142/6 145/25 147/7 147/10
**getting [5]** 34/13 36/21 65/14 81/5 99/13
**give [21]** 9/2 25/17 36/4 37/20 50/17 63/1 63/19 69/20 73/23 91/20 96/14 97/2 102/13 102/14 105/2 112/2 119/19 121/21 129/20 133/13 141/13
**given [6]** 21/14 22/3 52/7 59/16 59/18 145/1
**gives [2]** 29/17 95/9
**giving [3]** 63/21 86/22 91/18
**go [54]** 3/23 7/6 19/15 23/5 24/3 24/6 29/4 38/3 38/13 38/25 40/23 44/13 44/17 48/1

**goals [1]** 123/25
**God [1]** 46/3
**goes [7]** 31/17 63/5 68/12 73/3 111/20 114/16 126/25
**going [79]** 6/1 8/6 9/1 10/17 11/15 14/17 16/10 19/13 19/24 20/17 21/15 22/10 23/5 32/7 35/20 36/14 37/16 38/9 46/3 46/24 47/2 58/21 63/14 63/19 63/19 64/13 68/5 71/24 71/25 72/8 72/9 74/13 74/18 75/16 76/5 78/15 79/1 79/7 79/8 79/9 79/9 79/17 79/23 81/18 82/6 82/13 86/3 86/24 87/12 87/24 88/2 89/8 91/17 91/17 91/18 91/19 91/20 96/17 97/14 97/16 97/16 98/13 100/6 102/13 105/14 106/5 106/13 106/20 108/12 126/23 132/5 135/2 137/17 137/22 138/9 141/7 141/11 141/22 147/17
**gone [1]** 73/22
**good [25]** 3/3 3/14 5/11 5/12 16/23 16/24 33/13 45/1 53/21 62/20 63/13 72/4 75/5 78/10 82/19 88/8 90/4 94/25 96/2 96/3 100/20 105/25 115/20 120/11 145/25
**goodness [1]** 86/11
**goods [8]** 58/2 82/2 125/12 125/13 125/16 125/23 126/1 126/4
**got [34]** 21/15 22/19 28/9 37/22 71/18 72/1 72/24 74/20 76/19 81/6 82/10 82/21 83/5 83/6 84/21 85/14 85/18 87/11 88/18 88/21 91/8 91/11 94/4 95/3 95/19 96/13 101/14 101/18 103/23 105/19 110/1 111/3 111/4 115/19
**gotten [1]** 35/8
**government [115]** 3/4 3/6 3/15 3/16 8/20 11/8 18/18 18/24 19/1 19/2 20/6 22/8 22/20 24/12 24/18 25/21 27/5 27/13 28/2 28/23 29/7 30/15 33/4 36/10 36/14 37/6 38/22 39/11 39/14 40/17 40/24 42/9 44/3 44/5 44/8 44/8 46/22 49/7 53/25 54/25 55/9 56/1 56/6 56/22 56/25 57/18 59/5 59/19 59/22 60/13 62/5 62/8 62/12 63/5 63/8 63/11 86/10 88/12 89/24 90/9 90/19 91/24 92/3 92/13 92/20 93/10 93/16 93/25 94/9 94/18 96/16 96/24 97/22 98/16 98/18 99/2 99/3 99/21 100/8 101/1 101/2 101/19 102/7 103/9 103/20 104/9 106/24 107/6 107/12 107/22 108/2 108/10 108/21 109/9 114/25 117/18 117/24 118/10 121/16 122/15 123/5 123/8 126/8 126/10 128/7

**had [67]** 7/11 20/13 20/17 20/21 22/13 24/24 24/25 25/14 25/24 26/11 26/12 26/13 27/7 27/23 31/5 31/6 32/8 33/25 34/15 35/6 35/7 35/7 35/8 36/20 36/23 37/1 39/2 45/16 53/13 55/8 56/6 57/9 65/12 73/18 76/17 83/7 85/3 86/4 87/14 87/20 89/15 92/5 94/18 96/19 96/24 97/1 97/15 99/25 100/2 100/18 101/6 102/24 104/14 104/16 105/1 105/24 107/17 107/21 108/3 108/4 108/23 110/24 115/23 119/23 122/12 123/20 127/19
**half [2]** 26/10 38/8

**hand [4]** 82/11 87/4 95/21
**handbags [1]** 82/25
**hands [1]** 82/15
**handshakes [1]** 64/15
**happen [5]** 85/2 87/19 87/20 92/18 111/19
**happened [2]** 92/1 112/3
**happens [2]** 34/9 124/2
**happy [2]** 37/13 78/23
**hard [2]** 95/1 141/13
**harken [1]** 143/5
**Harlan [1]** 145/8
**has [68]** 8/6 9/13 10/17 12/4 15/21 17/23 25/17 25/23 26/9 29/9 30/16 32/19 40/1 44/3 46/22 48/19 48/21 49/8 49/19 49/24 50/3 50/5 50/6 50/9 50/23 51/1 52/10 52/12 52/17 52/22 52/13 57/25 63/2 63/18 64/16 64/19 68/11 69/6 74/14 74/15 75/4 76/7 80/9 80/10 88/12 93/12 98/18 98/19 98/22 99/17 101/2 107/22 108/11 110/22 117/18 118/10 118/25 121/4 121/7 121/13 130/4 130/7 135/9 135/21 137/21 138/4 142/18 144/22
**hated [2]** 22/5 90/11
**Havana [4]** 12/15 12/16 13/8 13/19
**have [233]** 12/17 16/8 17/1 17/4 18/25 20/1 20/5 20/7 20/25 21/2 21/5 21/6 21/16 21/17 24/2 24/13 25/3 25/4 28/11 28/25 30/11 32/17 32/23 33/11 34/19 36/6 36/19 36/24 37/15 37/25 38/14 38/14 38/15 39/11 40/3 40/14 40/18 40/20 40/22 41/17 42/4 42/15 43/21 43/24 44/7 44/25 45/9 47/11 48/7 48/13 48/16 48/22 49/9 49/15 49/18 49/24 50/22 50/24 50/25 51/8 51/9 51/18 52/4 52/6 52/7 52/9 52/13 54/11 55/9 56/6 56/13 58/24 59/9 61/5 61/18 62/7 63/8 63/14 64/4 64/14 64/14 64/15 64/16 65/17 66/13 66/14 66/16 66/18 68/8 68/13 68/20 71/23 71/25 73/18 73/22 74/20 74/20 74/22 75/14 76/9 78/24 82/9 82/10 82/23 83/9 83/10 84/19 85/3 86/11 86/11 87/16 88/24 88/25 89/9 89/25 90/24 92/11 92/12 93/20 94/1 94/24 95/16 97/4 97/24 98/6 99/12 99/14 99/18 99/21 99/23 99/24 99/25 100/6 100/14 100/19 100/25 100/6 101/6 101/7 101/25 103/14 103/15 103/16 103/17 103/19 103/19 104/14 104/21 104/24 105/8 105/12 106/3 106/4 107/7 107/10 107/19 107/23 109/19 112/3 112/24 113/1 113/4 113/6 113/15 114/23 114/25 115/7 115/8 116/23 117/11 117/15 119/14 120/7 120/9 120/11 120/12 121/24 122/19 123/5 123/8 125/5 126/10 126/16 126/24 128/7 129/12 130/17 130/21 130/24 130/24

**have... [42]** 132/9 132/17
132/20 132/20 132/22 132/23
133/1 133/4 133/6 133/7
133/10 133/11 133/20 133/23
134/5 134/6 134/7 134/24
135/7 136/10 137/5 137/13
138/16 138/19 139/10 140/7
140/8 140/12 140/19 141/10
141/13 142/2 142/13 142/19
143/1 143/2 145/1 145/13
146/8 147/3 147/4 147/4
**having [14]** 4/24 24/19 26/15
28/23 41/3 47/18 76/12 78/13
106/19 121/10 131/6 146/9
146/10 146/14
**he [549]** 17/12 17/12 20/4
20/5 20/6 20/11 20/12 20/13
20/14 21/8 21/9 22/5 22/5
22/14 22/15 22/15 22/16
22/17 22/18 22/19 22/24
22/24 23/7 23/8 23/8 23/9
23/9 23/10 23/11 23/12 23/12
23/16 23/17 23/18 24/24
24/25 25/4 25/7 25/9 25/9
25/11 25/14 25/15 25/16
25/17 25/17 25/22 25/23
25/23 25/25 26/7 26/8 26/10
26/11 26/11 26/12 26/21
26/24 27/17 27/22 27/22
27/23 27/23 28/5 28/12 28/15
29/17 29/20 29/22 29/24
29/25 30/5 30/6 30/11 30/18
30/19 30/21 30/21 30/22
30/23 30/24 30/24 30/25 31/1
31/5 31/10 31/10 31/14 31/16
31/16 31/18 31/19 32/3 32/5
32/20 32/21 32/25 33/7 33/10
33/15 33/23 33/24 33/25
33/25 33/25 34/3 34/11 34/12
34/12 34/13 34/15 34/15
34/19 34/20 34/22 34/24
34/25 34/25 35/1 35/3 35/4
35/4 35/5 35/5 35/6 35/7 35/8
35/9 35/13 35/13 35/14 35/23
35/23 35/23 36/23 37/1 37/1
37/11 37/22 43/15 46/4 46/7
46/11 48/21 49/21 49/22 50/5
50/6 50/9 50/16 50/16 50/17
50/18 52/8 52/12 53/2 53/7
53/13 53/14 53/14 58/4 58/12
58/13 59/9 63/19 64/7 64/22
65/2 65/4 65/5 65/11 65/12
65/14 65/17 65/18 65/19
65/19 66/1 66/2 66/3 66/6
66/7 66/8 66/9 66/25 67/14
67/24 67/24 68/10 68/10
68/12 68/14 68/21 69/6 69/7
69/9 69/14 69/17 69/21 69/23
69/24 70/3 70/4 70/4 70/6
70/7 70/8 70/8 70/9 70/16
70/17 70/20 70/21 71/2 71/2
71/2 71/5 71/6 71/14 71/14
71/15 71/18 71/22 71/22
71/24 72/5 72/8 72/11 72/19
72/21 72/22 72/23 73/3 73/7
73/9 73/10 73/16 73/18 73/25
74/6 74/7 74/9 74/14 75/4
75/10 75/10 75/11 75/20 76/5
76/6 76/6 76/14 76/19 77/5
77/7 77/8 77/9 77/19 77/19
77/22 77/23 77/23 77/24 78/1
78/6 78/7 78/9 78/11 78/15

78/17 78/18 78/20 78/21
78/23 78/24 79/2 79/2 79/3
79/5 79/5 79/8 79/8 79/9
79/10 79/15 79/17 79/22
79/22 80/2 80/2 80/2 80/3
80/6 80/7 80/9 80/10 80/12
80/15 80/15 80/17 80/18
80/18 80/21 81/3 81/3 81/6
81/9 81/12 81/13 81/16 81/16
81/21 82/1 82/2 82/3 83/5
83/5 83/6 83/7 83/7 83/11
83/11 83/12 83/13 83/14
83/22 83/23 84/4 84/5 84/11
84/11 84/12 84/14 84/15
84/17 84/18 84/18 84/19
84/24 84/24 84/25 85/1 85/2
85/4 85/8 85/9 85/14 85/15
85/16 85/18 85/19 85/20
85/20 85/22 85/23 86/2 86/3
86/4 86/4 86/5 86/5 86/7 86/7
86/8 86/20 86/20 86/21 86/24
86/25 87/1 87/2 87/2 87/3
87/4 87/5 87/6 87/9 87/10
87/21 87/22 87/22 87/23
88/14 88/16 88/19 88/19
88/20 88/21 89/7 89/14 89/16
89/20 89/21 89/22 89/23
89/23 89/24 90/5 90/6 90/7
90/11 90/12 90/14 90/16
90/18 91/5 91/11 92/1 92/4
92/23 92/25 93/4 93/12 93/25
93/25 95/9 95/10 95/11 95/12
95/15 95/18 95/20 95/23
95/23 96/6 96/6 96/11 96/11
96/13 96/17 96/23 97/1 97/13
97/22 98/17 98/17 98/24
98/25 99/1 99/2 99/2 99/4
99/8 99/14 100/3 101/15
101/16 101/23 101/23 101/24
102/4 102/5 103/9 103/21
103/22 103/22 103/25 104/1
104/2 104/5 104/6 104/9
104/10 104/12 104/16 104/16
105/1 105/14 105/14 105/15
105/19 106/1 106/2 106/4
106/18 106/18 106/18 107/14
107/14 108/9 108/14 108/14
108/15 108/16 109/6 109/18
110/2 110/10 111/8 111/9
112/1 112/12 112/17 112/17
112/22 113/1 113/5 113/7
113/7 113/7 113/8 113/9
113/10 113/10 113/11 113/11
113/13 113/15 113/16 113/16
113/18 113/18 113/21 113/22
113/23 113/24 114/5 114/11
114/15 114/16 114/19 114/21
115/13 115/14 115/14 115/15
115/17 115/18 116/6 116/25
117/1 117/1 117/2 117/2
117/5 117/5 117/6 117/6
117/8 120/13 121/1
**he's [132]** 21/23 21/23 26/10
28/6 28/9 29/21 32/20 32/25
33/1 33/7 33/9 33/14 33/17
34/6 34/6 35/21 35/22 43/14
43/17 51/5 63/23 63/25 65/1
65/16 67/1 68/11 69/5 69/8
69/15 69/21 70/2 70/14 70/14
70/14 71/8 71/10 71/10 71/19
72/3 72/3 72/8 72/15 72/17
73/11 74/4 74/7 74/10 74/14

74/14 78/15 78/19 78/23 79/1
79/1 79/2 79/6 79/7 79/9
79/10 79/16 79/17 79/23 80/1
80/6 80/7 80/21 80/22 80/23
80/25 81/2 81/7 81/7 81/18
83/4 84/1 84/1 84/2 84/7 84/7
85/7 85/10 85/14 86/6 86/21
86/22 86/23 87/8 87/8 87/9
87/11 87/12 88/18 88/18
88/19 89/19 90/1 90/16 90/17
90/18 90/18 91/7 91/9 91/11
91/18 91/18 93/18 93/23
95/11 95/17 95/17 95/19
96/10 96/10 96/15 96/24
98/14 103/23 105/7 106/2
108/6 111/3 111/4 115/16
115/18 115/19 116/7 116/8
**head [1]** 97/11
**heading [2]** 76/15 76/21
**hear [9]** 5/2 61/14 73/7 109/3
112/10 116/1 141/10 142/12
143/19
**heard [25]** 18/25 19/14 25/9
40/15 44/7 63/14 72/16 74/5
77/13 78/11 84/9 87/10 88/15
89/1 90/6 105/4 105/19
110/15 112/1 114/23 116/17
116/19 122/1 126/15 127/3
**hearing [4]** 19/4 44/13 108/9
117/11
**hearsay [3]** 17/15 37/15 37/18
**heart [1]** 123/4
**heavy [1]** 118/14
**held [2]** 127/20 139/22
146/20
**help [2]** 43/2 98/13
**helpful [2]** 62/25 121/10
**helping [1]** 98/14
**her [2]** 76/22 125/12
**herbal [1]** 106/10
**here [45]** 17/19 18/11 20/1
30/25 36/6 37/25 38/15 43/14
44/17 53/17 68/7 69/4 69/11
69/21 71/19 73/9 73/13 74/10
79/8 84/11 85/24 88/24 89/25
94/25 98/8 116/5 117/22
129/1 130/3 132/7 135/7
136/25 137/4 137/7 137/11
139/10 139/13 141/8 141/11
141/15 141/20 142/9 142/13
146/8 146/21
**Here's [3]** 94/22 110/10
110/14
**hereby [2]** 4/3 148/3
**hesitate [1]** 129/18
**hesitation [1]** 118/23
**hey [9]** 21/15 83/23 92/16
99/16 100/19 105/23 114/25
115/7 115/8
**hide [6]** 35/22 78/18 80/6
86/6 115/11 117/6
**highest [1]** 145/3
**him [73]** 22/25 25/7 27/22
28/7 28/8 28/11 29/18 30/23
32/3 32/4 33/20 33/24 34/2
34/2 35/6 35/9 35/15 37/9
38/8 39/16 41/13 43/20 53/3
58/16 67/2 68/17 68/20 69/22
70/5 70/8 70/14 70/19 71/10
72/18 72/20 75/22 78/25
79/18 80/11 80/16 80/25
83/17 83/17 83/21 84/1 84/2
85/4 85/10 85/10 86/4 86/22

78/14 78/15 78/19 78/23 79/1
91/1 79/2 79/6 79/7 79/9
79/10 79/16 79/17 79/23 80/1
80/6 80/7 80/22 80/22 80/23
80/25 81/2 81/7 81/7 81/18
83/4 84/1 84/1 84/2 84/7 84/7
85/7 85/10 85/14 86/6 86/21
86/22 86/23 87/8 87/8 87/9
87/11 87/12 88/18 88/18
88/19 89/19 90/1 90/16 90/17
90/18 90/18 91/7 91/9 91/11
91/18 91/18 93/18 93/23
95/11 95/17 95/17 95/19
96/10 96/10 96/15 96/24
98/14 103/23 105/7 106/2
108/6 111/3 111/4 115/16
115/18 115/19 116/7 116/8
**head [1]** 97/11
**heading [2]** 76/15 76/21
**hear [9]** 5/2 61/14 73/7 109/3
112/10 116/1 141/10 142/12
143/19
**heard [25]** 18/25 19/14 25/9
40/15 44/7 63/14 72/16 74/5
77/13 78/11 84/9 87/10 88/15
89/1 90/6 105/4 105/19
110/15 112/1 114/23 116/17
116/19 122/1 126/15 127/3
**hearing [4]** 19/4 44/13 108/9
117/11
**hearsay [3]** 17/15 37/15 37/18
**heart [1]** 123/4
**heavy [1]** 118/14
**held [2]** 127/20 139/22
146/20
**help [2]** 43/2 98/13
**helpful [2]** 62/25 121/10
**helping [1]** 98/14
**her [2]** 76/22 125/12
**herbal [1]** 106/10
**here [45]** 17/19 18/11 20/1
30/25 36/6 37/25 38/15 43/14
44/17 53/17 68/7 69/4 69/11
69/21 71/19 73/9 73/13 74/10
79/8 84/11 85/24 88/24 89/25
94/25 98/8 116/5 117/22
129/1 130/3 132/7 135/7
136/25 137/4 137/7 137/11
139/10 139/13 141/8 141/11
141/15 141/20 142/9 142/13
146/8 146/21
**Here's [3]** 94/22 110/10
110/14
**hereby [2]** 4/3 148/3
**hesitate [1]** 129/18
**hesitation [1]** 118/23
**hey [9]** 21/15 83/23 92/16
99/16 100/19 105/23 114/25
115/7 115/8
**hide [6]** 35/22 78/18 80/6
86/6 115/11 117/6
**highest [1]** 145/3
**him [73]** 22/25 25/7 27/22
28/7 28/8 28/11 29/18 30/23
32/3 32/4 33/20 33/24 34/2
34/2 35/6 35/9 35/15 37/9
38/8 39/16 41/13 43/20 53/3
58/16 67/2 68/17 68/20 69/22
70/5 70/8 70/14 70/19 71/10
72/18 72/20 75/22 78/25
79/18 80/11 80/16 80/25
83/17 83/17 83/21 84/1 84/2
85/4 85/10 85/10 86/4 86/22

95/11 95/12 95/21 98/4 98/14
99/6 101/17 101/25 107/13
108/7 111/10 113/12 113/20
113/24 115/19 115/24 117/7
**himself [9]** 76/7 79/9 81/12
81/24 84/11 87/6 106/4 113/9
114/1
**hired [1]** 5/14
**his [111]** 21/4 22/5 22/6 23/1
23/9 23/9 23/10 25/9 25/13
27/8 27/8 27/12 31/1 31/5
31/6 31/12 33/16 33/19 35/22
37/1 37/22 43/14 45/4 47/5
50/17 52/5 52/14 52/19 52/24
53/4 53/5 53/6 53/11 53/15
63/17 64/21 65/17 65/17
67/25 69/3 69/7 70/12 70/24
73/8 74/8 74/16 75/19 76/11
76/13 76/17 77/2 77/8 77/9
77/18 78/4 78/5 79/7 79/15
80/24 83/11 83/13 83/19
83/25 84/10 84/11 84/11
84/12 84/12 84/14 85/1 85/7
87/2 87/9 87/12 87/13 89/17
89/21 90/1 92/5 92/14 95/7
95/10 96/17 96/20 99/20
99/24 99/24 99/25 103/22
104/20 105/16 105/17 105/20
106/3 106/21 109/18 111/2
111/12 113/2 113/3 114/18
116/13 116/20 125/12 145/13
145/16
**history [1]** 16/11
**hit [1]** 88/18
**hold [2]** 99/21 130/5
**holds [1]** 127/17
**hologram [2]** 71/25 74/22
**holograms [1]** 100/20
**home [1]** 145/18
**honest [4]** 33/25 34/24
129/20 145/15
**honestly [1]** 85/6
**Honor [151]** 3/7 3/9 3/16 3/20
3/22 3/24 4/13 4/16 4/20 5/8
6/25 8/8 8/20 8/23 9/1 10/19
11/8 11/11 11/14 14/2 14/20
15/6 15/9 15/12 16/8 16/20
18/3 18/14 18/17 18/19 18/21
18/24 19/20 21/13 29/8 29/15
30/9 30/13 30/22 31/9 31/13
31/21 32/11 32/17 33/6 33/12
33/23 34/12 34/15 34/25
35/25 36/17 37/8 37/12 37/25
38/2 38/5 38/7 38/17 38/18
38/25 39/15 39/18 40/1 40/8
40/18 40/21 40/22 40/24
41/10 41/12 42/9 42/12 42/16
43/21 44/4 44/6 45/6 52/6
52/25 54/1 54/4 54/15 54/16
54/19 54/21 55/1 55/4 55/12
55/18 56/4 56/10 56/15 56/18
56/20 56/23 57/1 57/4 57/7
57/10 58/19 59/25 60/2 60/5
60/14 60/19 61/5 61/11 61/20
62/1 62/9 62/11 62/13 62/15
63/12 66/22 68/5 88/7 109/10
114/8 122/16 122/18 126/18
126/20 127/2 131/19 131/22
131/25 134/20 135/7 135/13
136/15 137/6 138/10 139/12
139/19 140/4 141/3 141/19
142/3 142/8 142/11 144/3

**H**

Honor... [8]  144/5 144/11
144/13 144/16 144/18 146/25
147/13 147/15
HONORABLE [1]  1/9
Hopefully [1]  140/10
hoping [1]  54/12
hormones [2]  73/21 93/8
hotels [1]  82/12
hour [7]  26/10 38/8 60/14
60/23 60/24 60/25 141/6
hourly [1]  46/10
hours [2]  48/14 141/22
house [16]  20/12 23/1 24/11
27/9 27/12 28/20 96/21 101/9
101/12 102/23 103/11 103/22
104/20 105/17 105/22 106/3
how [53]  5/24 6/17 7/15 8/17
10/25 13/3 36/16 37/24 38/3
47/24 48/1 60/12 60/16 60/20
67/19 69/18 72/4 72/4 74/14
74/17 79/7 79/9 79/8 84/2 84/4
87/17 87/19 91/10 91/10
93/13 94/2 96/3 96/5 99/17
100/22 101/18 102/7 102/20
102/22 104/16 107/3 109/14
109/24 111/5 111/8 111/24
114/19 114/20 115/4 115/10
119/23 121/21 134/16 141/11
however [6]  65/24 121/13
122/6 126/9 127/20 131/8
Hugh [1]  144/4
human [1]  125/1
humans [1]  124/23
hundred [1]  91/13
hustlers [1]  67/17
hypothetically [1]  70/11

**I**

I'll [8]  28/6 28/8 28/12 66/25
67/1 67/2 71/15 85/11
I'm [39]  8/6 9/1 11/15 13/3
21/15 24/6 28/3 28/3 32/10
33/20 37/16 38/8 58/21 61/22
66/24 70/4 72/18 75/16 81/16
81/19 81/19 86/18 88/1 89/8
90/10 91/9 91/13 92/24 93/3
95/6 98/8 98/9 100/4 101/25
114/8 141/15 141/22 142/4
142/10
I've [1]  84/22
I-N-D-E-X [1]  2/1
idea [4]  69/5 78/13 82/6
115/18
identical [4]  55/15 55/15
55/21 125/17
identification [6]  8/7 10/18
12/4 14/18 54/17 60/9
identified [1]  10/11
identify [1]  125/11
identities [1]  123/18
idiot [1]  72/17
ignore [1]  97/7
Ill [1]  1/9
illegal [10]  20/24 29/2 79/2
80/3 87/7 87/7 93/11 101/7
113/7 115/17
illegitimate [1]  98/18
illness [1]  48/8
imagination [1]  109/14
imagine [2]  87/19 115/6
immediately [3]  73/4 73/19
84/3

imminently [1]  27/1
impartial [2]  118/19 145/16
impersonates [1]  114/15
impersonating [1]  109/17
implausible [1]  35/5
important [5]  116/15 118/23
119/23 120/20 121/7
impress [2]  82/7 120/5
improper [1]  32/17
impute [1]  26/15
inaccurately [1]  121/3
inauthentic [2]  58/1 125/15
inches [3]  24/12 24/17 103/3
include [2]  40/10 41/24
included [1]  15/3
includes [5]  16/5 57/25 119/4
124/17 125/3
including [4]  7/25 40/6 56/13
121/23
incoming [3]  11/4 13/1 13/17
Incorporated [1]  67/4
incredible [1]  73/1
incriminate [1]  49/5
incrimination [1]  53/6
Indeed [1]  118/5
indicate [1]  125/13
indicated [1]  116/9
indicates [2]  12/6 12/7
indication [2]  104/17 108/17
indications [1]  22/21
indicted [1]  89/22
indictment [16]  48/16 63/18
117/20 118/4 122/3 122/5
122/10 122/13 122/14 122/20
128/5 128/12 128/16 128/21
129/5 132/18
indirect [1]  76/20
indistinguishable [2]  55/22
125/18
individual [7]  6/9 9/20 41/22
44/23 94/6 107/22 139/17
individuals [1]  10/8
infer [19]  22/20 24/8 24/16
25/19 25/23 25/24 27/20 30/2
30/3 30/4 31/9 31/21 32/4
33/6 35/16 35/19 46/19 104/1
104/5
inference [21]  19/22 20/22
20/25 21/5 22/1 22/3 22/9
22/21 23/2 23/24 24/3 24/19
26/7 26/19 27/9 28/14 28/25
30/14 32/18 33/9 104/7
inferences [4]  29/11 29/12
36/14 46/23
inferred [1]  21/2
influenced [1]  117/23
informant [3]  54/12 60/8
95/17
information [13]  7/11 7/13 8/1
8/1 8/1 8/2 8/14 9/11 9/15
11/23 15/22 105/2 135/16
informer [1]  54/9
ingredient [1]  125/7
initiated [1]  17/19
injured [1]  145/14
innocence [1]  99/24 118/7
innocent [5]  49/9 88/14
107/13 118/6 121/5
insert [1]  74/21
inserts [1]  75/3
inside [2]  21/4 137/9
inspect [2]  79/17 79/19
instance [2]  9/12 12/3
instead [5]  68/16 79/4 83/19

instruct [3]  44/19 117/14
139/21
instruction [9]  54/8 55/5 55/9
56/13 57/10 60/9 60/9 122/1
134/17
instructions [25]  47/3 53/18
53/23 54/6 54/25 56/24 57/3
57/12 60/3 62/7 63/20 102/13
118/2 118/3 128/12 128/16
131/12 131/14 131/18 131/21
131/24 132/1 132/10 132/19
145/20
intelligent [3]  52/14 53/2
140/10
intelligently [2]  51/23 53/10
intended [6]  4/10 4/11 48/5
124/22 124/25 126/3
intent [4]  20/5 122/12 124/17
128/17
intention [1]  107/17
intentional [2]  121/6 124/10
intentionally [1]  122/25 124/6
128/13
interest [3]  49/16 120/9
129/23
interested [4]  29/23 31/18
46/13 65/4
interests [1]  123/25
interlineated [1]  134/16
Internal [1]  5/22
internet [1]  44/25
interpretation [1]  119/7
interviewed [4]  23/11 30/23
33/24 80/16
intimidation [1]  53/13
introduce [7]  3/17 29/21
29/25 36/20 40/19 41/18
69/25
introduced [1]  42/4
inventory [3]  70/1 70/5 139/8
investigation [8]  5/22 6/4 6/8
6/11 7/16 12/17 99/23 146/19
investigations [1]  5/18
investigative [2]  5/16 6/12
73/15
invoices [2]  85/12 85/13
involved [4]  64/14 76/12
116/22 127/7
involving [1]  66/4
IRS [2]  5/24 5/25
is [647]  3/4 3/4 3/5 3/18 3/19
3/25 4/6 4/6 4/8 4/9 4/11 4/13
5/5 5/16 6/22 7/3 7/5 7/7 7/15
8/13 8/14 8/24 9/10 9/11 9/11
9/15 9/15 9/17 9/20 9/22 10/2
10/5 10/11 10/14 10/16 11/3
11/6 11/12 11/19 11/20 11/24
12/3 12/8 12/10 12/11 12/13
12/14 12/18 13/12 13/20 14/5
14/7 14/8 14/9 14/10 14/11
14/25 15/1 15/10 15/16 15/16
15/17 15/25 16/11 16/15
16/15 17/3 17/13 18/1 18/4
18/18 19/3 19/7 19/10 19/16
19/20 19/21 20/2 20/4 20/5
20/16 20/20 20/23 21/20
21/22 22/1 22/2 22/20 22/23
23/3 23/7 23/14 23/23 24/2
24/6 24/7 24/18 25/2 25/2
25/19 26/14 26/17 27/4 27/9
27/11 27/15 27/16 27/19 28/2
28/13 28/17 28/24 29/1 29/2
29/2 29/12 30/3 30/5 30/11

31/10 31/10 31/14 31/15
31/15 31/22 31/23 32/5 32/11
32/20 32/22 32/22 32/23 33/9
33/13 33/18 33/19 34/5 34/6
34/8 35/5 35/17 35/19 35/22
36/1 36/2 36/7 36/10 36/11
36/11 36/12 36/13 37/6 37/17
37/19 38/19 38/22 38/23
38/23 39/8 39/10 39/14 39/17
40/16 41/7 41/19 41/21 41/22
42/3 42/5 42/6 42/8 42/13
42/20 43/1 43/1 43/4 43/15
44/10 44/12 45/10 45/10
45/14 45/17 45/18 45/19
45/19 45/21 45/22 45/23
45/24 46/1 46/2 46/3 46/4
46/11 46/15 46/21 49/16
50/13 51/21 51/22 51/25
52/13 53/2 53/9 53/10 53/12
53/14 53/22 54/17 55/4 55/12
55/14 55/15 55/15 55/21
55/21 56/19 57/20 58/1 58/1
58/9 58/19 59/4 59/10 59/13
60/23 60/25 61/2 61/24 62/2
62/5 62/5 62/6 62/22 62/24
63/5 63/8 63/14 63/19 63/23
64/1 64/13 64/20 64/22 64/23
65/9 65/18 66/5 66/10 67/4
67/6 67/7 67/8 67/8 67/9
67/10 67/14 67/14 67/16
67/16 67/16 67/21 67/24
67/24 68/1 68/7 68/7 68/15
68/18 68/22 69/4 69/6 69/10
69/12 69/24 70/6 70/11 70/11
70/13 71/1 71/4 71/10 71/22
72/3 72/4 72/8 72/16 72/17
72/19 72/25 73/5 73/7 73/8
73/24 74/1 74/9 74/11 75/3
75/6 75/14 76/9 76/11 76/13
76/22 76/23 77/9 77/12 77/19
77/21 77/21 77/23 77/25 78/4
78/5 78/10 78/11 78/12 78/14
78/17 78/25 79/8 79/11 79/12
79/13 79/22 79/22 79/24 80/1
80/2 80/2 80/5 80/17 81/2
81/13 81/18 81/20 82/5 82/7
82/8 82/17 83/24 83/24 83/25
84/4 84/5 84/8 84/9 84/20
85/2 85/5 85/6 85/21 86/2
86/3 86/18 86/20 86/21 86/24
86/24 86/25 87/5 87/13 87/21
88/11 88/14 88/19 88/21
88/23 89/7 89/11 90/1 90/10
90/14 90/15 90/22 91/4 91/7
91/8 91/10 91/10 91/10 91/16
91/17 91/22 91/22 91/24 92/4
92/15 92/24 93/4 93/15 93/17
94/6 94/11 94/13 94/19 95/10
95/16 95/17 95/21 96/2 96/3
96/5 96/16 97/3 97/5 97/5
97/13 98/2 99/10 99/13 99/14
99/23 100/12 100/14 100/15
101/1 101/4 101/5 101/10
101/16 102/4 102/8 102/10
102/13 102/16 102/18 102/20
103/13 103/17 103/22 104/8
104/18 104/25 105/1 105/4
105/12 105/18 105/25 106/7
106/11 106/12 106/13 106/14
106/17 106/19 106/20 107/4
107/16 107/25 107/25 108/2
108/12 108/21 109/4 109/6
109/13 109/21 110/1 111/2

Case 0:15-cr-60029-UU   Document 127   Entered on FLSD Docket 10/26/2015   Page 161 of 174

is... [181] 111/14 111/15
111/15 111/16 112/7 112/21
112/21 112/22 112/23 112/24
113/5 113/18 114/13 114/18
114/19 114/19 114/20 114/21
114/21 115/2 115/4 115/13
115/15 115/21 115/24 116/8
116/10 116/14 116/17 116/18
116/21 116/22 116/25 116/25
117/4 117/5 117/13 118/5
118/5 118/13 118/14 118/15
118/18 118/21 119/6 119/7
119/8 119/13 119/14 119/16
120/1 121/11 121/15 121/20
122/22 123/1 123/2 123/7
123/22 124/5 125/6 125/6
125/10 125/14 125/14 125/15
125/15 125/17 125/19 125/21
125/22 125/25 126/2 126/2
126/3 126/4 126/6 126/6
126/16 127/21 127/25 128/8
128/11 128/15 128/18 128/20
129/3 129/4 129/7 129/8
129/13 129/23 130/7 130/11
130/13 132/21 133/21 133/25
135/3 135/5 135/9 135/12
135/14 135/16 135/20 135/23
135/25 136/5 136/8 136/17
136/20 136/22 137/1 137/3
137/4 137/8 137/9 137/12
137/15 137/18 137/20 137/20
137/21 137/21 137/22 138/4
138/5 138/7 138/9 138/9
138/11 138/11 138/12 138/14
138/19 138/20 138/22 138/25
139/3 139/10 139/11 139/11
140/3 140/5 140/9 140/12
140/20 140/22 140/24 140/24
141/6 141/16 141/17 142/6
142/12 142/14 142/17 142/17
142/18 142/20 143/14 143/15
143/19 143/21 143/23 143/25
144/2 144/4 144/6 144/12
144/14 144/17 144/19 144/23
145/4 145/7 145/8 145/11
146/18 147/17 148/3
isn't [3] 58/6 85/14 86/3
issue [6] 20/16 21/10 54/18
58/8 59/10 65/16
issued [5] 6/19 6/21 7/8 7/9
7/10
it [343] 4/8 4/9 4/11 6/21 7/3
7/5 7/21 9/11 9/13 9/15 10/16
10/25 12/1 12/2 12/4 12/6
12/7 14/15 15/5 15/20 15/21
16/1 16/4 17/5 17/12 17/12
17/23 18/9 18/11 20/12 20/13
20/13 20/14 21/6 21/10 21/15
22/4 22/14 22/18 22/19 23/1
23/8 23/9 23/10 23/12 23/14
23/16 24/2 24/8 24/11 24/17
25/10 25/11 25/25 26/7 26/24
26/25 29/2 29/2 29/23 30/16
31/6 31/11 31/17 32/14 32/17
33/17 34/2 34/5 34/7 34/8
34/14 34/20 37/12 37/12 38/3
38/7 38/9 39/10 40/22 41/22
41/24 41/25 42/5 42/6 42/8
42/15 42/16 42/16 43/4 43/8
43/11 45/19 45/20 45/21
45/23 46/16 47/11 49/16
51/22 54/9 55/14 55/23 56/12

57/25 58/1 58/6 58/13 58/15
59/11 63/19 64/5 64/16 67/5
67/6 67/8 67/9 67/15 69/13
69/16 69/18 70/24 71/16
71/25 72/5 72/6 72/6 72/24
73/6 73/18 73/20 73/24 73/25
74/1 74/2 74/7 74/8 74/14
74/14 74/22 74/23 74/25 75/5
75/10 75/10 75/22 76/5 76/9
77/6 77/18 78/1 78/8 78/15
78/23 79/8 79/8 79/9 79/10
79/11 79/17 79/18 80/1 81/3
81/3 81/13 81/19 82/6 82/20
82/21 83/7 83/22 83/23 83/23
84/8 84/21 84/24 85/6 85/16
85/20 86/5 86/21 87/4 87/13
87/15 87/20 88/20 89/10
89/15 90/5 90/11 90/25 91/4
91/11 91/10 91/18 92/10
92/11 92/18 93/5 93/7 94/7
95/2 95/23 96/1 96/3 96/13
96/18 96/19 96/19 96/19
96/20 96/25 97/2 97/2 97/21
98/7 99/1 99/7 99/11 99/18
100/3 100/10 100/10 100/17
100/24 101/13 101/14 101/22
102/2 102/4 102/11 102/18
102/20 102/22 102/25 103/3
103/9 103/9 104/10 104/11
104/11 104/12 105/9 105/9
105/11 105/13 105/16 105/16
105/17 105/18 105/24 105/25
106/4 106/8 106/13 106/14
107/5 107/5 108/2 110/4
110/19 111/9 112/1 112/12
112/17 113/7 113/21 113/23
114/2 115/23 115/24 116/15
116/25 117/13 117/17 117/25
118/11 118/14 118/15 118/23
119/7 121/1 121/5 121/7
121/15 121/15 121/20 121/21
121/24 122/22 122/24 123/2
123/16 124/5 124/18 124/21
125/9 125/15 126/18 126/24
126/24 126/25 126/25 127/21
127/23 128/8 128/22 129/13
130/5 130/5 130/6 130/7
130/7 130/25 131/4 132/9
133/11 133/11 133/12 133/12
133/13 133/13 133/14 135/8
136/10 139/11 139/21 139/25
140/7 140/8 140/12 141/8
141/17 141/23 142/20 143/6
143/15 144/23 145/18
it's [96] 8/15 10/7 12/2 20/1
20/18 21/5 21/21 23/6 23/8
23/25 24/4 24/8 28/11 28/12
30/2 34/8 34/18 34/19 34/20
35/14 39/3 42/25 45/12 45/20
55/12 65/20 70/20 70/23 71/4
71/12 71/13 71/17 71/20
71/21 71/25 71/25 72/1 72/25
73/6 73/8 74/2 74/3 74/12
74/23 76/5 76/7 76/8 76/11
77/18 78/16 81/13 81/14 82/6
82/22 82/24 83/5 84/3 84/5
85/6 87/21 89/12 90/15 92/21
93/5 93/6 93/8 93/9 94/4 94/5
94/20 96/9 98/24 99/21
100/20 100/25 102/17 105/8
106/8 106/14 108/5 108/22
112/5 112/5 113/2 113/3
114/8 115/12 115/12 115/17

137/22 139/12 141/20
item [1] 11/25
items [3] 7/25 132/22 133/3
its [6] 3/15 19/2 44/9 78/13
98/18 146/10
itself [2] 43/19 71/15 73/7
123/7

J

jail [2] 95/18 95/19
January [7] 7/21 27/14 31/25
34/17 75/12 77/8 102/8
January 1 [1] 7/21
January 2013 [1] 31/25
January 28 [3] 27/14 77/8
102/8
Jatinder [4] 9/21 9/24 10/9
10/13
jaw [2] 90/5 108/9
Jay [1] 46/4
Jeff [2] 4/19 104/15
JEFFREY [6] 2/4 2/9 4/23 5/5
41/2 41/7
Jersey [8] 1/19 10/7 20/9 35/2
101/18 109/17 114/2 114/14
job [2] 105/20 108/5
Joe [1] 90/5
joined [2] 123/16 123/21
joining [1] 127/16
joint [2] 74/9 127/12
jointly [1] 64/11
Joseph [1] 144/12
judge [61] 1/10 17/17 19/13
19/16 19/23 20/1 20/10 20/14
21/20 22/7 23/1 23/6 23/14
24/6 25/3 25/22 26/1 26/4
26/6 26/17 27/3 27/6 27/11
27/16 28/4 28/13 28/22 29/1
29/4 36/24 37/5 38/11 39/6
39/10 40/13 43/18 43/24 45/8
45/18 45/20 46/1 46/15 46/20
51/10 54/22 57/12 57/17 58/7
58/21 59/14 59/16 60/22
63/18 64/13 73/6 93/3 102/13
114/18 134/18 136/12 141/15
judges [2] 129/23 129/23
judgment [1] 19/17
July [5] 6/1 6/21 7/7 7/21
23/21
July 2014 [1] 6/21
July 21 [1] 23/21
July 24 [1] 7/21
July 25 [1] 7/7
jump [1] 12/24
June [5] 1/5 28/15 28/20
100/5 114/4
June 17 [1] 28/20
June 17th [1] 28/15
June 21st [1] 100/5
juror [1] 145/4
jurors [3] 107/23 129/13
132/15
jury [146] 1/9 3/10 3/11 3/13
3/14 4/4 11/23 15/16 18/25
19/5 19/6 19/8 19/20 19/21
20/23 21/1 21/2 21/14 22/8
22/4 23/23 24/16 24/18 25/18
25/18 25/23 27/9 27/20 29/5
29/9 29/11 29/11 29/15 30/2
30/10 30/14 31/21 32/4 32/16
32/19 32/23 33/2 33/6 33/11
33/12 34/4 34/16 35/15 35/19
36/1 39/9 39/11 39/21 39/22

44/7 44/16 45/2 46/18 46/23
47/2 53/18 53/23 54/24 56/24
57/2 57/10 58/11 60/3 61/7
61/10 61/14 61/17 61/17
61/21 61/22 62/7 62/16 62/17
62/19 62/20 62/21 68/2 102/1
117/13 117/16 121/10 121/18
122/20 126/25 129/1 129/6
129/9 129/17 129/25 130/9
130/23 131/11 131/14 131/17
131/20 131/24 132/1 132/18
132/21 132/23 133/4 133/17
134/2 134/3 134/4 134/8
134/9 134/13 135/9 135/20
137/21 137/22 138/4 139/15
139/21 141/10 142/18 142/22
142/23 142/25 143/1 143/5
143/10 143/14 143/17 144/22
144/25 145/11 145/20 145/24
146/1 146/2 146/4 146/9
146/10 146/14
just [89] 7/15 10/5 11/25 16/8
16/11 21/20 26/24 28/3 28/7
28/7 33/15 34/8 34/9 39/6
39/10 39/16 43/9 47/4 47/6
54/6 56/5 56/17 58/4 59/16
60/7 60/11 60/12 63/21 64/16
65/8 66/17 69/12 69/13 69/20
70/10 70/14 70/17 71/18 73/3
75/8 75/17 76/5 76/3 76/22
79/13 80/3 80/7 80/24 83/13
85/7 86/2 87/9 87/11 87/18
89/19 91/14 92/12 92/24 94/4
95/4 95/12 97/7 98/9 99/20
100/23 104/2 106/4 106/4
107/3 107/25 108/22 109/13
111/5 113/1 113/25 126/17
126/23 127/18 132/11 133/1
136/13 137/9 139/11 140/10
141/7 141/20 141/22 142/3
146/1
justice [2] 145/6 145/8
justices [1] 145/9
justifiable [2] 19/22 23/2
justify [1] 23/23
justly [1] 145/11
Juxtapose [1] 91/2
juxtaposition [1] 89/17

K

K-A-R-S-H [1] 5/6
KARSH [25] 2/4 2/9 4/19 4/23
5/5 5/11 8/11 9/8 9/22 10/23
11/3 11/19 14/17 14/23 16/17
16/23 16/23 38/7 38/25 40/25
41/2 41/7 41/8 41/17 42/19
keep [6] 72/7 85/7 98/2 109/1
120/24 135/12
kept [1] 98/16
kill [4] 22/5 90/21 95/10 108/7
kilograms [1] 115/7
kind [14] 11/23 46/14 48/14
67/20 76/19 78/18 83/12
88/23 98/9 98/11 100/25
102/21 123/2 123/6
kinds [4] 67/18 112/14 112/15
116/7
knew [38] 20/14 22/15 25/25
28/14 35/6 35/23 55/10 55/24
56/7 57/15 58/4 58/25 59/7
56/10 56/11 66/1 66/6 85/10
85/17 85/22 87/6 87/22 92/10
97/22 99/19 100/17 103/21

161

**K**

knew... **[11]** 105/1 105/12 111/8 111/9 112/12 113/7 113/7 113/16 123/15 126/9 126/10

know **[116]** 6/17 6/20 7/19 14/8 17/24 18/8 18/10 20/10 21/6 21/10 21/12 26/22 27/2 28/9 28/10 30/11 33/2 33/15 33/19 35/1 35/14 35/15 36/19 37/20 41/19 58/12 58/13 65/18 65/21 67/14 67/15 67/19 67/23 69/4 70/16 70/19 70/21 70/23 71/13 72/19 72/20 72/23 73/2 73/4 73/17 74/12 75/8 75/21 75/22 81/8 82/1 82/3 82/9 82/12 82/16 82/20 82/23 83/1 83/1 83/7 85/2 85/23 86/7 86/10 86/12 86/12 86/14 86/19 88/17 89/6 89/11 89/20 89/21 89/23 89/24 92/17 93/22 94/15 94/24 96/2 96/7 96/17 96/20 98/25 99/4 99/7 99/21 101/10 101/15 101/16 101/16 101/17 101/17 102/7 102/8 103/8 104/4 105/18 107/19 109/14 109/24 111/8 111/24 112/15 112/16 115/1 115/4 117/3 117/5 121/25 124/1 132/9 133/4 133/22 141/6 145/19

knowing **[3]** 52/14 123/17 128/3

knowingly **[8]** 51/22 53/9 57/13 58/3 97/20 117/9 124/12 128/11

knowledge **[15]** 17/1 17/4 25/16 26/12 26/15 27/7 35/22 58/23 102/5 103/23 103/24 104/14 119/15 121/9 127/25

known **[2]** 5/15 12/14

knows **[38]** 29/20 31/10 31/16 32/5 32/20 33/7 33/10 33/13 70/7 70/8 70/8 70/9 70/20 71/2 71/2 71/14 77/7 77/19 77/19 77/22 77/23 78/1 78/15 79/2 79/6 80/2 80/2 80/7 80/21 81/6 86/15 87/8 87/9 87/12 87/13 106/2 113/5 115/17

**L**

Laakso **[1]** 132/5
label **[1]** 73/23
labels **[1]** 74/12
lacks **[2]** 25/15 102/5
ladies **[31]** 63/13 65/24 68/2 86/9 87/24 88/2 88/8 88/10 93/22 94/6 94/8 95/8 96/8 97/21 98/22 99/19 100/9 106/5 108/22 109/1 109/3 109/11 109/21 110/12 111/13 113/17 114/2 116/12 116/23 117/4 132/17

language **[11]** 30/19 33/18 55/9 55/12 56/2 56/9 56/16 58/19 59/13 60/6 60/7

lapse **[1]** 121/5
laptop **[1]** 61/21
larger **[2]** 86/9 86/10
largest **[2]** 67/5 67/9
last **[8]** 5/3 6/1 16/15 24/9 43/5 69/23 85/5 113/25

latent **[4]** 118/23 119/19 76/2 76/24 129/8

Lauderdale **[4]** 1/4 1/22 146/22 148/10

law **[16]** 5/14 44/19 58/20 93/24 94/7 117/14 117/25 118/1 118/3 118/6 118/6 119/18 127/8 127/17 128/18 128/19

laws **[1]** 107/9
lawyer **[4]** 48/19 53/14 69/12 79/15

lawyers **[12]** 19/4 44/12 44/18 62/23 62/24 63/1 119/6 119/8 126/14 134/16 140/6 145/2

layer **[1]** 83/4

lead **[2]** 72/13 119/11
leap **[2]** 100/9 105/5

least **[6]** 68/10 75/19 123/22 139/15 139/25 141/12

leave **[6]** 12/11 134/3 134/9 141/25 146/1 146/2

left **[2]** 71/23 114/3

legal **[13]** 19/3 44/12 44/14 47/20 74/1 74/12 74/13 74/14 74/15 93/4 93/16 112/19 133/4

legit **[1]** 112/19

legitimacy **[2]** 73/10 74/16

legitimate **[19]** 25/11 31/15 31/24 66/3 68/24 71/6 71/10 71/11 72/1 72/11 72/12 72/18 84/17 84/23 98/17 106/17 112/20 114/5 114/18

legs **[1]** 97/11
lemonade **[1]** 95/1
length **[1]** 75/5
less **[1]** 78/4

let **[25]** 3/3 28/9 28/10 36/3 36/9 38/5 38/21 40/16 47/4 52/22 53/17 54/6 60/6 60/12 62/4 64/1 69/8 70/10 71/12 126/13 140/3 141/5 141/7 142/16 144/22

let's **[24]** 12/24 13/13 36/6 38/15 53/23 70/10 70/13 75/15 75/23 78/2 78/9 89/19 98/21 99/16 99/17 103/5 107/3 113/13 134/21 134/22 134/25 141/10 142/13 147/7

letters **[1]** 18/5
level **[1]** 103/2
liability **[1]** 10/1
liberty **[1]** 145/13
license **[3]** 26/5 29/3 105/12
lie **[1]** 113/16
lies **[1]** 113/23
life **[1]** 145/13
light **[7]** 30/15 30/16 33/3 33/4 35/25 88/3 93/21

like **[46]** 19/5 19/14 20/20 24/3 33/1 44/16 60/21 64/16 66/9 66/12 68/21 69/4 71/7 71/13 71/17 75/7 75/17 75/23 76/6 78/8 79/1 79/12 79/12 79/13 80/3 81/13 81/14 81/14 87/9 87/11 88/23 90/10 93/8 93/9 93/17 93/25 94/23 94/24 94/24 100/25 101/15 104/11 104/11 104/18 115/16 126/8 147/3

likely **[4]** 33/19 70/3 75/25 126/7

Lilly **[3]** 31/24 67/9 69/1
limited **[2]** 10/1 122/6

line **[24]** 43/10 66/21 66/23 68/4 68/6 79/20 81/17 81/20 91/15 92/24 93/2 93/3 93/19 94/4 94/23 95/5 110/19 113/25 130/11 130/12 130/13 130/14 130/15 130/16

line 10 **[1]** 68/6
lines **[3]** 130/19 130/20 130/22

link **[1]** 90/1
Lisa **[1]** 143/21
list **[2]** 7/25 43/5
listed **[7]** 9/17 9/20 10/2 10/8 16/12 16/13 17/19
listen **[14]** 22/12 22/13 28/10 61/21 73/5 80/24 81/22 91/7 93/13 95/9 97/8 115/1 132/25 132/25
listening **[2]** 98/7 107/17
literally **[1]** 26/6
little **[9]** 54/6 63/21 66/24 68/3 78/4 99/11 102/15 116/5 137/10
lives **[2]** 101/16 112/22
living **[1]** 5/13
LLC **[13]** 7/20 9/19 10/4 11/7 12/4 12/11 12/21 13/2 13/10 13/18 14/11 15/2 15/21
load **[1]** 68/23
loads **[1]** 69/1
loan **[3]** 8/1 17/23 18/11
location **[1]** 28/17
lock **[1]** 141/8
logic **[1]** 107/4
logically **[1]** 100/11
logo **[1]** 82/22
logos **[1]** 26/13
long **[7]** 5/24 38/3 58/10 58/21 91/23 105/19 113/25
longer **[2]** 38/10 46/18
look **[62]** 21/4 24/4 30/17 31/3 31/7 31/25 34/4 46/12 67/16 68/3 68/5 69/11 71/7 71/10 72/12 74/24 75/15 75/16 75/23 76/4 76/13 76/15 76/21 76/23 77/8 78/6 79/15 81/4 81/15 81/16 82/4 82/6 82/20 83/22 83/25 86/15 86/16 86/16 87/25 88/21 89/6 89/10 89/14 90/3 92/24 96/12 97/24 98/6 100/19 102/15 104/5 105/7 105/12 105/20 106/6 106/15 110/17 110/19 113/1 116/2 117/11 135/1
looked **[4]** 24/15 24/15 102/25 104/11
looking **[7]** 9/8 11/25 12/9 83/1 83/2 88/19 115/5
looks **[2]** 76/5 101/15
lost **[4]** 71/24 97/1 97/13 108/19
lot **[12]** 72/9 72/14 77/25 80/23 80/25 86/1 88/15 92/1 94/20 95/23 141/22 141/23
loud **[1]** 143/18
low **[2]** 32/19 32/20
luck **[1]** 145/25
ludicrous **[1]** 108/8
lunch **[3]** 44/14 44/15 45/1
luncheon **[1]** 44/22
lying **[1]** 107/14
Lyndhurst **[1]** 1/19

**M**

machine **[1]** 90/12

machines **[1]** 16/1
made **[52]** 7/18 13/19 14/13 20/25 21/5 21/8 22/4 22/14 22/21 26/12 26/19 27/17 28/14 29/9 32/3 32/4 35/5 45/5 46/23 51/22 53/9 67/22 70/14 77/5 77/10 77/10 77/13 77/15 77/17 77/18 86/19 87/21 90/11 94/10 96/5 101/22 106/25 107/1 107/2 107/4 111/10 111/11 111/11 111/11 113/2 115/19 115/24 121/4 121/17 121/20 121/24 123/6
Madison **[4]** 5/15 5/19 5/21 6/5
mail **[1]** 79/22
maintain **[1]** 88/12
major **[1]** 48/5
make **[60]** 20/23 22/9 22/17 24/1 24/18 26/16 27/9 28/5 28/6 32/25 33/2 33/11 34/5 34/8 45/15 50/15 50/16 50/19 60/7 60/11 61/15 66/25 67/1 72/5 72/14 73/25 74/1 74/1 74/2 74/10 74/11 74/12 74/13 74/14 74/17 77/14 83/7 88/25 90/9 91/8 93/4 93/4 93/5 97/21 99/15 100/8 103/14 104/25 105/4 108/12 112/17 113/22 115/20 117/21 119/10 119/12 132/12 141/12 145/25 147/10
makes **[17]** 29/20 32/5 66/6 70/18 70/23 72/20 72/23 73/2 73/4 77/6 77/25 86/5 86/20 88/3 96/11 119/18 122/24
making **[16]** 19/13 26/6 29/12 52/14 63/22 64/22 67/19 67/19 85/7 93/14 93/15 93/15 119/24 121/22 123/7 124/17
male **[1]** 45/24
man **[6]** 4/11 4/12 22/25 90/21 90/22 108/7
Manhattan **[6]** 71/19 81/11 81/23 82/2 82/14 83/4
manner **[2]** 76/20 126/6
manufactured **[12]** 22/16 28/21 67/4 67/6 67/7 67/7 67/9 67/11 67/11 113/3 117/7 125/12
manufacturer **[3]** 68/24 70/15 70/17
manufacturers **[1]** 31/24
manufactures **[8]** 28/7 29/17 31/17 31/20 67/2 67/14 89/2 102/4
manufacturing **[2]** 31/22 70/8
many **[8]** 28/12 58/17 84/4 93/13 111/6
Marc **[1]** 1/12
March **[4]** 43/8 46/2 46/6 116/3
March 25 **[2]** 46/2 46/6
March 6 **[1]** 43/8
marijuana **[7]** 20/21 20/22 26/2 26/2 104/9 104/11 104/11
mark **[31]** 46/9 55/10 55/14 55/14 55/20 55/22 55/24 56/7 57/13 57/23 57/25 57/25 58/1 58/3 88/19 124/13 125/9 125/10 125/14 125/15 125/16 125/17 125/18 125/19 125/22

**M**

**mark... [6]** 125/25 126/1 126/2 126/4 126/6 126/11
**marked [5]** 8/7 10/18 14/18 40/3 140/12
**marker [2]** 25/19 28/24
**market [4]** 33/14 81/7 87/8 97/16
**marketability [1]** 73/8
**Marlboro [2]** 93/20 93/20
**marshal [3]** 131/4 133/13 133/13
**Martinez [4]** 41/23 42/20 46/3 46/7
**matter [14]** 19/6 21/17 26/19 44/23 51/6 56/5 81/4 97/3 121/9 129/7 145/2 145/24 146/20 148/5
**matters [4]** 19/4 44/12 44/14 121/12
**may [52]** 3/15 3/23 5/7 6/25 7/1 8/8 9/4 10/19 10/20 11/17 13/13 13/20 14/13 14/20 15/10 15/12 15/14 15/20 15/20 16/5 16/8 18/22 22/12 22/14 22/20 23/21 39/25 41/11 41/14 42/17 43/25 52/3 63/11 79/11 82/9 82/19 100/5 103/7 118/2 119/10 119/19 119/24 121/6 121/24 122/2 122/6 122/10 123/17 127/6 127/9 128/22 134/11
**May 1 [1]** 15/20
**May 14 [2]** 13/13 16/5
**May 15 [1]** 14/13
**May 30 [2]** 15/20 22/14
**May 7 [2]** 23/21
**May 7th [1]** 100/5
**maybe [5]** 32/25 35/4 68/1 75/21 75/22
**me [59]** 13/22 19/14 20/12 22/19 27/17 28/10 36/3 36/23 37/1 37/11 37/17 38/5 40/16 45/13 47/4 49/22 52/22 53/17 54/6 56/5 60/12 64/1 66/6 66/17 69/18 69/18 69/20 70/10 71/12 73/17 73/23 77/10 77/11 85/9 85/16 86/19 91/18 92/1 95/24 96/14 99/6 100/20 103/14 105/20 107/1 107/1 107/2 107/4 107/15 108/19 111/5 111/11 115/9 126/13 131/2 131/9 140/3 141/5 141/7
**mean [23]** 30/24 58/8 58/16 59/4 60/23 63/21 64/5 74/19 80/24 82/3 85/25 90/23 102/6 107/4 107/5 107/5 110/6 115/2 119/21 120/25 121/13 133/17 139/15
**meaning [1]** 72/12
**means [29]** 28/25 32/5 44/25 57/23 64/5 64/6 64/10 69/13 70/3 70/4 70/4 76/6 92/21 94/12 96/2 100/4 100/13 103/13 107/1 108/2 109/14 109/24 110/15 115/22 124/14 124/19 125/8 128/12 128/16
**meant [9]** 24/2 30/22 62/25 78/8 78/9 98/17 98/17 101/23 110/2
**Medford [1]** 101/18
**medications [1]** 48/13

**medicine [1]** 21/6
**meet [4]** 35/20 69/9 78/22 83/16
**meeting [6]** 23/10 66/10 90/7 91/22 91/24 92/23
**meets [1]** 34/11
**member [4]** 30/3 30/5 123/3 123/4
**members [20]** 3/13 3/14 18/25 39/24 40/14 44/7 62/19 62/20 62/21 117/13 123/5 129/1 129/16 130/1 142/25 143/1 143/5 143/14 143/17 144/25
**memory [2]** 120/11 121/5
**men [2]** 112/10 145/16
**Mendible [1]** 143/23
**mental [2]** 48/7 48/11
**menthol [1]** 112/18
**mention [1]** 111/1
**mentioned [3]** 7/15 80/7 106/25
**mentions [1]** 72/8
**mere [2]** 20/21 127/24
**merely [4]** 121/12 123/24 128/3 129/21
**message [4]** 94/18 131/3 131/8 133/15
**messed [1]** 100/21
**met [4]** 34/25 64/21 83/17 85/10
**meter [7]** 24/11 24/13 24/14 24/19 102/24 102/25 103/1
**methods [1]** 44/25
**Miami [1]** 1/16
**microphone [1]** 5/2
**might [15]** 6/22 25/21 27/13 28/2 82/20 92/3 102/23 103/20 121/9 130/18 130/22 131/9 133/8 133/20 133/24
**Mike's [1]** 95/1
**million [1]** 89/25
**mind [7]** 25/16 43/18 73/16 120/24 122/12 129/19 142/5
**minor [1]** 123/20
**minute [1]** 55/2
**minutes [6]** 60/14 60/15 60/17 60/18 60/19 60/20
**misconstrued [1]** 100/18
**miserably [1]** 28/23
**missing [1]** 59/18
**misstatement [1]** 121/4
**mistake [7]** 20/12 105/17 105/21 105/23 120/25 126/7 128/13
**mistakenly [1]** 32/21
**mitigation [2]** 4/10 124/23
**model [1]** 58/18
**moment [2]** 10/5 16/8
**Monday [1]** 88/10
**money [40]** 31/5 34/20 45/15 68/15 72/5 72/9 72/14 74/17 75/5 76/7 76/17 76/19 76/20 77/3 80/9 80/11 80/12 80/14 83/12 91/8 91/23 92/2 92/10 92/25 95/5 95/10 95/11 96/9 96/11 96/14 96/16 97/13 98/4 98/9 98/10 99/20 108/14 108/15 108/17 115/8
**Mont [1]** 48/2
**Montgomery [1]** 144/12
**month [5]** 35/10 35/18 76/24 85/23 86/1
**monthly [4]** 15/1 15/19 98/10

**months [1]** 76/2
**more [19]** 27/4 33/18 33/19 34/7 54/10 54/12 64/11 64/16 80/8 85/3 96/25 107/22 108/14 108/15 117/5 123/1 123/12 132/10 145/19
**morning [11]** 3/3 3/14 5/11 5/12 16/23 16/24 24/5 24/16 37/12 102/17 103/1
**Morse [1]** 144/10
**most [6]** 30/15 33/4 75/24 76/19 80/12 118/23
**motion [9]** 19/14 26/6 36/15 45/5 46/25 47/1
**motions [1]** 19/12
**mountain [1]** 113/6
**mouth [2]** 110/5 116/13
**move [4]** 15/6 45/14 141/20 141/23
**moves [5]** 3/16 8/21 11/9 42/9 88/20
**MR [9]** 2/5 2/6 2/10 14/17 43/16 46/18 72/17 75/23 105/9
**Mr. [268]** 3/4 3/5 4/15 5/1 8/11 9/8 9/22 10/23 11/3 11/19 14/23 16/17 16/23 20/7 20/8 20/9 20/11 20/16 20/17 20/20 21/3 21/11 21/11 21/14 21/14 21/22 22/4 22/5 22/10 22/13 22/23 23/17 23/22 25/8 25/10 25/11 25/13 25/22 26/4 26/15 26/18 26/20 27/1 27/3 27/7 27/12 27/15 27/22 28/20 29/3 29/9 29/12 29/19 29/22 34/4 34/5 34/9 34/17 35/7 35/11 36/11 38/23 41/22 42/20 43/13 45/13 45/20 46/2 46/8 46/18 47/4 47/6 47/7 51/11 52/11 53/10 62/6 63/7 63/16 65/1 65/2 65/3 66/11 66/16 67/16 67/21 68/7 68/9 68/19 69/20 70/13 73/13 73/19 73/22 73/23 75/9 75/13 75/19 76/14 76/14 76/17 77/15 78/4 78/4 78/11 79/20 80/21 82/17 83/3 85/13 86/18 88/8 89/17 90/10 95/22 96/1 96/5 98/16 101/23 104/3 104/18 104/19 105/1 105/10 105/12 106/17 116/24 134/19 142/18 143/4 146/6 146/19 146/23 146/25 147/1 147/4

**Mr. Ambrosio [42]** 3/4 4/15 29/9 29/12 30/10 30/16 31/13 32/24 37/11 37/17 38/23 39/2 47/13 48/19 49/16 49/19 49/25 50/3 50/15 50/23 51/1 51/4 52/4 57/20 62/5 67/25 70/12 79/11 81/8 82/1 88/6 109/11 110/3 111/3 111/22 114/17 114/24 139/24 140/6 142/17 147/4 147/10
**Mr. Ambrosio's [2]** 37/8 79/14
**Mr. Anderson [1]** 108/24
**Mr. Andrew [1]** 53/2
**Mr. Beuschel [114]** 3/5 20/9 20/11 20/16 20/20 21/3 21/11 21/14 22/5 22/10 22/13 22/23 23/17 23/22 25/8 25/10 25/11 25/13 25/22 26/4 26/15 26/20 27/1 27/7 27/12 27/15 27/22 29/3 29/19 30/5 30/7 31/7 34/4 34/5 34/9 34/17 35/7 35/11 36/11 38/23 41/22 42/20 43/13 45/13 45/20 46/2 46/8 46/18 47/4 47/6 47/7 51/11 52/11 53/10 62/6 63/7 63/16 65/1 65/2 65/3 66/11 66/16 67/16 67/21 68/7 68/9 68/19 69/20 70/13 73/13 73/19 73/22 73/23 75/9 75/13 75/19 76/14 76/14 76/17 77/15 78/4 78/4 78/11 79/20 80/21 82/17 83/3 85/13 86/18 88/8 89/17 90/10 95/22 96/1 96/5 98/16 101/23 104/3 104/18 104/19 105/1 105/10 105/12 106/17 116/24 134/19 142/18 143/4 146/6 146/19 146/23 146/25 147/1 147/4
**Mr. Beuschel's [16]** 26/18 28/4 28/20 40/3 43/18 52/18 52/23 53/8 53/15 64/25 65/5 69/11 76/19 83/9 89/14 103/24
**Mr. Bryant [1]** 96/24
**Mr. DeBartolo [2]** 27/3 116/20
**Mr. Fiore [42]** 20/7 20/8 20/17 21/11 21/14 21/22 22/4 29/16 30/4 30/25 32/2 34/1 34/5 34/14 34/17 35/8 45/12 64/23 64/25 65/13 69/19 69/24 75/12 75/13 82/17 83/21 83/22 83/25 84/1 84/4 84/5 84/7 84/8 84/13 85/10 85/16 90/10 90/11 92/6 101/23 102/1 105/8
**Mr. Fiore's [9]** 34/1 34/9 64/24 80/17 80/18 83/21 84/4 84/5 90/7
**Mr. Graubard [1]** 74/5
**Mr. Karsh [16]** 5/11 8/11 9/8 9/22 10/23 11/3 11/19 14/23 16/17 16/23 38/7 38/25 40/25 41/8 41/17 42/19
**Mr. Laakso [1]** 132/5
**Mr. Osborne [10]** 36/21 37/3 57/9 57/11 58/16 88/8 92/5

**M**

Mr. Osborne... [3] 97/24 105/6 116/13
Mr. Osborne's [1] 88/15
Mr. Veltre [9] 34/25 35/1 35/6 35/9 35/11 85/5 85/22 85/22 85/24
Ms [5] 78/21 110/20 110/24 115/12 115/13
Ms. [1] 132/5
Ms. Persaud [1] 132/5
much [25] 13/3 22/17 38/16 60/12 60/16 60/20 64/4 64/24 67/24 72/5 73/15 74/17 82/20 84/2 88/4 88/7 102/20 102/22 109/7 117/12 121/21 132/7 132/14 145/23 147/16
must [23] 24/2 44/19 50/19 54/9 59/6 107/8 117/14 117/21 117/23 117/25 118/1 118/12 119/3 119/20 119/21 121/14 122/4 126/8 128/2 129/10 129/11 129/15 134/2
my [107] 5/5 5/16 6/12 17/3 19/25 20/12 25/16 33/24 34/12 36/22 36/25 37/2 37/5 37/19 38/8 39/6 41/7 45/10 45/17 46/10 46/15 46/21 55/4 55/8 56/4 57/17 58/25 69/17 70/1 76/6 83/16 88/11 89/9 90/5 90/6 90/11 90/13 90/19 91/3 91/5 91/6 91/22 91/25 92/25 93/23 94/9 95/5 95/6 95/11 95/11 95/12 95/14 95/19 95/21 96/9 96/15 96/20 96/22 96/25 97/3 97/11 97/11 97/22 98/1 98/2 98/10 98/11 98/11 99/5 99/14 99/19 99/20 99/23 100/6 100/21 101/6 101/8 101/11 102/3 102/23 103/10 105/11 105/21 105/21 105/22 106/2 106/9 107/12 107/15 107/25 108/5 108/6 108/9 108/12 108/19 108/24 109/5 112/12 117/13 118/1 131/4 132/12 133/14 134/7 141/20 141/21 143/3
myself [2] 4/13 35/20
mysteriously [1] 101/14

**N**

name [26] 5/3 5/4 5/5 7/13 9/17 10/14 28/16 29/17 37/2 41/5 41/7 41/23 47/21 73/24 80/10 80/10 80/18 80/18 80/20 87/5 89/4 105/15 112/17 114/5 114/11 125/10 named [4] 6/9 86/19 101/15 113/20
namely [1] 67/21
names [3] 29/25 69/9 123/18
nation [1] 107/9
natural [2] 27/23 45/24
naturally [2] 121/2 133/12
nature [4] 27/7 53/3 78/18 90/1
near [2] 66/12 128/10
nebulous [1] 28/21
necessarily [2] 16/16 120/25
necessary [4] 117/19 118/14 122/13 127/21
need [25] 27/17 28/7 28/8 34/7 49/22 60/11 67/2 74/25

91/14 96/2 110/25 111/6 115/8 121/4 132/10 139/15 141/20 145/17 145/18 145/21 135/1
neighborhood [1] 145/16
neither [3] 72/17 105/3 105/3
Neptune [3] 114/2 114/13 114/15
nestor [5] 1/21 1/23 148/8 148/8 148/10
never [22] 34/15 64/21 70/21 70/22 72/24 73/16 84/14 84/24 85/10 87/2 104/6 108/15 110/5 112/3 113/15 115/15 129/6 129/12 133/7 133/16 133/19 133/25
new [18] 1/19 8/14 9/10 9/15 10/7 20/9 35/2 36/24 60/8 60/11 61/3 81/6 97/2 97/2 101/18 109/17 114/2 114/13
Newport [2] 68/24 97/25
Newports [2] 68/12 68/21
news [1] 46/12
next [11] 3/15 4/17 18/23 30/9 44/2 73/22 79/10 97/5 100/8 104/25 105/5
nice [2] 45/13 73/18
night [10] 24/7 24/9 102/15 102/19 102/24 103/3 132/9 142/9 145/19 145/22
no [107] 1/2 3/22 8/23 10/10 10/16 11/11 15/9 16/17 17/1 18/13 18/17 20/5 21/13 23/3 23/23 24/21 25/12 25/17 25/21 26/14 26/17 27/11 27/19 28/11 28/16 28/17 28/17 28/18 28/19 39/17 40/1 40/8 42/12 43/24 44/3 46/18 48/4 48/9 48/12 48/15 51/20 52/16 52/20 52/25 54/1 54/4 54/21 54/22 56/10 56/23 57/1 60/2 60/5 61/24 62/9 62/11 65/11 65/12 66/6 68/1 70/11 70/13 74/25 78/12 79/4 81/6 82/5 82/24 96/19 97/21 99/9 99/17 100/14 100/15 102/4 103/16 103/17 103/18 103/19 103/24 103/25 104/17 104/18 105/25 107/17 108/17 109/4 112/7 112/12 116/25 116/25 117/1 119/18 122/16 122/18 131/19 131/22 131/25 132/3 132/21 134/18 141/3 141/8 146/25 147/13 147/15 147/17
No. [6] 56/17 114/9 116/4 135/5 143/8 146/12
No. 1 [1] 135/5
No. 15-60029-CR-Zloch [1] 143/8
No. 1560029-CR-Zloch [1] 146/12
No. 30 [1] 114/9
No. 36 [1] 116/4
No. 6 [1] 56/17
nobody [4] 35/17 79/25 85/25 88/19
Nobody's [1] 72/7
nondrug [1] 136/15
None [1] 83/24
normal [2] 79/24 80/12
North [1] 1/16
not [218] 10/10 10/16 16/16

17/13 17/25 18/4 18/25 21/23 22/2 23/9 24/23 24/25 25/2 27/9 27/24 28/13 29/2 29/2 30/15 31/5 31/23 32/5 33/20 33/25 34/8 34/24 37/2 37/10 37/17 37/17 39/2 44/22 44/23 45/21 46/13 47/5 47/8 47/8 47/10 47/10 49/9 50/10 50/13 50/19 51/2 51/14 51/15 51/19 51/21 52/16 53/8 53/12 54/7 54/11 54/18 55/9 55/24 56/6 58/10 58/21 59/10 59/17 61/13 61/16 61/22 62/24 63/19 64/3 65/21 65/22 66/3 67/6 67/10 67/11 67/24 69/4 71/1 71/8 71/23 72/15 72/16 72/17 75/9 76/17 78/5 78/14 79/1 79/12 79/14 80/10 80/11 81/8 81/13 82/3 82/4 82/9 82/13 83/19 84/23 86/11 86/21 87/11 87/21 88/11 88/12 88/16 89/21 89/25 90/16 90/17 91/9 92/8 92/15 92/22 93/18 94/2 94/7 94/8 94/10 94/13 94/13 94/17 94/17 94/19 94/20 96/24 98/14 100/9 100/11 100/20 101/1 101/5 104/8 105/2 106/3 107/4 107/8 107/11 107/25 108/5 108/7 108/22 109/3 109/5 109/6 110/11 110/11 111/2 111/22 111/24 112/20 113/4 114/19 115/10 116/10 117/8 117/23 118/1 118/12 118/14 119/2 119/6 119/8 119/12 119/21 120/2 120/3 120/7 120/25 121/1 121/13 122/4 123/5 123/8 123/25 124/1 124/3 126/10 127/25 128/3 128/7 128/13 128/23 128/24 129/3 129/10 129/18 129/20 130/12 130/14 130/19 130/19 131/9 132/8 132/9 132/20 132/22 133/21 134/3 134/9 134/9 135/2 136/10 136/24 137/22 139/12 139/21 141/6 141/10 141/15 142/6 145/14 145/17
note [7] 61/18 128/5 131/4 133/1 133/10 133/12 142/19
nothing [8] 79/12 97/17 103/19 105/2 105/4 108/24 108/25 109/2
notice [2] 60/16 147/3
now [53] 10/17 13/25 22/12 23/5 25/19 31/21 35/12 45/9 46/4 48/16 49/15 50/22 51/8 53/2 55/17 62/23 63/4 63/13 65/8 67/4 71/4 73/13 73/22 74/4 77/4 80/5 80/23 85/18 90/3 90/19 90/24 93/10 94/25 103/5 106/24 107/3 109/20 112/5 113/6 115/18 116/23 117/13 119/20 130/4 131/11 132/17 133/4 133/6 134/2 134/11 135/1 145/17 145/21

numerous [1] 95/14
Nunez [1] 144/14
Nutrition [3] 73/11 74/4 74/5
nutritional [1] 43/1

**O**

oath [4] 4/24 41/3 41/9 47/18
oaths [1] 64/14
OBI [1] 17/23
object [37] 37/10 37/23 39/2 57/21
objection [24] 3/21 8/22 8/23 11/10 15/8 15/9 17/15 37/15 39/17 40/7 42/11 42/12 43/17 54/2 54/20 54/21 54/22 55/1 55/4 56/9 59/25 134/18 141/2 146/25
objections [10] 53/24 54/24 56/21 57/2 59/15 60/1 62/8 131/11 131/17 131/23
objects [1] 59/22
obligation [1] 99/22
obligations [1] 145/5
obscure [1] 30/18
observations [1] 52/10
observe [1] 120/13
obtain [1] 7/13
obtained [8] 6/17 6/18 7/11 8/18 11/1 38/1 42/2 42/3
obviously [6] 30/4 32/11 37/9 61/13 64/24 66/13
occasion [1] 123/22
occasions [2] 122/3 122/11
odd [1] 110/1
off [5] 84/13 88/19 88/20 98/11 99/13
offense [6] 89/22 128/6 128/8 128/9 128/20 128/24
offenses [4] 128/23 129/5 146/16 146/17
offer [1] 39/16
offering [1] 69/15
offers [2] 95/14 121/16
office [22] 1/12 1/15 5/17 6/3 33/24 55/11 55/23 56/8 83/16 91/4 91/5 91/7 91/25 99/6 125/20 126/12 137/12 138/20 138/23 139/1 139/4 146/18
official [4] 1/21 4/9 124/20 148/9
oh [18] 18/6 24/2 24/11 24/12 26/24 55/19 70/23 71/21 94/14 97/15 97/24 98/1 99/3 99/12 101/8 102/7 107/14 108/11
okay [21] 17/10 17/23 39/10 39/19 39/20 43/9 43/13 49/23 55/2 55/19 59/3 75/20 81/5 82/9 82/22 89/25 103/5 136/17 137/11 139/11 142/3
old [1] 47/24
once [8] 28/8 28/11 75/10 85/14 86/3 87/18 94/5 133/6
one [98] 7/9 7/10 7/12 8/15 8/18 9/12 11/7 11/20 13/11 15/2 21/21 23/22 28/16 29/19 30/10 30/17 30/22 31/14 32/23 32/25 34/6 35/13 40/18 43/6 43/7 45/10 55/1 55/15 55/21 59/8 60/11 60/14 61/5 64/20 64/23 65/1 67/5 67/9 68/10 72/8 75/15 75/19 76/7 76/9 76/13 76/16 76/16 77/9

numerical [4] 131/10 133/16

Nowhere [1] 96/4
number [11] 24/16 28/16 80/5 114/7 119/25 130/7 132/8 132/11 141/13 145/17 145/21
numbered [1] 54/7
numbers [1] 12/4

Case 0:15-cr-60029-UU   Document 92   Entered on FLSD Docket 09/26/2016   Page 164 of 174

**O**
one... [50] 80/19 81/2 81/8 82/6 84/7 84/8 84/23 85/6 85/10 89/10 90/14 91/6 92/3 94/13 95/16 99/16 100/12 100/14 103/2 103/3 104/2 105/7 106/7 108/7 115/20 116/10 119/14 120/5 121/20 123/22 124/3 124/20 125/15 126/17 128/23 129/13 130/1 130/10 136/3 136/8 136/23 137/9 138/11 139/25 140/18 141/19 143/11 145/3 145/8 145/12
one's [2] 127/9 145/11
ones [3] 37/16 84/21 136/23
only [37] 20/1 20/2 32/21 36/17 37/19 46/20 47/9 50/17 59/9 61/12 61/12 65/9 65/16 74/11 74/11 75/4 75/9 84/20 86/24 88/3 100/9 109/12 117/21 118/15 119/3 121/8 122/22 123/10 123/20 124/5 124/7 126/19 127/1 127/5 129/4 129/15 129/23
open [9] 10/2 10/11 24/5 24/7 104/2 104/3 127/3 140/3 140/5
opened [10] 9/13 20/15 20/21 21/3 25/16 25/22 103/22 103/25 104/6 107/12
opening [9] 9/20 10/15 63/5 63/6 65/17 67/25 70/12 89/9 92/5
opens [3] 8/15 9/12 26/7
operate [2] 115/4 115/10
operated [1] 12/18
opinion [4] 121/12 121/13 121/14 129/19
opportunities [1] 94/24
opportunity [4] 63/1 100/18 108/23 120/12
opposite [1] 59/20
orally [1] 131/7
orange [7] 32/2 66/17 66/19 66/19 75/25 76/2 110/16
oranges [2] 34/21 115/15
order [15] 16/12 16/13 16/16 16/16 65/14 68/25 92/6 98/4 111/10 111/11 135/2 135/3 135/14 147/2 147/5
orders [1] 77/14
ordinarily [1] 127/8
ordinary [1] 75/2
original [4] 9/2 9/3 11/15 11/16
originally [4] 56/4 57/19 80/15 91/9
originated [1] 13/18
originator [2] 12/7 12/14
Osborne [11] 1/12 36/21 37/3 57/9 57/11 58/16 88/8 92/5 97/24 105/6 116/13
Osborne's [1] 88/15
OTC [2] 74/1 93/5
other [60] 4/11 10/8 10/9 17/21 22/3 27/11 32/24 33/5 35/13 37/4 41/24 42/3 42/23 44/23 44/25 50/15 55/20 56/21 57/22 59/15 60/1 64/22 65/6 65/10 72/7 77/25 94/24 95/13 103/14 104/24 107/18 108/24 109/4 110/21 113/6

121/2 121/14 122/3 122/6 122/8 122/11 123/2 123/4 123/19 124/24 124/25 125/2 127/14 127/18 128/24 129/10 129/16 130/2 132/24 137/22 141/6
others [4] 54/10 125/13 127/21 129/21
otherwise [4] 124/14 132/23 134/8 142/9
our [6] 38/13 40/19 100/23 107/9 107/25 145/12
out [61] 9/14 19/4 24/4 24/9 24/15 24/15 26/22 26/24 35/17 36/21 36/25 44/12 47/2 53/18 58/4 61/18 67/19 70/10 80/11 84/21 85/14 86/3 88/20 91/10 91/11 91/19 91/21 92/14 97/5 102/15 102/19 102/24 108/17 108/18 111/17 116/13 118/2 123/9 132/12 133/1 133/11 133/11 133/12 133/15 133/19 134/1 134/5 134/6 134/7 135/6 135/8 135/12 137/13 137/21 137/22 138/19 138/20 139/13 139/20 141/21 142/1
outcome [1] 120/10
outgoing [1] 11/4
outside [6] 24/10 95/2 102/23 141/9 141/16 141/18
over [8] 9/14 74/2 91/18 93/5 98/21 115/7 129/22 134/21
over-the-counter [2] 74/2 93/5
overhead [1] 42/16
overt [1] 79/1
overview [1] 63/21
overwhelming [1] 77/22
overwhelmingly [1] 65/25
owe [4] 91/13 91/21 95/5 98/9
owed [5] 91/23 92/1 92/10 93/23 96/9
owes [2] 95/9 95/11
own [12] 26/20 31/5 40/19 80/2 80/4 80/14 83/9 107/21 113/2 118/24 119/7 129/19
owned [1] 12/18
owner [1] 74/5
ownership [1] 117/2

**P**
p.m [10] 43/8 62/3 62/18 132/16 134/14 142/15 142/20 142/24 146/5 147/19
pack [13] 26/22 27/2 27/4 71/20 71/22 71/24 72/6 104/3 104/4 104/5 139/20 140/7 140/8
package [8] 20/9 20/12 22/9 45/13 74/21 80/18 80/20 114/17
packages [2] 104/1 104/2
packaging [3] 75/2 125/23 126/2
packet [4] 47/2 53/18 60/8 61/3
packing [1] 142/4
packs [1] 78/8
pads [1] 133/5
page [52] 2/12 2/19 8/6 9/17 9/25 9/25 10/17 11/22 12/1 12/24 12/24 13/14 13/15 13/21 13/23 13/25 14/1 14/17

17/1 32/1 55/6 60/22 66/13 68/3 69/12 69/13 69/14 69/24 71/13 71/15 73/12 73/22 73/23 76/4 76/13 76/22 79/16 79/20 81/6 81/19 81/20 83/25 90/15 92/24 93/1 93/19 94/22 95/5 95/6 95/20 97/25 130/6
page 12 [1] 91/18
page 16 [1] 97/25
page 447 [1] 76/22
pages [2] 54/7 76/3
paid [11] 54/8 54/12 60/8 85/12 85/13 93/14 94/5 94/5 106/18 111/20 141/23
Palm [1] 1/14
pamphlets [1] 105/21
Panama [1] 93/21
papers [1] 74/23
paragraph [1] 56/17
Pardon [1] 144/8
parent [1] 100/25
parenthetically [1] 27/3
parking [1] 141/22
parlance [1] 22/6
part [8] 26/15 39/12 59/8 71/8 108/6 122/22 119/25 123/20
participant [1] 128/3
participate [2] 6/8 127/23
particular [10] 9/12 9/22 28/25 37/16 58/18 69/5 120/1 120/7 133/21 133/24
particularly [1] 12/22
parties [4] 3/17 32/1 125/5 145/2
partner [1] 123/4
partnership [1] 123/2
pass [5] 47/2 53/18 61/18 131/3 143/3
past [4] 26/12 48/8 48/14 95/7
patent [10] 55/11 55/23 56/8 125/20 126/11 137/12 138/20 138/22 138/25 139/3
patio [2] 134/5 134/8
Paul [2] 5/5 41/7
pay [13] 22/19 28/11 32/15 34/19 76/5 76/6 85/15 86/3 89/25 91/18 94/2 96/17 115/9
paying [7] 85/14 89/21 91/14 96/25 98/10 142/2 142/5
payment [3] 76/12 76/12 76/25
payments [1] 7/17
peddle [1] 81/21
pejorative [1] 67/18
pencils [1] 133/5
pending [1] 147/2
pens [1] 133/5
people [27] 38/10 43/2 45/21 64/11 64/16 64/20 71/23 80/3 80/12 81/15 81/21 81/25 82/1 82/8 88/21 98/9 98/10 107/8 107/10 108/1 108/1 108/24 112/14 112/15 121/2 123/12 123/24
people's [1] 86/12
per [3] 32/7 78/5 78/7
percent [2] 38/9 116/20
perfectly [3] 67/20 77/6 78/1
period [3] 7/19 12/22 15/20
periodically [1] 133/17
permission [1] 9/3 11/14 30/6 65/2

permits [1] 37/17
permitted [1] 121/11
Persaud [1] 132/5
person [40] 9/13 10/11 21/6 22/24 22/25 24/8 24/11 27/12 28/18 28/21 29/17 29/22 29/22 29/25 30/3 33/18 35/2 35/19 46/19 65/14 65/20 65/21 67/24 69/9 73/2 76/18 78/23 106/2 111/16 121/10 123/17 124/1 125/11 127/9 127/10 127/11 127/16 127/16 127/18 145/13
personal [10] 17/1 17/4 17/5 25/15 35/10 35/18 85/23 86/1 102/5 120/9
personally [1] 127/7 127/19
persons [2] 123/1 127/11
pertaining [2] 44/24 128/21
pertains [1] 27/20
Pesci [1] 90/5
Pfizer [5] 31/23 67/4 69/1 77/12 96/18 104/15
pharmaceutical [2] 67/5 67/10
pharmaceuticals [1] 68/25
pharmacopeia [2] 4/9 124/21
phase [2] 44/11 46/11
phone [10] 28/5 28/6 66/25 67/1 115/7 132/8 132/11 141/13 145/17 145/21
phones [3] 94/19 132/13 146/1
photograph [10] 135/3 135/23 135/25 136/18 136/20 138/5 138/7 138/12 138/14 140/14
physician [3] 25/12 72/1 72/12
pick [1] 107/6
pictures [1] 82/18
pill [10] 28/12 31/8 34/19 71/19 72/25 78/5 78/10 81/23 81/25 83/6
pills [26] 43/11 43/14 45/12 46/9 48/14 72/7 72/9 78/9 84/2 84/4 85/23 86/1 95/21 96/12 99/15 99/15 109/16 109/18 110/1 111/5 111/17 112/2 116/6 116/8 116/11 116/19
Pinnock [1] 144/4
place [4] 14/12 42/3 42/6 137/14
plaintiff [4] 1/4 1/12 130/8 143/8
plan [8] 123/7 123/9 123/13 123/16 123/18 123/20 123/21 123/22
play [2] 132/22 133/2
played [2] 90/25 123/19
player [1] 87/8
players [1] 89/11
plays [1] 35/6
please [27] 3/13 4/21 4/22 5/1 5/1 5/3 7/3 11/23 36/9 38/21 39/24 41/5 47/7 47/11 47/16 47/20 53/21 62/19 87/25 115/9 131/3 142/25 143/3 143/4 143/16 146/7 146/8
plenty [1] 75/7
podium [2] 47/6 146/7
point [22] 19/3 22/8 27/18 29/19 31/14 31/15 40/15 44/11 46/21 49/19 50/4 62/21 70/10 71/4 82/5 82/8 86/2

Case 0:15-cr-60029-UU   Document 260   Entered on FLSD Docket 06/26/2015   Page 165 of 174

point... [5] 86/9 86/10 102/1
112/7 114/24
police [1] 99/1
polled [1] 144/23
portion [4] 60/17 63/6 63/6
63/9
position [2] 46/15 57/17
possessing [1] 124/17
possession [2] 34/10 91/12
possibility [1] 45/14
possible [5] 65/25 87/15
118/15 131/5 133/14
possibly [3] 85/25 87/17
89/24
potentially [2] 36/18 100/17
power [2] 107/23 107/24
practice [1] 61/7
practiced [1] 82/24
precluded [2] 58/11 58/22
prejudice [1] 117/24
prepared [1] 130/4
preposterous [1] 83/20
prescription [9] 21/2 34/16
34/22 84/14 84/20 84/25 85/1
113/15 116/19
presence [2] 20/22 127/24
present [19] 3/4 3/4 3/5 36/10
36/11 36/11 38/22 38/23
38/23 45/14 62/5 62/5 62/6
123/23 134/10 142/17 142/18
142/18 147/2
presentation [2] 19/2 44/9
presented [4] 21/18 24/12
63/2 117/22
presentence [1] 146/19
presenting [1] 39/7
presently [1] 48/10
preside [1] 130/2
pressure [1] 71/22
presume [2] 107/12 107/13
presumed [1] 118/5
presuming [1] 101/25
pretend [2] 70/16 70/17
pretty [3] 77/12 78/10 82/18
prevent [1] 50/17
prevention [1] 124/23
previous [1] 17/7
previously [5] 35/7 41/3 45/4
131/11 131/13
price [22] 31/7 31/8 32/7
32/10 32/19 32/20 33/5 34/6
46/13 72/25 76/5 78/2 78/3
78/9 78/10 84/2 84/6 109/22
110/9 110/18 110/18 113/10
prices [1] 32/12
principal [3] 55/22 125/19
145/12
printed [1] 36/21
prior [7] 5/19 5/21 46/6 75/11
85/1 131/13 131/15
private [1] 124/16
privately [1] 47/13
probably [6] 15/16 70/1 70/2
110/21 116/8 141/25
probation [1] 146/18
problem [8] 32/22 37/18
48/11 100/17 116/14 116/18
116/19 142/7
procedure [1] 63/4
proceed [6] 5/7 39/5 39/25
41/11 63/11 141/12
proceeding [2] 36/13 36/16

proceedings [2] 2/14 148/7
produce [2] 111/4 118/7
produced [1] 46/17
product [56] 7/18 27/23 28/18
29/2 30/20 31/4 31/7 31/15
33/19 33/19 34/6 42/23 43/14
45/15 45/23 45/24 46/16 67/8
67/20 67/21 68/25 69/2 70/22
72/4 73/8 77/1 78/12 78/14
79/5 80/13 86/25 87/9 87/13
87/13 95/6 96/2 96/5 96/18
96/18 96/22 96/23 97/3 99/13
102/3 104/16 104/19 105/16
105/21 106/3 106/9 106/14
106/15 106/19 106/23 113/2
115/17
production [1] 46/14
products [10] 31/19 32/13
33/15 33/16 68/23 79/23
93/11 95/14 108/17 116/10
professional [1] 91/5 114/18
114/19
proffer [2] 23/9 23/10
proffering [1] 40/2
profit [2] 69/20 83/7
projector [1] 42/16
prominent [1] 27/5
promises [1] 53/12
promoting [1] 27/23
promptly [1] 131/5
proof [9] 28/18 28/19 104/13
118/13 118/16 118/21 118/21
119/16 124/1
proper [3] 22/1 32/24 37/10
proposal [1] 56/4
propose [2] 56/2 57/19
proposed [7] 47/2 53/18 55/8
55/8 56/6 57/9 113/9
proposition [1] 112/2
prosecutor [2] 52/22 113/14
protected [1] 106/19
prove [21] 25/3 49/9 55/10
56/6 59/6 59/9 97/22 98/18
99/24 99/24 101/2 102/11
102/12 118/7 119/17 120/19
123/5 123/8 126/8 126/10
128/7
proved [7] 99/25 117/18
118/15 119/1 123/11 124/8
127/6
proven [11] 4/4 19/23 23/6
23/14 23/23 27/19 28/13
88/12 98/21 98/24 104/21
proves [1] 128/9
provide [2] 5/16 6/12
proving [2] 49/8 118/10
publish [4] 3/23 9/3 11/16
15/10
publishing [1] 9/5
puffing [1] 70/14
pull [1] 91/20
pumping [1] 111/17
punishment [2] 129/6 129/8
purchase [1] 7/18
purpose [9] 12/8 18/9 30/8
122/7 123/15 123/21 124/3
124/15 128/18
purposely [1] 128/17
purposes [3] 4/4 123/3
124/18
purses [1] 81/10 81/15
pursuant [3] 8/18 11/1 15/4
push [1] 84/12
put [22] 26/9 30/16 37/4

42/13 55/10 67/4 80/9 81/2
69/14 69/22 70/4 73/24 82/11
90/13 91/7 91/7 95/8 97/2
104/16 113/24 114/12 137/18
putting [3] 36/18 91/19 95/6

Q
quarter [3] 36/6 69/18 141/6
question [29] 17/17 22/22
23/20 25/20 26/21 30/9 30/10
32/16 32/23 46/9 47/11 52/18
52/23 61/5 65/11 65/12 66/6
67/24 96/18 99/8 101/24
129/5 131/3 131/9 133/10
133/15 133/19 134/1 143/18
questioned [1] 27/21
questioning [1] 47/12
questions [8] 16/18 18/13
43/22 47/9 50/4 68/10 120/4
120/14
quickly [1] 133/14
quite [1] 74/15
quotes [1] 110/9
quoting [2] 109/22 110/18

R
raise [2] 4/22 47/16
raised [3] 65/16 131/11
131/14
raising [1] 30/10
rather [1] 126/24
Re [1] 46/3
reach [7] 88/2 119/11 129/9
129/14 130/19 130/22 133/8
reached [4] 64/17 130/24
142/19 143/1
read [25] 7/3 21/21 23/17
34/16 35/23 43/9 43/20 48/16
57/15 63/18 63/19 68/13 76/3
86/11 86/13 93/13 96/4 97/8
100/16 101/21 108/15 122/14
130/5 133/13 145/7
reading [4] 55/16 55/17 66/21
143/5
ready [10] 3/6 3/8 39/5 62/12
62/14 110/24 111/4 111/4
115/8 142/4
real [29] 24/23 26/5 30/3 30/9
45/14 65/19 67/24 69/6 72/22
72/24 73/1 73/1 73/1 73/3
74/6 74/19 75/1 75/22 78/12
79/3 82/14 82/16 82/22 84/18
94/16 102/2 116/21 118/18
129/22
reality [3] 107/21 112/21
112/24
realize [4] 65/21 83/6 95/16
116/4
really [19] 26/21 32/25 54/11
54/18 58/6 65/8 67/23 70/6
70/6 70/7 70/21 71/9 72/17
72/21 74/15 82/4 91/10 95/20
106/2
reals [1] 82/19
reason [23] 35/21 37/23
58/15 75/4 79/4 80/1 85/6
86/21 87/1 87/1 87/3 87/4
87/5 87/14 97/13 103/21
105/18 113/18 118/18 119/11
120/7 134/4 134/9
reasonable [26] 21/6 22/1
36/13 46/19 46/23 49/8 58/25
83/18 88/13 98/19 101/3
109/6 115/3 117/18 118/11

42/13 55/10 67/4 80/9 81/2
122/8 123/11 124/8 128/2
128/9 130/10 143/11
reasonably [1] 128/10
reasons [4] 22/7 28/22 29/4
68/10
rebuttal [10] 2/8 40/17 40/19
44/4 44/9 60/17 63/9 63/9
109/8 116/4
receive [2] 8/4 77/2
received [10] 4/1 8/25 11/13
13/9 13/10 15/4 15/11 37/14
40/11 42/14
recess [16] 19/7 19/7 36/4
36/7 36/8 38/19 38/20 44/13
44/15 44/22 53/20 62/2 62/3
142/12 142/14 142/15
recognize [5] 8/11 8/17 10/23
10/25 14/23
recognized [2] 4/9 124/20
recognizes [1] 127/8
recollection [4] 6/22 7/3
19/25 119/7
recollections [1] 90/24
recommending [1] 70/2
record [12] 3/3 5/3 9/5 36/9
38/22 39/12 47/21 62/4 119/6
140/20 142/16 144/22
recorded [5] 21/13 21/18
108/4 143/6 144/24
recording [8] 24/25 31/14
73/5 78/11 78/25 80/24 84/9
87/10
recordings [2] 61/22 83/10
records [17] 6/14 6/17 6/18
7/19 7/23 8/4 15/3 16/12
16/13 37/4 37/14 37/22 38/1
39/1 39/2 42/2 139/6
recoup [2] 92/25 98/4
RECROSS [1] 2/2
Red [1] 32/11
redirect [2] 2/2 18/16 18/17
reexamine [1] 129/19
refer [4] 100/6 100/7 100/10
115/21
reference [2] 16/25 27/25
references [1] 23/15
referred [11] 9/10 23/25 24/1
44/10 62/22 63/5 63/9 66/18
102/2 109/19 115/24
referring [7] 21/24 21/25
30/20 43/14 43/17 75/18
78/19
refers [1] 100/10
reflect [8] 3/3 15/24 16/2 36/9
38/22 62/4 142/16 144/22
reflected [1] 42/25
refresh [1] 6/22
refreshed [1] 7/4
regard [2] 29/14 131/8
regarding [12] 4/2 7/14 15/22
17/7 19/2 44/9 44/24 47/5
50/23 51/1 59/18 134/16
regards [1] 46/14
register [2] 55/23 125/20
registered [10] 10/5 10/7
55/11 55/22 55/25 56/7
125/19 126/2 126/5 126/11
registration [1] 59/8 59/10
135/16
regulated [1] 93/9
relate [2] 23/19 45/9
related [2] 7/16 7/17
relating [2] 8/1 8/2

## R

**relation [1]** 100/13
**relationship [2]** 65/13 86/23
**relaying [1]** 11/5
**rely [3]** 31/12 118/23 121/15
**remain [4]** 4/22 19/5 51/13
53/6 53/17 131/13 131/15
134/2 141/7
**remainder [1]** 145/20
**remaining [2]** 37/19 146/24
**remember [16]** 66/18 68/18
69/16 76/15 77/4 79/11 80/15
81/8 99/8 110/3 113/17
114/24 115/13 119/6 121/2
129/22
**remembers [1]** 121/1
**remind [3]** 9/8 41/8 62/23
**reminding [1]** 69/21
**remove [2]** 60/8 114/1
**removed [3]** 54/14 54/20
54/24
**Renee [1]** 144/10
**renew [1]** 45/4
**renewed [4]** 46/25 47/1
131/12 131/15
**repeat [2]** 130/18 130/19
**repeated [1]** 47/12
**repeatedly [1]** 66/18
**reply [1]** 110/11
**report [3]** 140/12 140/12
146/19
**REPORTED [1]** 1/21
**reporter [4]** 1/21 5/4 41/6
148/9
**reports [1]** 8/2
**represent [2]** 37/2 38/11
**represented [1]** 51/5
**represents [3]** 11/4 15/19
18/9
**request [1]** 61/15 73/6 134/6
**requested [6]** 7/20 7/23 8/4
56/24 60/3 131/14 131/20
132/1
**requesting [1]** 19/16
**require [1]** 118/6
**required [5]** 19/3 36/13 44/12
44/15 118/15
**requisite [1]** 20/5
**research [1]** 44/24
**resolution [1]** 10/1
**resolved [2]** 98/14 98/15
**resources [1]** 107/22
**respect [4]** 6/23 53/4 54/5
133/18
**respond [3]** 100/22 131/5
133/14
**responds [1]** 73/16
**response [2]** 75/24 110/12
**responsibilities [1]** 145/4
**responsibility [2]** 5/16 84/13
**responsible [2]** 127/18
127/21
**resting [2]** 37/5 38/12
**rests [6]** 18/24 19/2 40/13
40/16 44/5 44/8
**result [1]** 53/12
**retire [1]** 134/11
**retrieve [3]** 9/2 11/15 42/16
**return [9]** 19/5 44/16 44/17
69/2 114/13 129/10 131/1
131/6 145/18
**returned [4]** 146/10 147/8
147/9 147/10

**retyped [1]** 82/24
**Revenue [1]** 5/22
**review [1]** 6/14
**reviewing [1]** 16/3
**Richard [1]** 144/17
**ride [1]** 87/12
**ridiculous [3]** 70/25 85/21
110/7
**rifle [1]** 115/8
**right [118]** 3/10 3/15 3/23
4/17 4/22 11/22 12/9 18/4
18/12 19/15 29/6 31/13 36/3
38/12 38/13 38/21 38/24 39/9
39/25 40/9 40/14 40/23 41/1
42/19 46/22 46/24 47/14
47/16 48/23 51/13 51/15 52/2
52/15 52/19 52/21 52/24 53/1
53/4 53/5 53/6 53/11 53/15
53/17 54/5 54/17 54/23 55/3
55/7 56/5 56/11 56/21 57/2
57/5 57/8 59/12 59/22 59/25
60/6 60/12 61/3 61/24 62/2
62/7 62/12 67/15 68/25 70/3
70/17 70/20 70/22 71/22 72/5
72/12 72/22 74/10 75/17 76/2
79/8 80/9 81/3 81/10 82/1
82/23 83/9 86/6 86/9 86/13
86/15 87/16 88/5 89/10 95/25
107/4 109/8 111/4 113/8
115/20 132/4 134/15 134/21
134/25 136/6 136/11 136/24
137/2 137/4 138/11 139/13
140/3 140/5 140/10 140/14
141/4 141/5 141/12 147/1
147/7 147/16
**rights [2]** 108/1 145/5
**rise [1]** 143/4
**River [3]** 35/2 85/9 85/15
**RMR [2]** 1/21 148/8
**role [4]** 6/11 6/12 64/24 74/8
**Rolex [2]** 82/5 82/25
**room [24]** 19/5 19/6 44/16
61/10 61/14 61/17 61/22
117/16 122/20 126/25 129/9
129/25 130/23 132/18 132/21
132/23 133/4 134/2 134/3
134/8 134/9 137/23 141/17
146/1
**rule [5]** 19/14 36/15 45/5
46/25 47/1
**ruler [1]** 24/10
**rules [2]** 63/4 117/14
**ruling [1]** 36/5
**rulings [2]** 131/13 131/15
**Ryan [2]** 60/10 138/12

## S

**S-A-N-T-O [1]** 47/22
**safe [2]** 45/1 75/8
**said [65]** 20/13 22/15 23/8
23/9 23/10 23/12 23/17 25/4
25/11 25/11 26/24 26/24 28/5
30/24 31/18 46/11 50/23 51/1
65/5 65/8 65/17 66/8 66/8
66/25 69/16 69/18 71/13
75/10 75/10 77/5 77/23 77/24
79/11 81/9 82/3 83/17 86/18
86/20 86/21 88/16 89/4 90/14
92/1 92/4 94/9 97/23 97/24
99/5 101/1 101/2 101/23
103/9 103/17 107/14 107/19
108/13 110/3 111/22 113/15
119/3 120/21 126/8 133/6
133/23 141/20

**sale [1]** 80/18
**sales [3]** 70/1 70/1 77/13
**same [40]** 20/25 24/18 32/1
34/18 34/19 34/20 34/23
41/24 42/3 42/6 67/12 68/3
69/19 69/23 73/12 75/14 76/1
76/8 76/8 76/11 76/24 77/1
77/1 77/1 77/2 77/2 84/9
84/16 87/14 95/6 103/5
110/18 115/21 115/22 121/14
126/1 126/4 131/13 131/16
146/20
**samples [4]** 25/12 26/12 72/2
72/12
**Santo [1]** 47/22
**sat [2]** 83/17 105/22
**satisfied [2]** 51/4 53/14
**save [2]** 54/6 68/15
**saw [3]** 82/18 90/3 113/18
**say [84]** 22/12 22/18 22/24
24/2 24/11 24/14 25/18 25/22
27/13 27/14 27/24 28/3 28/8
29/7 32/18 34/13 39/17 39/17
43/9 43/11 46/22 56/6 57/18
58/2 58/4 59/19 59/20 61/12
62/24 66/5 66/5 66/6 66/9
70/10 70/13 70/21 72/23
72/24 73/15 75/5 75/9 77/21
78/23 80/5 81/5 83/20 84/19
84/19 84/24 84/24 86/2 86/5
86/16 87/17 89/7 89/15 95/12
97/1 98/17 98/18 99/3 99/12
100/9 100/23 101/1 103/20
104/9 104/10 105/14 105/19
108/6 108/11 110/25 112/11
119/1 119/2 119/6 119/8
119/23 120/22 130/15 139/24
143/12 146/23
**say-so [1]** 110/25
**saying [32]** 21/14 24/25 33/20
34/6 34/7 45/17 67/14 67/16
67/16 71/18 71/19 73/16
81/18 81/20 90/6 92/16 94/23
95/11 96/1 96/15 96/24 98/16
99/14 99/16 100/3 100/19
100/25 101/8 108/2 110/10
115/7 119/20
**says [99]** 18/11 20/11 20/14
26/7 27/15 29/25 31/14 32/3
32/3 35/13 35/15 43/11 45/13
53/14 54/9 55/23 57/12 66/16
67/13 68/11 68/14 68/19
69/14 69/23 69/25 71/2 71/14
71/15 71/21 71/22 71/22
71/25 72/11 73/4 73/9 73/10
73/13 73/21 73/23 75/20 76/5
76/5 76/14 77/8 77/9 78/6
78/23 79/16 81/16 81/17
82/22 83/23 85/12 88/21
90/16 90/16 90/17 90/18
90/22 91/7 91/16 92/23 92/23
92/25 93/1 93/4 93/7 93/20
94/14 94/17 94/18 94/23 95/2
95/3 95/6 95/12 95/20 95/23
96/12 97/10 98/8 98/13 99/8
100/12 100/14 101/22 102/7
104/2 105/20 105/23 108/16
111/13 111/22 113/1 114/25
115/15 115/19 130/6 142/20
**scenario [1]** 102/22
**scene [2]** 123/24 127/24
**school [1]** 48/1
**screen [1]** 79/21
**sealed [2]** 139/11 139/12

**searched [1]** 56/7
**seated [13]** 3/13 5/1 19/10
36/9 38/21 39/24 41/5 52/3
53/22 62/19 142/16 142/25
143/16
**second [15]** 13/14 13/15
13/22 24/1 28/23 35/5 35/12
35/14 45/18 56/12 78/21 86/8
110/10 123/15 124/10
**seconds [4]** 31/15 71/5 71/14
72/19
**secret [5]** 64/14 64/15 129/12
133/7 133/23 133/25
**section [7]** 4/7 4/8 97/9
122/22 122/24 124/4 127/5
**security [1]** 145/13
**see [23]** 13/13 18/5 23/1
25/10 36/21 37/2 45/1 46/4
54/6 56/14 60/25 71/8 82/6
93/13 106/5 106/14 106/16
107/14 114/14 126/24 132/25
134/16 140/3
**seeing [1]** 15/17
**seek [1]** 129/23
**seem [2]** 58/17 120/11
**seen [3]** 35/7 40/22 109/19
**select [2]** 129/25 130/17
**self [2]** 53/6 127/9
**self-incrimination [1]** 53/6
**sell [29]** 30/6 64/18 65/1
65/14 70/19 70/22 71/19
71/20 72/10 72/18 75/1 75/5
78/15 80/25 81/22 81/23
81/25 82/1 82/14 83/3 83/23
90/20 95/2 95/15 96/23 97/19
105/13 106/22 115/9
**selling [45]** 30/11 33/7 33/9
33/14 33/18 34/6 64/5 64/6
65/22 65/23 66/2 67/21 71/16
72/5 75/22 78/4 78/5 78/12
78/14 78/15 79/5 79/6 79/13
80/2 80/3 80/13 80/19 81/2
81/15 82/8 82/9 82/24 83/1
84/8 84/18 86/18 86/25 87/10
87/18 89/5 89/20 96/22 106/9
112/23 114/21
**sells [2]** 43/3 81/24
**semantics [1]** 58/6
**send [26]** 21/15 22/10 35/3
43/11 79/21 82/12 83/23 84/3
85/11 91/19 97/2 105/20
108/14 108/15 114/15 131/9
133/10 133/15 133/18 134/1
134/6 139/16 139/17 139/19
140/5 140/10
**sender [5]** 14/10 14/11 17/5
114/6 114/12
**sending [5]** 12/13 26/8 84/2
103/21 114/17
**sends [1]** 83/21
**sense [9]** 67/18 86/12 88/3
97/21 115/5 115/20 118/9
119/11 145/15
**sent [26]** 12/10 13/7 20/12
23/4 23/18 24/25 25/17 28/15
31/5 43/7 43/8 45/16 80/14
91/11 92/16 96/24 100/20
101/9 101/12 101/13 103/10
105/17 105/22 105/23 108/15
109/16
**sentence [1]** 21/21
**sentencing [3]** 146/20 147/3
147/18
**separate [2]** 56/17 128/20

Case 0:15-cr-60029-UU   Document 82   Entered on FLSD Docket 03/26/2015   Page 1 of 174

**S**

**separately** [1] 128/22
**September** [3] 23/10 85/19
99/3
**September 2014** [1] 85/19
**September 4** [1] 99/3
**serious** [5] 101/4 116/14
116/16 116/18 116/19
**seriously** [1] 72/15
**service** [4] 5/22 145/20
145/23 145/24
**services** [3] 125/23 126/1
126/4
**session** [1] 147/17
**set** [7] 35/15 95/19 99/16
106/1 107/9 109/25 110/8
**setting** [1] 112/16
**setups** [1] 108/23
**several** [6] 23/8 25/10 30/7
65/4 99/1 111/17
**shall** [2] 143/6 144/24
**shaped** [1] 82/21
**share** [1] 69/20
**shared** [1] 123/13
**she** [3] 120/13 121/1 132/12
**ship** [10] 20/9 20/13 31/4 34/2
35/11 68/9 79/8 79/10 79/17
90/20
**shipment** [5] 98/15 114/3
114/15 115/23 115/24
**shipped** [7] 23/7 28/19 34/2
98/24 110/1 114/14 116/25
**shipping** [5] 79/23 84/3 87/4
136/13 139/6
**shop** [1] 99/17
**short** [1] 36/4
**should** [30] 23/4 29/4 29/10
33/22 35/3 36/1 49/25 50/18
50/18 51/2 52/8 54/14 57/15
61/22 81/19 99/23 119/12
119/22 120/18 120/24 121/18
121/22 128/22 128/24 129/6
129/25 131/2 131/9 137/13
139/25
**shouldn't** [2] 61/12 113/23
**show** [17] 8/6 10/17 12/25
13/16 14/17 41/13 45/23
46/16 66/9 66/12 69/9 71/12
107/3 109/2 134/15 140/6
140/6
**shown** [3] 40/20 64/19 117/11
**shows** [4] 13/1 13/17 31/1
85/7
**shut** [2] 102/16 102/23
**sic** [1] 46/4
**side** [6] 44/18 46/12 62/23
75/8 111/3 122/14
**sidebar** [2] 126/14 126/15
**sides** [1] 131/14
**sideways** [1] 113/11
**sign** [2] 130/25 133/12
**signatory** [1] 9/22
**signature** [9] 8/15 9/11 9/14
80/19 109/18 114/17 130/15
140/18 142/21
**signed** [4] 4/13 80/18 143/13
147/4
**significance** [2] 12/16 121/6
**significant** [1] 85/6
**signifies** [1] 24/22
**signs** [1] 9/15
**sildenafil** [4] 4/2 4/6 125/6
125/6

**silent** [2] 58/23 58/6
**silly** [1] 83/5
**similar** [4] 106/11 106/12
122/2 122/11
**similarity** [1] 79/25
**simple** [5] 20/1 89/12 99/18
100/22 120/24
**simply** [9] 33/10 47/7 49/24
57/15 100/11 121/5 123/23
130/20 143/18
**since** [2] 41/17 141/25
**Singh** [4] 9/21 9/24 10/9
10/13
**single** [3] 111/1 111/22 118/2
**sir** [13] 14/21 18/12 19/15
43/25 47/15 50/8 51/8 52/1
52/3 52/21 143/20 143/22
144/1
**sit** [2] 141/16 141/18
**sitting** [4] 93/21 96/20 106/4
145/4
**situation** [1] 91/13
**six** [3] 103/2 103/3 126/6
**skip** [1] 93/7
**skipping** [1] 66/24
**Skittle** [1] 23/24
**Skittles** [73] 21/12 23/15
23/20 24/22 27/17 28/25
30/20 30/21 31/1 32/1 32/2
32/2 32/4 34/21 46/19 75/17
75/18 75/20 75/22 75/24
75/25 76/2 76/14 76/24 77/10
78/20 78/20 78/21 87/3 92/18
92/21 94/2 94/15 100/3
100/5 100/13 100/18 101/22
102/2 102/9 103/6 103/7
103/13 103/17 105/9 106/25
107/4 109/12 109/14 109/19
109/22 109/22 109/24 110/2
110/4 110/5 110/9 110/11
110/13 110/14 110/20 110/24
111/1 111/7 111/11 114/23
115/2 115/12 115/19 115/22
115/23 115/24 116/2
**slash** [3] 46/13 130/12 130/14
**sleep** [3] 24/3 24/6 24/13
**slide** [1] 72/1
**small** [2] 70/14 139/17
**smaller** [1] 64/24
**smell** [1] 20/22
**smelled** [1] 104/11
**smokers** [1] 14/24
**snow** [10] 24/11 24/13 24/14
24/16 24/19 25/19 28/24
102/24 102/25 103/1
**snowed** [7] 24/8 24/11 24/17
102/19 102/21 102/22 103/3
**so** [136] 4/15 5/2 8/3 8/3 8/9
12/5 12/5 16/14 16/15 20/6
20/18 22/7 23/1 23/18 27/6
28/11 28/11 28/22 29/4 30/2
32/20 34/3 34/23 35/10 35/23
35/25 36/14 36/25 37/6 37/23
43/13 47/14 48/24 49/13 51/9
54/13 54/20 55/24 55/25 58/2
59/13 60/10 63/21 63/21 65/6
65/16 65/19 66/8 66/16 68/19
69/15 70/6 70/16 71/1 71/22
72/3 72/11 73/3 73/18 75/16
75/18 75/25 76/19 77/1 77/14
77/21 77/23 77/24 78/10
78/16 79/2 79/22 80/24 81/24
82/4 83/9 84/19 85/15 85/16
85/23 86/2 86/5 86/8 86/12

**87/23 88/5 88/25 89/25**
91/13 92/14 94/24 95/19
95/20 95/21 95/25 98/6 98/10
100/3 101/1 101/22 102/7
102/22 103/2 105/11 107/10
108/22 109/1 109/2 109/15
110/24 110/25 111/20 114/15
114/16 118/11 119/1 119/2
121/4 121/21 123/7 127/13
129/14 130/15 131/6 133/12
133/18 133/25 136/17 136/24
137/7 141/8 141/15 141/21
141/22 143/12 143/18
**sold** [6] 64/7 65/11 71/16
75/13 106/4 125/12
**solely** [2] 20/7 129/21
**solo** [3] 21/23 90/18 90/22
**solution** [2] 91/16 91/16
**some** [33] 17/21 23/17 36/18
36/20 36/20 45/15 45/20 54/9
68/15 74/21 78/2 78/13 81/6
90/6 91/17 94/24 96/16 98/4
98/9 98/9 98/21 102/21
105/21 107/2 108/3 110/1
120/20 120/21 121/2 123/12
124/2 127/22 136/15
**somebody** [13] 79/21 80/20
86/15 87/4 87/5 90/12 97/6
97/17 100/1 105/6 105/15
106/1 108/3
**somebody's** [1] 86/14
**somehow** [6] 65/2 72/24
87/15 83/6 87/17 101/14
**someone** [14] 24/3 31/5 32/14
54/12 74/9 76/18 80/10 82/20
85/15 104/19 121/17 134/7
139/23 146/8
**something** [18] 29/3 33/1
46/4 47/4 64/9 66/12 70/10
71/16 75/23 79/2 83/14 91/2
94/10 100/21 100/21 120/21
120/22 128/18
**sometime** [1] 6/21
**somewhere** [1] 91/15
**sorry** [6] 13/3 18/3 24/6 81/19
93/3 114/8
**sort** [2] 74/7 80/6
**sounds** [3] 112/19 112/19
112/20
**source** [74] 12/19 17/8 17/20
20/3 21/9 21/23 25/9 28/16
28/21 29/19 29/21 29/22 30/1
30/6 30/7 31/16 34/12 34/13
35/3 35/11 59/17 64/8 65/3
65/5 65/12 66/11 66/16 67/13
67/21 68/7 68/15 68/17 68/18
68/20 69/7 69/8 69/17 69/21
71/9 71/21 72/4 72/16 72/16
72/21 73/14 73/21 76/6 76/16
77/19 78/25 79/18 80/25
81/18 81/20 83/23 84/10
85/11 85/14 85/24 86/3 86/22
86/24 87/10 89/20 90/8
104/19 110/22 111/25 112/6
112/9 112/25 113/20 117/7
125/13
**source's** [1] 73/15
**South** [1] 1/13
**SOUTHERN** [4] 1/1 130/6
143/7 146/13
**speak** [4] 5/1 58/16 113/14
130/2
**speaking** [2] 21/22 90/5
**speaks** [2] 33/16 43/19

**special** [11] 15/13 75/8 75/20
85/8 85/16 85/20 103/23
104/14 111/10 113/14 121/10
**specially** [1] 111/12
**specific** [6] 6/20 63/15 69/5
117/18 128/17 129/4
**specifically** [8] 49/15 51/1
100/10 110/15 111/9 113/19
116/5 116/9
**specificity** [1] 69/3
**specifies** [1] 73/25
**specify** [2] 74/22 75/4
**spectator** [1] 128/4
**spell** [1] 5/3
**spend** [4] 94/20 97/18 97/19
142/9
**spoke** [6] 22/24 30/19 85/8
88/10 99/1 99/2
**stage** [1] 36/12
**stand** [15] 4/21 19/10 37/21
47/8 47/10 48/23 49/17 51/12
51/14 51/21 53/9 53/11 53/21
112/11 143/6
**standing** [1] 4/22
**stands** [1] 17/24
**start** [6] 64/1 71/15 73/20
89/19 96/5 113/13
**started** [2] 66/22 108/9
**starts** [1] 114/2
**state** [8] 5/3 10/7 25/13 41/5
47/20 48/2 121/11 122/12
**stated** [3] 34/15 69/15 145/9
**statement** [29] 15/1 15/3
15/20 15/24 24/24 28/2 28/17
35/12 58/19 65/17 67/25
70/12 77/5 88/15 89/6 89/8
89/14 91/3 98/7 98/8 100/12
103/15 103/19 121/17 121/19
121/21 121/23 140/22 145/7
**statements** [5] 20/10 21/8
31/13 94/10 108/4
**states** [26] 1/1 1/3 1/10 1/12
1/15 4/3 4/8 4/9 4/19 55/14
55/25 94/4 107/24 112/8
122/24 124/21 125/20 130/6
130/8 143/6 143/8 145/9
146/10 146/11 146/12 146/22
**stating** [1] 55/9
**statute** [5] 55/12 55/17 55/25
57/23 58/5
**stay** [2] 137/7 139/13
**staying** [1] 138/18
**stays** [3] 136/25 137/11
138/19
**steep** [2] 33/7 33/10
**step** [7] 4/21 18/22 24/1
43/25 47/6 134/5 146/6
**steps** [2] 31/10 113/8
**steroids** [1] 73/21
**stick** [2] 70/1 70/1
**sticks** [1] 70/3
**still** [9] 21/5 38/14 41/9 58/9
71/23 78/10 81/16 132/10
142/4
**stipulate** [2] 4/3 4/15
**stipulated** [2] 39/11 125/5
**stipulation** [5] 3/17 3/18 4/2
4/13 140/16
**stock** [1] 68/20
**stop** [1] 50/17
**store** [1] 114/15
**stories** [1] 35/18 85/7 86/5
86/6
**story** [10] 28/8 35/5 83/20

Case 0:15-cr-60029-UU   Document 82   Entered on FLSD Docket 10/26/2015   Page 168 of 174

**S**

story... [7] 84/13 85/4 85/19
85/21 86/8 87/21 88/17
straight [1] 85/8
straightforward [1] 86/25
strange [1] 99/11
Stratos [4] 41/23 42/20 46/2
46/12
street [12] 1/16 24/4 24/6
24/7 79/13 81/21 81/22 96/19
99/14 102/16 102/18 141/23
streets [5] 81/11 81/25 82/2
82/14 83/3
stress [1] 29/1
strict [1] 118/14
stronger [1] 22/3
structure [1] 125/1
stuck [3] 95/12 96/10 98/4
stuff [11] 74/13 74/15 81/1
83/13 87/1 87/10 87/11 87/16
93/8 100/20 117/7
styled [1] 130/7
subcontractor [1] 5/14
subject [7] 46/3 76/15 76/21
76/24 79/15 110/19 121/9
submit [8] 22/22 27/6 28/13
59/16 96/8 109/4 117/4
146/19
submitted [3] 23/3 29/10 57/9
subpoena [15] 6/18 6/19 6/20
6/23 6/24 7/7 7/8 7/9 7/10
7/13 7/24 8/19 11/2 12/23
15/4
subsequent [1] 29/24
substantially [2] 55/21 125/18
substantiate [1] 100/3
substantive [4] 19/18 23/5
56/12 98/22
succeeded [1] 123/9
Sudafed [1] 107/6
suffering [1] 48/10
sufficient [6] 29/10 30/13
36/1 122/22 127/25 128/8
suggest [3] 67/25 68/13
120/4
suggested [2] 85/24 102/11
suggesting [2] 61/22 70/12
suggestion [1] 69/3
suggests [2] 52/18 52/23
Suite [1] 1/13
summarize [2] 7/23 63/1
supplement [4] 43/1 74/3
106/10 124/21
supplied [1] 22/25
supplier [7] 64/21 69/4 69/17
84/12 111/16 111/19 112/16
supply [2] 83/4 95/3
supported [1] 94/10
Suppose [1] 142/4
supposed [6] 43/1 74/16
74/24 75/3 108/14 108/15
supreme [1] 145/9
sure [17] 32/10 38/6 39/13
70/9 83/17 84/19 84/22 90/10
91/8 93/14 93/15 93/15
132/13 141/12 145/14 145/25
147/10
surprise [1] 113/23

suspicion [8] 78/24 113/16
114/2
sustain [1] 59/25
swallow [1] 139/21
sworn [3] 4/24 41/3 47/18
symbol [1] 125/10
sympathy [1] 117/23

**T**

table [3] 82/15 137/18 146/2
tablet [1] 32/17
tablets [4] 32/8 32/15 35/10
35/17
take [60] 14/12 19/3 22/19
26/24 28/10 36/3 38/3 38/8
44/12 44/14 44/15 47/8 47/10
48/23 49/16 51/11 51/21 53/9
53/11 53/23 60/10 61/8 68/3
68/20 69/1 69/1 69/11 75/15
75/24 76/4 76/13 76/23 77/14
78/6 79/15 82/6 82/20 87/25
89/9 89/15 89/16 90/3 95/7
96/13 100/23 106/1 106/6
112/8 112/11 112/12 112/24
113/4 130/23 133/24 134/11
134/22 135/5 139/20 141/4
147/18
taken [10] 36/8 38/20 48/13
53/20 55/12 62/3 87/12
133/20 135/7 142/15
takes [6] 38/9 74/1 88/20
88/20 117/2 133/17
taking [4] 30/14 31/10 51/14
137/13
talk [6] 31/18 47/13 92/17
106/22 107/15 110/6
talked [8] 26/10 35/6 83/9
83/10 91/1 97/14 104/15
106/10
talking [35] 25/5 68/7 68/8
73/11 73/20 74/4 74/7 75/11
75/11 75/17 75/25 79/16 90/7
91/2 92/19 93/23 94/15 95/15
95/15 95/16 96/5 97/25 101/7
101/8 103/10 110/13 110/14
110/16 115/6 115/16 115/18
116/7 116/8 116/15 139/16
talks [14] 12/2 32/2 34/12
34/12 54/8 64/22 71/5 74/15
84/11 93/14 106/9 106/13
115/14 115/14
tammy [6] 1/21 1/23 60/11
148/8 148/8 148/10
tape [8] 72/16 90/24 93/13
95/10 97/8 97/10 99/14
108/10
target [3] 88/18 88/20 88/21
taxes [5] 89/21 89/25 93/14
93/23 94/2
technical [4] 36/20 121/9
121/11 121/12
tell [27] 15/17 17/5 17/12 28/7
28/7 35/21 37/11 39/10 41/18
43/6 49/22 66/17 67/2 71/9
72/21 73/3 82/4 83/14 83/18
83/19 87/20 102/22 111/5
113/22 116/20 120/7 131/9
telling [3] 71/10 72/4 84/1
84/1 84/4 84/5 84/7 84/13
90/15 99/4 100/4 120/5 121/1
tells [8] 29/19 29/22 31/16
70/9 70/20 71/2 72/20 80/6
ten [5] 24/11 24/16 24/17
60/11 82/15

tend [1] 13/12
tending [2] 119/17 120/19
tens [1] 111/4
term [10] 4/6 18/10 30/23
115/13 119/4 124/16 124/19
125/3 128/11 128/15
terminology [1] 32/1
terms [8] 21/10 23/2 25/12
76/8 77/1 84/1 113/10 115/22
test [1] 99/21
testified [12] 4/25 16/25
23/17 25/15 26/10 27/3 41/4
41/17 45/21 47/19 120/13
120/19
testify [29] 25/9 25/24 47/5
47/8 47/10 48/23 49/2 49/12
49/17 49/25 50/13 50/16 51/2
51/12 51/15 51/19 51/22 52/8
52/15 52/19 52/24 53/7 53/9
53/13 54/16 54/13 59/17
101/5 118/8
testifying [6] 50/7 50/10
50/17 52/5 53/4 120/1
testimony [26] 20/2 24/21
25/9 26/14 26/20 27/1 40/17
41/9 44/9 54/9 54/10 63/2
74/5 103/24 103/25 105/4
110/15 112/11 117/22 119/5
119/14 119/24 120/16 120/17
120/23 121/16
testing [1] 104/16
tests [1] 26/11
text [1] 94/18
than [13] 4/11 10/9 27/5 37/4
38/10 54/10 64/24 82/24
104/24 107/22 124/25 126/24
145/14
thank [52] 3/24 4/17 5/1 5/8
10/21 13/5 14/3 15/12 16/17
16/20 18/2 18/13 18/15 18/22
18/23 29/6 36/3 38/16 38/18
42/1 43/25 44/1 50/24 52/2
52/3 52/21 56/18 60/10 61/11
62/1 62/1 63/12 66/23 86/11
88/4 88/7 88/7 109/7 109/10
114/10 117/10 117/12 127/2
132/4 132/6 132/13 142/8
144/25 145/23 146/3 147/13
147/16
that [957] 3/3 3/19 4/6 5/2 6/5
6/19 6/20 6/20 6/22 7/7 7/8
7/9 7/11 7/13 7/14 7/15 7/17
7/17 7/24 8/6 8/13 8/17 8/18
9/13 9/14 9/15 10/5 10/17
11/1 11/5 11/6 12/3 12/8
12/11 12/14 12/18 12/20
12/22 12/25 13/1 13/1 13/7
13/9 13/10 13/12 13/17 13/18
14/5 14/10 14/11 14/12 14/13
14/25 15/3 15/3 15/16 15/23
15/25 16/3 16/5 16/25 17/3
17/7 17/13 17/14 17/21 17/24
18/4 19/1 20/8 20/10 20/11
20/22 20/22 20/23 21/2 21/8
21/9 21/11 21/13 21/13 21/17
21/19 22/1 22/1 22/2 22/3
22/4 22/4 22/5 22/8 22/8 22/9
22/9 22/13 22/15 22/16 22/16
22/20 22/20 22/21 22/21
22/21 22/22 22/23 22/24
22/25 23/1 23/2 23/3 23/6
23/7 23/12 23/14 23/19 23/20
23/24 24/3 24/8 24/8 24/11
24/17 24/17 24/18 24/21

24/24 24/25 25/2 25/4 25/4
25/13 25/17 25/18 25/19
25/23 25/25 26/3 26/6 26/8
26/12 26/13 26/14 26/18
26/20 26/22 26/23 26/24 27/1
27/2 27/4 27/6 27/7 27/10
27/11 27/12 27/20 27/22
27/22 27/23 27/23 27/25
27/25 28/1 28/2 28/9 28/13
28/13 28/14 28/17 28/19
28/22 28/23 28/24 28/25 29/8
29/10 29/12 29/22 29/25 30/3
30/4 30/8 30/11 30/14 30/16
30/18 30/21 30/23 30/24 31/3
31/4 31/7 31/9 31/9 31/14
31/16 31/18 31/18 31/19
31/23 31/23 32/4 32/5 32/8
32/8 32/10 32/14 32/21 32/22
32/22 32/23 32/24 33/1 33/2
33/3 33/5 33/6 33/7 33/9
33/11 33/13 33/14 33/17
33/18 33/20 33/23 33/25 34/1
34/5 34/8 34/8 34/15 34/22
34/23 34/24 35/1 35/5 35/8
35/9 35/15 35/16 35/16 35/18
35/19 35/21 35/21 35/22
35/22 35/25 36/1 36/10 36/23
37/1 37/3 37/4 37/4 37/8
37/10 37/12 37/14 37/15
37/16 37/16 37/20 37/23
37/24 38/1 38/9 38/11 38/12
38/22 39/1 39/8 39/11 39/11
39/14 40/2 40/15 40/16 40/19
40/20 41/8 41/21 42/1 42/2
42/3 42/3 42/4 42/6 42/19
42/20 43/1 43/1 43/2 43/7
44/8 44/10 44/14 44/17 45/9
45/9 45/16 45/16 45/21 45/23
45/24 46/6 46/7 46/10 46/11
46/11 46/15 46/16 46/18
46/19 46/22 46/23 47/4 47/11
48/22 49/1 49/4 49/7 49/9
49/9 49/11 49/19 49/21 50/4
50/12 50/16 50/20 50/22
50/25 51/5 51/9 52/13 53/1
53/2 53/7 53/8 53/10 53/11
53/13 54/8 54/14 54/14 54/20
54/23 55/9 55/10 55/10 55/11
55/25 56/2 56/6 56/7 56/9
56/11 56/14 56/16 56/19
57/11 57/12 57/14 57/14
57/14 57/15 57/18 57/20
57/23 57/25 58/1 58/2 58/4
58/8 58/11 58/14 58/19 58/25
59/2 59/4 59/5 59/10 59/13
59/16 59/17 59/18 59/19
61/2 61/17 61/21 61/23 61/24
62/4 62/23 63/2 63/13 63/17
64/16 64/16 64/19 65/3 65/9
65/10 65/22 65/14 65/18
65/19 65/22 65/25 66/1 66/2
66/2 66/3 66/5 66/6 66/6 66/7
66/8 66/9 67/16 67/18 67/22
67/23 67/24 68/1 68/9 68/11
68/12 68/22 69/3 69/5 69/8
69/12 69/17 70/2 70/7 70/7
70/18 70/20 70/21 70/24 71/1
71/4 71/8 71/8 71/9 71/12
71/14 71/15 71/17 71/18
71/22 71/24 72/9 72/11 72/13

Case 0:15-cr-60029-UU Document 82 Entered on FLSD Docket 01/26/2016 Page 173 of 178

**T**

that... [481] 72/19 72/19 73/3
73/16 73/18 73/23 73/24 74/7
74/9 74/11 74/12 74/15 74/18
74/25 75/4 75/7 75/9 75/11
75/19 75/23 76/1 76/8 76/10
76/11 76/15 76/18 76/23 77/5
77/6 77/6 77/19 77/19 77/21
77/22 77/22 77/23 77/23
77/25 78/1 78/2 78/3 78/9
78/10 78/22 78/24 79/11
79/15 79/23 79/25 80/1 80/1
80/2 80/7 80/11 80/19 80/22
81/8 81/12 81/13 81/13 81/18
81/21 81/24 82/1 82/4 83/4
83/5 83/6 83/12 83/20 83/24
83/24 84/14 84/15 84/17
84/18 84/24 85/2 85/2 85/2
85/4 85/10 85/16 85/17 85/20
85/21 85/22 86/6 86/6 86/11
86/12 86/18 86/19 86/19
86/20 86/21 87/1 87/2 87/6
87/9 87/10 87/11 87/14 87/19
87/20 87/21 87/22 87/23
87/23 88/2 88/3 88/11 88/12
88/16 88/17 88/24 88/25 89/1
89/5 89/6 89/11 89/14 89/20
89/21 89/22 89/23 89/24 90/1
90/10 90/11 90/14 90/19
90/22 90/22 90/24 91/2 91/3
91/5 91/6 91/9 91/14 91/24
91/24 92/3 92/4 92/10 92/13
92/14 92/16 92/18 92/20
92/21 92/21 92/23 93/8 93/9
93/10 93/12 93/15 93/17 94/6
94/10 94/11 94/11 94/14
94/17 94/17 94/18 94/18 95/4
95/6 95/9 95/11 95/12 96/1
96/6 96/11 96/15 96/16 96/18
96/23 97/5 97/6 97/9 97/12
97/18 97/22 97/22 97/22 98/4
98/14 98/14 98/16 98/21
98/24 98/25 99/8 99/11 99/11
99/18 99/19 99/22 100/1
100/1 100/5 100/12 100/14
100/14 100/17 100/17 100/19
100/21 100/22 100/23 101/1
101/8 101/9 101/11 101/11
101/13 101/14 101/22 102/1
102/3 102/9 102/10 102/11
102/12 102/12 102/18 102/18
102/21 103/2 103/3 103/5
103/6 103/9 103/10 103/12
103/14 103/15 103/17 103/21
104/1 104/5 104/14 104/16
104/18 104/19 104/19 104/21
104/25 105/2 105/5 105/7
105/9 105/12 105/18 105/24
105/24 106/3 106/9 106/10
106/11 106/15 106/16 106/19
106/24 106/25 107/1 107/2
107/3 107/10 107/12 107/20
108/3 108/5 108/7 108/9
108/13 108/17 109/3 109/4
109/12 109/14 109/18 109/24
109/25 110/3 110/5 110/8
110/22 111/7 111/8 111/9
111/9 111/13 111/18 111/22
112/3 112/7 112/14 112/18
112/19 112/20 112/21 112/22
112/23 113/2 113/3 113/5
113/7 113/7 113/9 113/10
113/16 113/24 113/25 114/1

115/4 115/13 115/13 115/16
115/18 115/19 115/19 115/20
115/21 115/24 116/3 116/7
116/8 116/20 116/22 116/24
116/24 116/25 117/1 117/1
117/4 117/5 117/5 117/6
117/7 117/8 117/8 117/10
117/14 118/1 118/9 118/12
118/14 118/16 118/22 118/25
119/4 119/6 119/8 119/20
119/21 119/23 119/24 120/4
120/19 120/21 120/24 120/25
121/6 121/11 121/14 121/14
121/16 122/9 123/5 123/8
123/22 124/2 124/9 124/10
124/11 124/12 125/5 125/8
126/3 126/6 126/8 126/10
126/10 126/16 126/21 126/23
127/6 127/8 127/16 127/18
127/21 127/25 128/1 128/2
128/5 128/5 128/9 128/11
128/12 128/15 128/16 128/18
128/22 129/1 129/20 129/22
130/11 130/12 130/13 130/14
130/18 130/20 130/21 131/6
131/9 133/1 133/8 133/12
133/15 133/16 133/20 133/21
133/24 133/25 134/1 134/6
135/2 135/5 135/12 136/2
136/8 136/8 136/10 136/13
136/17 136/24 136/25 137/8
137/11 137/18 137/21 138/4
138/9 138/11 138/11 138/11
138/12 138/19 139/11 139/13
139/23 140/2 140/3 140/6
140/6 140/9 140/24 141/12
141/16 142/1 142/6 142/7
142/16 142/19 142/20 143/19
144/22 145/1 145/4 145/7
145/25 148/3

that's [85] 6/7 12/12 14/18
16/7 18/8 23/18 31/10 32/16
33/21 35/10 39/18 42/22
43/18 54/11 59/9 60/16 64/7
65/6 69/18 69/20 70/2 70/3
72/13 73/12 74/6 74/8 74/14
76/16 77/23 78/7 78/10 78/16
78/22 80/3 80/15 82/4 85/4
85/12 86/1 86/4 87/14 88/23
90/18 91/23 92/8 92/21 92/25
94/2 94/25 98/6 99/10 100/11
99/3 100/4 105/13 106/10
107/13 108/8 109/25 110/2
110/6 110/11 110/11 110/12
110/16 110/17 111/18 111/18
111/24 113/3 113/16 113/23
114/20 115/10 115/11 116/4
135/7 135/13 136/2 136/6
136/12 136/13 136/23 137/3
142/10

their [24] 24/10 28/4 39/3
54/13 62/24 69/2 80/14 86/13
86/14 88/25 91/25 94/19
99/21 99/22 99/23 105/4
107/14 107/21 108/5 108/22
115/11 133/17 133/18 142/19

them [54] 28/7 28/9 28/24
30/2 32/5 33/7 33/10 36/21
36/21 36/22 37/2 37/18 38/4
39/16 40/3 45/13 45/14 61/15
61/18 64/20 66/14 67/2 67/14
70/3 71/19 72/10 72/13 72/20
72/23 73/2 73/4 75/5 78/20

81/25 84/22 85/7 87/3 88/16
93/21 94/19 95/23 95/24
98/11 103/10 107/16 108/8
112/11 120/15 137/5 137/13

themselves [1] 80/13

then [59] 28/8 28/9 28/12
29/24 30/6 31/1 31/6 31/17
36/4 38/15 44/15 44/19 44/20
46/5 50/19 53/19 54/17 55/23
56/11 56/16 57/24 59/13 61/3
63/7 63/7 63/16 65/5 65/22
68/9 71/21 72/11 72/22 73/25
76/6 76/18 79/22 80/10 80/17
83/22 85/5 85/20 91/12 92/25
93/7 97/18 97/19 102/16
106/12 114/12 122/1 122/10
126/19 127/17 130/25 131/5
134/8 139/14 140/5 141/24

there [134] 6/22 7/25 10/8
10/10 13/1 13/23 17/7 17/7
17/21 17/23 20/5 20/21 20/21
21/3 21/11 21/13 22/1 22/2
22/3 23/14 23/23 24/21 25/21
26/14 26/17 26/22 27/1 27/2
27/11 27/19 28/2 28/17 30/20
31/14 31/15 31/22 33/13 35/8
35/17 35/17 36/1 37/17 39/17
40/16 45/22 45/24 46/6 46/16
46/17 54/24 58/9 58/17 64/13
64/14 64/15 68/1 68/1 70/6
70/11 70/13 70/20 71/1 71/4
73/7 73/10 74/4 74/25 75/3
77/25 78/12 78/17 80/5 80/17
83/18 84/4 87/19 89/4 89/16
91/20 92/11 92/12 92/16
93/15 93/22 94/11 94/13
94/19 95/25 98/19 100/12
101/14 102/4 102/8 102/10
102/24 103/24 103/25 104/4
104/18 105/1 105/4 105/4
105/18 106/4 106/7 106/12
106/15 106/16 109/4 112/7
116/25 116/25 117/2 117/5
120/18 120/20 130/11 130/13
131/17 131/20 131/23 132/10
132/21 134/4 135/13 136/6
137/2 141/6 141/17 141/18
142/6 145/19 145/20 147/17

there's [41] 22/7 26/23 27/14
28/11 28/16 28/17 28/18
28/19 29/9 30/13 37/12 65/11
65/12 66/6 67/24 70/18 74/22
78/2 79/4 79/7 80/8 80/8
80/22 82/5 83/14 88/17 88/17
89/11 90/23 91/20 92/15
94/13 94/17 94/17 94/24 97/8
104/17 106/16 110/8 111/22
117/1

therefore [4] 19/4 25/24 44/13
118/21

therein [2] 146/16 146/17

thereof [1] 125/11

Thereupon [24] 3/1 3/11 4/1
8/25 11/13 15/11 19/8 36/8
38/20 39/22 40/11 42/14 45/2
53/20 62/3 62/17 126/15
127/3 132/15 134/13 142/15
142/23 146/4 147/19

these [55] 4/4 16/12 16/13
17/19 22/2 23/22 31/19 33/15
33/16 37/3 37/6 37/22 39/7
39/11 39/12 46/15 64/3 68/22
69/10 71/9 72/22 74/13 77/6

78/17 79/3 80/8 80/24 82/9
82/18 82/19 84/17 84/21
88/12 88/14 92/1 94/8 94/8
97/1 97/4 100/2 100/16
101/19 105/7 106/7 108/11
109/5 109/19 111/10 111/17
121/22 128/12 128/16 134/15
135/1 145/15

they [223] 16/16 17/3 20/17
21/4 21/5 22/12 24/3 24/3
24/4 24/5 24/5 24/6 24/7 24/7
25/3 25/4 25/7 25/12 25/24
26/2 26/5 26/9 26/13 26/24
27/13 27/17 30/2 30/4 30/17
31/3 31/6 31/9 31/12 31/25
32/5 32/12 33/7 33/9 33/10
33/20 33/21 33/22 34/21
34/24 35/16 36/22 37/10
42/23 46/10 46/19 46/20
57/21 61/9 61/9 61/14 61/14
61/18 61/24 63/1 64/5 64/11
65/18 65/21 65/22 65/22
66/18 67/11 67/14 67/18
67/19 67/20 68/8 69/1 69/1
69/18 70/9 71/10 71/19 71/23
71/23 71/24 72/1 72/6 72/11
72/12 72/12 73/3 73/20 74/20
74/20 74/23 75/2 75/2 75/6
75/6 75/16 75/18 75/25 76/1
76/1 76/8 76/9 76/10 76/25
77/7 77/10 77/10 77/13 77/14
77/14 78/22 79/17 79/18
79/20 80/13 81/4 81/5 81/22
81/23 82/2 82/3 82/3 82/8
82/9 82/11 82/18 84/23 86/13
86/16 86/16 88/24 88/24
88/25 88/25 90/25 91/1 91/1
91/1 91/6 92/10 92/19 93/21
94/5 94/9 94/10 97/13 97/13
97/14 97/15 97/18 97/25 98/4
98/11 99/11 99/11 99/14
99/15 99/18 99/19 99/19
99/22 99/23 99/24 99/25
99/25 100/2 100/9 100/14
100/22 100/23 101/6 101/7
101/11 101/12 101/13 102/11
102/12 104/13 104/13 104/21
104/21 105/14 106/22 106/22
106/25 107/1 107/1 107/7
107/10 107/13 107/13 107/17
107/19 107/20 107/21 107/23
108/3 108/5 108/5 108/6
108/23 108/24 109/2 112/6
112/11 112/12 112/13 115/10
122/19 135/2 135/2 137/5
137/7 138/18 138/19 139/22
140/10 141/8 142/19

they're [3] 73/1 73/1 73/1

thing [28] 30/17 30/22 34/19
36/17 59/6 61/12 61/13 68/13
69/19 69/23 72/8 81/6 81/8
82/13 92/3 92/5 97/5 108/19
112/20 113/12 114/13 115/20
116/13 141/19

things [32] 34/7 35/21 42/23
55/21 74/11 74/12 78/17
78/17 80/5 80/21 82/2 82/8
88/1 88/16 90/6 90/14 91/6
92/3 93/9 93/16 93/24 94/25
95/16 97/17 99/22 101/2
101/19 113/25 115/21 120/13
121/2 121/3

think [44]  22/1 22/2 22/7
27/13 28/22 29/4 29/12 30/9
32/16 32/22 33/3 33/6 33/11
33/12 33/20 33/22 35/15
35/25 37/17 38/10 46/22
57/21 64/4 70/11 71/15 73/15
77/12 82/21 83/5 86/7 89/3
92/12 93/17 96/16 99/19
99/19 105/24 107/3 108/2
113/8 114/23 129/21 137/8
139/25
thinking [3]  75/21 86/15
86/22
thinks [3]  32/21 32/25 50/18
third [3]  106/20 110/14
124/11
this [274]  6/11 6/14 7/16 8/14
8/18 8/20 9/10 9/12 9/14 9/22
11/1 11/8 11/24 11/25 12/3
12/10 12/13 12/17 14/7 15/1
15/6 15/16 15/24 16/2 18/1
19/1 19/3 19/6 19/17 19/25
20/2 20/20 21/18 21/22 23/3
24/2 25/2 25/2 25/18 26/2
26/4 26/14 27/15 27/16 27/20
28/10 28/13 28/18 28/21
28/21 28/23 28/25 29/1 29/4
33/14 34/2 34/8 35/6 35/14
36/12 36/12 37/11 40/15 42/2
42/19 42/25 43/5 44/11 44/14
44/22 44/22 44/24 45/14
45/15 45/19 46/2 46/21 47/9
48/16 48/23 49/25 50/23 51/5
51/12 51/16 51/25 52/5 53/5
54/11 54/13 56/5 57/6 58/18
59/17 62/21 62/25 64/9 64/18
64/19 64/21 65/8 65/19 66/3
68/22 69/4 69/6 69/6 69/9
70/18 72/3 74/2 75/14 76/9
76/13 76/15 77/4 77/5 77/17
77/19 79/11 79/12 79/13 80/2
80/23 81/6 81/9 82/19 83/25
84/7 84/20 84/23 85/3 85/6
85/9 85/11 85/15 85/22 86/6
87/1 87/11 87/16 88/1 89/2
89/9 89/11 90/7 90/15 91/7
91/22 91/23 92/4 92/10 92/12
92/23 92/24 93/5 93/11 94/6
95/8 95/20 95/21 96/8 96/12
96/17 96/18 97/5 98/2 98/6
98/17 98/22 98/22 99/10
99/13 99/17 99/23 101/4
101/5 101/5 102/1 103/23
104/8 104/8 105/16 105/25
106/13 106/14 106/16 106/23
107/16 107/22 107/24 107/25
108/2 108/10 109/4 109/15
109/21 110/1 110/8 110/18
110/20 110/21 111/1 111/2
111/7 111/12 111/14 111/15
111/19 111/20 111/25 111/25
112/6 112/8 113/1 113/5
113/9 113/12 113/14 113/24
114/1 114/4 114/13 114/17
114/19 114/20 114/23 115/6
115/23 115/23 116/12 116/14
116/17 116/18 116/21 117/2
117/7 117/11 117/15 122/4
122/6 122/9 124/7 125/5
126/24 129/21 131/12 131/15
132/6 132/7 132/8 137/3
137/15 137/17 143/14 143/19

144/4 144/6 144/10 144/12
144/14 144/17 144/19 145/2
145/18 145/23 145/24 146/15
146/20 147/17
Thomas [1]  1/18 144/14
Thomas-Nunez [1]  144/14
those [50]  6/17 6/18 17/1
17/21 18/5 22/7 23/18 23/19
23/19 23/20 23/25 28/22 29/4
29/8 31/24 34/7 37/13 38/12
39/2 47/3 54/23 61/14 65/15
68/10 69/10 70/8 78/19 81/14
81/15 82/8 82/19 91/19 91/20
95/21 100/6 102/5 106/24
112/10 112/13 112/14 116/7
116/10 121/12 122/2 124/18
125/12 129/4 132/22 133/3
141/4
though [4]  35/16 77/17 100/8
127/18
thought [9]  21/4 21/6 65/19
84/17 84/23 90/4 97/13
108/20 114/4
thousand [4]  91/13 109/16
109/18 111/17
thousands [1]  111/5
threats [1]  53/12
three [7]  39/1 40/2 89/11
106/7 124/25 125/19 134/6
through [21]  7/21 15/20 38/3
39/1 40/6 40/9 42/6 53/19
56/13 63/16 71/18 72/8 76/12
78/2 88/1 91/11 96/4 100/5
104/16 114/14 127/9
throughout [5]  51/5 84/10
93/11 117/11 132/7
throw [1]  69/18
Thursday [1]  43/8
Thus [1]  118/13
time [53]  7/19 8/20 11/8 15/6
19/1 35/4 35/13 35/14 37/12
44/14 47/12 51/19 54/7 60/13
60/20 63/8 70/15 71/5 75/10
78/21 79/10 84/20 85/8 85/18
86/8 88/1 91/23 92/12 92/12
94/9 94/21 99/12 105/19
108/10 109/7 110/4 111/17
115/1 120/21 131/3 131/10
131/12 131/15 132/6 132/7
132/14 133/12 133/21 133/24
141/14 144/25 146/15 147/18
times [8]  23/8 25/10 78/24
81/4 93/14 95/14 99/1 109/20
tired [1]  98/10
Title [2]  4/8 122/23
titled [2]  10/1 130/9
tobacco [1]  68/18
today [3]  51/14 89/1 132/7
together [13]  45/13 47/3 61/3
64/11 64/12 64/17 64/25
76/10 94/21 101/7 127/10
127/16 141/25
told [26]  17/12 25/5 27/12
27/22 34/25 35/4 35/9 35/11
49/24 69/17 69/21 80/15
83/20 85/1 85/4 85/9 85/10
85/16 85/20 85/20 88/11 89/8
104/19 107/11 109/15 116/13
tomorrow [6]  46/4 84/3
108/16 132/9 145/19 145/21
Toms [3]  35/2 85/9 85/15
Tony [42]  20/3 21/16 21/22
22/14 25/8 25/13 28/5 89/13

89/13 89/18 90/3 90/16 91/5
91/12 91/16 92/4 92/5 92/8
92/10 92/14 92/14 92/16
93/12 93/17 94/1 94/1 94/3
95/2 95/4 95/6 95/15 95/15
95/16 95/25 96/10 97/10 98/3
98/13 100/19 105/3 106/1
108/13
too [5]  70/14 73/15 81/12
84/23 105/18
took [3]  26/22 91/12 113/8
top [7]  9/16 43/5 43/6 82/15
110/16 126/24 130/5
topic [1]  116/15
topics [1]  42/21
touch [3]  69/14 69/22 70/4
toward [1]  98/7
trade [3]  81/17 68/20 68/23
trademark [9]  55/11 56/8 97/7
97/14 97/16 97/18 125/20
126/11 138/20
trademarks [4]  97/7 106/16
106/17 106/18
trading [2]  29/23 31/19
traffic [9]  19/18 63/24 64/10
122/21 122/23 122/25 123/13
124/6 124/14
trafficked [2]  117/9 124/9
trafficking [13]  19/19 20/17
55/5 63/25 64/1 64/2 64/5
98/23 107/16 124/4 124/10
124/16 125/23
trail [1]  80/12
trailer [4]  68/12 68/21 68/23
69/1
trailers [1]  93/20
trails [1]  105/8
train [1]  108/19
training [1]  121/10
transaction [5]  14/6 16/14
16/15 66/4 78/18
transactions [1]  84/17
transcript [22]  21/20 21/21
61/8 66/10 68/14 69/16 71/4
71/8 71/12 73/12 93/13 93/19
94/22 96/4 97/8 97/25 108/16
135/9 135/20 137/20 137/21
138/4
transcription [1]  148/4
transcripts [3]  66/14 132/11
134/12
transfer [32]  7/11 7/15 7/16
7/17 11/19 11/20 12/1 12/6
12/7 12/8 12/10 12/13 12/14
13/1 13/7 13/9 13/12 13/17
14/7 14/10 14/11 14/12 14/13
15/24 16/2 16/5 16/11 16/12
16/14 18/10 124/14 124/18
transferee [1]  14/5
transfers [3]  8/2 11/5 140/20
transmittal [1]  11/20
transport [2]  124/14 124/18
treated [1]  48/7
treatment [4]  4/10 54/13
116/9 124/23
tremendous [1]  96/9
Tri [1]  105/20
Tri-City [1]  105/20
trial [21]  1/9 4/5 44/11 48/23
49/12 50/1 51/12 51/16 52/5
53/5 89/3 108/10 112/8
116/17 117/22 120/23 121/25
129/4 132/8 145/11 147/19
trials [2]  107/10 141/6

tried [3]  25/10 30/16 112/4
triers [1]  89/3
tries [1]  59/21
Trimm [16]  23/16 25/15 27/22
27/24 35/20 85/9 85/16 85/21
99/5 99/5 100/16 101/21
105/2 105/19 106/10 113/15
triple [1]  27/18
trouble [1]  64/4
truckload [2]  29/24 112/18
true [15]  35/21 65/20 78/13
78/13 82/4 83/24 84/9 84/15
87/21 92/22 100/11 108/14
111/24 119/22 125/14
trust [1]  112/10
truth [11]  83/15 83/18 86/2
86/5 87/23 97/3 99/4 120/6
120/8 121/1 129/24
try [7]  22/20 27/14 92/3 95/19
113/21 113/24 123/17
trying [26]  28/3 36/19 71/9
72/15 72/17 72/18 72/21
80/25 86/7 86/21 86/23 88/18
89/24 91/10 91/22 92/25
95/17 95/17 95/21 95/25
96/11 98/3 99/20 105/25
106/1 106/22
turn [4]  13/21 54/7 54/8 97/19
turned [1]  84/21
turning [2]  9/25 13/14
twice [2]  69/7 75/10
two [25]  20/2 22/2 29/24
54/23 60/17 63/23 64/10
64/16 64/20 71/23 71/23 72/7
72/7 83/22 108/8 108/11
115/6 121/21 123/1 123/12
124/22 125/17 130/13 134/6
143/12
type [13]  7/23 20/25 24/17
24/18 26/3 33/17 74/21 89/17
110/21 125/24 126/1 126/3
126/4
types [2]  26/13 81/14

U
U.S [1]  139/6
U.S.C [5]  55/13 122/21 124/4
126/13 127/4
Umberto [1]  97/15
unanimous [3]  129/10 130/24
144/23
unanimously [2]  130/9 143/10
uncertain [1]  25/12
under [10]  7/12 19/25 41/9
57/22 58/5 63/4 73/24 113/16
121/23 127/11
undercover [2]  7/17 90/8
underneath [3]  130/11 130/14
130/20
understand [12]  33/19 47/11
48/22 49/1 49/4 49/7 49/11
50/12 50/20 63/22 67/20
120/14
understanding [6]  17/3 17/4
54/23 64/4 64/17 123/20
understands [4]  53/3 53/4
81/24 106/18
understood [4]  50/22 50/25
51/8 52/11
unexpired [1]  32/11
unfortunately [1]  112/13
unidentified [1]  45/21
unimportant [1]  121/8
unindicted [1]  45/11

**U**

**UNITED [23]**  1/1 1/3 1/10 1/12 1/15 4/3 4/8 4/9 4/19 107/24 112/8 122/24 124/20 125/20 130/6 130/8 143/6 143/8 145/9 146/10 146/11 146/12 146/22

**University [1]**  48/2

**unlawful [6]**  123/1 123/7 123/13 123/15 123/18 123/21

**unlimited [2]**  95/3 107/23

**unnamed [1]**  22/25

**unreasonable [1]**  32/14

**until [2]**  105/22 147/18

**up [69]**  4/21 8/15 9/12 9/13 19/3 20/12 20/21 22/19 24/5 24/7 24/16 25/16 25/22 26/1 26/4 26/7 30/2 31/1 34/19 35/5 35/15 44/12 44/14 44/15 46/8 46/8 47/6 53/23 58/15 60/7 69/8 70/14 73/6 76/7 77/4 82/11 83/4 85/7 86/5 86/8 87/17 87/21 88/25 91/19 95/6 95/19 99/16 99/16 100/1 100/21 102/17 102/25 103/2 104/1 104/3 104/6 106/1 107/10 107/12 109/25 110/8 112/16 113/10 121/15 129/20 130/5 141/8 142/4 146/6

**upon [12]**  16/13 27/8 46/15 107/8 107/8 107/11 107/11 109/3 118/18 118/23 119/9 121/15

**UPS [6]**  31/4 79/17 79/18 87/4 105/14 114/14

**us [30]**  9/8 15/17 30/23 34/15 34/25 34/25 35/4 35/21 54/6 60/6 75/20 80/15 83/14 83/16 83/18 83/19 84/13 85/1 85/9 85/20 87/15 87/15 87/20 91/9 99/4 107/14 107/14 109/2 109/15 141/13

**USD [1]**  46/13

**use [38]**  4/10 23/24 24/22 26/3 26/11 26/13 35/10 35/18 46/19 55/23 61/21 67/18 71/6 71/23 72/6 77/2 79/3 79/4 80/8 80/20 83/11 85/23 86/1 90/12 94/11 94/15 100/4 103/5 103/7 104/3 104/16 110/5 114/19 115/13 124/12 125/11 125/22 125/25 126/3 126/6 128/11 128/15

**uses [7]**  57/23 79/3 79/5 102/9 105/7 115/12 125/8

**using [3]**  32/1 76/1 88/24

**usually [1]**  80/14

**V**

**Valley [1]**  1/18

**value [5]**  78/13 78/14 96/20 98/3 112/9

**various [2]**  42/21 135/18

**Vegas [1]**  46/4

**Veltre [9]**  34/25 35/1 35/6 35/9 35/11 85/5 85/22 85/22

**venture [1]**  74/9

**verdict [43]**  53/23 53/24 54/2 88/3 117/12 128/24 129/9 129/11 129/12 130/4 130/9 130/18 130/21 130/23 130/25 131/12 131/18 131/24 132/19 133/8 134/11 142/19 142/20 143/1 143/3 143/6 143/10 143/14 143/19 143/21 143/23 143/25 144/2 144/4 144/6 144/10 144/12 144/15 144/17 144/20 144/23 145/15 146/11 **Veritas [15]**  7/13 7/20 9/19 10/4 11/7 12/4 12/11 12/21 13/2 13/10 13/18 14/11 15/2 15/21 80/9

**version [5]**  95/9 101/10 107/15 107/18 108/22

**versions [1]**  90/25

**versus [9]**  24/23 27/20 27/21 94/12 94/16 102/2 130/8 143/9 146/11

**very [32]**  16/14 20/1 32/19 32/19 33/16 34/5 36/12 38/16 63/8 64/3 66/1 69/5 71/7 74/14 77/19 81/4 81/5 81/7 88/4 88/7 89/12 89/12 91/23 90/7 117/12 122/6 129/22 132/6 132/13 141/12 145/23 147/16

**VGR [1]**  82/22

**via [1]**  6/18

**Viagra [171]**  19/18 19/19 20/14 20/18 20/19 21/1 21/3 21/6 21/7 21/15 22/16 23/1 23/7 23/20 23/25 24/1 24/2 24/22 24/23 24/24 24/25 25/1 25/5 25/14 25/20 25/23 26/5 26/7 26/8 26/12 26/18 26/21 26/22 27/8 27/8 27/12 27/20 27/21 27/23 28/15 28/19 29/18 29/20 29/23 30/12 30/22 30/24 31/2 31/20 31/22 35/7 35/8 35/10 35/17 45/25 46/20 46/22 58/25 61/16 63/24 63/25 64/2 64/2 64/6 64/6 64/8 64/10 64/18 65/19 66/4 66/19 67/4 68/11 68/16 70/18 72/19 72/24 73/14 74/16 75/13 75/25 77/13 77/15 77/17 77/20 78/3 78/23 79/24 81/3 81/6 83/6 83/11 84/18 85/23 86/1 86/1 86/20 86/23 87/2 89/2 89/5 92/7 92/11 92/17 94/12 94/13 94/16 94/16 97/20 98/15 98/23 98/23 98/25 99/7 100/6 100/7 100/10 100/11 100/11 101/9 101/11 102/3 103/8 103/22 103/23 103/25 104/12 104/12 104/23 105/1 105/11 105/24 106/11 107/12 107/5 107/11 109/16 109/16 109/16 109/25 110/2 110/6 110/6 110/15 111/8 112/15 112/17 113/20 114/3 114/22 115/2 115/15 115/23 115/23 116/10 116/18 116/21 117/9 125/7 132/22 136/10 137/5 137/8 138/19 138/19 139/11 139/16 **video [2]**  21/18 22/4

**videotape [1]**  90/4

**viewing [1]**  90/2

**viruses [1]**  73/8

**vitamins [3]**  73/17 73/17 73/20

**Vivian [1]**  143/23

**vodkas [1]**  97/16

**voice [1]**  73/7

**void [1]**  89/10

**VOLUME [1]**  1/9

**voluntarily [10]**  51/22 53/10 91/25 99/1 99/2 107/16 113/13 113/18 128/13 128/17

**voluntary [1]**  52/14

**vote [2]**  133/20 133/24

**votes [1]**  133/18

**vouching [1]**  73/8

**W**

**Wait [1]**  55/2

**waiting [1]**  141/17

**waive [3]**  52/19 52/24 53/11

**waiver [3]**  52/14 53/12 53/15

**wake [3]**  24/5 24/7 102/17

**walk [3]**  97/11 97/18 113/11

**want [65]**  13/21 21/20 22/12 22/18 25/21 28/3 39/16 46/21 47/7 47/8 58/8 60/13 60/17 60/23 61/14 61/20 66/17 66/17 66/18 66/19 66/20 69/25 73/16 73/24 73/24 73/25 80/14 86/2 86/5 86/14 88/25 91/8 91/8 92/18 95/18 97/5 98/9 98/11 99/12 100/9 100/23 101/11 101/12 101/13 101/24 102/11 102/14 103/20 104/21 105/14 105/15 106/6 106/15 107/1 108/6 108/6 112/17 115/1 117/10 132/6 139/16 139/17 144/25 145/2 145/7

**wanted [13]**  22/5 22/17 25/4 35/9 68/12 85/22 90/12 90/21 95/21 113/21 113/22 113/24 117/5

**wants [28]**  27/6 27/13 29/25 34/20 35/17 61/17 76/6 90/9 90/19 92/13 92/20 93/10 93/16 93/25 95/10 96/15 96/16 99/3 100/8 101/19 105/6 106/24 107/6 108/7 108/21 109/11 114/17 139/19 **warehouse [1]**  93/15

**was [283]**  4/24 5/14 5/21 6/3 6/5 6/11 6/12 6/19 6/20 6/21 7/8 7/9 7/10 7/11 7/13 7/21 7/25 8/18 8/18 9/13 11/1 11/1 13/1 13/10 13/13 13/18 13/19 13/14 14/14 14/15 15/3 15/5 15/21 17/5 17/7 17/7 17/12 18/10 18/10 20/6 20/11 20/12 20/14 20/21 20/23 21/1 21/4 21/7 21/9 21/11 21/12 21/17 21/18 21/19 21/19 22/10 22/10 22/14 22/22 22/25 23/1 23/9 23/11 23/13 24/10 24/16 24/21 24/24 24/25 25/1 25/5 25/10 25/11 25/14 25/16 25/20 25/25 26/2 26/4 26/8 26/23 27/1 27/2 27/12 27/23 27/25 28/15 28/21 30/10 30/11 30/18 31/3 31/13 33/24 33/25 34/1 34/23 34/24 35/1 35/3 36/8 36/19 36/20 38/8 38/25 41/3 42/2 42/2 43/7 43/8 43/13 45/16 45/20 46/6

**was...** [1] 46/15 46/17 47/17 47/18 48/5 53/20 55/10 55/24 56/7 57/10 57/16 58/4 58/13 58/25 59/7 62/3 64/24 65/14 65/19 66/1 66/2 66/2 66/3 66/7 67/6 67/22 68/10 69/24 70/12 72/21 77/17 77/18 78/3 78/9 79/9 82/1 83/7 83/18 83/20 84/18 84/23 85/16 85/18 86/7 87/3 87/7 87/10 87/20 87/23 87/23 89/2 89/4 89/5 89/9 89/16 89/20 89/22 89/23 89/23 89/24 90/4 90/5 90/5 90/6 90/7 90/7 90/25 91/3 91/5 92/8 92/9 92/11 92/16 92/21 93/25 94/3 96/18 96/19 96/20 96/22 96/23 96/25 96/25 97/9 97/23 98/1 98/25 99/2 99/6 99/7 99/20 100/7 101/5 101/8 101/11 102/10 102/25 103/1 103/1 103/9 103/9 103/10 103/10 103/24 103/25 104/4 104/8 104/10 104/12 104/15 104/20 105/1 105/11 105/13 105/14 105/16 105/18 105/25 106/1 106/2 106/9 107/2 107/9 107/14 107/16 108/3 108/14 108/15 110/4 110/19 111/1 111/9 111/9 113/7 113/7 113/8 113/16 113/25 114/5 115/24 116/13 116/24 117/2 117/6 117/7 119/24 120/5 120/18 120/20 120/22 121/1 121/5 124/10 124/11 126/9 126/11 126/15 127/3 128/3 128/6 128/9 128/12 128/16 136/2 136/13 137/8 142/15

**wasn't [13]**  17/12 25/7 65/19 76/23 84/15 92/10 99/4 101/12 101/13 105/9 105/10 105/13 105/16

**watches [5]**  79/13 81/10 81/10 81/15 82/25

**watching [1]**  90/4

**waves [1]**  86/13

**way [44]**  20/5 23/1 23/3 32/23 33/15 33/16 51/5 51/18 57/20 64/4 66/3 67/23 68/8 69/12 71/18 72/19 73/9 74/23 76/3 76/22 77/9 77/21 77/23 78/12 78/22 81/12 83/12 85/12 82/20 88/19 89/6 90/5 94/15 95/13 108/13 109/2 117/23 118/9 122/12 124/2 127/22 129/6 129/22 142/1

**we [139]**  5/2 9/8 16/3 19/7 20/1 20/7 20/10 21/10 21/12 21/16 21/17 21/23 23/17 25/9 25/24 29/12 30/23 33/24 36/4 37/9 37/12 37/14 37/25 38/1 38/13 38/14 38/24 39/2 40/18 40/19 42/3 44/17 45/1 45/15 45/17 47/2 47/3 47/3 53/17 53/18 53/19 54/11 56/11 56/13 56/16 59/6 59/9 60/7 60/8 61/3 61/4 61/15 61/18 61/20 62/21 64/21 67/15 67/16 67/17 67/23 70/19 70/19 73/25 74/1 74/2 75/14 75/21 77/12 80/15 81/5 81/20 81/22 83/17 83/17 83/17 85/2 85/3 86/11 86/12 86/13 89/11 89/20 89/21 89/22 89/24

**W**

**w... [54]** 89/25 90/16 90/17
91/17 91/17 91/17 91/19 93/4
93/5 94/15 94/24 94/25 96/17
97/15 97/15 97/16 98/25
99/12 101/15 101/16 101/16
101/17 101/17 103/6 107/9
107/19 108/2 109/14 112/10
116/1 116/15 117/16 130/9
130/15 133/2 133/4 134/24
137/17 139/19 139/20 140/5
140/19 141/9 141/11 141/11
141/13 141/25 142/1 142/6
142/12 143/2 143/10 143/12
143/19

**weeks [4]** 22/18 96/13 99/15
111/5

**weigh [1]** 19/22

**weight [2]** 119/18 121/21

**weird [1]** 83/10

**well [61]** 7/25 11/25 19/18
19/20 22/12 25/22 27/14
34/20 37/25 40/16 57/6 57/19
65/5 66/1 66/2 66/8 67/20
73/16 74/20 74/22 75/23
76/21 77/12 77/19 79/14 83/6
84/15 85/9 85/25 90/10 95/3
95/23 96/15 97/24 99/5 99/10
99/12 100/16 100/16 100/23
101/21 101/24 102/9 102/10
102/10 102/23 103/14 103/20
103/23 104/9 104/10 105/7
105/14 106/5 107/19 108/2
109/25 110/16 111/24 139/13
139/22

**went [7]** 22/18 24/13 91/5
91/25 92/4 106/18 107/15

**were [53]** 6/1 6/18 7/18 7/19
7/23 17/2 17/3 17/19 17/21
17/21 20/17 21/3 21/5 21/13
22/3 23/2 23/14 23/21 26/12
27/17 32/3 32/4 35/24 36/22
37/4 39/2 45/21 46/20 65/10
65/18 66/9 74/19 75/9 77/10
77/10 84/17 84/23 86/19 91/1
91/2 97/14 97/15 97/15 97/16
97/25 106/25 107/1 111/10
112/12 115/19 122/3 129/20
141/8

**weren't [1]** 91/6

**West [1]** 1/14

**what [196]** 5/13 5/19 6/11 7/8
7/19 7/23 8/13 9/8 9/11 9/15
9/17 10/2 11/3 11/19 11/23
12/8 12/16 12/25 13/12 13/15
13/20 13/25 14/14 14/25
15/17 16/11 17/1 17/5 17/24
17/25 18/9 18/10 19/23 23/7
24/14 24/24 25/14 25/16
28/12 28/24 29/7 30/18 31/10
32/4 32/20 33/25 34/6 35/4
35/23 36/25 41/19 41/19
41/21 43/9 43/13 43/16 43/17
44/10 45/17 45/19 45/22 48/5
49/22 50/18 51/25 57/18 59/4
59/19 62/22 63/5 63/8 63/14
63/20 64/5 64/7 65/16 65/17
65/21 66/1 66/5 66/17 66/21
67/14 67/15 67/16 67/20
68/14 69/4 69/21 70/3 70/11
71/10 71/22 72/3 73/7 73/9
73/10 73/17 73/21 75/8 75/10
77/4 77/8 78/1 78/9 78/15

79/7 79/9 79/15 79/16 80/5
80/7 80/15 80/21 81/7 81/15
81/16 82/1 82/23 83/1 83/1
83/19 84/2 84/14 85/12 86/14
86/15 86/16 86/16 86/18
86/20 87/9 88/17 88/19 88/23
89/4 89/8 90/18 91/9 92/1
92/8 92/17 92/25 94/3 94/11
94/23 98/24 99/4 99/10
101/10 101/15 101/25 101/25
102/5 102/10 102/20 103/9
103/12 103/14 104/13 104/13
104/24 105/1 106/5 107/19
108/2 109/1 110/1 110/2
111/8 112/7 112/17 112/18
112/19 112/20 113/1 113/7
113/23 114/21 115/4 115/11
115/15 116/6 116/17 116/24
117/2 117/4 117/6 117/16
119/8 119/23 139/15 139/24
142/10 145/12 146/23

**what's [4]** 46/8 46/8 102/14
111/7

**whatever [19]** 19/10 53/22
62/23 70/3 70/24 73/24 73/25
74/1 75/3 81/11 82/7 82/25
86/8 87/15 87/17 87/19 91/21
92/18 93/4

**whatnot [1]** 37/22

**whatsoever [1]** 26/14

**when [73]** 6/19 8/15 9/12
14/12 16/3 23/9 23/11 23/16
24/14 24/15 25/4 25/16 25/17
30/21 30/23 33/23 34/11
34/25 43/7 44/17 46/19 66/9
67/13 72/9 74/7 75/1 77/21
78/22 79/16 80/15 81/18
84/10 86/14 87/14 88/1 88/10
88/19 88/21 89/14 90/6 91/7
93/7 96/19 98/7 99/2 101/21
101/21 102/1 102/23 102/24
102/25 107/11 107/13 107/14
107/15 108/9 110/3 111/13
112/9 113/13 114/3 114/17
115/9 115/18 116/1 116/7
117/15 121/9 121/16 129/25
130/24 140/9 145/18

**where [33]** 6/1 10/5 20/20
22/15 31/14 31/16 31/25 35/7
37/6 38/24 42/1 54/9 55/16
56/2 57/11 69/24 71/6 73/11
74/17 75/18 76/4 76/14 77/9
78/19 81/14 88/21 91/22
97/25 98/6 99/14 100/21
101/16 141/17

**whereas [1]** 31/8

**whether [35]** 29/11 31/4 36/2
49/16 49/25 50/13 51/1 52/8
55/24 58/2 58/3 65/9 71/1
74/13 79/10 79/16 106/1
113/4 115/12 115/12 117/8
117/17 117/25 119/12 119/22
120/3 120/18 120/20 121/5
121/7 121/15 121/20 122/12
129/2 129/9

**which [58]** 3/18 11/6 12/2
16/11 21/19 22/4 23/23 25/19
27/14 27/19 28/20 28/24
30/14 34/5 34/18 35/5 35/23
36/18 44/19 45/10 46/16
52/18 52/23 55/13 64/1 69/10
69/24 70/11 76/23 80/6 85/18
85/21 86/3 86/24 90/14 91/3
95/24 100/2 104/25 105/22

112/22 113/10 113/19 119/11
120/22 121/24 122/2 122/3
126/1 126/4 135/9 135/20
140/12 147/3

**while [7]** 47/3 89/23 89/23
95/10 109/17 118/13 129/18

**white [5]** 24/4 24/8 102/17
102/18 103/1

**who [60]** 9/13 9/20 9/22 10/11
12/13 13/7 13/9 14/5 14/8
14/10 26/9 28/7 29/17 29/20
31/17 32/5 33/18 35/17 64/21
64/22 65/1 67/2 67/14 67/23
70/18 70/23 72/16 72/20
72/23 73/2 73/4 79/23 81/25
82/20 85/15 85/16 85/25 87/8
87/11 90/21 90/22 95/9 95/10
95/17 101/15 104/15 104/15
105/16 106/2 111/16 112/15
112/16 112/16 119/14 120/5
124/1 131/4 134/4 145/8
145/9

**who's [1]** 105/11

**whoever [2]** 42/20 130/17

**whole [11]** 34/1 39/6 68/12
68/13 72/3 82/6 83/20 91/13
97/8 118/2 119/25

**wholesale [7]** 31/8 32/8 32/10
32/12 72/25 78/3 78/14

**whom [5]** 7/8 35/2 53/14
64/21 69/9

**why [36]** 7/10 31/10 35/10
66/5 66/5 74/19 74/22 77/4
78/16 79/21 80/3 80/19 80/20
83/19 84/4 84/5 84/18 84/19
84/23 84/24 84/24 85/4 89/16
93/22 95/12 96/23 97/1 97/13
100/25 103/8 105/6 105/13
107/13 114/5 114/11 114/24

**wife [10]** 14/9 31/6 76/11
76/13 76/19 76/22 76/25 77/2
77/9 80/11

**will [121]** 5/2 17/17 19/7
19/23 26/25 28/5 28/9 30/10
36/4 36/16 36/18 36/18 38/12
39/2 39/6 39/17 39/17 40/2
44/13 44/14 44/15 44/17
44/18 44/20 44/25 45/21 46/6
47/3 47/6 51/14 53/17 53/18
53/19 54/7 54/8 54/24 56/11
56/12 56/16 59/25 60/7 60/11
61/3 61/4 61/9 61/13 61/14
61/15 61/16 61/18 61/18
62/21 63/8 66/14 69/9 69/14
69/16 69/22 71/8 72/5 72/13
75/24 82/16 83/23 84/2 85/13
85/15 90/10 97/2 108/16
112/2 117/15 117/17 122/19
126/25 128/5 129/11 129/12
130/2 130/2 130/5 130/23
130/24 131/4 131/4 132/9
132/10 132/17 132/17 132/19
132/20 132/22 132/23 133/2
133/7 133/7 133/13 133/14
134/7 134/16 135/2 136/17
137/7 139/13 139/15 140/5
141/11 141/15 141/24 141/25
142/6 145/17 145/18 145/19
145/21 146/6 146/20 147/1
147/8 147/9 147/10

**willful [1]** 128/3

**willfully [7]** 123/16 123/21
127/14 127/16 127/22 127/23

**WILLIAM [1]** 1/9

**willing [5]** 29/21 69/8 70/4
98/1 118/22

**wind [1]** 111/25

**window [3]** 24/15 24/15
102/16

**wire [33]** 7/11 7/15 7/15 7/17
8/2 11/4 11/19 11/20 12/1
12/6 12/7 12/8 12/10 12/13
12/14 13/1 13/7 13/9 13/17
14/5 14/7 14/10 14/11 14/13
15/24 16/2 16/5 16/11 16/12
16/14 17/5 18/9 140/20

**wired [6]** 31/6 76/17 76/18
80/9 80/11 83/12

**wires [6]** 12/21 16/25 17/1
17/19 17/21 17/21

**wiretap [1]** 94/19

**wish [11]** 40/19 47/13 48/24
49/13 51/11 51/12 51/15
51/25 122/14 132/25 134/5

**withdraw [2]** 17/17 37/16

**withdrawals [1]** 15/22

**within [2]** 22/17

**without [15]** 21/1 24/10 24/19
26/5 29/3 37/10 78/13 102/21
108/6 111/18 118/23 123/17
127/6 134/10 145/15

**witness [36]** 2/2 2/8 3/15 4/18
4/21 9/2 10/19 11/15 14/20
15/13 18/18 18/23 20/4 24/21
37/11 41/12 44/2 59/18 89/4
119/23 119/25 120/4 120/5
120/7 120/9 120/11 120/12
120/14 120/19 120/21 120/23
120/25 120/25 121/4 121/13
121/15

**witness's [1]** 120/16

**witnesses [7]** 19/22 40/2 44/3
49/12 54/9 119/5 120/1

**Wobensmith [2]** 143/13 144/6

**Wobensmith's [1]** 142/21

**woke [1]** 102/25

**women [1]** 145/16

**won't [5]** 41/17 64/4 68/13
141/21 142/1

**word [34]** 17/23 21/12 24/22
46/19 62/19 69/13 71/6 83/11
87/2 94/12 94/13 98/17 100/3
100/4 100/13 100/18 100/24
101/24 102/1 102/9 103/6
103/7 103/18 109/12 110/4
110/5 111/1 112/12 112/24
114/19 115/1 125/10 128/11
128/15

**words [23]** 23/24 35/13 50/15
57/22 65/11 76/1 79/3 79/3
79/4 79/5 80/2 83/10 92/20
105/7 105/9 112/8 115/10
123/2 129/10 130/12 130/14
130/20 137/22

**work [10]** 5/14 5/24 43/12
64/12 64/17 64/25 82/10
86/24 92/14 116/20

**worked [1]** 5/25

**working [6]** 5/19 5/21 6/2 6/3
20/6 65/13

**works [1]** 67/20

**world [5]** 67/5 67/10 67/19
112/21 112/22

**worried [4]** 79/10 79/17 87/3
142/10

**worry [4]** 79/18 142/2 142/4

Case 0:15-cr-60029-UU   Document 325   Entered on FLSD Docket 08/26/2015   Page 21 of 174

**W**

worry... [1] 142/7
worth [1] 89/25
worthless [1] 96/19
would [83] 6/24 11/23 11/25
12/1 15/6 19/5 19/14 20/22
21/6 22/8 25/18 26/2 26/3
26/5 27/19 28/14 28/18 29/22
31/18 32/8 32/14 32/15 32/16
32/17 32/23 32/24 33/11
33/20 37/5 37/9 37/13 37/24
38/3 38/7 40/19 44/16 47/20
56/2 59/16 60/20 65/3 66/9
66/11 68/13 68/21 70/16
70/17 70/21 70/22 70/24 71/7
71/16 72/24 73/18 74/19
74/22 74/25 75/1 75/2 75/2
78/8 80/13 85/2 85/2 85/3
92/11 92/12 94/1 96/23 97/7
99/18 100/22 100/22 103/14
105/6 106/3 106/4 112/3
118/22 126/18 139/22 143/18
147/3
wouldn't [5] 26/6 32/12 72/22
83/11 141/9
write [9] 100/19 126/23
130/18 130/18 130/21 131/3
133/1 133/11 133/12
writes [2] 33/15 46/7
writing [2] 30/25 131/5
written [1] 23/21
wrong [5] 32/22 81/19 86/8
129/20 136/2
wrote [3] 25/4 27/17 30/21

**Y**

Yakzan [1] 143/19
yard [1] 24/14
yeah [10] 23/18 35/15 72/23
75/24 82/21 86/3 101/8
103/10 108/11 108/16
year [3] 6/1 77/13 78/3
years [6] 5/25 83/22 96/11
96/21 101/12 106/3
yes [120] 3/7 3/9 3/20 4/16
6/10 6/16 6/24 7/5 8/5 8/12
10/24 13/24 14/21 14/24 15/5
16/1 16/4 18/19 18/21 19/13
19/15 20/11 24/2 24/13 24/14
25/4 25/18 39/6 39/15 40/1
40/18 40/21 41/10 41/20
41/25 42/5 42/8 42/25 43/4
43/15 44/6 45/6 45/8 47/15
48/18 48/21 48/25 49/3 49/6
49/14 49/18 49/21 49/23 50/2
50/5 50/8 50/11 50/21 51/3
51/7 51/10 52/1 52/6 52/9
52/12 54/15 54/16 55/1 56/15
56/20 57/4 58/10 59/14 59/24
61/6 62/13 62/15 84/19
115/22 115/22 115/23 126/20
126/22 135/11 135/15 135/17
135/19 135/22 135/24 136/1
136/4 136/7 136/9 136/15
136/19 136/21 137/6 137/9
137/16 138/10 138/17 140/2
140/4 140/8 143/2 143/15
143/18 143/20 143/22 143/24
144/1 144/3 144/5 144/7
144/9 144/11 144/13 144/16
144/18 144/21
yesterday [1] 27/3
yet [1] 36/19

your [70] 3/23 3/24 5/4 5/10
5/1 5/2 5/7 5/8 5/13 5/19 5/24
6/1 6/8 6/14 6/17 7/1 7/15
7/19 7/23 8/4 8/6 8/11 8/17
9/4 10/17 10/20 10/21 10/23
10/25 11/17 11/23 13/5 13/23
13/25 14/3 14/8 14/17 14/23
15/4 15/10 15/12 15/14 15/17
16/10 16/17 16/20 16/25 17/1
17/2 17/4 17/5 17/12 17/12
17/23 18/2 18/5 18/8 18/13
18/15 18/22 18/22 18/23
18/25 19/5 19/14 21/6 21/8
22/12 22/13 22/18 22/19 24/1
24/13 24/13 24/15 25/19
26/22 28/9 28/10 28/12 29/6
33/2 33/2 33/15 34/7 34/7
34/19 36/3 36/4 37/2 37/20
37/24 38/3 38/11 38/16 38/18
39/16 39/17 39/25 40/14
40/20 41/8 41/8 41/11 41/14
41/17 41/18 41/18 41/19 42/1
42/17 43/6 43/9 43/19 43/21
43/25 43/25 44/1 44/7 44/13
44/16 44/17 44/19 44/19
44/20 45/1 45/15 46/12 47/3
47/6 47/7 47/9 47/10 47/13
47/20 47/24 48/1 48/3 48/7
48/10 48/13 48/16 48/20
48/22 48/22 48/24 49/1 49/1
49/4 49/4 49/7 49/9 49/9
49/11 49/11 49/13 49/15
49/20 49/22 49/24 49/24
49/25 50/6 50/9 50/12 50/16
50/19 50/20 50/22 50/23
50/24 50/25 51/1 51/1 51/4
51/5 51/8 51/9 51/11 51/12
51/15 51/18 51/25 52/2 52/3
52/3 52/4 52/7 52/13 52/21
53/17 54/7 54/8 54/13 55/16
56/2 56/14 56/18 58/2 58/3
58/8 58/14 58/24 59/2 60/10
60/17 60/23 61/5 61/7 61/11
61/20 61/20 61/22 62/1 62/23
61/3 63/2 63/11 63/12 63/13
63/15 63/16 63/18 63/19
63/20 63/21 63/21 64/4 64/13
65/5 66/10 66/12 66/13 66/14
66/14 66/16 66/17 66/17
66/17 66/19 66/20 66/21
66/23 68/9 68/13 68/15 68/15
68/16 68/17 68/20 68/23 69/9
69/14 69/16 69/17 69/19
69/22 69/25 70/4 70/5 70/9
70/20 70/21 70/22 71/2 71/8
71/12 71/16 71/19 72/9 72/9
72/13 72/16 72/18 72/19 73/3
73/5 73/6 73/14 73/17 73/23
73/24 73/24 73/25 74/5 74/11
74/17 74/19 74/22 75/1 75/5
75/8 75/21 75/22 77/15 77/16
78/6 78/11 79/4 79/11 80/6
80/19 80/22 81/8 81/25 82/5
82/9 82/10 82/10 82/11 82/12
82/12 82/12 82/13 82/13
82/15 82/16 82/16 82/18
82/23 82/23 82/23 82/24
82/25 83/1 83/1 83/1 83/1
83/23 84/9 84/20 85/23 86/7
86/10 86/12 86/14 86/15
86/16 86/16 86/18 86/17/10
87/16 87/17 87/17 87/24 88/1
88/2 88/4 88/7 88/8 88/10

you're [43] 3/23 8/23 8/25
89/8 89/9 89/10 89/14 90/3
90/3 90/9 90/10 90/19 90/24
91/8 91/12 91/19 91/20 91/20
91/21 92/13 92/17 92/17
92/18 92/20 93/7 93/10 93/16
93/22 93/25 94/1 94/14
94/15 94/23 94/24 94/25 95/4
95/9 95/16 95/24 96/8 96/12
96/13 96/16 97/2 97/7 97/24
98/6 98/7 98/13 98/16 99/3
99/4 99/6 99/19 99/12 99/21
99/21 99/22 100/4 100/5
100/8 100/9 100/16 100/17
100/18 100/20 100/23 101/11
101/12 101/13 101/19 101/19
101/21 101/22 101/25 102/1
102/7 102/7 102/7 102/11
102/13 102/14 102/15 102/15
102/16 102/17 102/17 102/20
102/22 103/6 103/8 103/12
103/15 103/16 103/17 103/19
103/19 103/20 104/1 104/5
104/9 104/21 104/24 104/25
105/2 105/3 105/6 105/8
105/12 105/18 105/19 105/23
106/5 106/6 106/13 106/15
106/24 107/1 107/3 107/8
107/11 107/19 107/23 108/1
108/17 108/21 109/3 109/7
109/10 109/11 109/19 109/24
110/3 110/15 110/19 110/21
110/25 111/5 111/6 111/8
111/24 112/2 112/8 112/10
112/10 112/17 112/19 112/24
113/1 113/4 113/6 113/24
114/10 114/14 114/17 114/23
115/1 115/4 115/5 115/9
115/9 115/13 115/21 116/2
116/13 116/17 116/19 116/20
116/23 116/23 117/4 117/8
117/10 117/10 117/12 117/14
117/14 117/15 117/21 117/23
117/24 117/25 117/25 118/1
118/2 118/8 118/12 118/22
118/25 119/1 119/3 119/9
119/10 119/11 119/12 119/18
119/20 119/21 119/22 119/22
119/24 120/3 120/4 120/5
120/18 120/23 120/24 121/4
121/14 121/15 121/20 121/22
121/25 122/1 122/1 122/3
122/6 122/8 122/10 123/22
126/21 126/24 127/2 128/2
128/5 128/22 129/1 129/1
129/9 129/11 129/12 129/14
129/15 129/18 129/19 129/20
129/22 129/25 129/25 130/2
130/5 130/17 130/18 130/21
130/23 130/24 130/24 131/2
131/6 131/6 131/8 131/9
131/9 132/4 132/5 132/6
132/6 132/9 132/10 132/12
132/13 132/13 132/17 132/18
132/19 132/20 132/21 132/22
132/23 132/23 132/25 133/2
133/3 133/4 133/7 133/8
133/10 133/13 133/18 133/20
133/24 134/1 134/2 134/3
134/4 134/5 134/7 134/9
134/10 134/11 134/12 134/16
134/17 137/17 138/12 138/16
139/16 139/17 139/20 139/24
140/9 141/5 141/7 141/8

you've [21] 4/3 14/23 18/19
141/17 141/19 142/1 142/1
142/1 142/4 142/6 142/8
142/9 142/19 143/1 143/17
143/18 143/19 144/25 145/1
145/3 145/7 145/17 145/18
145/18 145/21 145/23 145/24
145/25 145/25 146/1 146/3
146/6 146/9 146/14 146/15
147/1 147/10 147/13 147/16
you'll [2] 72/24 106/16
your [282] 3/7 3/9 3/16 3/20
3/22 3/24 4/13 4/16 4/17 4/19
4/22 5/3 5/3 5/8 6/5 6/11 6/22
6/25 7/3 8/8 8/20 8/23 9/1
9/16 10/19 11/8 11/11 11/14
14/1 14/20 15/6 15/9 15/12
16/8 16/20 18/3 18/13 18/17
18/19 18/21 18/23 18/24 19/4
19/20 21/13 21/15 24/14 29/8
29/14 30/9 30/13 30/22 31/9
31/13 31/21 32/11 32/17 33/6
33/12 33/23 34/12 34/15
34/25 35/25 36/17 37/8 37/12
37/25 38/1 38/5 38/7 38/16
38/17 38/18 38/25 39/15
39/18 40/1 40/8 40/18 40/21
40/22 40/24 41/5 41/9 41/10
41/12 42/9 42/12 42/15 43/21
44/2 44/4 44/6 44/13 44/20
44/20 45/6 46/12 47/7 47/9
47/16 47/20 48/5 48/19 48/23
49/8 49/12 49/16 50/3 51/13
51/21 52/4 52/6 52/7 52/8
52/23 52/25 54/1 54/4 54/15
54/16 54/19 54/21 55/1 55/4
55/12 55/17 56/4 56/10 56/15
56/18 56/20 56/23 57/1 57/4
57/6 57/12 57/20 59/6 59/20
60/2 60/5 60/14 60/17 60/19
61/5 61/7 61/11 61/20 62/1
62/9 62/11 62/13 62/15 63/2
63/12 66/14 66/22 68/5 68/25
70/5 70/22 82/7 82/15 85/11
85/13 88/1 88/7 90/24 96/2
99/6 101/9 102/16 107/20
109/7 109/10 110/25 114/8
115/5 115/7 117/10 117/12
117/16 117/16 117/17 117/21
118/9 118/24 119/7 122/16
122/18 126/18 126/20 127/2
128/24 129/11 129/12 129/13
129/19 129/19 129/20 129/23
130/1 130/1 130/2 130/4
130/17 130/17 130/21 130/24
131/3 131/9 131/19 131/22
131/25 132/7 132/11 132/13
132/14 133/1 133/5 133/5
133/6 133/8 133/11 133/16
133/19 133/21 133/23 133/24
134/2 134/6 134/11 134/12
134/20 135/7 135/13 136/15
137/6 138/10 139/12 139/19
140/4 141/3 141/19 142/3
142/8 142/10 143/5 143/14
143/19 143/21 143/23 143/25
144/2 144/3 144/4 144/5
144/6 144/10 144/11 144/12
144/18 144/19 145/20 145/23
147/10 147/13 147/15
yours [3] 50/13 50/13 91/21

**Y**

**yourself [6]**  7/3 41/18 49/5
120/4 120/18 129/15
**yourselves [10]**  19/6 44/23
89/3 89/16 92/15 100/12
103/13 104/13 104/24 109/1

**Z**

**zero [2]**  46/13 102/25
**ZLOCH [5]**  1/2 1/9 63/18
143/8 146/12